FILED

2003 OCT 29 A 11: 18

US DISTRICT COURT
HARTFORD CT

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| FELIPE MULERO<br>  Plaintiff | :<br>:<br>: Case No. 3:02CV932 (CFD) |
| v. | :<br>: |
| ONE CONSOLIDATED SCHOOL<br>DISTRICT OF NEW BRITAIN, CT<br>  Defendant | :<br>: October 28, 2003 |

**DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

Defendant, One Consolidated School District of New Britain, CT, hereby submits Defendant's Motion for Summary Judgment pursuant to Rule 56 of the Federal Rules of Civil Procedure.

Filed contemporaneously with this motion are (1) Defendant's Memorandum of Law in Support of Motion for Summary Judgment and (2) Defendant's Local Rule 9(c) Statement of Undisputed Facts.

WHEREFORE, the Defendant moves that its Motion for Summary Judgment be granted in its entirety.

Respectfully submitted this 28th day of October, 2003.

        DEFENDANT, ONE CONSOLIDATED SCHOOL
        DISTRICT OF NEW BRITAIN, CT

        By Office of Corporation Counsel

        */s/ Irena J. Urbaniak*
        Irena J. Urbaniak
        Attorney for Defendant
        Office of Corporation Counsel
        City of New Britain
        27 West Main Street
        New Britain, Connecticut 06051
        Tel. (203) 826-3420
        Federal Bar Number ct01322

## CERTIFICATION

I hereby certify that on October 28, 2003, a copy of the above was mailed to the pro se plaintiff:

Felipe Mulero
55 East Cedar Street
Newington, Connecticut 06111

        */s/ Irena J. Urbaniak*
        Irena J. Urbaniak
        Attorney at Law