**United States District Court**
**District of Connecticut**

Felipe Mulero
Plaintiff

Vs.

One Consolidated School
District of New Britain, CT

: Case No.3:02CV932
:(CFD)

: October 31, 2003

**Plaintiffs' Motion to Continue Law Suit / Case**

Now Comes, The Plaintiff who has already addressed these matters in previous motions. The Defendant made several attempts to disclaim the validity of this case. The Defendant has been denied on several motions and now comes forth with the same claims, which have already been determined and denied.

1. On September 5, 2003; ***I was granted Motion to Continue LawSuit / Case***. Attach 4.

2. On June 6, 2003 the ***Defendants Motion to Dismiss*** the case claiming that the Plaintiff failed to state a claim upon which relief can be granted and ***also Stating that this Case / matter is time barred***. ***It was Denied on September 8, 2003***. See Attachment 9 and 16.

3. Also on June 6, 2003 the ***Defendants Motion to Strike*** claiming that the Plaintiff failed to state a claim of retaliation. ***It was also denied on September 8, 2003***. See Attached.18.

4. Also on June 6, 2003 the ***Defendants Motion For More Defendant Statement*** claiming that the Plaintiff failed to state a claim. The Defendant claimed that the complaint is vague and ambiguous. ***It was denied on September 8, 2003.*** See attached 20.

5. On September 8, 2003; ***I was granted a Motion To Continue the Case.*** I stated the reasons as to why I am being discriminated and retaliated against. See attachment 22.

6. The Defendant continues to retaliate against me School Year after School Year to the present. A position in the 7th grade Bilingual Education had became available at Pulaski Middle School where I student taught. I was well liked by my principal at that time. See attachment 21. I applied for the position and once again I was not even considered for an interview. The position remains open as of this date. I am a certified Bilingual Educator in a Shortage Area and yet I can not even get an interview? The position remains vacant. The Students and their Parents deserves to have a Certified Bilingual Educator teaching their children who can serve as a Positive Male Role Model. I want a Trial to proceed.

Felipe Mulero
Plaintiff: Pro Se'

I hereby certify that on October 31, 2003, a copy of the above was mailed to the Defendant at the New Address of 272 Main St. New Britain, Ct. 06050-1960. Thank You.

United States District Court

District Of Connecticut

CFD

Mulero

Case Number: 3: 02-cv-00932

Vs.

Consolidated School District
Of New Britain, Conn.

Motion to Continue Law Suit / Case

Now comes, The Plaintiff, I have retained An Attorney Otto P. Witt of Bloomfield, Connecticut to represent me. Unfortunately my Attorney was under Suspension for reasons unknown to me but now is available to over see the processing of the case to trial.

1. I have continued to seek employment as a full time teacher at the One Consolidated School District of New Britain and I continued to be denied even for an interview.

2. I have acted as a substitute teacher and was fired once the Head of the Human Resource Department: Scott Mcdonald became aware of my employment.

3. I was released without due process in March of 2002 although the principal thought I was a good worker, see attached. The Principal was also fired as well.

4. The One Consolidated School District of New Britain continues to discriminate.

Granted. So ordered. USDJ 9/5/03

Plaintiff- Felipe Mulero

By

Felipe Mulero. Pro Se
55 East Cedar Street
Newington, CT 06111

**Certificate of Service**

I hereby certify that a copy of Foregoing Motion to Continue Law Suit to Trial was sent to: The One Consolidated School District of New Britain by First Class Mail. On 2/5/03.

Consolidated School District of New Britain
**Pulaski Middle School**
**Ernest Nocerino, Principal**
**E. Ann Carabillo, Assistant Principal**
757 Farmington Avenue
New Britain, Connecticut 06053
(860) 225-7665 Fax (860) 223-3840

March 25, 2002

To Whom It May Concern:

I am pleased to write this recommendation for Felipe Mulero. During the 2001-2002 school year Mr. Mulero has performed in the capacity of a substitute teacher, covering a variety of subject areas. His most recent assignment was teaching a Spanish class for 6-weeks while the full time teacher was on maternity leave. In addition to teaching this class he also student taught in a bilingual classroom to qualify for his certification as a bilingual teacher.

I have found that Mr. Mulero approaches his assignments in a professional manner. He willingly accepts any assignment. He is an upbeat individual who always has a smile and a greeting for everyone. He has done a fine job at Pulaski Middle School.

Respectfully,

Ernest R. Nocerino

MIDDLE GRADE SCHOOL STATE POLICY INITIATIVE
MGSSPI

...LETED BY A CURRENT/FORMER EMPLOYER

PLEASE PRINT OR TYPE:

24

1. Name of Applicant: Felipe Mulero
2. Dates of Employment: From: 2001 To: 2002 Academic Year
3. Job Title(s): Spainish Teacher/ Technology Ed.: Interim Interim: Bilingual Educator/ General Educator
. Reason for Leaving: Still Employed
. Would you rehire? Yes x No

If not, please explain:

. Please rate this person on each of the following characteristics:

| | Unsatisfactory | Outstanding | Very Good | Satisfactory | Fair |
|---|---|---|---|---|---|
| ependability | | ✓ | | | |
| ttendance & ınctuality | | ✓ | | | |
| bility to work ith co-orkers | | | ✓ | | |
| uality of ork | | | ✓ | | |
| ooperation | | ✓ | | | |
| ility to learn w tasks | | ✓ | | | |
| dgement | | | ✓ | | |
| mputer ills | | | | ✓ | |
| ility to low written or oral tructions | | ✓ | | | |

Additional Comments:

ne: Ernest R. Nocerino
dress: 757 Farmington Ave. New Britain, CT 06053
e: Principal
nature: [signature] Phone #: (860) 225-7665
ationship to Applicant: School Principal/ Supervisor

al Security Number: 0 4 9 - 6 8 - 5 9 2 3

9

Clerk, United States District Court
District of Connecticut
450 Main Street
Hartford, Connecticut 06103

April 23, 2003

APR 23 4 35 PM '03
U.S. DIST... HARTF...

Re: Felipe Mulero
v.
Consolidated School District of New Britain
Case No. 3:02-cv-00932 (CFD)

---

Dear, Clerk:

I am writing to explain that I although I was sick from depression and unable to serve the defendant; I did make every reasonable effort to serve the Consolidated School District of New Britain, Connecticut with the filed complaint. Please secure my right to sue.

The Consolidated School District of New Britain, Connecticut did change it's address from One Liberty Square in New Britain, CT 06051 to it's new location on 272 West Main Street. I was not made aware it thus complicating my ability to serve the Defendant. However, I did send the defendant a copy of the filed complaint via first class mail.

I believe the copy of the filed complaint sent via first class mail to One Liberty Square for the Consolidated School District of New Britain, Connecticut was forwarded to the new address of 272 West Main Street, New Britain, Connecticut and it may have become lost in the move. This seems to be a logical explanation as to what may have happened.

I will properly serve the filed complaint to the New Address of 272 West Main Street Consolidated School District of New Britain once I am cleared that this case will proceed.

Very truly yours,

Felipe Mulero
Pro se Plaintiff

Cc: Irena J. Urbaniak

The Clerk shall docket this letter and include it in the Court's file. So ordered.

Christopher F. Droney
United States District Judge
04/25/03

# DISMISSAL AND NOTICE OF RIGHTS

To: Felipe Mulero
55 EAST CEDAR STREET
NEWINGTON, CT 06111

From: E.E.O.C
Boston Area Office
John F. Kennedy Federal bldg. 4th Floor
Boston, MA 02203

☐ *On behalf of a person aggrieved whose identity is CONFIDENTIAL (29 C.F.R. 1601.7(a))*

| Charge Number | EEOC Representative | Telephone Number |
|---|---|---|
| 16AA11376 | Anne Giantonio, Supv. | (617) 565-3200 |

**THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:**

☐ The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

☐ Your allegations did not involve a disability that is covered by the Americans with Disabilities Act.

☐ The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

☐ We cannot investigate your charge because it was not filed within the time limit required by law.

☐ Having been given 30 days in which to respond, you failed to provide information, failed to appear or be available for interviews/conferences, or otherwise failed to cooperate to the extent that it was not possible to resolve your charge.

☐ While reasonable efforts were made to locate you, we were not able to do so.

☐ You had 30 days to accept a reasonable settlement offer that affords full relief for the harm you alleged.

☐ The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

[X] The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

☐ Other *(briefly state)* ______

## - NOTICE OF SUIT RIGHTS -

*(See the additional information attached to this form)*

**Title VII, the Americans with Disabilities Act, and/or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS of your receipt of this Notice;** otherwise, your right to sue based on this charge will be lost. (The time limit for filing suit based on a state claim may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.**

If you file suit based on this charge, please send a copy of your court complaint to this office.

On Behalf of the Commission

Robert L. Sanders, Area Director

(Date) JUN 30 2003

Enclosure(s)

cc: NEW BRITAIN SCHOOL DISTRICT
ONE LIBERTY SQUARE
NEW BRITAIN, CT 06050-1960

Denied, without prejudice to filing a motion for summary judgment, so ordered. CFD 9/18/03

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| FELIPE MULERO<br>Plaintiff<br><br>v.<br><br>ONE CONSOLIDATED SCHOOL DISTRICT OF NEW BRITAIN, CT<br>Defendant | : | Case No. 3:02CV932 (CFD)<br><br><br><br><br>June 6, 2003 |

MOTION TO DISMISS

Pursuant to Federal Rules of Civil Procedure Rule 12(B), defendant, One Consolidated School District of New Britain, CT, moves for dismissal[1] of the action for the following reason:

(a) The plaintiff's failure to state a claim upon which relief may be granted. This matter is time-barred pursuant to Connecticut General Statutes Section 46a-101(e).

---

[1]This motion is to be consolidated with the motion for more definite statement and motion to strike filed by the defendant of even date, pursuant to Rule 12(g).

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

FELIPE MULERO : Plaintiff : v. : Case No. 3:02CV932 (CFD)

ONE CONSOLIDATED SCHOOL DISTRICT OF NEW BRITAIN, CT : Defendant : June 6, 2003

MOTION TO STRIKE

Pursuant to Federal Rules of Civil Procedure Rule 12(f), the defendant hereby moves to strike the following from the plaintiff's complaint:[1]

1. COUNT ONE Paragraph 1: ". . . The defendant discriminated against the plaintiff in employment on the grounds of having retaliated against him for having previously filed complaints of employment discrimination; National Origin: Puerto-Rico."

Denied. So ordered. CFD USDJ 9/8/03

[1] This motion is to be consolidated with the motion for more definite statement and motion to dismiss filed by the Defendant of even date, pursuant to Rule 12(g).

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| FELIPE MULERO<br>Plaintiff | : | |
| | : | Case No. 3:02CV932 (CFD) |
| v. | : | |
| | : | |
| ONE CONSOLIDATED SCHOOL<br>DISTRICT OF NEW BRITAIN, CT<br>Defendant | : | June 6, 2003 |

MOTION FOR MORE DEFINITE STATEMENT

Pursuant to Federal Rules of Civil Procedure Rule 12(e), the defendant hereby moves for a more definite statement within the complaint.[1] The granting of the motion for a more definite statement is within the Court's discretion. Old Time Enters v. International Coffee Corp., 862 F.2d 1213 (5th Cir. 1989). The complaint is vague and ambiguous in the ways set forth below:

A. PARAGRAPHS

**COUNT ONE**

**1. This is an action pursuant to Title VII of the Civil Rights Act of 1964, 42 U.S.C. Sections 2000e, et seq., to**

[1]This motion is to be consolidated with the motion to strike and motion to dismiss filed by the defendant of even date, pursuant to Rule 12(g).

DENIED. The plaintiff's complaint not "so vague or ambiguous that a party cannot reasonably be required to frame a responsive pleading." Fed. R. Civ. P. 12(e). However, if the plaintiff wishes to allege a cause of action for retaliation that allegedly occurred in September 2002 (as noted in his response to the defendant's motion), he must amend his complaint to add that allegation.

Christopher F. Droney
United States District Judge
09/ /03



3:02cv932 (CFD)

To Comply with Rule 26(f)

JUN 30 05 PM '03

U.S. DI... HAR...

Felipe Mulero

Vs

One Consolidated School District Of New Britain, Conn.

***Motion to Continue Case***

Now Comes the Plaintiff, The Motion to Strike, Motion to Dismiss, and Motion for a more Definite Statement will be addressed and shown to be without Merit. The defendant will be proven to be at fault.

1. The case involves retaliation and discrimination for the following reasons.

   a. The employer discriminated when the employer claimed to have had two equaling qualified Candidates for the position of Technology Education in September of 2001. However, one was Hispanic and was of a protected Class applying for a job where the school population was over 60% Spanish speaking. The Candidate chosen was White and Non Spanish Speaking and therefore could Not been equally qualified. Both candidates were interviewed clearly I had applied for the position and the employer is not truthful.

   b. The employer further retaliated when the (Plaintiff )Hispanic Candidate then tried to apply in September of 2002 for a bilingual position and was further denied employment but was passed up by a less qualified candidate Deyanira Vazquez who was hired as a first grade teacher at the Smith School. In December 12, 2002 another position was opened at the Chamberlain School as an Elementary School teacher of the First Grade. A certified teacher never filled the position. The Plaintiff application was never considered. It is School Policy to retain the Application for One Year should other positions become available and the Plaintiff Application was in the Pool. I inquired of the position at the Chamberlain School. I was once again said to be not qualified.

2. In 1999 I was to hired as a Bilingual Teacher and I was considered to have been qualified and certified under Durational Shortage Application Permit (DSAP). In September of 2002 I was once again a candidate as a DSAP along with Deyanira Vazquez who graduated from the same Alternate Route to Teacher Certification Program. I have had certified teaching experience as a Vocational Educator and Deyanira Vazquez had no certified teaching experience. I was the more qualified candidate and I did not get the job in either the Smith School in September of 2002 or the Chamberlain School in December of 2002 either.

3. This Title VII case is a very valid case and I move to further Pursue Charges of Discrimination and Retaliation under Title VII complaint. Please continue this case.

4. Furthermore, the Complaint was filed and served as authorized By the United Stated District Court. EEOC Charge Number 16AA11376 Notice of Rights to Suit

Granted. So ordered. CFD USDJ 9/8/03

Name FELIPE MULERO SS# 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 

## PART X EVIDENCE OF ENROLLMENT IN PLANNED PROGRAM OF TEACHER PREPARATION

**This section must be completed and signed by the certification officer of the preparing institution.**

Mulero
Applicant's Last Name

Felipe
First Name

L
MI

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
Social Security Number

a. The above-named applicant is currently enrolled in a planned program leading toward this institution's recommendation for certification in:

Technology Education
Subject/Field

NK-12
Grade Level

Fall 1998
Date of Enrollment

b. Number of semester hours of credit required to complete certification program: 22 SH

c. Number of semester hours applicant has completed: 5 SH
(3SH additional completed SS2000 per student; 6 SH enrolled for Fall 2000)

Central Connecticut State University – New Britain, CT 06050
College or University

Ronald J. Moss, Ph. D.
Assistant Dean of Education and University Certification Officer
Name and Title of Official

860-832-2125
( ) Telephone Number

MOSS@CCSU.EDU

[signature]
Signature

9 August 2000
Date




Consolidated School District of New Britain
**Pulaski Middle School**
**Ernest Nocerino, Principal**
**E. Ann Carabillo, Assistant Principal**
757 Farmington Avenue
New Britain, Connecticut 06053
(860) 225-7665 Fax (860) 223-3840

March 25, 2002

To Whom It May Concern:

I am pleased to write this recommendation for Felipe Mulero. During the 2001-2002 school year Mr. Mulero has performed in the capacity of a substitute teacher, covering a variety of subject areas. His most recent assignment was teaching a Spanish class for 6-weeks while the full time teacher was on maternity leave. In addition to teaching this class he also student taught in a bilingual classroom to qualify for his certification as a bilingual teacher.

I have found that Mr. Mulero approaches his assignments in a professional manner. He willingly accepts any assignment. He is an upbeat individual who always has a smile and a greeting for everyone. He has done a fine job at Pulaski Middle School.

Respectfully,

Ernest R. Nocerino

MIDDLE GRADE SCHOOL STATE POLICY INITIATIVE

THIS FORM SHOULD BE COMPLETED BY A CURRENT / FORMER EMPLOYER

21

PLEASE PRINT OR TYPE:

1. Name of Applicant: Felipe Mulero
2. Dates of Employment: From: 2001 To: 2002 Academic Year
3. Job Title(s): Spainish Teacher/ Technology Ed.: Interim Interim: Bilingual Educator/ General Educator
4. Reason for Leaving: Still Employed
5. Would you rehire? Yes x No

   If not, please explain:

6. Please rate this person on each of the following characteristics:

| | Unsatisfactory | Outstanding | Very Good | Satisfactory | Fair |
|---|---|---|---|---|---|
| Dependability | | ✓ | | | |
| Attendance & Punctuality | | ✓ | | | |
| Ability to work with co-workers | | | ✓ | | |
| Quality of Work | | | ✓ | | |
| Cooperation | | ✓ | | | |
| Ability to learn new tasks | | ✓ | | | |
| Judgement | | | ✓ | | |
| Computer Skills | | | | ✓ | |
| Ability to follow written &/or oral instructions | | ✓ | | | |

7. Additional Comments:

Name: Ernest R. Nocerino
Address: 757 Farmington Ave. New Britain, CT 06053
Phone #: (860) 225-7665
Title: Principal
Signature: [signature]
Relationship to Applicant: School Principal/ Supervisor

Social Security Number: 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

21

Ref # 0310011

This is to acknowledge the receipt of your completed application on 10/9/03. Your application will be reviewed when a suitable position is available. If you are selected for an interview, you will be contacted by telephone. If not, you will be informed in writing after the hiring process has been completed for the position for which you applied. Please remember you are responsible for updating your application file as necessary. Thank you for your interest in the New Britain School District.

Please mail in copies of your current certifications for your file.

Human Resources Department
New Britain School District

Ref # 0103026

This is to acknowledge the receipt of your completed application on 5/14/01. Your application will be reviewed when a suitable position is available. If you are selected for an interview, you will be contacted by telephone. If not, you will be informed in writing after the hiring process has been completed for the position for which you applied. Please remember you are responsible for updating your application file as necessary. Thank you for your interest in the New Britain School District.

PERSONNEL OFFICE
NEW BRITAIN SCHOOL
DISTRICT