# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

FELIPE MULERO,                          :
      Plaintiff,                   :
                                   :
      v.                           :    CIVIL ACTION NO.
                                   :    3:02 CV 932 (CFD)
ONE CONSOLIDATED SCHOOL                 :
DISTRICT OF NEW BRITAIN, CT,            :
      Defendant.                   :

## ORDER

Pending is the defendant's motion for summary judgment [Doc. # 23].  Given that the plaintiff has indicated that he intends to proceed with his case pro se, he is hereby ordered to file a response in opposition to the motion for summary judgment by **June 30, 2004**, or file a motion for an extension of time to respond if he requires additional time to do so.

The plaintiff is given the following notice regarding any responses he may file in opposition to the defendant's motion for summary judgment.  Rule 56 of the Federal Rules of Civil Procedure governs the standards for determining the propriety of motions for summary judgment.  The rule provides in part:

> When a motion for summary judgment is made and supported as provided in this rule, an adverse party [the party opposing the motion] may not rest upon the mere allegations or denials of the adverse party's pleading, but the adverse party's response, by affidavits or as otherwise provided in this rule, must set forth specific facts showing that there is a genuine issue for trial.  If the adverse party does not so respond, summary judgment, if appropriate, shall be entered against the adverse party.

Fed. R. Civ. P. 56(e).  Moreover, the rule requires a motion or response to a motion for summary judgment to be supported with affidavits based on personal knowledge, Schiess-Froriep Corp. v. S.S. Finnsailor, 574 F.2d 123, 126 (2d Cir. 1978), and a hearsay affidavit is not a substitute for

1

the personal knowledge of a party.  <u>Sellers v. M.C. Floor Crafters, Inc.</u>, 842 F.2d 639, 642 (2d

Cir. 1988).  An affidavit is:

> A voluntary declaration of facts written down and sworn to by the declarant before
> an officer authorized to administer oaths [a notary public or Commissioner of the
> Superior Court of the State of Connecticut].

<u>Black's Law Dictionary</u> 58 (7th ed. 1999).

Failure to show cause why the defendant's motion should not be granted by filing a

response to the motion with the Clerk of Court on or before **June 30, 2004**, may result in the

entry of judgment against the plaintiff and in favor of the defendant, and the dismissal of this

case.

SO ORDERED this 4th day of June 2004, at Hartford, Connecticut.


  /s/ CFD
_____
Christopher F. Droney
United States District Judge