**United States District Court**
**District of Connecticut**

Felipe Mulero
Plaintiff, Pro Se

: Case No. 3:02CV932
: (CFD)

Vs.

FILED

New Britain Public Schools
One Consolidated School
District of New Britain: Defendant

: 2004 JUL -9 P 4: 02
: June 30, 2004  U.S. DISTRICT COURT
  HARTFORD, CT.

### Motion for dismissal of Summary Judgement as there is no Just Cause

Now Comes, The Plaintiff in response to the defendants motion for Summary Judgement. I will brief the Court to this point as to why this case should be allowed into trial with proof and evidence of Clear discrimination in Attachments 3a,4,9,16,18,20,22, &21. All of these motions which were ultimately ruled in my favor gives proof that this case has merit. In addiction I will also provide more proof as follows and I will have all documents Notarized as requested by the Defendant.

1. The New Britain School District continues to discriminate against me in a retaliatory manner ever since I filed a CHRO & Equal Employment Opportunity Commission Complaint #161111376 as provided as proof in Attachment 1; Right to Sue letter.

2. I have continued to apply and reapply (See Attachment 2) for various position in Bilingual Education (Pre-K-12) where the One Consolidated School District of New Britain has a significant population of Bilingual students in need of services. I have a great deal of teaching experience in the Conn. Public Schools. See Attachment 3&4. Yet in September of 2002 Bilingual Candidate: Deyanira Vazquez was hired with no prior certified teaching experience at the Smith School: 1st grade. I was not even considered. I also applied for a position in Bilingual Ed. at Pulaski Middle School on 10/9/03 & was not hired. Also I was highly recommended per former principal See Attached on 14th page of this Attachment.

3. I have never even been granted an interview although my application continued to be on file (Attachment 2) Year after Year. In some cases the position are employed with un-certified long-term substitute & the students suffer as a result. I may provide evidence of this if I am granted a trial and I could sopeana the One Consolidated School District of New Britain to prove that Non Certified Substitute have been hired.

4. I have also reapplied this year 2004-2005 and I could predict that my application on file will not be considered because of the on going discriminatory retaliation & Case.

5. I wish to go to trial on this case and sue for back pay since I have filed this complaint, Retirement years to be credited, and what ever the Jury deems necessary for the years of depression I have suffered with stress as a result of being deprived employment.

I certify that the fore going is true to the best of my knowledge _Felix Mulero_
Notary _____ date _6/30/04_           Felipe Mulero/ Planitiff
My commission expires 4/30/05
I certify a that a copy was sent First Class Mail to the Defendant this date _6/30/04_

_Felipe Mulero_

**United States District Court**
**District of Connecticut**

Felipe Mulero          : Case No. 3:02CV932
Plaintiff, Pro Se      : (CFD)
                       :
Vs.                    :
                       :
New Britain Public Schools   :
One Consolidated School      :
District of New Britain      : June 30, 2004
Defendant                    :

### Plaintiff Motion for dismissal of Summary Judgement as there is no Just Cause

Now Comes, The Plaintiff in response to the defendants motion for Summary Judgement. I will brief the Court to this point as to why this case should be allowed into trial with proof and evidence of Clear discrimination in Attachments 3a,4,9,16,18,20,22, &21. All of these motions which were ultimately ruled in my favor gives proof that this case has merit. In addiction I will also provide more proof as follows and I will have all documents Notarized as requested by the Defendant.

1. The New Britain School District continues to discriminate against me in a retaliatory manner ever since I filed a CHRO & Equal Employment Opportunity Commission Complaint #161111376 as provided as proof in Attachment 1.

2. I have continued to apply and reapply (See Attachment 2) for various position in Bilingual Education (Pre-K-12) where the One Consolidated School District of New Britain has a significant population of Bilingual students in need of services. I have a great deal of teaching experience in the Conn. Public Schools. See Attachment 3&4. In September of 2004 Bilingual Candidate: Deyanira Vazquez was hired with no prior certified teaching experience at the Smith School 1st grade. I was not even considered.

3. I have not even been granted an interview although my application continued to be on file (Attachment 2) Year after Year. In some cases the position are employed with un-certified long-term substitute & the students suffer as a result. I may provide evidence of this if I am granted a trial and I could sopeana the One Consolidated School District of New Britain to prove that Non Certified Substitute have been hired.

4. I have also reapplied this year 2004-2005 and I could predict that my application on file will not be considered because of the on going discriminatory retaliation.

5. I wish to go to trial on this case and sue for Back Pay since I have filed the complaint, Retirement years of credited, and what ever the Jury deems necessary for the years of depression I have suffered with stress as a result of being deprived employment.

I swear that I wrote this document subscribed and sworn to before me
Contains the truth on all forms, to the best day of my sure
Knowledge  Felipe Mulero  date 6/30/04
Felipe Mulero
Notary Public
Date Commission Expires: 9-30-09
ALSO see on Back

Subscribed and sworn to before me
this 30 day of June 2004
Tanya D Cese
Notary Public
Date Commission Expires: 4-30-09

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

# DISMISSAL AND NOTICE OF RIGHTS

| To: Felipe Mulero<br>55 EAST CEDAR STREET<br>NEWINGTON, CT 06111 | From: E.E.O.C<br>Boston Area Office<br>John F. Kennedy Federal bldg. 4th Floor<br>Boston, MA 02203 |
|---|---|

☐ On behalf of a person aggrieved whose identity is CONFIDENTIAL ( 29 C.F.R. 1601.7(a) )

| Charge Number | EEOC Representative | Telephone Number |
|---|---|---|
| 16AA11376 | Anne Giantonio, Supv. | (617) 565-3200 |

**THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:**

☐ The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

☐ Your allegations did not involve a disability that is covered by the Americans with Disabilities Act.

☐ The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

☐ We cannot investigate your charge because it was not filed within the time limit required by law.

☐ Having been given 30 days in which to respond, you failed to provide information, failed to appear or be available for interviews/conferences, or otherwise failed to cooperate to the extent that it was not possible to resolve your charge.

☐ While reasonable efforts were made to locate you, we were not able to do so.

☐ You had 30 days to accept a reasonable settlement offer that affords full relief for the harm you alleged.

☐ The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

☒ The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

☐ Other *(briefly state)* _____

## - NOTICE OF SUIT RIGHTS -
*(See the additional information attached to this form)*

**Title VII, the Americans with Disabilities Act, and/or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS** of your receipt of this Notice; otherwise, your right to sue based on this charge will be lost. (The time limit for filing suit based on a state claim may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years)** before you file suit may not be collectible.

If you file suit based on this charge, please send a copy of your court complaint to this office.

On Behalf of the Commission

_____

Robert L. Sanders, Area Director                    *(Date)*

Enclosure(s)

cc: NEW BRITAIN SCHOOL DISTRICT
    ONE LIBERTY SQUARE
    NEW BRITAIN, CT 06050-1960

EEOC Form 161 (Rev 09/97)                    **CHARGING PARTY COPY**

*Ref # 0310011*

This is to acknowledge the receipt of your completed application on 10|9|03. Your application will be reviewed when a suitable position is available. If you are selected for an interview, you will be contacted by telephone. If not, you will be informed in writing after the hiring process has been completed for the position for which you applied. Please remember you are responsible for updating your application file as necessary. Thank you for your interest in the New Britain School District.

Please mail in copies of your current certifications for your file.

Human Resources Department
New Britain School District

*Ref # 0103036*

This is to acknowledge the receipt of your completed application on 5/14/01. Your application will be reviewed when a suitable position is available. If you are selected for an interview, you will be contacted by telephone. If not, you will be informed in writing after the hiring process has been completed for the position for which you applied. Please remember you are responsible for updating your application file as necessary. Thank you for your interest in the New Britain School District.

PERSONNEL OFFICE
NEW BRITAIN SCHOOL
DISTRICT



# STATE OF CONNECTICUT
## Department of Higher Education

November 20, 2001

To Whom It May Concern:

Please accept this letter as confirmation that Felipe Mulero has been admitted to the 2001 Connecticut Alternate Route to Certification Program. Felipe's successful completion of the program will make him eligible for the certification endorsement(s): Bilingual, Pre-K-12 (#009). The completion date of the program is May 4, 2002.

The Alternate Route Program is administered by the Connecticut Department of Higher Education. The Alternate Route was established in state law as a component of the Connecticut Educational Enhancement Act of 1986. The Alternate Route to Certification is approved as a teacher certification program by the Connecticut State Department of Education.

Students who successfully complete the Alternate Route program are eligible for employment as teachers in any Connecticut public school on the same terms and under basically the same conditions as other teachers who completed a traditional certification program. Alternate Route Graduates who are employed in Connecticut public schools must participate in the State Department of Education's Beginning Educator Support and Training (BEST) program for each of their first two years of teaching. Upon satisfactory completion of the 90-day period of temporary certification, Alternate Route teachers may be issued an Initial Educator Certificate upon their superintendent's request.

Please do not hesitate to contact me if I may provide you with additional information regarding the Alternate Route to Certification. Thank you for considering Felipe for a position with your school system.

Sincerely yours,

James McKenna, Director
Alternate Route to Certification

2

# CONSOLIDATED SCHOOL DISTRICT
# CITY OF NEW BRITAIN

## EMPLOYMENT APPLICATION

FULL NAME __Felipe  Luke  Mulero__

ADDRESS __55 East Cedar Street__

__Newington, CT 06111__

PHONE [Home]__(860 ) 665-0609__          [Work] __(860 ) 665-0609__

SOCIAL SECURITY NUMBER __049__ /__68__ /__5923__

TEACHER CANDIDATE: Pre-K-12 Bilingual (009)
                   Computer Technology / Ed.

Elementary School:              Grade Preference __K-12__

                                Special Subjects __Computers/ Bilingual Ed.__

Middle School:                  Subjects __Computers/ Bilingual Ed.__

High School:                    Subjects __Computers/ Bilingual Ed.__

Adult Education:                Subjects __(107) Mandated Subjects__

ADMINISTRATIVE CANDIDATE:

Position Applied For: __Bilingual Education (009) Pre-K-12/ Computer Ed.__

| For Office Use Only: | |
| --- | --- |
| Addendum Received | ✓ |
| Certification Received | ✓ |
| References Received | ✓ |
| Transcript Received | |
| Interview | |
| Step Placement | |
| Initial Base Pay | |
| Starting Date | |

RECEIVED
MAY 9 2002
PERSONNEL

THE NEW BRITAIN PUBLIC SCHOOL DISTRICT DOES NOT DISCRIMINATE ON THE BASIS OF RACE, COLOR, ANCESTRY, NATIONAL ORIGIN, CITIZENSHIP STATUS, GENDER, MARITAL STATUS, PHYSICAL OR MENTAL DISABILITY, RELIGION, AGE OR SEXUAL ORIENTATION.

ALL APPLICANTS *MUST* INCLUDE:
-PROOF OF *CONNECTICUT* CERTIFICATION
-3 LETTERS OF RECOMMENDATION
-TRANSCRIPTS (copies accepted)

I.  PROFESSIONAL EMPLOYMENT RECORD (Most recent employment first, practice teaching last)

| School District | Address | Phone # | Dates | Position | Supervisor |
|---|---|---|---|---|---|
| One Consolidated School Dist. of New Britain | One Liberty Square New Britain, CT | (860) 827-2249 | 2001-2002 School Year | Interim Spanish Inst.& Bilingual | Ernest Nocerino Principal |
| Capitol Community Coll | 61 Woodland Street Hartford, CT | (860) 667-4659 | 1998-2001 | Adjunct Faculty Science & Math | Rama R. Chaturvedi Ph.D. Chair of Science & Math |
| Middletown School Dist. | 311 Hunting Hill Ave. Middletown,CT | (860) 638-1401 | March 1, 2002 June 23, 2002 | Superintendent Internship | Dr. Carol Pamellee Blancato ,Superintendent |
| Alternate Route to teacher certification (III) | 61 Woodland Street Hartford,Ct 06105 | (860) 947-1301 | September 29, 2001-May 3,2002 | Bilingual & Computers Prog | Jim Mckenna Director of ARC II |

V.  OTHER WORK EXPERIENCE

| Employer | Address | Phone # | Dates | Position | Supervisor |
|---|---|---|---|---|---|
| Patent Construction Systems | 540 Flatbush Avenue Hartford,CT 06106 | (860) 523-5293 | Feb. 1986- Nov. 1995 | Architectural Draftsman/Engr | Martin Kindred |
| United Technologies | One Hamilton Road Windsor Locks,Ct | (860) 654-5580 | Jan. 3, 1987- Feb. 2, 1992 | Manufacturing Engineer | **Richard Lanier** |
| Vocational Technical School Sys. A.I Prince | 500 Brookfield Street Hartford,CT 06106 | (860) 228-1459 | May 28, 1992- June 2001 | Occupational Trades: Machine Drafting | Fred Huhn |

REFERENCES:   List the names, addresses, and telephone numbers of individuals who have observed your work as a teacher, employee, or student. **Applications must include at least three references, including most recent employer.**

| Full Name | Position | Complete Address (include zip code) | Phone # |
|---|---|---|---|
| Dr. Devdas Shetty Associate Dean | School of Engineering University of Hartford | University of Hartford 200 Bloomfield Avenue West Hartford,CT 06106 | (860) 768-4615/4844 |
| Edward Maydock | Professor of Engineer Central Conn. ST. Univ. | P.O Box 346 Pleasant Valley, Winstead, CT 06063 | (860) 738-1086 |
| Dr. Rama K. Chaturvedi | Chair of Math & Science | 39 Beacon Street Newington,CT 06111 | (860) 667-4659 |

## I.  CONNECTICUT CERTIFICATION

1.  Do you hold a Connecticut Teaching Certificate?  [X] Yes  [ ] No

    Type:  [X] Initial   [ ] Provisional   [X] Professional

    Subjects or Grades  Pre-K-12(009)  Issued  May 4,2002   Expires May 21,2006

    Professional (090,091) 5/5/01         May 21,2006

2.  Do you have a teaching certificate from another state?  [X] Yes  [ ] No    Administrators/Super-
                                                                               visory

    If yes, please list state(s) _____    Equivalency

### -IMPORTANT-

All applicants must include proof of Connecticut certification.  If you do not hold a valid Connecticut teaching certificate, please be sure that you have started the application process and are able to show the Personnel Office proof of your qualifications that would enable you to receive the needed certification.  **This information must be received no later than six months from the date the application is submitted to the Personnel Office.**  Maintenance of certification is candidate's responsibility.

## II.  EDUCATION

|              | Name of School | City and State | Major | Type of Degree |
|--------------|----------------|----------------|-------|----------------|
| High School  | A.I Prince Techni-cal 500 Brookfield Street Htfd,CT | Hartford, CT 06106 | Machine Drafting | High School 2000 Hrs. Cr. |
| College      | American International College | Springfield,Mass. 01106 | Education-al Leader-ship | Sixth Year Pending (093) |
| Graduate Work | University of Hart-ford, Central CT ST University of Conn. | West Hartford,CT New Britain,CT Storrs,CT | Mech./Manf. Ind. Tech. Ed. Leader | Engineer B.S. M.S.(090,091) ship (092) |

COLLEGE ACTIVITIES, AWARDS, HONORS:  Ranked #1 in Graduating Class (H.S.)
High Honors in Associate College.  High Honors at Central Conn. ST University
Urban League Inter-racial Scholar.  Manufacturing Engineering Scholar.

### -IMPORTANT-

Each application must include a copy of the candidate's transcripts and three letters of recommendation. **This information must be received no later than six months from the date the application is submitted to the Personnel Office.**

VI.    MISCELLANEOUS

1.    What books and magazines (excluding textbooks) have you read in the past year?

Educational Week. American Educator. American Inventor.

2.    What are your special interests or hobbies? Newington Lions Club Member
Connecticut Association of Administrators.

3.    To what professional or civic organizations do you belong?  (Please do not list any organizations which would identify your race, religion, color, national origin, ancestry, age, marital status, physical or mental disability, or sexual orientation)

Newington Lions Club, Connecticut Education Association,
Connecticut Association of School Administrators/ Superintendents

4.    On a separate page, please describe any recent participation in professional activities or educational travel.

I recently went to Florida to visit Miami and I witness many culturals

5.    List any languages in which you are fluent (other than English): Spanish'

6.    Are you presently under contract? ☐ Yes ☒ No    If yes, where? Currently Substitude
in New Britain.

7.    If appointed, when could you begin work? Late August for the the 2002/2003 year

8.    You may include additional material, training or experience, or personal comments which may enhance your candidacy. I have worked for over 10 years in teaching and I have
formal training in High Schools to Careers and High Schools that
work programs. I have done an applications work shop on John Dewey

Please notify us if you wish to withdraw your application. Completed applications will be considered for one year unless requested otherwise by you.

Return application to:

Personnel Office
New Britain School District
One Liberty Square
P.O. Box 1960
New Britain, CT 06050-1960

***PLEASE READ CAREFULLY AND SIGN:*** The information contained in this application is complete and accurate to the best of my knowledge and belief. The Consolidated School District of the City of New Britain has my permission to verify any information set forth by me on this form. I understand that any misrepresentation of the facts on this application disqualifies me from further consideration for employment, or, if I am hired, is sufficient cause for dismissal. I recognize that any employment offer made to me is contingent upon my completing a pre-employment physical and the results of that physical. I fully agree to the above.

DATE 5/9/02    SIGNATURE _____

2

FILED

2004 JUN 30 P 4: 46

DISTRICT COURT
HARTFORD CT



## American Council on the Teaching of Foreign Languages

*certifies that*

*FELIPE MULERO*

*has successfully completed an ACTFL Oral Proficiency Interview (OPI) and has been rated, using ACTFL Proficiency Guidelines, as*

*ADVANCED MID - SPANISH*





*Executive Director*

09/29/99
99-4456

**Felipe Mulero**
55 East Cedar Street
Newington, CT 06111
Home (860) 665-0609 / Fmulero@hotmail.com
Candidate: **School Supervisory Administrator**

**OBJECTIVE** To administrate a diversified work force that believes in excellence in meeting its administrative goals.
To teach within a diversified School System which is committed to Educational Excellence & teamwork.

**EDUCATION:** Associates of Science: Mechanical and Manufacturing Engineering Technology. June 1987.
Capital Community Technical College Formerly Hartford State Technical College.

Bachelor of Science: Mechanical & Manufacturing Engineering: December 1990. University of Hartford

Master of Science: Industrial Management Technology, May 1998. Certification: (090,091) Central CT. State University. *University of Connecticut:* Ed. Leadership 092 Certificate Prog. June 01

American International College: Educational Leadership Sixth Year, Superintendent Certification (093), School Business Administrator Certification (085), August 2003

**EDUCATION** 9/01-5/02: <u>Alternate Route Teacher Certification II: Bilingual Ed. / Computer Ed. Pre-K-12</u>
**EXPERIENCE:** 1/02-3/03: **Pulaski Middle School & Central High (6-12):** Spanish / Bilingual Education: (Pre k-12)

10/03          <u>**Sylvan Educational Solution:** Site Manager</u>, Springfield Mass. Supervise Reading and Math Teachers.

11/01-Present    <u>**Albertus Magnus College:** New Dimension Program, 111 Founders Plaza, East Hartford, Conn.</u>
          -**Adjunct Professor**: Instructed; Math, Science and Technical related subjects in Business Management

9/92-9/02      <u>**State of Connecticut: Community Technical College: Vocational Technical School Sys. Hartford, CT**</u>
          -**Adjunct Professor &** Fellowship/ Instructor of Voc. Tech. School Sys. Math, Engineering / Drafting Tech
          -**Superintendent Internship:** Trained as a Superintendent, State of CT. & Wallingford Schools  (Pre-K-12)

*Other Experience:*

1/87-2/92      <u>**United Technology Corp. : Hamilton Standard/ Pratt & Whitney (Windsor Locks/ East Hartford, CT.)**</u>
          -**Plant Engineer/ Manufacturing Engineer:** Carbon Composite Manufacture Dept.: Scheduled Production.
          -**Mechanical & Manufacturing Engineer:** Strategic Planning & Capitol Appropriation Dept.: Budget Cost

2/85-1/87      <u>**Harsco Corporation: Patent Scaffolding Construction Systems, (Hartford, Conn. Plant)**</u>
          -**Designer Structural Engineer:** Designed layout Drawings of Optimized Rental Construction Systems.

2/87-2/89      <u>**Berensons' Hartford Jai Alai: (Hartford, Conn.)**</u>
          -**HVAC Technician/Evening Facilities Manager:** Serviced rooftop Air Conditioning Units/Heat Pumps.

**PROFESSIONAL** Connecticut Education Association, **NAME: National Association For Multicultural Education**
**AFFILIATIONS:** Connecticut Association of School Administrators, CAS. **SME Society of Manufacture Engineers**

**SEMINARS:**     **Total Quality Education:** "93-96", John Collins Writing Across the Curriculum:"99-01"
          **High Schools That Work:** "99-01", Schools to Careers: "99-01" Work Readiness Programs

**LANGUAGES:**     Fluent in Spanish and English    *Group Facilitation and Conflict Resolution Certified*

**COMMUNITY:**     6/92-6/97 Sacred Heart San Juan Tutorial Program, (Hartford, Connecticut). Lion Club Since"98"

**CERTIFICATION:** **Professional Teaching Certificate: Connecticut:** Educational Leadership (085,092,093)
          Vocational Occupational Trades: Drafting Technology & Related Subjects (090, 091) **Bilingual**
          **Educator: Spanish (009),** Mandatory Adult Educator Certificate (107),    ***New York State**:*
          School Business Administrator, School Administrator Supervisor, School District Administrator.

**REFERENCE:**     Available Upon Request.

3  REV 12/96

# CONNECTICUT STATE DEPARTMENT OF EDUCATION
### Bureau of Certification and Professional Development
P.O. Box 2219 – Room 243
Hartford, Connecticut 06145-2219

RECEIVED

JUL 1 5 1999

SUPERINTENDENT, VTSS

## STATEMENTS OF SUCCESSFUL PROFESSIONAL EXPERIENCE
*(Note: Please Use a Separate Form For Each School District in Which You Have Served)*

*Original was sent to Certifica on 7/21/99*

**LAST NAME**

**FIRST NAME**

**MI**

**SOCIAL SECURITY NUMBER**

**BIRTH DATE (Month-Day-Year)**

Please check appropriate box.  See reverse side for criteria.

☒ The applicant has served successfully in the following position(s) in public or approved nonpublic schools.

☐ The applicant has not served successfully in the following position(s) in public or approved nonpublic schools.

*(NOTE: For classroom teachers, the above attestations should be based upon having successfully met the district evaluation criteria, which may include but are not limited to the Connecticut Teaching Competencies.)*

*Thomas J. Ferra*
Original Signature of Principal/Supervisor

*VINAL TECHNICAL HIGH School*
Name of School

7/12/99
Date

| POSITION HELD | LESS THAN 50% | 50% OR MORE | FROM (MO/YR) | TO (MO/YR) | SUBJECT/FIELD | LEVEL | SPECIFIC ENDORSEMENT REQUIRED FOR POSITION |
|---|---|---|---|---|---|---|---|
| V-T Instructor | | X | 9/92 | Present | Drafting | 9-12 | 090 |
| | | | | | | | |
| | | | | | | | |

If the applicant is an adult education teacher, indicate number of hours served per year. _____

If the applicant completed a school psychologist internship (not under contract), please check here. ☐

Signature of Superintendent, Executive Director or Headmaster
attesting to accuracy of information.
**(Original Signature:  No Stamp Accepted)**

7/16/99
Date

*Dominic Spera*
Typed or Printed Name of Person Signing Above

*Superintendent*
Title

*V-T School System*
Board of Education

860-807-2200
Telephone

3

## VS INSTRUCTOR EVALUATION

### 1992-93 SCHOOL YEAR

NAME:   FELIPE MULERO

LOCATION:   HOWELL CHENEY RVTS

This will confirm that the above-named teacher has been rated satisfactorily
for this school year in accordance with the indicators of effective teacher
performance.

This rating has been certified in writing by the School Director and reviewed
by the Assistant Superintendent.

This document is to be incorporated in the teacher's official Personnel File.
The complete Teacher Evaluation Portfolio is retained in the official school
file, in accordance with the Vocational-Technical School System's Teacher
Evaluation and Professional Growth Handbook.


LINDA A. JAKAB
PRINCIPAL PERSONNEL OFFICER
OCTOBER 20, 1993


0430B

3

## VS INSTRUCTOR EVALUATION

### 1994-95 SCHOOL YEAR

**NAME:**  MULERO FELIPE L

**LOCATION:**  HOWELL CHENEY RVTS

This will confirm that the above-named teacher has been rated satisfactorily for this school year in accordance with the indicators of effective teacher performance.

This rating has been certified in writing by the School Director and reviewed by the Assistant Superintendent.

This document is to be incorporated in the teacher's official Personnel File. The complete Teacher Evaluation Portfolio is retained in the official school file, in accordance with the Vocational-Technical School System's Teacher Evaluation and Professional Growth Handbook.

LINDA A. JAKAB
PRINCIPAL PERSONNEL OFFICER
JULY 20, 1995

0430B



## VS INSTRUCTOR EVALUATION

### 1995-96 SCHOOL YEAR

**NAME:** FELIPE MULERO

**SCHOOL:** HOWELL CHENEY RVTS

This will confirm that the above-named teacher has been rated satisfactorily for this school year in accordance with the indicators of effective teacher performance.

This rating has been certified in writing by the School Director and reviewed by the Assistant Superintendent.

This document is to be incorporated in the teacher's official Personnel File. The complete Teacher Evaluation Portfolio is retained in the official school file, in accordance with the Vocational-Technical School System's Teacher Evaluation and Professional Growth Handbook.

LINDA A. JAKAB
PRINCIPAL PERSONNEL OFFICER
JULY 22, 1996





## VS INSTRUCTOR EVALUATION

### 1996-97 SCHOOL YEAR

**NAME:**     FELIPE MULERO

**SCHOOL:**   VINAL RVTS

This will confirm that the above-named teacher has been rated satisfactorily for this school year in accordance with the indicators of effective teacher performance.

This rating has been certified in writing by the School Director and reviewed by the Assistant Superintendent.

This document is to be incorporated in the teacher's official Personnel File. The complete Teacher Evaluation Portfolio is retained in the official school file, in accordance with the Vocational-Technical School System's Teacher Evaluation and Professional Growth Handbook.

DEBORAH A. ELDREDGE
PERSONNEL OFFICER
SEPTEMBER 19, 1997

4

## CONNECTICUT DEPARTMENT OF EDUCATION
### BUREAU OF HUMAN RESOURCES
25 Industrial Park Road
Middletown, CT 06457

TO:        Jennifer Green
               Payroll Operations Unit

FROM:     Linda A. Jakab
               Principal Personnel Officer

DATE:     July 31, 1996

SUBJECT:    Felipe Mulero
               PCN 08065, Empno. 530303

Mr. Mulero's promotion from VS Instructor Initial/Provisional to VS Instructor Professional was processed effective May 10, 1996 (payperiod ending May 23, 1996).

The effective date of Mr. Mulero's professional certification is March 1, 1996. We are persuaded that the delay in the delivery of the certificate was due in part to problems with the forwarding of mail from his former address.

Therefore, would you please change the effective date of his promotion to March 1, 1996 and process payment of the retroactive sum due him for check date August 30, 1996. My quick calculations indicate that amount should be approximately $505.95?

Thank you for your assistance.


LAJ/ss
cc:  Mr. Mulero

3a

**United States District Court**
**District of Connecticut**

Felipe Mulero                                                    :
Plaintiff                                                        : Case No.3:02CV932
                                                                 :(CFD)

Vs.                                                              :
                                                                 :
                                                                 :
One Consolidated School                                         :
District of New Britain, CT                                     : October 31, 2003

**Plaintiffs' Motion to Continue Law Suit / Case**

Now Comes; The Plaintiff who has already addressed these matters in previous motions.
The Defendant made several attempts to disclaim the validity of this case. The Defendant
has been denied on several motions and now comes forth with the same claims, which
have already been determined and denied.

1. On September 5, 2003; *I was granted **Motion to Continue LawSuit / Case***. Attach 4.

2. On June 6, 2003 the ***Defendants Motion to Dismiss*** the case claiming that the Plaintiff
failed to state a claim upon which relief can be granted and ***also Stating that this Case /
matter is time barred***. ***It was Denied on September 8, 2003***. See Attachment 9 and 16.

3. Also on June 6, 2003 the ***Defendants Motion to Strike*** claiming that the Plaintiff failed
to state a claim of retaliation. ***It was also denied on September 8, 2003***. See Attached.18.

4. Also on June 6, 2003 the ***Defendants Motion For More Defendant Statement***
claiming that the Plaintiff failed to state a claim. The Defendant claimed that the
complaint is vague and ambiguous. ***It was denied on September 8, 2003.*** See attached 20.

5. On September 8, 2003; *I was granted a **Motion To Continue the Case.*** I stated the
reasons as to why I am being discriminated and retaliated against. See attachment 22.

6. The Defendant continues to retaliate against me School Year after School Year to the
present. A position in the 7th grade Bilingual Education had became available at Pulaski
Middle School where I student taught. I was well liked by my principal at that time. See
attachment 21. I applied for the position and once again I was not even considered for an
interview. The position remains open as of this date. I am a certified Bilingual Educator
in a Shortage Area and yet I can not even get an interview? The position remains vacant.
The Students and their Parents deserves to have a Certified Bilingual Educator teaching
their children who can serve as a Positive Male Role Model. I want a Trial to proceed.

Felipe Mulero
Plaintiff: Pro Se'

*Felipe Mulero*

I hereby certify that on October 31, 2003, a copy of the above
was mailed to the Defendant at the New Address of 272 Main St.
New Britain, Ct. 06050-1960.                      Thank You.

United States District Court

District Of Connecticut

Case Number: 3: 02-cv-00932

Mulero

Vs.

Consolidated School District
Of New Britain, Conn.

Motion to Continue Law Suit / Case

Now comes, The Plaintiff, I have retained An Attorney Otto P. Witt of Bloomfield,
Connecticut, to represent me. Unfortunately my Attorney was under Suspension for
reasons unknown to me but now is available to over see the processing of the case to trial.

1. I have continued to seek employment as a full time teacher at the One Consolidated
School District of New Britain and I continued to be denied even for an interview.

2. I have acted as a substitute teacher and was fired once the Head of the Human
Resource Department: Scott Mcdonald became aware of my employment.

3. I was released without due process in March of 2002 although the principal thought I
was a good worker, see attached.  The Principal was also fired as well.

4. The One Consolidated School District of New Britain continues to discriminate.

Plaintiff- Felipe Mulero

By
Felipe Mulero. Pro Se
55 East Cedar Street

Newington, CT 06111

**Certificate of Service**
I hereby certify that a copy of Foregoing Motion to Continue Law Suit to Trial was sent
to: The One Consolidated School District of New Britain by First Class Mail. On 2/5/03.



Consolidated School District of New Britain
**Pulaski Middle School**
**Ernest Nocerino, Principal**
**E. Ann Carabillo, Assistant Principal**
757 Farmington Avenue
New Britain, Connecticut 06053
(860) 225-7665   Fax (860) 223-3840

March 25, 2002

To Whom It May Concern:

I am pleased to write this recommendation for Felipe Mulero.  During the 2001-2002 school year Mr. Mulero has performed in the capacity of a substitute teacher, covering a variety of subject areas.  His most recent assignment was teaching a Spanish class for 6-weeks while the full time teacher was on maternity leave.  In addition to teaching this class he also student taught in a bilingual classroom to qualify for his certification as a bilingual teacher.

I have found that Mr. Mulero approaches his assignments in a professional manner.  He willingly accepts any assignment.  He is an upbeat individual who always has a smile and a greeting for everyone.  He has done a fine job at Pulaski Middle School.

Respectfully,

*Ernest R. Nocerino*

Ernest R. Nocerino



New England Association of Schools and Colleges Accredited Member
Middle Grade School State Policy Initiative Systemic Change School



HIS FORM SHOULD BE COMPLETED BY A CURRENT / FORMER EMPLOYER

LEASE PRINT OR TYPE:

Name of Applicant: __Felipe Mulero__
Dates of Employment: From: __2001__     To: __2002   Academic Year__
Job Title(s): __Spainish Teacher/ Technology Ed.: Interim__
__Interim: Bilingual  Educator/ General Educator__
Reason for Leaving: __Still Employed__

Would you rehire?  Yes__x__          No_____

If not, please explain:—————————————————————

Please rate this person on each of the following characteristics:

|  | Unsatisfactory | Outstanding | Very Good | Satisfactory | Fair |
|---|---|---|---|---|---|
| Dependability | | ✓ | | | |
| Attendance & Punctuality | | ✓ | | | |
| Ability to work with co-workers | | | ✓ | | |
| Quality of Work | | | ✓ | | |
| Cooperation | | ✓ | | | |
| Ability to learn new tasks | | ✓ | | | |
| Judgement | | | ✓ | | |
| Computer Skills | | | | ✓ | |
| Ability to follow written &/or oral instructions | | ✓ | | | |

7. Additional Comments: _____

Name: ___Ernest R. Nocerino___
___757 Farmington Ave. New Britain, CT 06053___
Address: _____
Title: ___Principal___                    Phone #:___(860) 225-7665___
Signature: _Ernest R. Nocerino_
Relationship to Applicant: __School Principal/ Supervisor__

Social Security Number:  | 0 | 4 | 9 | - | 6 | 8 | - | 5 | 9 | 2 | 3 |

Clerk, United States District Court                              April 23, 2003
District of Connecticut
450 Main Street                             APR 23   4 39 PM '03
Hartford, Connecticut 06103

                                            U.S. DISTRICT
                                              HARTFORD

Re: Felipe Mulero

    v.
    Consolidated School District of New Britain
    Case No. 3:02-cv-00932   (CFD)

Dear, Clerk:

I am writing to explain that I although I was sick from depression and unable to serve the defendant; I did make every reasonable effort to serve the Consolidated School District of New Britain, Connecticut with the filed complaint. Please secure my right to sue.

The Consolidated School District of New Britain, Connecticut did change it's address from One Liberty Square in New Britain, CT 06051 to it's new location on 272 West Main Street. I was not made aware it thus complicating my ability to serve the Defendant. However, I did send the defendant a copy of the filed complaint via first class mail.

I believe the copy of the filed complaint sent via first class mail to One Liberty Square for the Consolidated School District of New Britain, Connecticut was forwarded to the new address of 272 West Main Street, New Britain, Connecticut and it may have become lost in the move. This seems to be a logical explanation as to what may have happened.

I will properly serve the filed complaint to the New Address of 272 West Main Street Consolidated School District of New Britain once I am cleared that this case will proceed.

Very truly yours,

Felipe Mulero
Pro se Plaintiff

Cc: Irena J. Urbaniak

The Clerk shall docket this letter and include it in the Court's file. So ordered.

Christopher F. Droney
United States District Judge
04/  /03

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

FELIPE MULERO          :
    Plaintiff      :
             :      Case No. 3:02CV932 (CFD)
    v.           :
             :
ONE CONSOLIDATED SCHOOL     :
DISTRICT OF NEW BRITAIN, CT   :
    Defendant      :      June 6, 2003


## MOTION TO DISMISS

Pursuant to Federal Rules of Civil Procedure Rule 12(B),
defendant, One Consolidated School District of New Britain, CT,
moves for dismissal[1] of the action for the following reason:

(a)  The plaintiff's failure to state a claim upon which

relief may be granted.  This matter is time-barred pursuant to

Connecticut General Statutes Section 46a-101(e).

---

[1]This motion is to be consolidated with the motion for more
definite statement and motion to strike filed by the defendant
of even date, pursuant to Rule 12(g).

Denied, without prejudice to filing a motion for summary judgment so ordered. [signature] USDJ 9/2/03

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

FELIPE MULERO                      :
        Plaintiff                  :
                                   :    Case No. 3:02CV932 (CFD)
        v.                         :
                                   :
ONE CONSOLIDATED SCHOOL            :
DISTRICT OF NEW BRITAIN, CT        :
        Defendant                  :    June 6, 2003

MOTION TO STRIKE

Pursuant to Federal Rules of Civil Procedure Rule 12(f),

the defendant hereby moves to strike the following from the

plaintiff's complaint:[1]

1.  COUNT ONE Paragraph 1:  ". . . The defendant

discriminated against the plaintiff in employment on the grounds

of having retaliated against him for having previously filed

complaints of employment discrimination; National Origin:

Puerto Rico."

---

[1]This motion is to be consolidated with the motion for more
definite statement and motion to dismiss filed by the Defendant
of even date, pursuant to Rule 12(g).

DENIED. The plaintiff's complaint not "so vague or ambiguous that a party cannot reasonably be required to frame a responsive pleading." Fed. R. Civ. P. 12(e). However, if the plaintiff wishes to allege a cause of action for retaliation that allegedly occurred in September 2002 (as noted in his response to the defendant's motion), he must amend his complaint to add that allegation.

Christopher F. Droney
United States District Judge
09/ /03

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

FELIPE MULERO                        :
    Plaintiff                    :
                                 :
                                 :   Case No. 3:02CV932 (CFD)
    v.                           :
                                 :
                                 :
ONE CONSOLIDATED SCHOOL              :
DISTRICT OF NEW BRITAIN, CT          :
    Defendant                    :   June 6, 2003

## MOTION FOR MORE DEFINITE STATEMENT

Pursuant to Federal Rules of Civil Procedure Rule 12(e), the defendant hereby moves for a more definite statement within the complaint.[1]  The granting of the motion for a more definite statement is within the Court's discretion.  Old Time Enters v. International Coffee Corp., 862 F.2d 1213 (5th Cir. 1989).  The complaint is vague and ambiguous in the ways set forth below:

A.    PARAGRAPHS

COUNT ONE

This is an action pursuant to Title VII of the Civil Rights Act of 1964, 42 U.S.C. Sections 2000e, et seq., to

-------

[1]This motion is to be consolidated with the motion to strike and motion to dismiss filed by the defendant of even date, pursuant to Rule 12(g).

To Comply with Rule 26(f)

Felipe Mulero

Vs

One Consolidated School District
Of New Britain, Conn.

### Motion to Continue Case

Now Comes the Plaintiff, The Motion to Strike, Motion to Dismiss, and Motion for a more Definite Statement will be addressed and shown to be without Merit. The defendant will be proven to be at fault.

1. The case involves retaliation and discrimination for the following reasons.

   a. The employer discriminated when the employer claimed to have had two equaling qualified Candidates for the position of Technology Education in September of 2001. However, one was Hispanic and was of a protected Class applying for a job where the school population was over 60% Spanish speaking. The Candidate chosen was White and Non Spanish Speaking and therefore could **Not** been equally qualified. Both candidates were interviewed clearly I had applied for the position and the employer is not truthful.

   b. The employer further retaliated when the (Plaintiff )Hispanic Candidate then tried to apply in September of 2002 for a bilingual position and was further denied employment but was passed up by a less qualified candidate Deyanira Vazquez who was hired as a first grade teacher at the Smith School. In December 12, 2002 another position was opened at the Chamberlain School as an Elementary School teacher of the First Grade. A certified teacher never filled the position. The Plaintiff application was never considered. It is School Policy to retain the Application for One Year should other positions become available and the Plaintiff Application was in the Pool. I inquired of the position at the Chamberlain School. I was once again said to be not qualified.

2. In 1999 I was to hired as a Bilingual Teacher and I was considered to have been qualified and certified under Durational Shortage Application Permit (DSAP). In September of 2002 I was once again a candidate as a DSAP along with Deyanira Vazquez who graduated from the same Alternate Route to Teacher Certification Program. I have had certified teaching experience as a Vocational Educator and Deyanira Vazquez had no certified teaching experience. I was the more qualified candidate and I did not get the job in either the Smith School in September of 2002 or the Chamberlain School in December of 2002 either.

3. This Title VII case is a very valid case and I move to further Pursue Charges of Discrimination and Retaliation under Title VII complaint. Please continue this case.

4. Furthermore, the Complaint was filed and served as authorized By the United States District Court. EEOC charge Number 16AA11376 Notice of Rights to Suit

Granted. So ordered.
Chrf. F. Doughty DJ 9/8/03

Name _FELIPE MULERO_     SS# _049_-_68_-_5923_     Page 5 ED177

PART X     EVIDENCE OF ENROLLMENT IN PLANNED PROGRAM OF TEACHER PREPARATION

This section must be completed and signed by the certification officer of the preparing institution.

_Mulero_

Applicant's Last Name

_Felipe_

First Name

_L_

MI

_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_

Social Security Number

a. The above-named applicant is currently enrolled in a planned program leading toward this institution's recommendation for certification in:

**Technology Education**

Subject/Field

**NK-12**

Grade Level

**Fall 1998**

Date of Enrollment

b. Number of semester hours of credit required to complete certification program: _____22 SH_____

c. Number of semester hours applicant has completed: __5 SH__                      **860-832-2125**

Central Connecticut State University - New Britain CT 06050   (2SH = did not complete SS2000 per student; 6 SH enrolled for Fall 2000)

College or University

**Ronald J. Moss, Ph.D.**
~~Assistant Dean of Education~~
Name and Title of Official
**and University Certification Officer**

( _____ )

Telephone Number

**MOSS@CCSU.EDU**

_Signature_

**9 August 2000**

Date

2001 JUN 30 P 4: 47

U.S. DISTRICT COURT
HARTFORD CT

Exhibit 21

Consolidated School District of New Britain
**Pulaski Middle School**
**Ernest Nocerino, Principal**
**E. Ann Carabillo, Assistant Principal**
757 Farmington Avenue
New Britain, Connecticut 06053
(860) 225-7665    Fax (860) 223-3840

21

March 25, 2002

To Whom It May Concern:

I am pleased to write this recommendation for Felipe Mulero. During the 2001-2002 school year Mr. Mulero has performed in the capacity of a substitute teacher, covering a variety of subject areas. His most recent assignment was teaching a Spanish class for 6-weeks while the full time teacher was on maternity leave. In addition to teaching this class he also student taught in a bilingual classroom to qualify for his certification as a bilingual teacher.

I have found that Mr. Mulero approaches his assignments in a professional manner. He willingly accepts any assignment. He is an upbeat individual who always has a smile and a greeting for everyone. He has done a fine job at Pulaski Middle School.

Respectfully,

Ernest R. Nocerino

# THIS FORM SHOULD BE COMPLETED BY A CURRENT / FORMER EMPLOYER

21

**PLEASE PRINT OR TYPE:**

1. Name of Applicant: __Felipe Mulero__
2. Dates of Employment: From: __2001__ To: __2002    Academic Year__
3. Job Title(s): __Spainish Teacher/ Technology Ed.: Interim__
   __Interim:  Bilingual  Educator/ General Educator__
4. Reason for Leaving: __Still Employed__

5. Would you rehire?  Yes__x__          No_____

   If not, please explain:—————————————————————

6. Please rate this person on each of the following characteristics:

| | Unsatisfactory | Outstanding | Very Good | Satisfactory | Fair |
|---|---|---|---|---|---|
| **Dependability** | | ✓ | | | |
| **Attendance & Punctuality** | | ✓ | | | |
| **Ability to work with co-workers** | | | ✓ | | |
| **Quality of Work** | | | ✓ | | |
| **Cooperation** | | ✓ | | | |
| **Ability to learn new tasks** | | ✓ | | | |
| **Judgement** | | | ✓ | | |
| **Computer Skills** | | | | ✓ | |
| **Ability to follow written &/or oral instructions** | | ✓ | | | |

7. Additional Comments: _____

Name: —— __Ernest R. Nocerino__
Address: —— __757 Farmington Ave. New Britain, CT 06053__
Title: —— __Principal__                    Phone #:—— __(860) 225-7665__
Signature: _Ernest R. Nocerino_
Relationship to Applicant: __School Principal/ Supervisor__

Social Security Number: | 0 | 4 | 9 | - | 6 | 8 | - | 5 | 9 | 2 | 3 |