FILED

2004 JUL 13 P 1: 36

U.S. DISTRICT COURT
HARTFORD, CT.

United States District Court
District of Connecticut

Felipe Mulero

Plaintiff, Pro Se

: Case No. 3:02CV932
: (CFD)

Vs.

New Britain Public Schools

One Consolidated School

District of New Britain: Defendant

: June 30, 2004

### Motion for dismissal of Summary Judgement as there is no Just Cause

Now Comes, The Plaintiff in response to the defendants motion for Summary Judgement. I will brief the Court to this point as to why this case should be allowed into trial with proof and evidence of Clear discrimination in Attachments 1, 2, 3a, 4,9,16,18,20,21, 22, 26 page 3. All of these motions which were ultimately ruled in my favor to this date and gives proof that this case has merit. In addiction I will also provide more proof as follows and I will have all documents Notarized as requested by the Defendant.

1. The New Britain School District continues to discriminate against me in a retaliatory manner ever since I filed a CHRO & Equal Employment Opportunity Commission Complaint #161111376 as provided as proof in Attachment 1; Right to Sue letter.

2. I have continued to apply and reapply (See Attachment 2) for various position in Bilingual Education (Pre-K-12) where the One Consolidated School District of New Britain has a significant population of Bilingual students in need of services. I have a great deal of teaching experience in the Conn. Public Schools. See Attachment 3&4. Yet, in September of 2002, Bilingual Candidate: Deyanira Vazquez was hired with no prior certified teaching experience at the Smith School: 1st grade. I was not even considered. I also applied on 10/9/03 for a Bilingual 7th grade position for (2003-2004) at Pulaski Middle School. I taught as an interim Spanish teacher (2002-2003) and was once hired as a 6th grade Bilingual Educator (99-00) [Attachment 25] see attachment #26, page 3 (Principal recommendation who was fired shortly after giving me the good reference and who may testify).

3. I have never even been granted an interview since I filed this complaint. Although, my application continued to be on file (Attachment 2) Year after Year. In some cases the position are employed with un-certified long-term substitute & the students suffer with an unqualified teacher as a result. I may provide evidence of this if I am granted a trial and I could sopeana the One Consolidated School District of New Britain to prove that Non Certified Substitute teachers have been hired in past practices.

4. I have also reapplied this year 2004-2005 and I could predict that my application on file would not be considered because of the on going discriminatory retaliation practice and the on going civil case I have entered as a result. I recently responded to Sunday July 11, 2004 ad placed in the Hartford Courant for a bilingual candidate. See attachment 22. I recently sent a cover letter dated July 13, 2004 referring to my updated application on file for the (2004-2005) school year. See Attachment 23. I am certified (Pre-K-12) and I successfully completed the Alternative Route to Teacher Certification II in the (2001-2002). See Attachment 24. ALso See Atta

5. I wish to go to trial on this case and sue for Back Pay since I have filed this complaint with CHRO, Retirement years to be credited, and what ever the Jury deems necessary for the years of depression. I have suffered with stress as a result of being deprived employment year after year.

- I certify that the fore going is true to the best of my knowledge _____ Felipe Mulero: Plaintiff

- Notary _Jeanette Mercure_ date _7/13/2004_

- I certify a that an updated copy was sent First Class Mail to the Defendant this Date _7/13/04_

- Page 2 Of 2

JEANETTE F. MERCURE
NOTARY PUBLIC
MY COMMISSION EXPIRES 12/31/20 06

July 13, 2004

Felipe Mulero
55 East Cedar Street
Newington, CT 06111


Director of Human Resources
One Consolidated School District of New Britain
272 Main Street
New Britain, CT 06050-1960

Dear, Director

I am writing to inform you that I have updated my Application for the 2004-2005 academic year. I would like you to re-circulate it for the upcoming academic year as a candidate for a Bilingual Education position in your school district. I am very impressed with the One Consolidated School District of New Britain. I hope you would allow me to interview for a Bilingual Pre-K-12 position. I am looking forward to serve the students of One Consolidated School District of New Britain. I will serve as a positive role model.

I have completed my sixth year in Education Leadership at American International College this year. I have excellent grades. I feel very confident that I will be a positive role model for the students at the One Consolidated School District of New Britain. I thank you in advance for your diligent efforts in allowing me to interview for a Position in Bilingual Education at the One Consolidated School District of New Britain. Attached is my updated resume for your convenience. I look forward to meeting with your interview committee.


Yours Truly,

*Felipe Mulero*

Felipe Mulero


c: Human Resource Department

RECEIVED
JUL 13 2004
HUMAN RESOURCES DEPARTMENT



# STATE OF CONNECTICUT
Department of Higher Education

May 3, 2002

Dear Madam or Sir:

Please accept this letter as confirmation that Felipe L. Mulero successfully completed the 2001-02 Connecticut Alternate Route to Certification II Program on May 4, 2002. The successful completion of the program requirements qualifies Felipe for the following certification endorsement(s): Bilingual, Pre-K-12 (#009) pending passing scores for all Praxis II exams are on file with the State Department of Education.

The Alternate Route to Certification is an initiative of the State of Connecticut's Board of Governors and is administered by the Connecticut Department of Higher Education. The Alternate Route was established in state law as a component of the Connecticut Educational Enhancement Act of 1986. The Alternate Route to Certification is approved as a teacher certification program by the Connecticut State Department of Education.

Students who successfully complete the Alternate Route program are eligible for employment as teachers in any Connecticut public school. Alternate Route graduates first receive a 90-Day Temporary Certificate that is issued upon request of the employing superintendent.

Alternate Route graduates employed in Connecticut public schools participate in the State Department of Education's Beginning Educator Support and Training (BEST) program for each of their first two years of teaching. Regulations also require that Alternate Route teachers be provided with a special plan of local supervision that exceeds that given to other novice teachers.

Please do not hesitate to contact me if I may provide you with additional information regarding the Alternate Route to Certification. Thank you for considering Felipe for a position with your school district.

Sincerely yours,

*James McKenna*

- James McKenna, Academic Director
Alternate Route to Certification

RECEIVED JUL 1 3 2004 HUMAN RESOURCES DEPARTMENT

— Record of Completion —

# The Board of Governors for Higher Education

BE IT KNOWN
THAT UPON THE RECOMMENDATION OF THE
FACULTY,
AND BY THE AUTHORITY OF
THE CONNECTICUT EDUCATION ENHANCEMENT ACT
OF NINETEEN HUNDRED AND EIGHTY-SIX

## Felipe L. Mulero

HAS SUCCESSFULLY COMPLETED THE ACADEMIC PROGRAM OF

## The Alternate Route to Certification

AND IS THEREFORE PREPARED AND ELIGIBLE
FOR CERTIFICATION TO TEACH
IN THE PUBLIC SCHOOLS OF CONNECTICUT
IN TESTIMONY WHEREOF,
THE APPROPRIATE SIGNATURES ARE AFFIXED.
DONE, THIS FOURTH DAY OF MAY,
TWO THOUSAND AND TWO



RECEIVED JUL 13 2004 HUMAN RESOURCES DEPARTMENT

Valerie F. Lewis
Commissioner, Department of Higher Education

James P. McKenna
Academic Director, Alternate Route to Certification

Theodore S. Sergi  
Commissioner of Education

Abigail L. Hughes, Chief  
Bureau of Certification and Teacher Preparation

**FELIPE L. MULERO**  
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  
**INITIAL EDUCATOR**  
May 21, 1999 TO May 20, 2002  
Vocational Technical School Administrator (082)   05/21/1999  
(End of List)

---

THE FACE OF THIS CERTIFICATE HAS A TEXTURED BLUE (NOT WHITE) BACKGROUND

**STATE OF CONNECTICUT**    **State Board of Education**

_Theodore S. Sergi_   _Abigail L. Hughes_  
Theodore S. Sergi   Abigail L. Hughes, Chief  
Commissioner of Education   Bureau of Certification and Teacher Preparation

**FELIPE L. MULERO**  
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  
**INITIAL EDUCATOR**  
October 12, 1999 TO October 11, 2002  
External Diploma Program/Noncredit Mandated Programs (107)   10/12/1999

---

THE FACE OF THIS CERTIFICATE HAS A TEXTURED BLUE (NOT WHITE) BACKGROUND

**STATE OF CONNECTICUT**   **State Board of Education**

_Theodore S. Sergi_   _Hilary E. Freedman_  
Theodore S. Sergi   Hilary E. Freedman, Chief  
Commissioner of Education   Bureau of Certification and Professional Development

**FELIPE L. MULERO**  
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  
**PROFESSIONAL EDUCATOR**  
March 01, 2001 TO February 28, 2006  
Trade Related Subjects in Vocational Technical School (091)   03/01/2001  
Occupational Subjects in Vocational Technical School (090)   03/01/2001  
(End of List)

OCCUPATIONAL SUBJECT: MACHINE DRAFTING

---

THE FACE OF THIS CERTIFICATE HAS A TEXTURED BLUE (NOT WHITE) BACKGROUND

**STATE OF CONNECTICUT**    **State Board of Education**

_Theodore S. Sergi_   _Abigail L. Hughes_  
Theodore S. Sergi   Abigail L. Hughes, Chief  
Commissioner of Education   Bureau of Certification and Teacher Preparation

**FELIPE L. MULERO**  
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  
**INTERIM INITIAL EDUCATOR**  
September 13, 1999 TO September 12, 2000  
Bilingual (009)  
(End of List)


RECEIVED 09/15/1999 JUL 13 2004 HUMAN RESOURCES DEPARTMENT

DEFICIENCY: 3 SEMESTER HOURS CREDIT EACH: FOUNDATIONS  
OF BILINGUAL EDUCATION, METHODS OF TEACHING ESL  
DEFERRAL REQUEST: VALID ONLY FOR NEW BRITAIN BD OF ED

## Employment

### Education
**Academic Support Center Program Coordinator**
(Community College Professional 15)
12-Month Tenure Track Position

Anticipated Starting Date: August, 2004

**Minimum Qualifications:** A Bachelor's degree and one year experience in teaching or providing academic support services at the post-secondary level.

Applicants who do not meet the minimum qualifications are encouraged to put in writing exactly how their experience has prepared them for the responsibilities of this position and by providing appropriate references. Exceptions to the degree requirements may be made for compelling reasons.

**Responsibilities:** Under the direction and supervision of the Director of the Academic Support Center, the Program Coordinator assists in the preparation of budgets, schedules, and contracts; oversees the delivery of program services; oversees academic support staff; supervises student workers; develops Support Center resources; and serves as liaison with academic departments and programs. The coordinator must have excellent oral and written communication skills, be familiar with computer-based instruction technology; and familiarity with accommodation resources for students with physical and learning disabilities.

**Minimum Salary: $39,184** approximate annual.

**To Apply:** Send letter of intent, resume, transcripts and the names of three references to:

Mr. R. I. Fisher
Director of Human Resources
Capital Community College
950 Main Street
Hartford, CT 06103

Application Deadline: Letter of application must be postmarked no later than August 10, 2004.

Capital Community College is an Affirmative Action/Equal Opportunity Employer, M/F. Protected group members are strongly encouraged to apply.

**Web CT1369966**

### EDUCATION
**Administrative Vacancy**

MATHEMATICS DEPARTMENT HEAD
(Includes Teaching Responsibilities)

Salary Range: $68,660 -$77,807
197 Day Work Year

Application Deadline: Open Until Filled

Intermediate Administrator and Supervisor (092) and Math (029) certification required for this position.

Please forward a letter of intent, resume, three letters of recommendation, transcripts and verification or eligibility for the above certifications to:

Mark L. Winzler
Director of Human Resources
WINDSOR PUBLIC SCHOOLS
601 Matianuck Ave.
Windsor, CT 06095

Windsor Public Schools is an Equal Opportunity Employer M/F.

**Web CT1369546**

### Education
**BERLIN PUBLIC SCHOOLS**

**Speech Language Pathologist**

part time at elementary school level. (FTE .3) Strong interdisciplinary model. Pull out & push in intervention design. Dynamic program model. License & certification required. CFY supervision available. Public school experience, knowledge of current methodologies including augmentative devices & CCC preferred. Flexible scheduling

### Education
**Clinton Public Schools**
**Reading Consultant**
(Gr. K-3)
Salary Range $34,087 - $71,331
Applicants, must hold CT certification.

*****************

Applicants should submit a letter of intent, current resume, copy of certification, unofficial transcripts, 3 letters of reference and 3 references to: Albert A. Coviello, Superintendent of Schools, 137-B Glenwood Road, Clinton, CT 06413 by July 27, 2004.

**Web CT1368483**

### EDUCATION
**COLUMBIA PUBLIC SCHOOLS**

Horace W. Porter School PreK-8

Openings for the 2004-2005 School Year

• Assistant Principal
• Elementary Teacher Grades 1-4

These positions will remain open until filled. Please submit a letter of interest, resume, all college transcripts, proper Connecticut certification and three references by July 23, 2004 to:

Columbia School System
Dr. Richard D. Saddlemire, Superintendent
P.O. Box 156
Columbia, CT 06237
E.O.E.

Hartford Courant
careerbuilder [tv]

**Web CT1366771**

### Education
**Connecticut Technical High Schools**

Science, Math & Library/Media Teaching Positions
2004-05

**SCIENCE**
Wright/Stamford - bio or chem or physics
Norwich - physics

**MATH**
Bullard-Havens/Bpt (2 openings)
Vinal/Middletown (2 openings)
Platt/Milford
Prince/Hartford
Whitney/Hamden
OBrien/Ansonia - PT - 30 hrs
Kaynor/Wtby – 3 mos. durational

**LIBRARY/MEDIA**
Goodwin/New Britain

For application:
Cheryl Fredette
(860) 807-2163 or
www.cttech.org
AA/EOE

**Web CT1367724**

### EDUCATION
• DIR.CURRICULUM/INSTRUCTION

Strong background in instructional program development, w/good communications skills. Duties include organizing curricular improvements, monitoring implementation of educational programs & overseeing the districts testing program.

• MIDDLE SCHOOL ASST. PRINCIPAL

Minimum 3 Years experience in secondary administration with proven leadership ability.

Send letter, resume, 092 certification and three letters of reference by July 26 to:

David Pendleton, Supt.
Region #14
5 Minortown Road
Woodbury, CT 06798

**Web CT1367771**

### EDUCATION
**Director of Women's Studies:** The Women's Studies Program at SCSU invites applications for a one year position as Director

### EDUCATION
**EAST WINDSOR PUBLIC SCHOOLS**

VACANCIES FOR 2004 -2005 SCHOOL YEAR

Start Date: August 30, 2004
Applications accepted until filled.

*******************

**Full Time Chemistry Teacher 9-12**
- CT certification required: #031

**Full Time English/Social Studies Teacher, 9-12**
- CT cert. required: #015, English and 026, history/soc. studies

**Full Time High School English Teacher, 9-12**
CT cert. required: #015, English

**FT High School Math Tutor**

Mail resume and backup materials to:
East Windsor High School
Mr. Joseph Kopf, Principal
76 South Main Street
East Windsor CT 06088
(860) 623-3361

*****

**FT Middle School Guidance Counselor**
- CT certification required: 068, school counselor

**FT Middle School Social Studies**
- CT certification required (one of the following): 006, middle grades 4 – 8; 025 history, grades 7-12; or 026 history and social studies, grades 7-12

**FT Library Media Specialist**
- CT certification required: 062, school library media specialist

Mail resume and backup materials to:
East Windsor Middle School
Mr. James Slattery, Principal
38 Main Street
Broad Brook CT 06016
(860) 623-4488

*****

**FT Reading Teacher**
- MA in reading and experience in TLC. CT cert. required

Mail resume and back up info to:
Broad Brook Elementary School
Ms. Jeanne McCarroll, Principal
14 Rye Street
Broad Brook CT 06016
(860) 623-2433

*****

**One-Year FT High School Special Education Teacher**
- CT certification required: 065

Mail resume and backup info to:
East Windsor Public Schools
Ms. Carol Fox
Director of Special Education
70 South Main Street
East Windsor CT 06088
(860) 623-3347

*****

**OTHER ANTICIPATED VACANCIES**

**ESL Tutor**

Mail resume and backup info to:
East Windsor Public Schools
Ms. Shary Lyssy Marshall
Director of Curriculum
70 South Main Street
East Windsor CT 06088
(860) 623-3346

**Web CT1368568**

### EDUCATION

GRADUATE READING PROGRAM WITHIN THE DEPARTMENT OF SPECIAL EDUCATION AND READING Search# 05-013: Applications are invited for a full-time, one year only position in the Graduate Reading Program within the Department of

### Education
**MONTVILLE PUBLIC SCHOOLS**
(Anticipated Openings for 2004/05)

• High School Math Teacher (.5)
• Middle School Spanish Teachers
• Montville Preschool Teacher (Special Education preschool certification required)

Send letter of intent, resume, copy of certification, copy of transcripts and 3 letters of recommendation to:

William Hull
Asst. Supt. of Schools
Montville Board of Education
Old Colchester Road
Oakdale, CT 06370 by 7/23/04

### Education
Please see our ad under "Childcare"
NURSERY SCHOOL / DAYCARE DIRECTOR

**WEB CT1368813**

### Education
**PSYCHOLOGIST**

Please see
CareerBuilder RX
on page K2 for all mental health related career opportunities.

### EDUCATION

★ **Guidance Counselor Grades**
Grades 9-12 at
BACON ACADEMY HIGH SCHOOL
Colchester, CT

Valid Connecticut Certification Required.

Start Date: August 30, 2004 plus 10 days during the Summer of 2004. This position will remain open until filled.

★ **.6 FTE Math Teacher**
Grades 9-12 at
Bacon Academy High School
Colchester, CT

Valid Connecticut Certification Required.

Start Date: August 30, 2004
This position will remain open until filled.

★ **1.0 FTE Math Teacher**
Grades 9-12 at
Bacon Academy High School
Colchester, CT

Valid Connecticut Certification Required.

Start Date: August 30, 2004
This position will remain open until filled.

★ **1.0 FTE Science Teacher**
Grades 9-12 at
Bacon Academy High School
Colchester, CT

Valid Connecticut Certification Required in General Science/Chemistry.

Start Date: August 30, 2004
This position will remain open until filled.

★ **1.0 FTE Varsity High School Cheerleading Coach**
at Bacon Academy
Colchester, CT

Valid Connecticut Certification and First Aid/CPR Required.

Closing Date for Applications is July 26, 2004.

★ **1.0 FTE Junior Varsity Girls' High School Soccer Coach**
at Bacon Academy
Colchester, CT

### Education
**Rocky Hill Public Schools**
Rocky Hill, Connecticut

**Staff Openings 2004-2005**

**High School Level**
English
Mathematics
Business Long Term Sub (full year)
Latin Long Term Sub (full year)
Office Secretary Part-Time

**Middle School Level**
PE/Health Long Term Sub

**Elementary School Level**
1.0 Special Ed. Long Term Sub (full year)
.3 Occupational Therapist

**Rocky Hill High School Alternative Program**
English or Social Studies Certified Teacher and Math or Science Certified Teacher
2 days per week-3pm to 6pm $25.00 per hour
Special Education Certified Teacher
4 days per week-3pm to 6pm $25.00 per hour
For more information, call (860) 258-7701, X165

**District Wide**
Consortium Substitutes
Substitute Teachers

**Certification Required for all Teaching Positions**

For application, please visit our website at www.rockyhillps.us or call 860-258-7701

**Web CT1368409**

### EDUCATION
**Special Education Teacher**
(one year only)
2004-2005 School Year

South Windsor Public Schools seeks a Special Education Teacher (One year only) for Timothy Edwards Middle School, beginning with the 2004-2005 school year. Applicants must possess or be eligible for CT certification in Special Education. Please submit a letter of intent, resume, 3 current recommendation letters, official transcripts (copies acceptable during interview process) and copy of certification by July 20, 2004 to:

South Windsor Public Schools
Date E. Vannie, Ph.D.
Assistant Superintendent
Personnel and Administration
1737 Main Street
South Windsor, CT 06074

EOE

**Web CT1369720**

### Education
**Special Education Teacher**

Responsible for delivering instruction to 8-10 middle school students with social, emotional and behavioral difficulties. Case management, collaboration with clinical team and local school districts. Special Education Certification is required. Experience working with at risk students and/or in a clinical setting preferred. Resume/cover letter to: Barbara Chatfield, CREC-FVDC, 395 West Avon Rd., Avon, CT 06001 or fax to (860) 675-5489  EOE/M/F
www.crec.org

### EDUCATION
**STAFFORD PUBLIC SCHOOLS**

Teacher Vacancies
- 2004-2005 School Year

• English Teacher
  - High School
• Instructional Support Teacher / Title I
  - Middle School
• Mathematics Teacher
  - High School
• Remedial Reading / Math
  - Borough Elementary School, 102 or 097 endorsement required.
• School Guidance Counselor
  - High School
• Science Teacher
  (Long Term Substitute)
  - High School
• Social Studies Teacher
  - Middle School (minor

### Education
**Teacher**
- CT Cert. Required.
Bloomfield Public Schools is seeking to fill the following positions:

Teacher Positions for the 2004-05 School Year - Salary Range $36,834 - $74,162

**High School:**
Adult Education - ABE
Reading/Writing Teacher
Reading
Integrated Science

**Middle School:**
English
Science
Special Education

**Elementary:**
Kindergarten
Speech & Hearing

Robert Buganski
Assistant Superintendent
Bloomfield Public Schools
1133 Blue Hills Avenue
Bloomfield, CT 06002
Call (860)769-4250 or Fax your resume (860) 769-4215

On line applications available at www.blmfld.org  Applications accepted until positions are filled  Equal Opportunity Employer

**Web CT1368658**

### EDUCATION
**TEACHER OPENINGS**
New Britain Public Schools

• Elementary K-6
• Special Education -MS
• History/Social Studies Cert. #26
• Social Studies HS (bilingual, Spanish/English preferred)
• Math MS/HS (bilingual, Spanish/English preferred)
  • Bilingual (cert 9) ✓
  • Physical Ed/Health (cert 43,44)
  • Spanish (cert. 23)
  • Literacy/Numeracy Curriculain Specialist

Experience in BEST practices instructing literacy and numeracy at the elementary level. Coaching, modeling, delivering professional development analyze data and plan standards based curriculum.

• Reading First Facilitator

Experience in literacy for K-3 internal Reading First Facilitator, Coaching, modeling, delivering professional development, analyzing data and collaborating to support scientific based literacy initiatives. cert#102.
Salary range: $35,219- $80,792

**Non-Classified** ✓

• HS Dean of Students
  (B.A. or B.S. required)
  Salary starts at $36,000

• Bookkeeper I
  (A test will be given)
  Salary range $33,131

Closing: July 23, 2004 or until filled.

A request for an application can be made by contacting:

Director of Human Resources
New Britain School District
272 Main Street
New Britain, CT 06050-1960
(860) 827-2249

Teacher applications are also available at:
www.new-britain.k12ct.us
EOE/AAE

**Web CT1370099**

### EDUCATION
**Teaching Positions**

NAEYC Accredited program has following openings beginning August 23: