FILED

2004 JUL 23 A 11: 29

U.S. DISTRICT COURT
HARTFORD, CT.

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| FELIPE MULERO<br>    Plaintiff | :<br>:<br>: Case No. 3:02CV932 (CFD) |
| v. | :<br>: |
| ONE CONSOLIDATED SCHOOL<br>DISTRICT OF NEW BRITAIN, CT<br>    Defendant | :<br>:<br>: July 22, 2004 |

OBJECTION TO PLAINTIFF'S
"Motion For Dismissal Of Summary Judgment
as there is no Just Cause"

The Defendant, One Consolidated School District of New Britain, CT, respectfully objects to plaintiff's response to the defendant's Motion for Summary Judgment.

By order dated June 4, 2004, the plaintiff was ordered by the Honorable Christopher F. Droney, United States District Judge, to file a response in opposition to the motion for summary judgment by June 30, 2004, or file a motion for an extension of time to respond if he required additional time to

do so. The plaintiff failed to file a timely response. The plaintiff's response is dated July 13, 2004, thirteen days after the response was due.

Furthermore, plaintiff's response refers to attachments. Plaintiff has failed to forward to the defendant any of the attachments which are referred to in their response.

Therefore, for the above reasons, the Defendant, One Consolidated School District of New Britain, CT, objects to the untimely filing of the plaintiff's response and requests that the Court grant its Motion for Summary Judgment.

> DEFENDANT, ONE CONSOLIDATED SCHOOL
> DISTRICT OF NEW BRITAIN, CT
>
> By Office of Corporation Counsel
>
> Irena J. Urbaniak
> Attorney for Defendant
> Office of Corporation Counsel
> City of New Britain
> 27 West Main Street
> New Britain, Connecticut 06051
> Tel. (203) 826-3420
> Federal Bar Number ct01322

CERTIFICATION

I hereby certify that on July 22, 2004, a copy of the above was mailed to the pro se plaintiff:

Felipe Mulero
55 East Cedar Street
Newington, Connecticut 06111

_____
Irena J. Urbaniak
Attorney at Law