# United States District Court

## District Of Connecticut

Felipe Mulero  :  Case Number: 3: 02-CV-00932
: (CFD)
Vs.  :
:
Consolidated School District  :
Of New Britain, Conn.  : September 2, 2004

### Motion to Continue Law Suit / Case To Trial
### Motion to dismiss Summary Judgment

Now comes, The Plaintiff, I have entered said documents in response to the defendant Motion for Summary Judgement in a timely manner but the documents were not double spaced and were since rejected. I then tried to resubmit said documents doubled spaced but it was late as a result. I do not have an attorney available to over see the processing of the case but I wish to proceed to trial as my own Attorney. I am depressed with emotions and functioning under duress. I should be granted AFDA consideration. I want my rights to be reserved for a trial by jury. The jury needs to hear this case merit & rule for Justice.

1. I have continued to seek employment as a full time teacher at the One Consolidated School District of New Britain. I continued to be denied even for an interview to date.

2. I have acted as a substitute teacher and Spanish teacher and was fired once the Head of the Human Resource Department: Scott Mcdonald became aware of my employment. Although I was highly recommended by the then Principal of the School: Pulaski Middle School who was later fired as well. I want a Trail Date.

3. I was released without due process in March of 2002 although the Principal thought I was a good worker, see attached A-1. The Principal was also fired as well soon after.

4. The One Consolidated School District of New Britain continues to discriminate to this date. I am highly qualified and lesser-qualified candidates are hired over me. The New Britain School District continues to retaliate since I filed a CHRO complaint.

5. I have been depressed and under emotional duress in addiction to having to act as my own attorney without help. Under the Americans for Disability Act I should be given special consideration since I am not an attorney with the filing of this case. I should not be held to the same standard especially when my rights are being violated over something as minor as a document not being double-spaced. I am trying my best to respond to the defendant attorney. I am depressed and functioning under duress. I will send her the required attachments as well. It was an over sight due my emotional state

6. I believe that in the name of justice the Motion to Summary Judgment should be denied & I should be allowed to go straight to trial where a Jury should be allowed to decide the merits of this case. I know the Jury will seek Justice in the name of God.

7. This case merits a trial date by a jury to decide the merits of the arguments & Justice.

8. On 8/26/04 afternoon, New Human Resource Director: Dr. Herb Pandiscio informed me that Former H.R Director Scott Mcdonald instructed him not to hire Felipe Mulero.

Plaintiff- Felipe Mulero

By _____

Felipe Mulero, Pro Se
55 East Cedar Street
Newington, CT 06111

**Certificate of Service:**

I hereby certify that a copy of Foregoing Motion to Continue Law Suit to Trial was sent to The One Consolidated School District of New Britain by hand delivery to 27 West Main Street in New Britain, CT On 8/23/04. Attorney: Irena Jadwiga Urbaniak Office.



Consolidated School District of New Britain
**Pulaski Middle School**
**Ernest Nocerino, Principal**
**E. Ann Carabillo, Assistant Principal**
757 Farmington Avenue
New Britain, Connecticut 06053
(860) 225-7665   Fax (860) 223-3840

March 25, 2002

To Whom It May Concern:

I am pleased to write this recommendation for Felipe Mulero. During the 2001-2002 school year Mr. Mulero has performed in the capacity of a substitute teacher, covering a variety of subject areas. His most recent assignment was teaching a Spanish class for 6-weeks while the full time teacher was on maternity leave. In addition to teaching this class he also student taught in a bilingual classroom to qualify for his certification as a bilingual teacher.

I have found that Mr. Mulero approaches his assignments in a professional manner. He willingly accepts any assignment. He is an upbeat individual who always has a smile and a greeting for everyone. He has done a fine job at Pulaski Middle School.

Respectfully,

Ernest R. Nocerino




New England Association of Schools and Colleges Accredited Member
Middle Grade School State Policy Initiative Systemic Change School

THIS FORM SHOULD BE COMPLETED BY A CURRENT / FORMER EMPLOYER.
PLEASE PRINT OR TYPE:   *Attachment A-1*

1. Name of Applicant: Felipe Mulero
2. Dates of Employment: From: 2001   To: 2002 Academic Year
3. Job Title(s): Spainish Teacher/ Technology Ed.; Interim Interim: Bilingual Educator/ General Educator
4. Reason for Leaving: Still Employed

5. Would you rehire?   Yes  x     No _____

   If not, please explain: _____

6. Please rate this person on each of the following characteristics:

| | Unsatisfactory | Outstanding | Very Good | Satisfactory | Fair |
|---|---|---|---|---|---|
| Dependability | | ✓ | | | |
| Attendance & Punctuality | | ✓ | | | |
| Ability to work with co-workers | | | ✓ | | |
| Quality of Work | | | ✓ | | |
| Cooperation | | ✓ | | | |
| Ability to learn new tasks | | ✓ | | | |
| Judgement | | | ✓ | | |
| Computer Skills | | | | ✓ | |
| Ability to follow written &/or oral instructions | | ✓ | | | |

7. Additional Comments: _____

Name: Ernest R. Nocerino
Address: 757 Farmington Ave. New Britain, CT 06053
Title: Principal                               Phone #: (860) 225-7665
Signature: [signed] Ernest R. Nocerino
Relationship to Applicant: School Principal/ Supervisor

Social Security Number: 0 4 9 - 6 8 - 5 9 2 3