FILE

2003 OCT 29 A

US DISTRICT
HARTFORD

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| FELIPE MULERO : | |
|     Plaintiff : | |
| : | Case No. 3:02CV932 (C |
| v. : | |
| : | |
| ONE CONSOLIDATED SCHOOL : | |
| DISTRICT OF NEW BRITAIN, CT : | |
|     Defendant : | October 28, 2003 |

### DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

Defendant, One Consolidated School District of New

CT, hereby submits Defendant's Motion for Summary Judgme

pursuant to Rule 56 of the Federal Rules of Civil Proced

Filed contemporaneously with this motion are (1)

Defendant's Memorandum of Law in Support of Motion for S

Judgment and (2) Defendant's Local Rule 9(c) Statement o

Undisputed Facts.

WHEREFORE, the Defendant moves that its Motion for

Judgment be granted in its entirety.

---

DENIED without prejudice to the defendant filing a new motion for summary judgment within sixty days. The Court also notes that the plaintiff has withdrawn Count Two of the Second Amended Complaint. So ordered.

Christopher F. Droney
United States District Judge
09/3/04