**United States District Court**
**District of Connecticut**

Felipe Mulero
Plaintiff: Pro Se'

: Case No.3:02CV932
:(CFD)

Vs.

One Consolidated School
District of New Britain, CT

: October 31, 2003

### Plaintiffs' Motion to Continue Law Suit / Case

Now Comes, The Plaintiff who has already addressed these matters in previous motions. The Defendant made several attempts to disclaim the validity of this case. The Defendant has been denied on several motions and now comes forth with the same claims, which have already been determined and denied.

1. On September 5, 2003; *I was granted Motion to Continue LawSuit / Case*. Attach 4.

2. On June 6, 2003 the **Defendants Motion to Dismiss** the case claiming that the Plaintiff failed to state a claim upon which relief can be granted and *also Stating that this Case / matter is time barred. It was Denied on September 8, 2003*. See Attachment 9 and 16.

3. Also on June 6, 2003 the **Defendants Motion to Strike** claiming that the Plaintiff failed to state a claim of retaliation. *It was also denied on September 8, 2003*. See Attached.18.

4. Also on June 6, 2003 the **Defendants Motion For More Defendant Statement** claiming that the Plaintiff failed to state a claim. The Defendant claimed that the complaint is vague and ambiguous. *It was denied on September 8, 2003.* See attached 20.

5. On September 8, 2003; *I was granted a Motion To Continue the Case*. I stated the reasons as to why I am being discriminated and retaliated against. See attachment 22.

6. The Defendant continues to retaliate against me School Year after School Year to the present. A position in the 7th grade Bilingual Education had became available at Pulaski Middle School where I student taught. I was well liked by my principal at that time. See attachment 21. I applied for the position and once again I was not even considered for an interview. The position remains open as of this date. I am a certified Bilingual Educator in a Shortage Area and yet I can not even get an interview? The position remains vacant. The Students and their Parents deserves to have a Certified Bilingual Educator teaching their children who can serve as a Positive Male Role Model. I want a Trial to proceed.

Felipe Mulero
Plaintiff: Pro Se'

*Felipe Mulero*

I hereby certify that on October 31, 2003, a copy of the above was mailed to the Defendant at the New Address of 272 Main St. New Britain, Ct. 06050-1960.
                                                                Thank You.

[Handwritten annotation in margin: "Denied as moot. So ordered. [signature] 9/3/04"]