Page 1 Of 2

**FILED**

## United States District Court

### District of Connecticut

Felipe Mulero

Plaintiff, Pro Se

Vs.

New Britain Public Schools

One Consolidated School

District of New Britain: Defendant

: Case No. 3:02CV932
: (CFD)


: June 30, 2004

2004 JUL 13 P 1: 36

U.S. DISTRICT COURT
HARTFORD, CT.

### Motion for dismissal of Summary Judgement as there is no Just Cause

Now Comes, The Plaintiff in response to the defendants motion for Summary Judgement. I will brief the Court to this point as to why this case should be allowed into trial with proof and evidence of Clear discrimination in Attachments 1, 2, 3a, 4,9,16,18,20,21, 22, 26 page 3. All of these motions which were ultimately ruled in my favor to this date and gives proof that this case has merit. In addiction I will also provide more proof as follows and I will have all documents Notarized as requested by the Defendant.

1. The New Britain School District continues to discriminate against me in a retaliatory manner ever since I filed a CHRO & Equal Employment Opportunity Commission Complaint #161111376 as provided as proof in Attachment 1; Right to Sue letter.

2. I have continued to apply and reapply (See Attachment 2) for various position in Bilingual Education (Pre-K-12) where the One Consolidated School District of New Britain has a significant population of Bilingual students in need of services. I have a great deal of teaching experience in the Conn. Public Schools. See Attachment 3&4. Yet, in September of 2002, Bilingual Candidate: Deyanira Vazquez was hired with no prior certified teaching experience at the Smith School: 1st grade. I was not even considered. I also applied on 10/9/03 for a Bilingual 7th grade position for (2003-2004) at Pulaski Middle School. I taught as an interim Spanish teacher (2002-2003) and was once hired as a 6th grade Bilingual Educator (99-00) Attachment 25 see attachment #26, page 3 (Principal recommendation who was fired shortly after giving me the good reference and who may testify).

*Denied as moot. So ordered.*