United States District Court
District of Connecticut

FILED

2004 SEP -7 A II: 06

Felipe Mulero                                          : Civil No. 3:02cv00932
Plaintiff Pro' Se                                      :
                                                       :
Vs.                                                    :
                                                       :
One Consolidated School District                       : September 7, 2004
Of New Britain                                         :
Defendant                                              :

### Amended Withdraw: Corrected Civil No.
### Motion to Withdraw Portion of Case Without Prejudice.

Now Comes the Plaintiff to withdraw the portion of the case pertaining to a 90 day statue of limitation without Prejudice and without cost and Attorney's fees being assessed to any parties but not the EEOC portion.

Plaintiff Pro' Se
Felipe Mulero

By: *[signature]*
Felipe Mulero
55 East Cedar Street
Newington, CT 06111
Tel. 665-0609
Fax. 665-0609

Date: 9/7/04

### Certification

A copy the foregoing was sent Hand delivered on 9/7/04 to the One Consolidated School District of New Britian. Attorney Irena J. Urbaniak 27 W-Main Street New Britain, CT 06450 *[signature]*