UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| FELIPE MULERO | : | |
|     Plaintiff | : | |
| | : | Case No. 3:02CV932 (CFD) |
| v. | : | |
| | : | |
| ONE CONSOLIDATED SCHOOL | : | |
| DISTRICT OF NEW BRITAIN, CT | : | |
|     Defendant | : | September 29, 2004 |

MOTION FOR EXTENSION OF TIME
TO FILE MOTION FOR SUMMARY JUDGMENT

    The defendant, One Consolidated School District of New Britain, CT, respectfully requests an additional thirty (30) days, until December 3, 2004, to file its motion for summary judgment. This additional time is necessary for the defendant to obtain discovery responses needed for its motion for summary judgment.

                                          DEFENDANT, ONE CONSOLIDATED SCHOOL
                                          DISTRICT OF NEW BRITAIN, CT

                                          By Office of Corporation Counsel

                                          _____
                                          Irena J. Urbaniak
                                          Attorney for Defendant
                                          Office of Corporation Counsel
                                          City of New Britain
                                          27 West Main Street
                                          New Britain, Connecticut 06051
                                          Tel. (860) 826-3420
                                          Federal Bar Number ct01322

-2-

CERTIFICATION

I hereby certify that on September 29, 2004, a copy of the above was mailed to the pro se plaintiff:

Felipe Mulero
55 East Cedar Street
Newington, Connecticut 06111

_____
Irena J. Urbaniak
Attorney at Law