### UNITED STATES DISTRICT COURT

### DISTRICT OF CONNECTICUT

| | |
|---|---|
| FELIPE MULERO<br>    PLAINTIFF | : |
| V. | : CASE No. 3:02CV932 (CFD) |
| ONE CONSOLIDATED SCHOOL<br>DISTRICT OF NEW BRITAIN, CT<br>    DEFENDANT | : NOVEMBER 16, 2004 |

**MOTION FOR EXTENTION OF TIME<br>TO FILE RESPONSE TO DEFENDANT'S INTERROGATORIES**

Now comes the Plaintiff requesting an extension of time to answer interrogatories due to mental Illness *i.e.*, depression, and emotional duress. I am without treatment due to my financial circumstances. I am without employment or insurance coverage. I had become home less for a time period since September 1, from 55 East Cedar Street of Newington, Conn. and since recently relocated to 746 Prospect Ave. in Wethersfield, Connecticut. I was not unable to respond and my mental state of mind and health is not well. Under the Americans for Disability Act, I ask that you please consider my homeless situation and my mental health condition.

                                              Plaintiff, Pro Se'<br>
                                              Felipe Mulero<br>
                                              */s/ Felipe Mulero*<br>
                                              Felipe Mulero, Plaintiff<br>
                                              746 Prospect Ave.<br>
                                              Wetherfield, CT 06109<br>
                                              (860) 593-5537

[FILED stamp: 2004 NOV 18 P 3 30, U.S. DISTRICT COURT, HARTFORD, CT.]

I certify that a copy of this foregoing motion was sent to the Defendant's counsel Irena J. Urbaniak Office of Corparate Counsel City of New Britain, Conn. 27 West Main Street, New Britain, Conn. 06051