## UNITED STATES DISTRICT COURT

## DISTRICT OF CONNECTICUT

FELIPE MULERO
    PLAINTIFF

    V.

: CASE No. 3:02CV932 (CFD)

ONE CONSOLIDATED SCHOOL
DISTRICT OF NEW BRITAIN, CT
    DEFENDANT

: NOVEMBER 16, 2004

### MOTION OF LIMITING THE DEFENDANT'S INTERROGATORIES TO FALL WITHIN THE DEFENDANT'S SCOPE OF EMPLOYMENT

Now comes the Plaintiff requesting the Defendant INTERROGATORIES be limited to the scope of the defendant employment history. I find it difficult to answer interrogatories involving my employment history due to mental Illness i.e., depression, and emotional duress. I am without treatment due to my financial circumstances. I am without employment or insurance coverage. I NEED TO BE FOCUSED. I am not unable to respond accurately to my history especially when I crossed several careers and my mental state of mind and health is not well. Under the Americans for Disability Act, I ask that you please consider my situation and my mental health condition. I need to focus on the Defendant and the discrimination that took there.

Plaintiff, Pro Se'
Felipe Mulero

Felipe Mulero, Plaintiff
746 Prospect Ave.
Wetherfield, CT 06109
(860) 593-5537

I certify that a copy of this foregoing motion was sent to the Defendant's counsel Irena J. Urbaniak Office of Corparate Counsel City of New Britain, Conn. 27 West Main Street, New Britain, Conn. 06051