UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| FELIPE MULERO | : | |
|     Plaintiff | : | |
| | : | Case No. 3:02CV932 (CFD) |
| v. | : | |
| | : | |
| ONE CONSOLIDATED SCHOOL | : | |
| DISTRICT OF NEW BRITAIN, CT | : | |
|     Defendant | : | November 24, 2004 |

MOTION FOR EXTENSION OF TIME
TO FILE MOTION FOR SUMMARY JUDGMENT

The Defendant, One Consolidated School District of New Britain, CT, respectfully requests a second extension of time to file a motion for summary judgment. This additional time is necessary due to the plaintiff filing an extension of time to comply to interrogatories. The requested discovery information is to be incorporated into the motion for summary judgment to be filed.

                                                DEFENDANT, ONE CONSOLIDATED SCHOOL
                                                DISTRICT OF NEW BRITAIN, CT

                                                By Office of Corporation Counsel

                                                _____
                                                Irena J. Urbaniak
                                                Attorney for Defendant
                                                Office of Corporation Counsel
                                                City of New Britain
                                                27 West Main Street
                                                New Britain, Connecticut 06051
                                                Tel. (860) 826-3420
                                                Fax  (860) 826-3397
                                                iurbaniak@ch.ci.new-britain.ct.us
                                                Federal Bar Number ct01322

<u>CERTIFICATION</u>

  I hereby certify that on November 24, 2004, a copy of the above was mailed to the pro se plaintiff:

  Felipe Mulero
  746 Prospect Avenue
  Wethersfield, Connecticut 06109

                _____
                Irena J. Urbaniak
                Attorney at Law