UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| FELIPE MULERO | : | |
|     Plaintiff | : | |
| | : | Case No. 3:02CV932 (CFD) |
| v. | : | |
| | : | |
| ONE CONSOLIDATED SCHOOL | : | |
| DISTRICT OF NEW BRITAIN, CT | : | |
|     Defendant | : | November 24, 2004 |

**OBJECTION TO MOTION FOR EXTENSION OF TIME
TO FILE RESPONSE TO DEFENDANT'S INTERROGATORIES
AND
OBJECTION TO MOTION OF LIMITING
THE DEFENDANT'S INTERROGATORIES TO FALL
WITHIN THE DEFENDANT'S SCOPE OF EMPLOYMENT**

The Defendant, One Consolidated School District of New Britain, CT, respectfully objects to Plaintiff's Motion for Extension of Time to File Response to Defendant's Interrogatories and Plaintiff's Motion of Limiting the Defendant's Interrogatories to Fall Within the Defendant's Scope of Employment. Both motions are file stamped with the United States District Court November 18, 2004. (See Exhibits A and B.)

The objection is based on the fact that the motions are being filed untimely.  The Defendant filed its interrogatories and requests for production on September 29, 2004.  (See Exhibit C.)  All the requests are pertinent to the claim Plaintiff has made within his complaint.  Pursuant to Federal Rules of Civil Procedure Rule 33(b)(3), the answers and or objections should have been served within 30 days of the service.

On November 8, 2004, a letter was sent certified mail return receipt to the Plaintiff informing him that the responses were past due.  (See Exhibit D.)  The letter was sent to 55 East Cedar Street, Newington, Connecticut.  The Plaintiff accepted the letter on November 15, 2004.  (See Exhibit E.)

Due to the Plaintiff's failure to comply in a timely fashion, the Defendant respectfully requests that Plaintiff's motion for extension of time to file responses to Defendant's interrogatories and the motion of limiting the Defendant's interrogatories to fall within the Defendant's scope of employment be denied.  In addition, the Defendant respectfully requests that the Plaintiff be ordered to file compliance in a timely manner.

Dated at New Britain, Connecticut, this 24th day of November, 2004.

        DEFENDANT, ONE CONSOLIDATED SCHOOL
        DISTRICT OF NEW BRITAIN, CT

        By Office of Corporation Counsel

        _____
        Irena J. Urbaniak
        Attorney for Defendant
        Office of Corporation Counsel
        City of New Britain
        27 West Main Street
        New Britain, Connecticut 06051
        Tel. (860) 826-3420
        Fax  (860) 826-3397
        iurbaniak@ch.ci.new-britain.ct.us
        Federal Bar Number ct01322

## CERTIFICATION

I hereby certify that on November 24, 2004, a copy of the above was mailed to the pro se plaintiff:

    Felipe Mulero
    746 Prospect Avenue
    Wethersfield, Connecticut 06109

        _____
        Irena J. Urbaniak
        Attorney at Law