**FILED**

2004 NOV 30  P 4: 03

U.S. DISTRICT COURT
HARTFORD, CT.

**United States District Court**
**District Of Connecticut**

Felipe Mulero                                  : Case Number: 3: 02-CV-00932
                                               : (CFD)
Vs.                                            :
                                               :
Consolidated School District                   :
Of New Britain, Conn.                          : November 22, 2004


**Motion: Try to Answer Any Interrogatories per Defendant's Instructions.**

Now comes, the Plaintiff, to have entered said documents in response to the Defendant's Interrogatories and it's Instructions Dated September 29, 2004 as filed on the record as Defendant's Interrogatories. Under Section: **Instructions and Definition,** the defendant clearly gives instructions in sub-section 10. **If you do not answer any interrogatories because of a claim of privilege, set forth the privilege claimed, the facts upon which you rely to support the claim of privilege, and identify all documents for which such privilege is claimed.** *However, in the spirit of cooperation I will try address the interrogatories as follows to proceed to trial keeping in mind my health condition.*

My claim of privilege is under the American For Disability Act. (AFDA). I have been disabled with previous mental health conditions. See Attached 1&2. Although, I can not receive medical attention due to financial circumstances, ect. unemployed and medically uninsured. I can not seek help as a result. I will cooperate as best I can to proceed to trial.

**Background**.

The civil action brought pursuant on the basis of employment discrimination based on National Origin: Puerto Rican and Retaliation for having filed a CHRO complaint and following up with an EEOC complaint to the Federal Court Level. Which violates the Title VII of the Civil Rights Act of 1964, 42 U.S.C 2000e,et seq. as amended as stated in count one of complaint. I, Felipe Mulero filed an application for a Technology Education Position in the summer of 2001 and I was very qualified. (See Attachment 4) I was highly recommended by very good references. I had 8 years of Professional teaching experience in Occupational Trades (Drafting) Technology and a Masters of Science in Technology from Central Conn. State University (5/98). (See Attached) I now currently hold an advanced Graduate Degree in Educational Leadership from the American International College as of (5/04) in Springfield Mass. (See Attached) While, I was the only bilingual candidate who applied for the Technology Education position in the summer of 2001; As a member of a protected class I was encouraged to apply for the Technology Education teaching position. I was denied the position to a lesser teaching experienced White male candidate without a Masters in Technology Degree. I was denied several bilingual positions prior to as well as after the Summer of 2001 and continuing to the present. I also hold a Mechanical Engineering Degree from the University of Hartford since May of 1991 to the present. (See Attached) The School District has a profound majority population of Hispanic speaking students. A Hispanic male would clearly be good for the School. I also had obtained one Associate in Mechanical Engineering Technology, (Att 5) and one Associate Degree in Manufacturing Engineering Technology.

1. I have continued to seek employment as a full time certified bilingual teacher at the One Consolidated School District of New Britain. I continued to be denied time and time again even for an interview since I filed the CHRO and EEOC complaint in the fall of 2001 and to this date. Recently on or about the September 5, 2004 a Bilingual Position was posted. I had my application on file but I was once again not considered. See Attachment 6

2. In Winter/ Spring of 2002 I was hired as a substitute teacher and Interim Spanish teacher and was fired in May of 2002 once the Head of the Human Resource Department: Scott Mcdonald became aware of my employment. Although I was highly recommended by the then Principal of the School: Pulaski Middle School who was later fired as well. Principal Name: Ernest R. Nocerino. See Attached 8

3. I was released without due process in Spring of 2002 although the Principal thought I was a good worker, see attached A-7. The Principal was also fired as well soon after.

4. The One Consolidated School District of New Britain continues to discriminate to this date. I am highly qualified and lesser-qualified candidates are hired over me. The New Britain School District continues to retaliate since I filed a CHRO complaint and I am following up with the EEOC case. In the Summer of 2002 I applied for a Bilingual Teaching position (Pre-K-12). I was passed up by the Smith Elementary

School for a 1st grade position by a lesser-qualified candidate: Deyanira Vazquez with no prior Professional teaching experience. We had both completed the same Alternate Route to Teacher Certification program together. Yet in September of the 1999-2000 school year I was hired for a 6th grade Bilingual at Pulaski Middle School position. Since September 1999 I have been applying for Bilingual positions and I would not be considered. I even tried to recant my decision not accept the 6th grade Bilingual position at Pulaski Middle School in December of 1999. However, I was told that an uncertified substitute teacher was going to remain in the position. Although that was illegal when a certified candidate is available and wants to be hired in that position. (SEE Attachment 9)

5. In December 12, 2002, I applied for a 1st grade position at the Chamberlain School. I was not considered and the position remained without a certified Bilingual Teacher that year. I have become depressed and under emotional duress in addiction to having to act as my own attorney without help. Under the Americans for Disability Act I should be given special consideration. I am functioning under duress. In the Summer of 2003 I was never called for an interview. I once again reapplied in October 9, 2003 for a 7th grade Bilingual position at Pulaski Middle School. I was not considered for an interview again. I am trying my best to respond to the defendant attorney under mental duress. Pulaski Middle School is where I successfully completed my student teaching in the 2001-2002 school year and The Then Principle Ernest R. Nocerino recommended me. See Att(8)

6. I believe that in the name of justice the Jury should be allowed to decide the merits of this case in a trial. I know the Jury will seek justice once they hear the case merits. This is a predominately Hispanic majority populated school. Yet I can not be hired under a durational Shortage Application Permit just as I was in September of 1999. (See Attachment 9) However a Female candidate name Deyanira Vazquez who graduated with me from ARC can be hired. Yet now, I am more qualified having completed the Alternate Route (ARC) for Teacher Certification in the same manner as Dyaniare Vazques a Female fellow graduate in the same year as me in May of 2002 but had no prior teaching experience which I had prior teaching experience and was recommended. (Att 3 &8)

7. This case merits a trial date by a jury to decide the merits of the arguments & Justice. In addition on 8/26/04 I was accused of wrongdoing by: Dr. Herbert F. Pandiscio who is now the New Director of Human Resources. He explained that my name appears on a list of revoked teaching certifications since I requested a certificate be cancelled. I being punished by the One Consolidated School District of New Britain since I surrendered one of my teaching Certifications in March of 2004 which consequently is deemed revoked. This is why my name is on the list. I could still reapply for that teaching certificate if I wish but I am not interested in teaching in that field any longer. I still hold other teaching certification in the State of Conn. & the State of New York. See Attached 10 and Attachment 11 respectively.

8. On 8/26/04 afternoon, New Human Resource Director: Dr. Herbert F. Pandiscio informed me that Former H.R Director Scott Mcdonald instructed him not to hire Felipe Mulero. I was accused of wrong doing. Why my name is on a list of people who have had a teaching certificate revoked was because I surrendered it on my free will. Yet Dr. Herbert F. Pandiscio could not tell me what I did wrong. I asked him what did and he said he did not know & could not answer why he would not hire me. The discrimination continues and it gets passed on without reason. On September 5, 2004 a Bilingual position and a computer position opened and I was not considered for either.

9. To this point I have suffered emotional distress in my daily life without an income to pay my daily expenses. I suffered with mental anguish and I had no health care to receive the necessary treatment I so need. The damages are over three years of back pay since September of 2001 starting at a salary of 58,850 per year had I been hired and my credited teaching years of 9 years of experience to be applied to the salary schedule. See Exhibit. Three plus years of credited retirement time added to my State of Connecticut Teacher Retirement also need to be credit. Wherefore the plaintiff claims judgment against the defendant for compensatory damages of three plus years and retirement benefits, punitive damages as the court shall consider fair, attorney

fees, costs, and such equitable relief as this court shall consider fair and reasonable.

Plaintiff- Felipe Mulero

By *[signature: Felipe Mulero]*

Felipe Mulero. Pro Se
746 Prospect Street
Wethersfield, CT 06109

**Certificate of Service:**

I hereby certify that a copy of Foregoing Motion to Continue Law Suit to Trial was sent to The One Consolidated School District of New Britain by hand delivery to 27 West Main Street in New Britain, CT On 11/30/04. Attorney: Irena Jadwiga Urbaniak Office.