## United States Federal Court

Felipe Mulero
Plaintiff: Pro Se'

Vs.

One Consolidated
School District of
New Britain

FILED
3:02-CV-00932-CFD
2004 DEC -3 P 3:58
U.S. DISTRICT COURT
HARTFORD, CT.

### Motion to Add Updated Attachments to page 6 and page 15 to interrogatories of Defendant

1) ALL Attachments were Updated and Sent to Defendant pg 6 and pg 15 as well as Copy of transcript from the American International College

Plaintiff Pro sé

*Felipe Mulero*
Felipe Mulero
746 Prospect Street
Wethersfield, CT 06109

### Service

Certify Copy and Attachments were Updated for the One Consolidated School District of New Britain, and hand Delivered on 12/03/04 At 272 W-Main street At New Britain, Connecticut. Corporate Counsel 4Th FLOOR.

Plaintiff Pro sé  12/03/04
*Felipe Mulero*  746 Prospect St.

*Addendum*  *Page 6*

c. List the job responsibilities at each place of employment.

ANSWER: AFDA   See Attachment 1 & 2

6. Set forth all your teaching certificates, include the type of certificate, the age group and the dates of the validity of the certificate.

ANSWER: Elligible for Durational Shortage Permit under Alternate for Teaching Certification (009) Bilingual Pre-K-12, See Attachment 6 since 5/03/02

Conn. State of (Attachment II): Initial Educator Certification (107) 03/01 - 2/20/06 External Diploma Program/non Credit Mandated Program.

New York State of (Attachment III):
School District Administrator Pre-K-12 (Permanent) #154960021
School Administrator/Supervisor Pre-K-12 (Provisional) #154958021  9/02 - 7/02
School Business Administrator Pre-K-12 (Permanent) #154959021

7. Set forth an itemization of all damages, including the manner of its computation, that represents the amount you have sustained as a result of the incident set forth in the complaint.  *As of 12/03/04 Credited Teaching Time and Tenure*

ANSWER: NOT Current Salary Schedule Academic Year

Hired in Teacher Salary Schedule with 9 years credited:
- Sept. 2001-02 At Starting Salary 72,786
- Sept. 2002-03 At Salary of 76,288
- Sept. 2003-04 At Salary of 79,108
- Sept. 2004-05 At Salary of 80,792

→ not Current Salary Schedule

Subtract the Associated Retirement Deduction For State Teacher Retirement. ADD Attorney Cost and Punitive damage  Approxiately ++: $300,000++

8. On 8/26/04 afternoon, New Human Resource Director: Dr. Herbert F. Pandiscio informed me that Former H.R Director Scott Mcdonald instructed him not to hire Felipe Mulero. I was accused of wrong doing. Why my name is on a list of people who have had a teaching certificate revoked was because I surrendered it on my free will. Yet Dr. Herbert F. Pandiscio could not tell me what I did wrong. I asked him what did and he said he did not know & could not answer why he would not hire me. The discrimination continues and it gets passed on without reason. On September 5, 2004 a Bilingual position and a computer position opened and I was not considered for either.

9. To this point I have suffered emotional distress in my daily life without an income to pay my daily expenses. I suffered with mental anguish and I had no health care to receive the necessary treatment I so need. The damages are over three years of back pay since September of 2001 starting at a salary of $72,786 per year had I been hired and my credited teaching years of 9 years of experience to be applied to the salary schedule. See Exhibit. Three plus years of credited retirement time added to my State of Connecticut Teacher Retirement also need to be credit. Wherefore the plaintiff claims judgment against the defendant for compensatory damages of three plus years and retirement benefits, punitive damages as the court shall consider fair, attorney