UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FELIPE MULERO
    PLAINTIFF

                              : CASE No. 3:02CV932 (CFD) 4:51

    V.

ONE CONSOLIDATED SCHOOL
DISTRICT OF NEW BRITAIN, CT     : January 19, 2005
    DEFENDANT

**OBJECTION TO MOTION FOR 2nd EXTENSION OF TIME TO FILE MOTION FOR SUMMARY JUDGEMENT. AN EXTENSION WAS ALREADY GRANTED ON 9/3/04.**

1. I have answered all of her questions according to her own Instructions under subsection ten, to the best of Knowledge considering I am a Pro' Se Attorney. I am functioning under mental duress and emotional distress. I responded within a reasonable period considering my circumstances. <u>AN EXTENSION WAS ALREADY GRANTED ON 9/3/04.</u>

2. I have answered all the questions Under Oath per her instructions as is certified by a Notary Public on or about November 29, 2005. The Defendant has received the responses to the Interrogatories since early December of 2004. The Defendant has had reasonable time to respond within the sixty days from when the Defendant had received the Plaintiff interrogatories response

                                        Plaintiff, Pro Se'
                                        Felipe Mulero

                                        Felipe Mulero, Plaintiff
                                        746 Prospect Street
                                        Wethersfield, CT 06109
                                        (860) 593-5537

**Certification:**

I certify that a copy of this foregoing motion was sent to the Defendant's counsel Irena J. Urbaniak Office of Corporate Counsel City of New Britain, Conn. 27 West Main Street, New Britain, Conn. 06051. Correction: Please be advised my address in not an Avenue but a Street.

*New Address: 746 Prospect St, Wethersfield, CT 06109*