2005 JAN 19 P 4: 51

# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

FELIPE MULERO
    PLAINTIFF

: CASE No. 3:02CV932 (CFD)

V.

ONE CONSOLIDATED SCHOOL
DISTRICT OF NEW BRITAIN, CT        : January 19, 2005
    DEFENDANT

## OBJECTION TO DEFENDANTS OBJECTION MOTION TO PLAINTIFF MOTION OF LIMITING INTERROGATORIES TO FALL WITHIN THE SCOPE OF THE DEFENDANT'S EMPLOYMENT

1. The case is specifically between Felipe Mulero Vs the One Consolidated School District of New Britain. I have answered all the questions Under Oath per her instructions and I stated my claim as instructed under subsection 10 of the defendant's instruction as was certified by a Notary Public on or about November 29, 2005. The Defendant has received the responses to the Interrogatories since early December 2004 and chose not to accept.

2. The Defendant is unreasonable to ask questions' concerning my employment history as it is too broad. This case is specific. My mental capacity is limited considering my health history/ condition of which I claimed under the American for Disability Act & of which I have documented per Defendant's instruction under subsection ten. I am acting as a Pro'Se Attorney and I wish to be protected under the American for Disability Act.

Plaintiff, Pro Se'

Felipe Mulero

*/s/ Felipe Mulero*

Felipe Mulero, Plaintiff
746 Prospect Street
Wethersfield, CT 06109
(860) 593-5537
(860) 436-2424

Certification

I certify that a copy of this foregoing motion was sent to the Defendant's counsel Irena J. Urbaniak Office of Corporate Counsel City of New Britain, Conn. 27 West Main Street, New Britain, Conn. 06051. Correction: Please be advised my address in not an Avenue but a Street.

Plaintiff, Pro Se'

Felipe Mulero

*/s/ Felipe Mulero*

Felipe Mulero, Plaintiff
746 Prospect Street
Wethersfield, CT 06109
(860) 593-5537
(860) 436-2424