FILED

2005 FEB -7 P 4: 08

U.S. DISTRICT COURT
HARTFORD, CT.

## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

FELIPE MULERO             :
    PLAINTIFF        :

V.                   : CASE No. 3:02-CV-932 (CFD)
                     :

ONE CONSOLIDATED SCHOOL  :
DISTRICT OF NEW BRITAIN, CT   : FEBRUARY 7, 2005
    DEFENDANT       :

## MOTION TO STRIKE DEFENDANT'S MOTION FOR SUMMARY JUDGEMENT

1. The Defendant has brought several frivolous statements concerning her Motion for Summary Judgment before the court on September 3, 2004 at a hearing concerning the Defendant Motion for Summary Judgment as well as in her subsequent interrogatories. The Defendant position on her Motion for Summary Judgment was originally based on the validity of the Plaintiff Right to sue which was found to be invalid under Fed. Rules.

2. The Defendant then accused the Plaintiff of not being properly certified in the State of Connecticut at the September 3, 2004 hearing & asked the Judge to delay the Motion for Summary Judgment hearing thus requesting an extension to research the matter further.

3. Attached is a copy of my current State of Connecticut teacher certifications for the record with a copy of my Alternate Route to Teacher Certification certificate which further

renders me upon Completion of the Alternate Route to Teacher Certification program to be initially certified as a Bilingually Certified candidate. Such was the case, with candidate: Deyanira Vazquez who graduated with me in the program but was far less qualified for the position and had no prior teaching experience. However Deyanira Vazquez was hired over me in September 2002. I was not considered for an interview much less given any consideration after I was hired then fired without cause during the 2001-2002 School Year. This is clear retaliation as a result of me continuing to pursue the CHRO/EEOC complaint against the One Consolidated School District of New Britain.

4. The Defendant did not move forward on September 3, 2004 during her Summary Judgment Hearing over frivolous arguments. The Defendant is procrastinating, and continuously delaying the inevitable. The evidence is attached and clearly proves this to be the case. I ask that the court grant this Motion to Strike and move this case forward to damages so that I may return to work as a (Pre-K-12) Bilingual Educator as certified.

Plaintiff, Pro Se'
Felipe Mulero

746 Prospect Street
Wethersfield, CT 06109

Certification:
I certify that a copy of this foregoing motion was sent to the Defendant's counsel Irena J. Urbaniak Office of Corporate Counsel City of New Britain, Conn. 27 West Main Street, New Britain, Conn. 06051. Correction: Please be advised my address in not an Avenue but a Street.

Plaintiff, Pro Se'
Felipe Mulero

Felipe Mulero, Plaintiff



*Attachment 21*

Consolidated School District of New Britain
**Pulaski Middle School**
**Ernest Nocerino, Principal**
**E. Ann Carabillo, Assistant Principal**
757 Farmington Avenue
New Britain, Connecticut 06053
(860) 225-7665   Fax (860) 223-3840

March 25, 2002

To Whom It May Concern:

I am pleased to write this recommendation for Felipe Mulero. During the 2001-2002 school year Mr. Mulero has performed in the capacity of a substitute teacher, covering a variety of subject areas. His most recent assignment was teaching a Spanish class for 6-weeks while the full time teacher was on maternity leave. In addition to teaching this class he also student taught in a bilingual classroom to qualify for his certification as a bilingual teacher.

I have found that Mr. Mulero approaches his assignments in a professional manner. He willingly accepts any assignment. He is an upbeat individual who always has a smile and a greeting for everyone. He has done a fine job at Pulaski Middle School.

Respectfully,

Ernest R. Nocerino



New England Association of Schools and Colleges Accredited Member
Middle Grade School State Policy Initiative Systemic Change School



— Record of Completion —

# The Board of Governors for Higher Education

BE IT KNOWN
THAT UPON THE RECOMMENDATION OF THE
FACULTY,
AND BY THE AUTHORITY OF
THE CONNECTICUT EDUCATION ENHANCEMENT ACT
OF NINETEEN HUNDRED AND EIGHTY-SIX

## Felipe L. Mulero

HAS SUCCESSFULLY COMPLETED THE ACADEMIC PROGRAM OF

# The Alternate Route to Certification

AND IS THEREFORE PREPARED AND ELIGIBLE
FOR CERTIFICATION TO TEACH
IN THE PUBLIC SCHOOLS OF CONNECTICUT
IN TESTIMONY WHEREOF,
THE APPROPRIATE SIGNATURES ARE AFFIXED.
DONE, THIS FOURTH DAY OF MAY,
TWO THOUSAND AND TWO

Valerie F. Lewis
Commissioner, Department of Higher Education

James P. McKenna
Academic Director, Alternate Route to Certification

Attachment 21



THE FACE OF THIS CERTIFICATE HAS A TEXTURED BLUE (NOT WHITE) BACKGROUND

**STATE OF CONNECTICUT**

*Theodore S. Sergi*

Theodore S. Sergi
Commissioner of Education

**State Board of Education**

Peter Behuniak, Acting Chief
Bureau of Certification and Professional Development

**FELIPE L. MULERO**
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
**INITIAL EDUCATOR**
October 12, 2002 TO October 11, 2005
External Diploma Program/Noncredit Mandated Programs (107)
(End of List)

10/12/2002



**American Council on the Teaching of Foreign Languages**

*certifies that*

*FELIPE MULERO*

*has successfully completed an ACTFL Oral Proficiency Interview (OPI) and has been rated, using ACTFL Proficiency Guidelines, as*

*ADVANCED MID - SPANISH*



*Executive Director*

09/29/99
99-4456



# STATE OF CONNECTICUT
## Department of Higher Education

May 3, 2002

Dear Madam or Sir:

Please accept this letter as confirmation that Felipe L. Mulero successfully completed the 2001-02 Connecticut Alternate Route to Certification II Program on May 4, 2002. The successful completion of the program requirements qualifies Felipe for the following certification endorsement(s): Bilingual, Pre-K-12 (#009) pending passing scores for all Praxis II exams are on file with the State Department of Education.

The Alternate Route to Certification is an initiative of the State of Connecticut's Board of Governors and is administered by the Connecticut Department of Higher Education. The Alternate Route was established in state law as a component of the Connecticut Educational Enhancement Act of 1986. The Alternate Route to Certification is approved as a teacher certification program by the Connecticut State Department of Education.

Students who successfully complete the Alternate Route program are eligible for employment as teachers in any Connecticut public school. Alternate Route graduates first receive a 90-Day Temporary Certificate that is issued upon request of the employing superintendent.

Alternate Route graduates employed in Connecticut public schools participate in the State Department of Education's Beginning Educator Support and Training (BEST) program for each of their first two years of teaching. Regulations also require that Alternate Route teachers be provided with a special plan of local supervision that exceeds that given to other novice teachers.

Please do not hesitate to contact me if I may provide you with additional information regarding the Alternate Route to Certification. Thank you for considering Felipe for a position with your school district.

Sincerely yours,

James P McKenna

- James McKenna, Academic Director
Alternate Route to Certification