FILED

2005 FEB -7 P 4: 09

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FELIPE MULERO
    PLAINTIFF
                                 : CASE No. 3:02-CV-932 (CFD)

    V.

ONE CONSOLIDATED SCHOOL
DISTRICT OF NEW BRITAIN, CT    : FEBRUARY 7, 2005
    DEFENDANT

## MOTION FOR SUMMARY JUDGEMENT

1. The Defendant has brought several frivolous statements concerning her Motion for Summary Judgment before the court on September 3, 2004 at a hearing concerning the Defendant Motion for Summary Judgment as well as in her subsequent interrogatories. The Defendant position on her Motion for Summary Judgment was originally based on the validity of the Plaintiff Right to sue which was found to be invalid under Fed. Rules.

2. The Defendant then accused the Plaintiff of not being certified in the State of Conn. at the 9/3/04 hearing & asked the Judge to delay the Motion for Summary Judgment hearing thus requesting an extension to research the Plaintiff current certification status.

3. Attached is a copy of my current State of Connecticut teacher certifications for the record with a copy of my Alternate Route to Teacher Certification certificate which further

renders me upon Completion of the Alternate Route to Teacher Certification program to be initially certified as a Bilingually Certified candidate. Such was the case, with candidate: Deyanira Vazquez who graduated with me in the program but was far less qualified for the position and had no prior teaching experience. However Deyanira Vazquez was hired over me in September 2002. I was not considered for an interview much less given any consideration after I was hired then fired without cause during the 2001-2002 School Year. This is clear retaliation as a result of me continuing to pursue the complaint against: One Consolidated School District of New Britain. Attachment 21& 24

4. The Defendant continues to take action against the Plaintiff when current Human Resources Director: Dr. Herbert F. Pandiscio has refused my Letter of July 13, 2004 to update my application file and would not consider me for the July 11, 2004 Bilingual Position or any future Bilingual teaching positions for the 2004-2005 academic school year & beyond. See Attachment A22 & A23. The evidence is attached and clearly proves this to be the case. I ask that the court grant this Motion for Summary Judgment and move this case forward to damages phase which are as follows in addition to secure me a Bilingual Position for the 2005-2006 Academic School Year with credited past retirement benefits in the State Teacher retirement updated to the present. Also see attached #2#3

2001-2002 Academic Back Pay of $72,786   Step 9

2002-2003 Academic Back Pay of $76,288   Step 9

2003-2004 Academic Back Pay of $79,108   Step 9

2004-2005 Academic Back Pay of $80,792   Step 9

2001-2005 Academic Tuition Reimbursement $20,786
Punitive Damages in Mental Distress: $300,000 or what court deems fair
Total $629,760 + Interest: $62,976

Plaintiff, Pro Se'
Felipe Mulero

746 Prospect Street
Wethersfield, CT 06109

Certification:

I certify that a copy of this foregoing motion was sent to the Defendant's counsel Irena J. Urbaniak Office of Corporate Counsel City of New Britain, Conn. 27 West Main Street, New Britain, Conn. 06051. Correction: Please be advised my address in not an Avenue but a Street.

Plaintiff, Pro Se'
Felipe Mulero

Felipe Mulero, Plaintiff

Attachment
21

Consolidated School District of New Britain
**Pulaski Middle School**
**Ernest Nocerino, Principal**
**E. Ann Carabillo, Assistant Principal**
757 Farmington Avenue
New Britain, Connecticut 06053
(860) 225-7665   Fax (860) 223-3840

March 25, 2002

To Whom It May Concern:

I am pleased to write this recommendation for Felipe Mulero. During the 2001-2002 school year Mr. Mulero has performed in the capacity of a substitute teacher, covering a variety of subject areas. His most recent assignment was teaching a Spanish class for 6-weeks while the full time teacher was on maternity leave. In addition to teaching this class he also student taught in a bilingual classroom to qualify for his certification as a bilingual teacher.

I have found that Mr. Mulero approaches his assignments in a professional manner. He willingly accepts any assignment. He is an upbeat individual who always has a smile and a greeting for everyone. He has done a fine job at Pulaski Middle School.

Respectfully,

*Ernest R. Nocerino*

Ernest R. Nocerino

New England Association of Schools and Colleges Accredited Member
Middle Grade School State Policy Initiative Systemic Change School



Case 3:03-cv-01352-JBA   Document 1   Filed 02/04/2005   Attachment 21

PLEASE PRINT OR TYPE:

1. Name of Applicant: __Felipe Mulero_____
2. Dates of Employment: From: __2001_____ To: __2002__ Academic Year
3. Job Title(s): __Spanish Teacher/ Technology Ed.: Interim__
   __Interim: Bilingual Educator/ General Educator__
4. Reason for Leaving: __Still Employed_____

5. Would you rehire?  Yes __x_____       No_____

   If not, please explain:————————————————————————

6. Please rate this person on each of the following characteristics:

|  | Unsatisfactory | Outstanding | Very Good | Satisfactory | Fair |
|---|---|---|---|---|---|
| **Dependability** |  | ✓ |  |  |  |
| **Attendance & Punctuality** |  | ✓ |  |  |  |
| **Ability to work with co-workers** |  |  | ✓ |  |  |
| **Quality of Work** |  |  | ✓ |  |  |
| **Cooperation** |  | ✓ |  |  |  |
| **Ability to learn new tasks** |  | ✓ |  |  |  |
| **Judgement** |  |  | ✓ |  |  |
| **Computer Skills** |  |  |  | ✓ |  |
| **Ability to follow written &/or oral instructions** |  | ✓ |  |  |  |

7. Additional Comments: _____

Name: __Ernest R. Nocerino_____
Address: __757 Farmington Ave. New Britain, CT 06053__
Title: __Principal_____    Phone #:__(860) 225-7665__
Signature: _Ernest R. Nocerino_
Relationship to Applicant: __School Principal/ Supervisor__

Social Security Number:  | 0 | 4 | 9 | - | 6 | 8 | - | 5 | 9 | 2 | 3 |

--- Record of Completion ---

## The Board of Governors for Higher Education

BE IT KNOWN

THAT UPON THE RECOMMENDATION OF THE
FACULTY,
AND BY THE AUTHORITY OF
THE CONNECTICUT EDUCATION ENHANCEMENT ACT
OF NINETEEN HUNDRED AND EIGHTY-SIX

*Felipe L. Mulero*

HAS SUCCESSFULLY COMPLETED THE ACADEMIC PROGRAM OF

# The Alternate Route to Certification

AND IS THEREFORE PREPARED AND ELIGIBLE
FOR CERTIFICATION TO TEACH
IN THE PUBLIC SCHOOLS OF CONNECTICUT
IN TESTIMONY WHEREOF,
THE APPROPRIATE SIGNATURES ARE AFFIXED
DONE, THIS FOURTH DAY OF MAY,
TWO THOUSAND AND TWO

James P. McKenna
Academic Director, Alternate Route to Certification



Valerie F. Lewis
Commissioner, Department of Higher Education

*Attachment 21*

THE FACE OF THIS CERTIFICATE HAS A TEXTURED BLUE (NOT WHITE) BACKGROUND

**STATE OF CONNECTICUT**



*Theodore S. Sergi*

Theodore S. Sergi
Commissioner of Education

**State Board of Education**

*Peter Behuniak*

Peter Behuniak, Acting Chief
Bureau of Certification and Professional Development

**FELIPE L. MULERO**
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
**INITIAL EDUCATOR**
October 12, 2002 TO October 11, 2005
External Diploma Program/Noncredit Mandated Programs (107)
(End of List)                                    10/12/2002



**A
C
T
F
L**

**American Council on the Teaching of Foreign Languages**

*certifies that*

**FELIPE MULERO**

*has successfully completed an ACTFL Oral Proficiency Interview
(OPI) and has been rated, using ACTFL Proficiency Guidelines, as*

*ADVANCED MID - SPANISH*



*Executive Director*

09/29/99
99-4456



# STATE OF CONNECTICUT
## Department of Higher Education

May 3, 2002

Dear Madam or Sir:

Please accept this letter as confirmation that Felipe L. Mulero successfully completed the 2001-02 Connecticut Alternate Route to Certification II Program on May 4, 2002. The successful completion of the program requirements qualifies Felipe for the following certification endorsement(s): Bilingual, Pre-K-12 (#009) pending passing scores for all Praxis II exams are on file with the State Department of Education.

The Alternate Route to Certification is an initiative of the State of Connecticut's Board of Governors and is administered by the Connecticut Department of Higher Education. The Alternate Route was established in state law as a component of the Connecticut Educational Enhancement Act of 1986. The Alternate Route to Certification is approved as a teacher certification program by the Connecticut State Department of Education.

Students who successfully complete the Alternate Route program are eligible for employment as teachers in any Connecticut public school. Alternate Route graduates first receive a 90-Day Temporary Certificate that is issued upon request of the employing superintendent.

Alternate Route graduates employed in Connecticut public schools participate in the State Department of Education's Beginning Educator Support and Training (BEST) program for each of their first two years of teaching. Regulations also require that Alternate Route teachers be provided with a special plan of local supervision that exceeds that given to other novice teachers.

Please do not hesitate to contact me if I may provide you with additional information regarding the Alternate Route to Certification. Thank you for considering Felipe for a position with your school district.

Sincerely yours,

James McKenna, Academic Director
Alternate Route to Certification

ctnow.com

Sunday, July 11, 2004 ◆ K7

## Employment | Employment | Employment | Employment | Employment | Employment

**Education**

### Academic Support Center Program Coordinator

(Community College Professional 15)
12-Month Tenure Track Position

Anticipated Starting Date:
August, 2004

**Minimum Qualifications:** A Bachelor's degree and one year experience in teaching or providing academic support services at the post-secondary level.

Applicants who do not meet the minimum qualifications are encouraged to put in writing exactly how their experience has prepared them for the responsibilities of this position and by providing appropriate references. Exceptions to the degree requirements may be made for compelling reasons.

**Responsibilities:** Under the direction and supervision of the Director of the Academic Support Center, the Program Coordinator assists in the preparation of budgets, schedules, and contracts; oversees the delivery of program services; oversees academic support staff; supervises student workers; develops Support Center resources and serves as liaison with academic departments and programs. The coordinator must have excellent oral and written communication skills, be familiar with computer-based instruction technology; and familiar with accommodation resources for students with physical and learning disabilities.

**Minimum salary $39,184** approximate annual.

**To Apply:**
Send letter of intent, resume, transcripts and the names of three references to:

**Mr. R. J. Tiger**
**Director of Human Resources**
**Capital Community College**
950 Main Street
Hartford, CT 06103

**Application Deadline:** Letter of application must be postmarked no later than August 10, 2004.

Capital Community College is an Affirmative Action/Equal Opportunity Employer. M/F. Protected group members are strongly encouraged to apply.

Web CT1369966

**EDUCATION**

### Administrative Vacancy

**MATHEMATICS DEPARTMENT HEAD**
(includes Teaching Responsibilities)

Salary Range: $63,650 -$77,807
187 Day Work Year

Application Deadline: Open Until Filled

Intermediate Administrator and Supervisor (092) and Math (029) certification required for this position.

Please forward a letter of intent resume, three letters of recommendation, transcripts and verification of eligibility for the above certifications to:

**Mark L. Winzler**
**Director of Human Resources**
**WINDSOR PUBLIC SCHOOLS**
601 Matianuck Ave.
Windsor, CT 06095

Windsor Public Schools is an Equal Opportunity Employer

Web CT1369546

**Education**

### BERLIN PUBLIC SCHOOLS

### Speech Language Pathologist

part time at elementary school level. (FTE.3) Strong interdisciplinary model. Pull out & push in information design. Dynamic program model. License & certification required. CT supervision available. Public school vision available. Knowledge of current methodologies including augmentative...

---

**Education**

### Clinton Public Schools

**Reading Consultant**
(Gr. K-8)
Salary Range
$34,687 - $71,331
Applicants must hold CT certification.

**********************

Applicants should submit a letter of intent, current resume, copy of certification, unofficial transcripts, 3 letters of reference and 3 references to: Albert A. Corsello, Superintendent of Schools, 137-B Glenwood Road, Clinton, CT 06413 by July 27, 2004.

Web CT1368483

**EDUCATION**

### COLUMBIA PUBLIC SCHOOLS

**Horace W. Porter School**
PreK-8

Openings for the 2004-2005 School Year

**Assistant Principal**

**Elementary Teacher**
Grades 1-4

These positions will remain open until filled. Please submit a letter of interest, resume, all college transcripts, proper Connecticut certification and three references by July 23, 2004 to:

Columbia School System
Dr. Richard D. Saddlemire, Superintendent
P.O. Box 168
Columbia, CT 06237

E.O.E.

Hartford Courant
careerbuilder [tv]

Web CT1366771

**Education**

### Connecticut Technical High School

**Science, Math & Library/ Media Teaching Positions**

**SCIENCE**
Wright/Stamford - bio or chem or physics
Norwich - physics

**MATH**
Bullard-Havens/Bpt (2 openings)
Vinal/Middletown (2 openings)
Platt/Milford
Prince/Hartford
Whitney/Hamden
O'Brien/Ansonia - PT - 30 hrs
Kaynor/Wtby - 3 mos. durational

**LIBRARY/MEDIA**
Goodwin/New Britain

For application
**Cheryl Fredette**
(860) 807-2163 or
www.ctech.org
AA/EOE

Web CT1367724

**EDUCATION**

### • DIR.CURRICULUM/ INSTRUCTION

Strong background in instructional program development, w/good communications skills. Duties include organizing curricular improvements, monitoring implementation of educational programs & overseeing the district's testing program.

### • MIDDLE SCHOOL ASST. PRINCIPAL

Minimum 3 Years experience in secondary administration with proven leadership ability.

Send letter, resume, 092 certification and three letters of reference by July 26 to:
David Perdelton, Supt.
Region #14
5 Minortown Road
Woodbury, CT 06798

Web CT1367771

**EDUCATION**

### Director of Women's Studies

The Women's Studies Program...

---

**EDUCATION**

### EAST WINDSOR PUBLIC SCHOOLS

**VACANCIES FOR 2004 -2005 SCHOOL YEAR**

Start Date: August 30, 2004
Applications accepted until filled.

**Full Time Chemistry Teacher 9-12**
- CT certification required:
#031

**Full Time English/Social Studies Teacher, 9-12**
- CT cert. required: #015, English and 026, history/soc. studies

**Full Time High School English Teacher, 9-12**
- CT cert. required: #015, English

**FT High School Math Tutor**

Mail resume and backup materials to:
**East Windsor High School**
Mr. Joseph Roy, Principal
76 South Main Street
East Windsor CT 06088
(860) 623-3361

*****

**FT Middle School Guidance Counselor**
- CT certification required: 068, school counselor

**FT Middle School Social Studies**
- CT certification required (one of the following) #026, middle grades 4 - 8; 026 history, grades 7-12; or 026 history and social studies, grades 7-12

**FT Library Media Specialist**
- CT certification required: 062, school library media specialist

Mail resume and backup materials to:
**East Windsor Middle School**
Mr. James Slattery, Principal
38 Main Street
Broad Brook CT 06016
(860) 623-4488

*****

**FT Reading Teacher**
- MA in reading and experience in T.I.C. CT cert. required

Mail resume and backup info to:
**Broad Brook Elementary School**
Ms. Anne McCarroll, Principal
14 Rye Street
Broad Brook CT 06016
(860) 623-2433

*****

**One-Year FT High School Special Education Teacher**
CT certification required:
#065

Mail resume and backup info to:
**East Windsor Public Schools**
Ms. Carol Fox
Director of Special Education
70 South Main Street
East Windsor CT 06088
(860) 623-3347

*****

**OTHER ANTICIPATED VACANCIES**

**ESL Tutor**

Mail resume and backup info to:
**East Windsor Public Schools**
Ms. Shary Lyssy Marshall
Director of Curriculum
70 South Main Street
East Windsor CT 06088
(860) 623-3346

Web CT1368568

**EDUCATION**

### GRADUATE READING PROGRAM WITHIN THE DEPARTMENT OF SPECIAL EDUCATION AND READING

Search# 05-013: Applications are invited for a full-time, one year only position in the...

---

**Education**

### MONTVILLE PUBLIC SCHOOLS

(Anticipated Openings for 2004/05)

- High School Math Teacher (.5)
- Middle School Spanish Teachers
- Montville Preschool Teacher (Special education preschool certification required)

Send letter of intent, resume, copy of certification, copy of transcripts and 3 letters of recommendation to:
**William Hall**
**Asst. Supt. of Schools**
**Montville Board of Education**
Old Colchester Road
Oakdale, CT 06370 by 7/23/04

**Education**

Please see our ad under "Childcare"
**NURSERY SCHOOL / DAYCARE DIRECTOR**

WEB CT1368813

**Education**

### PSYCHOLOGIST

Please see
CareerBuilder RX
on page K2 for all mental health related career opportunities.

## EDUCATION

### ★ Guidance Counselor Grades

Grades 9-12 at
**BACON ACADEMY HIGH SCHOOL**
Colchester, CT

**Valid Connecticut Certification Required.**

Start Date: August 30, 2004 plus 10 days during the Summer of 2004. This position will remain open until filled.

### ★.6 FTE Math Teacher

Grades 9-12 at
Bacon Academy High School
Colchester, CT

**Valid Connecticut Certification Required.**

Start Date: August 30, 2004
This position will remain open until filled.

### ★1.0 FTE Math Teacher

Grades 9-12 at
Bacon Academy High School
Colchester, CT

**Valid Connecticut Certification Required.**

Start Date: August 30, 2004
This position will remain open until filled.

### ★1.0 FTE Science Teacher

Grades 9-12 at
Bacon Academy High School
Colchester, CT

**Valid Connecticut Certification Required in General Science/Chemistry.**

Start Date: August 30, 2004
This position will remain open until filled.

### ★1.0 FTE Varsity High School Cheerleading Coach

at Bacon Academy
Colchester, CT

**Valid Connecticut Certification and First Aid/CPR Required.**

Closing Date for Applications is July 26, 2004.

### ★1.0 FTE Junior Varsity Girls' High School Soccer Coach

at Bacon Academy...

---

**Education**

### Rocky Hill Public Schools

Rocky Hill, Connecticut

**Staff Openings 2004-2005**

**High School Level**
English
Mathematics
Business Long Term Sub (full year)
Latin Long Term Sub (full year)
Office Secretary Part-Time

**Middle School Level**
PE/Health Long Term Sub

**Elementary School Level**
1.0 Special Ed Long Term Sub (full year)
.0 Occupational Therapist

**Rocky Hill High School Alternative Program**
English or Social Studies Certified Teacher and Math or Science Certified Teacher
2 days per week-3pm to 6pm
$25.00 per hour
Special Education Certified Teacher
4 days per week-3pm to 6pm
$25.00 per hour
For more information, call (860) 258-7701, X165

**District Wide**
Consortium Substitutes
Substitute Teachers

**Certification Required for all Teaching Positions**

For application, please visit our website at www.rocky.k12.ct.us or call 860-258-7701

Web CT1368409

**Education**

### Special Education Teacher

(one year only)
2004-2005 School Year

South Windsor Public Schools seeks a Special Education Teacher (one year only) for Timothy Edwards Middle School, beginning with the 2004-2005 school year. Applicants must possess or be eligible for CT certification in Special Education. Please submit a letter of intent, resume, 3 current recommendation letters, official transcripts (copies acceptable during interview process) and copy of certification by July 20, 2004 to:

**South Windsor Public Schools**
Dale E. Vannie, Ph.D.
Assistant Superintendent
Personnel and Administration
1737 Main Street
South Windsor, CT 06074

EOE

Web CT1369720

**Education**

### Special Education Teacher

Responsible for delivering instruction to 8-10 middle school students with social, emotional and behavioral difficulties. Case management, collaboration with clinical team and local school districts. Special Education Certification is required. Experience working with at risk students and/or in a clinical setting preferred. Resume/cover letter to: Barbara Chatfield, CREC-FVDC, 395 West Avon Rd., Avon, CT 06001 or fax to (860) 675-5489   EOE/M/F
www.crec.org

**EDUCATION**

### STAFFORD PUBLIC SCHOOLS

Teacher Vacancies
- 2004-2005 School Year

**•English Teacher**
- High School
**•Instructional Support Teacher / Title I**
- Middle School
**•Mathematics Teacher**
- High School
**•Remedial Reading / Math**
- Borough Elementary School, 102 or 097 endorsement required.
**•School Guidance Counselor**
- High School
**•Science Teacher**
(Long Term Substitute)
- High School...

---

**Education**

### Teacher

- CT Cert. Required.
Bloomfield Public Schools is seeking to fill the following positions:

Teacher Positions for the 2004-05 School Year - Salary Range $36,534 - $74,162

**High School**
Adult Education - ABE
Reading/Writing Teacher
Reading
Integrated Science

**Middle Schools**
English
Science
Special Education

**Elementary**
Kindergarten
Speech & Hearing

**Robert Boganski**
**Assistant Superintendent**
**Bloomfield Public Schools**
1133 Blue Hills Avenue
Bloomfield, CT 06002
Call (860) 769-4220 or Fax your resume (860) 769-4218

On line applications available at www.blmfd.org. Applications accepted until position is filled. Equal Opportunity Employer

Web CT1368658

**EDUCATION**

### TEACHER OPENINGS

New Britain Public Schools

- **Elementary K-6**
- **Special Education -MS**
- **History/Social Studies Cert. #26**
- **Social Studies HS** (bilingual, Spanish/English preferred)
- **Math MS/HS** (bilingual, Spanish/English preferred)
- **Bilingual** (cert 9)
- **Physical Ed/Health** (cert 43,44)
- **Spanish** (cert. 23)
- **Literacy/Numeracy Curriculum Specialist**

Experience in BEST practices in instructing literacy and numeracy at the elementary level. Coaching, modeling, delivering professional development analyze data and plan standards based curriculum.

- **Reading First Facilitator**

Experience in literacy for K-3 internal Reading First Facilitation. Coaching, modeling, delivering professional development, analyzing data and collaborating to support school-based literacy initiatives. cert#102.
Salary range $35,219- $80,792

### Non-Classified

- **HS Diploma/Students** (B.A. or B.S. required)
Salary starts at $36,000

- **Bookkeeper I**
(A test will be given)
Salary range $33,131

Closing: July 23, 2004 or until filled.

A request for an application can be made by contacting:

Director of Human Resources
New Britain School District
271 Main Street
New Britain, CT 06050-1960
(860) 827-2249

Teacher applications are also available at www.new-britain.k12ct.us
EOE/AAE

Web CT1370099

**EDUCATION**

### Teaching Positions

NAEYC accredited program has following openings...

Attachment #23

July 13, 2004

Felipe Mulero
55 East Cedar Street
Newington, CT 06111

Director of Human Resources
One Consolidated School District of New Britain
272 Main Street
New Britain, CT 06050-1960

Dear, Director

I am writing to inform you that I have updated my Application for the 2004-2005
academic year. I would like you to re-circulate it for the upcoming academic year as a
candidate for a Bilingual Education position in your school district. I am very impressed
with the One Consolidated School District of New Britain. I hope you would allow me to
interview for a Bilingual Pre-K-12 position. I am looking forward to serve the students of
One Consolidated School District of New Britain. I will serve as a positive role model.

I have completed my sixth year in Education Leadership at American International
College this year. I have excellent grades. I feel very confident that I will be a positive
role model for the students at the One Consolidated School District of New Britain. I
thank you in advance for your diligent efforts in allowing me to interview for a Position
in Bilingual Education at the One Consolidated School District of New Britain. Attached
is my updated resume for your convenience. I look forward to meeting with your
interview committee.

Yours Truly,

Felipe Mulero

Felipe Mulero

c: Human Resource Department



*Ref # 0310011*

This is to acknowledge the receipt of your completed application on _10|9|03_. Your application will be reviewed when a suitable position is available. If you are selected for an interview, you will be contacted by telephone. If not, you will be informed in writing after the hiring process has been completed for the position for which you applied. Please remember you are responsible for updating your application file as necessary. Thank you for your interest in the New Britain School District.

*Please mail in Copies of your Current Certifications for your file.*

Human Resources Department
New Britain School District

2004 JUN 30 P 4:46
DISTRICT COURT
HARTFORD CT

*Ref # 0103026*

This is to acknowledge the receipt of your completed application on _5/14/01_. Your application will be reviewed when a suitable position is available. If you are selected for an interview, you will be contacted by telephone. If not, you will be informed in writing after the hiring process has been completed for the position for which you applied. Please remember you are responsible for updating your application file as necessary. Thank you for your interest in the New Britain School District.

PERSONNEL OFFICE
NEW BRITAIN SCHOOL
DISTRICT

# 0103026

## CONSOLIDATED SCHOOL DISTRICT
## CITY OF NEW BRITAIN

### EMPLOYMENT APPLICATION

FULL NAME  Felipe  Luke  Mulero

ADDRESS  55 East Cedar Street

Newington, CT 06111

PHONE [Home] (860 ) 665-0609          [Work]  (860) 665-0609

SOCIAL SECURITY NUMBER  049 / 68 / 5923

TEACHER CANDIDATE: Pre-K-12 Bilingual (009)
Computer Technology / Ed.

Elementary School:          Grade Preference  K-12

Special Subjects  Computers/ Bilingual Ed.

Middle School:          Subjects     Computers/ Bilingual Ed.

High School:          Subjects     Computers/ Bilingual Ed.

Adult Education:          Subjects  (107) Mandated Subjects

### ADMINISTRATIVE CANDIDATE:

Position Applied For:  Bilingual Education (009) Pre-K-12/ Computer Ed.

| For Office Use Only: | |
|---|---|
| Addendum Received | ✓ |
| Certification Received | ✓ |
| References Received | ✓ |
| Transcript Received | |
| Interview | |
| Step Placement | |
| Initial Base Pay | |
| Starting Date | |

RECEIVED
MAY 9 2002
PERSONNEL

THE NEW BRITAIN PUBLIC SCHOOL DISTRICT DOES NOT DISCRIMINATE ON THE
BASIS OF RACE, COLOR, ANCESTRY, NATIONAL ORIGIN, CITIZENSHIP STATUS,
GENDER, MARITAL STATUS, PHYSICAL OR MENTAL DISABILITY, RELIGION, AGE
OR SEXUAL ORIENTATION.

ALL APPLICANTS *MUST* INCLUDE:
-PROOF OF *CONNECTICUT* CERTIFICATION
-3 LETTERS OF RECOMMENDATION
-TRANSCRIPTS (copies accepted)

I.    PROFESSIONAL EMPLOYMENT RECORD (Most recent employment first, practice teaching last)

| School District | Address | Phone # | Dates | Position | Supervisor |
|---|---|---|---|---|---|
| One Consolidated School Dist. of New Britain, CT | One Liberty Square New Britain, CT | (860) 827-2249 | 2001-2002 School Year | Interim Spanish Inst.& Bilingual | Ernest Nocerino Principal |
| Capitol Community Coll | 61 Woodland Street Hartford, CT | (860) 667-4659 | 1998-2001 | Adjunct Faculty Science & Math | Rama K. Chaturvedi, Ph.D. Chair of Science & Math |
| Middletown School Dist. | 311 Hunting Hill Ave. Middletown,CT | (860) 638-1401 | March 1, 2002 June 23, 2002 | Superintendent Internship | Dr. Carol Pamellee Blancato,Superintend |
| Alternate Route to teacher certification (III) | 61 Woodland Street Hartford,Ct 06105 | (860) 947-1301 | September 29, 2001-May 3,2002 | Bilingual & Computers Prog | Jim McKenna Director of ARC II |

V.    OTHER WORK EXPERIENCE

| Employer | Address | Phone # | Dates | Position | Supervisor |
|---|---|---|---|---|---|
| Patent Construction Systems | 540 Flatbush Avenue Hartford,CT 06106 | (860) 523-5293 | Feb. 1986- Nov. 1995 | Architectural Draftsman/Engr | Martin Kindred |
| United Technologies | One Hamilton Road Windsor Locks, Ct | (860) 654-5580 | Jan. 3, 1987- Feb. 2, 1992 | Manufacturing Engineer | Richard Lanier |
| Vocational Technical School Sys. A.I Prince | 500 Brookfield Street Hartford,CT 06106 | (860) 228-1459 | May 28, 1992- June 2001 | Occupational Trades: Machine Drafting | Fred Huhn |

REFERENCES:   List the names, addresses, and telephone numbers of individuals who have observed your work as a teacher, employee, or student. **Applications must include at least three references, including most recent employer.**

| Full Name | Position | Complete Address (include zip code) | Phone # |
|---|---|---|---|
| Dr. Devdas Shetty Associate Dean | School of Engineering University of Hartford | University of Hartford 200 Bloomfield Avenue West Hartford,CT 06106 | (860) 768-4615/4844 |
| Edward Maydock | Professor of Engineer Central Conn. St. Univ. | P.O Box 346 Pleasant Valley, Winstead, CT 06063 | (860) 738-1086 |
| Dr. Rama K. Chaturvedi | Chair of Math & Science | 39 Beacon Street Newington,CT 06111 | (860) 667-4659 |

I.    CONNECTICUT CERTIFICATION

1.    Do you hold a Connecticut Teaching Certificate?  [X] Yes    [ ] No

Type:  [X] Initial    [ ] Provisional    [X] Professional

Subjects or Grades _Pre-K-12(009)_ Issued _May 4, 2002_   Expires _May 21, 2006_

                                    Professional (090,091) 5/5/01      May 21,2006
2.    Do you have a teaching certificate from another state?  [X] Yes  [ ] No   Administrators/Super-
                                                                                visory
      If yes, please list state(s) _____   Equivalency

**-IMPORTANT-**

All applicants must include proof of Connecticut certification.  If you do not hold a valid Connecticut teaching certificate, please be sure that you have started the application process and are able to show the Personnel Office proof of your qualifications that would enable you to receive the needed certification.  **This information must be received no later than six months from the date the application is submitted to the Personnel Office.**  Maintenance of certification is candidate's responsibility.

II.    EDUCATION

|  | Name of School | City and State | Major | Type of Degree |
|---|---|---|---|---|
| High School | A.I Prince Techni-cal 500 Brookfield Street Htfd,CT | Hartford, CT 06106 | Machine Drafting | High School 2000 Hrs. Cr. |
| College | American Internati-onal College | Springfield,Mass. 01106 | Education-al Leader-ship | Sixth Year Pending (093) |
| Graduate Work | University of Hart-ford, Central CT ST University of Conn. | West Hartford,CT New Britain,CT Storrs,CT | Mech./Manf. Ind. Tech. Ed. Leadership | Engineer B.S. M.S.(090,091) (092) |

COLLEGE ACTIVITIES, AWARDS, HONORS: _Ranked #1 in Graduating Class (H.S.)_
_High Honors in Associate College.   High Honors at Central Conn. ST University_
_Urban League Inter-racial Scholar. Manufacturing Engineering Scholar._

**-IMPORTANT-**

Each application must include a copy of the candidate's transcripts and three letters of recommendation.  **This information must be received no later than six months from the date the application is submitted to the Personnel Office.**

VI.    MISCELLANEOUS

1.    What books and magazines (excluding textbooks) have you read in the past year?
      Educational Week. American Educator. American Inventor.


2.    What are your special interests or hobbies? Newington Lions Club Member
      Connecticut Association of Administrators.

3.    To what professional or civic organizations do you belong?  (Please do not list any organizations which
      would identify your race, religion, color, national origin, ancestry, age, marital status, physical or mental
      disability, or sexual orientation)
      Newington Lions Club. Connecticut Education Association,
      Connecticut Association of School Administrators/ Superintendents

4.    On a separate page, please describe any recent participation in professional activities or educational
      travel.
      I recently went to Florida to visit Miami and I witness many culturals

5.    List any languages in which you are fluent (other than English): Spanish'

6.    Are you presently under contract? ☐ Yes  ☒ No    If yes, where?  Currently Substitude
                                                                       in New Britain.

7.    If appointed, when could you begin work? Late August for the the 2002/2003 year

8.    You may include additional material, training or experience, or personal comments which may enhance
      your candidacy. I have worked for over 10 years in teaching and I have
      formal training in High Schools to Careers and High Schools that
      work programs. I have done an applications work shop on John Dewey
Please notify us if you wish to withdraw your application. Completed applications will be considered for one
year unless requested otherwise by you.

Return application to:

> Personnel Office
> New Britain School District
> One Liberty Square
> P.O. Box 1960
> New Britain, CT 06050-1960


**PLEASE READ CAREFULLY AND SIGN:** The information contained in this application is complete and
accurate to the best of my knowledge and belief.  The Consolidated School District of the City of New Britain
has my permission to verify any information set forth by me on this form.  I understand that any
misrepresentation of the facts on this application disqualifies me from further consideration for employment, or,
if I am hired, is sufficient cause for dismissal.  I recognize that any employment offer made to me is contingent
upon my completing a pre-employment physical and the results of that physical. I fully agree to the above.

DATE 5/9/02     SIGNATURE _Felipe Wilson_

FILED

2004 JUN 30 P 4:46

DISTRICT COURT
HARTFORD CT



**American Council on the Teaching of Foreign Languages**

*certifies that*

*FELIPE MULERO*

*has successfully completed an ACTFL Oral Proficiency Interview
(OPI) and has been rated, using ACTFL Proficiency Guidelines, as*

*ADVANCED MID - SPANISH*



*Executive Director*

09/29/99
99-4456

3

REV 12/96

# CONNECTICUT STATE DEPARTMENT OF EDUCATION
Bureau of Certification and Professional Development
P.O. Box 2219 – Room 243
Hartford, Connecticut 06145-2219

RECEIVED

JUL 1 5 1999

SUPERINTENDENT, VTSS

## STATEMENTS OF SUCCESSFUL PROFESSIONAL EXPERIENCE
*(Note: Please Use a Separate Form For Each School District in Which You Have Served)*

*Original was sent to Certifica on 7/1/99*

LAST NAME

FIRST NAME

MI

SOCIAL SECURITY NUMBER

BIRTH DATE (Month-Day-Year)

Please check appropriate box. See reverse side for criteria.

[X] The applicant has served successfully in the following position(s) in public or approved nonpublic schools.

[ ] The applicant has not served successfully in the following position(s) in public or approved nonpublic schools.

(NOTE: For classroom teachers, the above attestations should be based upon having successfully met the district evaluation criteria, which may include but are not limited to the Connecticut Teaching Competencies.)

*Thomas J. Serra*    *VINAL TECHNICAL HIGH School*    7/12/99
Original Signature of Principal/Supervisor    Name of School    Date

| POSITION HELD | LESS THAN 50% | 50% OR MORE | FROM (MO/YR) | TO (MO/YR) | SUBJECT/FIELD | LEVEL | SPECIFIC ENDORSEMENT REQUIRED FOR POSITION |
|---|---|---|---|---|---|---|---|
| V-T Instructor | | X | 9/92 | Present | Drafting | 9-12 | 090 |
| | | | | | | | |
| | | | | | | | |

If the applicant is an adult education teacher, indicate number of hours served per year. _____

If the applicant completed a school psychologist internship (not under contract), please check here. [ ]

Signature of Superintendent, Executive Director or Headmaster attesting to accuracy of information.    7/16/99
    Date
(Original Signature: No Stamp Accepted)

*Dominic Spera*    *Superintendent*
Typed or Printed Name of Person Signing Above    Title

*V-T School System*    860-807-2200
Board of Education    Telephone

3

VS INSTRUCTOR EVALUATION

1992-93 SCHOOL YEAR

NAME:   FELIPE MULERO

LOCATION:   HOWELL CHENEY RVTS

This will confirm that the above-named teacher has been rated satisfactorily for this school year in accordance with the indicators of effective teacher performance.

This rating has been certified in writing by the School Director and reviewed by the Assistant Superintendent.

This document is to be incorporated in the teacher's official Personnel File. The complete Teacher Evaluation Portfolio is retained in the official school file, in accordance with the Vocational-Technical School System's Teacher Evaluation and Professional Growth Handbook.

LINDA A. JAKAB
PRINCIPAL PERSONNEL OFFICER
OCTOBER 20, 1993

0430B

3

VS INSTRUCTOR EVALUATION

1994-95 SCHOOL YEAR

**NAME:** MULERO FELIPE L

**LOCATION:** HOWELL CHENEY RVTS

This will confirm that the above-named teacher has been rated satisfactorily
for this school year in accordance with the indicators of effective teacher
performance.

This rating has been certified in writing by the School Director and reviewed
by the Assistant Superintendent.

This document is to be incorporated in the teacher's official Personnel File.
The complete Teacher Evaluation Portfolio is retained in the official school
file, in accordance with the Vocational-Technical School System's Teacher
Evaluation and Professional Growth Handbook.

*Linda A. Jakab*

**LINDA A. JAKAB**
**PRINCIPAL PERSONNEL OFFICER**
**JULY 20, 1995**

0430B

## VS INSTRUCTOR EVALUATION

### 1995-96 SCHOOL YEAR

**NAME:**    FELIPE MULERO

**SCHOOL:**    HOWELL CHENEY RVTS

This will confirm that the above-named teacher has been rated satisfactorily for this school year in accordance with the indicators of effective teacher performance.

This rating has been certified in writing by the School Director and reviewed by the Assistant Superintendent.

This document is to be incorporated in the teacher's official Personnel File. The complete Teacher Evaluation Portfolio is retained in the official school file, in accordance with the Vocational-Technical School System's Teacher Evaluation and Professional Growth Handbook.

LINDA A. JAKAB
PRINCIPAL PERSONNEL OFFICER
JULY 22, 1996



VS INSTRUCTOR EVALUATION

1996-97 SCHOOL YEAR

NAME:      FELIPE MULERO

SCHOOL:    VINAL RVTS

This will confirm that the above-named teacher has been rated satisfactorily for this school year in accordance with the indicators of effective teacher performance.

This rating has been certified in writing by the School Director and reviewed by the Assistant Superintendent.

This document is to be incorporated in the teacher's official Personnel File. The complete Teacher Evaluation Portfolio is retained in the official school file, in accordance with the Vocational-Technical School System's Teacher Evaluation and Professional Growth Handbook.

DEBORAH A. ELDREDGE
PERSONNEL OFFICER
SEPTEMBER 19, 1997

CONNECTICUT DEPARTMENT OF EDUCATION
BUREAU OF HUMAN RESOURCES
25 Industrial Park Road
Middletown, CT 06457

TO:      Jennifer Green
         Payroll Operations Unit

FROM:    Linda A. Jakab
         Principal Personnel Officer

DATE:    July 31, 1996

SUBJECT: Felipe Mulero
         PCN 08065, Empno. 530303

Mr. Mulero's promotion from VS Instructor Initial/Provisional to VS Instructor Professional was processed effective May 10, 1996 (payperiod ending May 23, 1996).

The effective date of Mr. Mulero's professional certification is March 1, 1996. We are persuaded that the delay in the delivery of the certificate was due in part to problems with the forwarding of mail from his former address.

Therefore, would you please change the effective date of his promotion to March 1, 1996 and process payment of the retroactive sum due him for check date August 30, 1996. My quick calculations indicate that amount should be approximately $505.95?

Thank you for your assistance.

LAJ/ss
cc:  Mr. Mulero

U.S. Information Center
*Office of Admissions*
3611 Henry Hudson Pkwy. Suite 1D
Riverdale, N.Y. 10463

(888) 989-GRAD (4723)
(718) 796-3980 phone  (718) 796-3612 fax

# International University for Graduate Studies

January 29th, 2005

Mr. Felipe L. Mulero
746 Prospect Street
Wethersfield, CT  06109

Dear Mr. Mulero::

After careful review of your portfolio, including your academic records, I am pleased to notify you that you have been accepted into the Doctoral program at International University for Graduate Studies (IUGS).

It is understood you wish to pursue **the Doctor of Philosophy in Educational Technology.** Since you have satisfied all course requirements, you need only complete the following in order to satisfy the doctoral requirements for graduation

**A written capstone project.** *Most doctoral projects consist of approximately 150 – 250 pages with an appropriate bibliography and ample citations. Certain atypical doctoral projects may vary from the normal standard IUGS must approve your capstone project. You will need to acquire a mentor to help in the preparation of your written capstone project. Since you have chosen to select your own mentor he/she must have a Ph.D. and be approved by IUGS. We require that your mentor furnish IUGS with a recent vita and/or resume. Enclosed are the necessary forms that must be signed by you and your chosen mentor and returned to IUGS.*

**An outline and bibliography** *of your capstone project is to be mailed to IUGS within* **90 days** *of your signed acceptance letter.*

**Attendance of a one week residency in St. Kitts, West Indies July 4th through 9th of 2005** *to meet the residency requirement of IUGS.*

The tuition fee for the doctoral program is $10,500 and may be made in the following payment sequences

$3,500 upon acceptance  -  $3,500 before residency  -  $3,500 upon graduation

The tuition does not include a payment fee of $1,000 to your capstone project mentor, or transportation, room & board for the residency in St. Kitts.

Your initial tuition payment should be made payable to: **International University for Graduate Studies** and returned with a **signed copy of this letter** to the following address within **45 days**.

**U.S. Information Center, International University for Graduate Studies**
**1068 Main Street, Fishkill, NY 12524.**

Congratulations on your acceptance and success in your doctoral studies.

x _____
Felipe L. Mulero                           Date

Very truly yours,

Marina I. Mercado,  Ph.D.
Dean, Liberal Arts Program

*St. Kitts Office*
*Shear Lane, Delisle Gardens*
*Box 884*
*Basseterre, St. Kitts, West Indies1*