# United States District Court

## District Of Connecticut

Felipe Mulero : Case Number: 3: 02-CV-00932
: (CFD)
Vs. :
:
Consolidated School District :
Of New Britain, Conn. :
: August 23, 2004

### Motion to Continue Law Suit / Case To Trial
### Motion to dismiss Summary Judgment

Now comes, The Plaintiff, I have entered said documents in response to the defendant Motion for Summary Judgement in a timely manner but the documents were not double spaced and were since rejected. I then tried to resubmit said documents doubled spaced but it was late as a result. I do not have an attorney available to over see the processing of the case but I wish to proceed to trial as my own Attorney. I am depressed with emotions and functioning under duress. I should be granted AFDA consideration. I want my rights to be reserved for a trial by jury. The jury needs to hear this case merit & rule for Justice.

1. I have continued to seek employment as a full time teacher at the One Consolidated School District of New Britain. I continued to be denied even for an interview to date.

2. I have acted as a substitute teacher and Spanish teacher and was fired once the Head of the Human Resource Department: Scott Mcdonald became aware of my employment. Although I was highly recommended by the then Principal of the School, Pulaski Middle School who was later fired as well. I want a Trail Date.

3. I was released without due process in March of 2002 although the Principal thought I was a good worker, see attached A-1. The Principal was also fired as well soon after.

---

*Handwritten annotations:*
- "Plaintiff shall file his response to defendant's summary judgment by March 4, 2005. So ordered. 1/18/05"
- "Granted, in part. FILED 2005 FEB -8 2:53 U.S. DISTRICT COURT HARTFORD, CT"