UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| FELIPE MULERO | : | |
|     Plaintiff | : | |
| | : | Case No. 3:02CV932 (CFD) |
| v. | : | |
| | : | |
| ONE CONSOLIDATED SCHOOL | : | |
| DISTRICT OF NEW BRITAIN, CT | : | |
|     Defendant | : | February 17, 2005 |

RESPONSE TO PLAINTIFF'S MOTION TO STRIKE
DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

    The defendant, One Consolidated School District of New Britain, CT, respectfully objects to plaintiff's Motion to Strike Defendant's Motion for Summary Judgment based on the fact that the Defendant has yet to file a Motion for Summary Judgment before this court to which the plaintiff may object.

    On or about October 28, 2003, the defendant filed its first Motion for Summary Judgment. On or about September 3, 2004, the Honorable Judge Dorsey denied the motion without prejudice allowing the defendant to renew its motion within sixty days. (Exhibit A)

On September 29, 2004, the defendant served twenty-two interrogatory questions and four production requests on the plaintiff.  On the same day, the defendant filed a Motion for Extension of Time to file the Motion for Summary Judgment until December 3 based on the need to obtain the interrogatory answers.  (Exhibit B)

On November 16, 2004, the plaintiff filed a Motion for Extension of Time to File Response to Defendant's Interrogatories.  (Exhibit C)  In addition, on the same date, the plaintiff filed a Motion of Limiting the Defendant's Interrogatories to Fall Within the Defendant's Scope of Employment.  (Exhibit D)  In this motion the plaintiff stated:

> I find it difficult to answer interrogatories involving my employment history due to mental illness . . . I am not unable to respond accurately to my history especially when I cross several careers and my mental state of mind and health is not well.

As a result of plaintiff's November 16th motions, the defendant filed on November 24, 2004, an objection to plaintiff's motions along with a second Motion for Extension of Time to File Motion for Summary Judgment.  (Exhibit E)

Plaintiff's motions of November 16th and defendant's motions of November 24th have not been heard nor decided by the court.

On or about December 6, 2004, plaintiff responded to thirteen out of the twenty-two interrogatory questions. As of date, plaintiff has failed to respond to the remaining interrogatory questions. The court had granted an extension to the plaintiff to respond to the interrogatories until February 1, 2005. On this date, the defendant's counsel is sending a letter in an attempt to obtain the remaining answers to the remaining interrogatory requests.

Since the defendant has not yet filed the motion for summary judgment, the motion to strike the motion for summary judgment is premature at this time.

DEFENDANT, ONE CONSOLIDATED SCHOOL
DISTRICT OF NEW BRITAIN, CT

By Office of Corporation Counsel

_____
Irena J. Urbaniak
Attorney for Defendant
Office of Corporation Counsel
City of New Britain
27 West Main Street
New Britain, Connecticut 06051
Tel. (860) 826-3420
Fax  (860) 826-3397
iurbaniak@ch.ci.new-britain.ct.us
Federal Bar Number ct01322

CERTIFICATION

    I hereby certify that on February 17, 2005, a copy of the above was mailed to the pro se plaintiff:

    Felipe Mulero
    746 Prospect Street
    Wethersfield, Connecticut 06109

_____
Irena J. Urbaniak
Attorney at Law