UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| FELIPE MULERO | : | |
|     Plaintiff | : | |
| | : | Case No. 3:02CV932 (CFD) |
| v. | : | |
| | : | |
| ONE CONSOLIDATED SCHOOL | : | |
| DISTRICT OF NEW BRITAIN, CT | : | |
|     Defendant | : | February 17, 2005 |

NOTICE OF MANUAL FILING

    Please take notice that the Defendant has manually filed the following documents:

    1.  Exhibit A - Judge's Decision regarding Defendants' first Motion for Summary Judgment

    2.  Exhibit C - Plaintiff's Motion for Extension of Time to File Responses to Defendant's Interrogatories dated November 16, 2004

    3.  Exhibit D - Plaintiff's Motion of Limiting the Defendant's Interrogatories to Fall Within the Defendant's Scope of Employment dated November 16, 2004

These documents have not been filed electronically because the documents can not be converted to electronic format.

The documents have been manually served on all parties.

    Respectfully submitted,

    DEFENDANT, ONE CONSOLIDATED SCHOOL
    DISTRICT OF NEW BRITAIN, CT

    By Office of Corporation Counsel

    _____
    Irena J. Urbaniak
    Attorney for Defendant
    Office of Corporation Counsel
    City of New Britain
    27 West Main Street
    New Britain, Connecticut 06051
    Tel. (860) 826-3420
    Fax  (860) 826-3397
    iurbaniak@ch.ci.new-britain.ct.us
    Federal Bar Number ct01322

## CERTIFICATION

I hereby certify that on February 17, 2005, a copy of the above was mailed to the pro se plaintiff:

    Felipe Mulero
    746 Prospect Street
    Wethersfield, Connecticut 06109

    _____
    Irena J. Urbaniak
    Attorney at Law