UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| FELIPE MULERO : | |
|     Plaintiff : | |
| : | Case No. 3:02CV932 (CFD) |
| v. : | |
| : | |
| ONE CONSOLIDATED SCHOOL : | |
| DISTRICT OF NEW BRITAIN, CT : | |
|     Defendant : | November 24, 2004 |

MOTION FOR EXTENSION OF TIME
TO FILE MOTION FOR SUMMARY JUDGMENT

The Defendant, One Consolidated School District of New Britain, CT, respectfully requests a second extension of time to file a motion for summary judgment. This additional time is necessary due to the plaintiff filing an extension of time to comply to interrogatories. The requested discovery information is to be incorporated into the motion for summary judgment to be filed.

DEFENDANT, ONE CONSOLIDATED SCHOOL
DISTRICT OF NEW BRITAIN, CT

By Office of Corporation Counsel

_____
Irena J. Urbaniak
Attorney for Defendant
Office of Corporation Counsel
City of New Britain
27 West Main Street
New Britain, Connecticut 06051
Tel. (860) 826-3420
Fax  (860) 826-3397
iurbaniak@ch.ci.new-britain.ct.us
Federal Bar Number ct01322

<u>CERTIFICATION</u>

I hereby certify that on November 24, 2004, a copy of the above was mailed to the pro se plaintiff:

Felipe Mulero
746 Prospect Avenue
Wethersfield, Connecticut 06109

_____
Irena J. Urbaniak
Attorney at Law

-2-