UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| FELIPE MULERO : | |
|     Plaintiff : | |
| : | Case No. 3:02CV932 (CFD) |
| v. : | |
| : | |
| ONE CONSOLIDATED SCHOOL : | |
| DISTRICT OF NEW BRITAIN, CT : | |
|     Defendant : | February 25, 2005 |

DEFENDANT'S LOCAL RULE 56(a)2 STATEMENT

Pursuant to Rule 56 of the Federal Rules of Civil Procedure and United States District Court, District of Connecticut, Local Rule 56(a)2, the defendant, One Consolidated School District of New Britain, CT, hereby provides the following statement of disputed facts in opposition to the plaintiff's Motion for Summary Judgment:

    1.    That the defendant discriminated against the plaintiff in employment on the grounds of national origin, Puerto Rican (Exhibit B attached hereto);

    2.    That the defendant retaliated against the plaintiff for having previously filed complaint of employment discrimination (Exhibit B attached hereto);

3.   That the plaintiff was employed as a teacher at One Consolidated School District of New Britain, CT, an education institution operated by the defendant(Exhibit B attached hereto);

4.   That adverse employment action was taken against him (Plaintiff was never an employee of the Defendants.)  (Exhibit A and B attached hereto);

5.   That between December 1, 1999, and June 4, 2002, the plaintiff was subjected by the defendant to adverse administrative procedures and disciplinary action in his employment based upon false allegation that he had misconducted himself (Exhibit B attached hereto); and

6. That the plaintiff was treated different from that accorded by the defendant to similarly situated employees (Exhibit B attached hereto).

    DEFENDANT, ONE CONSOLIDATED SCHOOL
    DISTRICT OF NEW BRITAIN, CT

    By Office of Corporation Counsel

    _____
    Irena J. Urbaniak
    Attorney for Defendant
    Office of Corporation Counsel
    City of New Britain
    27 West Main Street
    New Britain, Connecticut 06051
    Tel. (860) 826-3420
    Fax  (860) 826-3397
    iurbaniak@ch.ci.new-britain.ct.us
    Federal Bar Number ct01322

CERTIFICATION

I hereby certify that on February 25, 2005, a copy of the above was mailed to the pro se plaintiff:

    Felipe Mulero
    746 Prospect Street
    Wethersfield, Connecticut 06109

    _____
    Irena J. Urbaniak
    Attorney at Law