UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| FELIPE MULERO | : | |
|     Plaintiff | : | |
| | : | Case No. 3:02CV932 (CFD) |
| v. | : | |
| | : | |
| ONE CONSOLIDATED SCHOOL | : | |
| DISTRICT OF NEW BRITAIN, CT | : | |
|     Defendant | : | February 25, 2005 |

NOTICE OF MANUAL FILING

Please take notice that the Defendant has manually filed the following documents:

    1.   Exhibit A – Plaintiff's CHRO complaint of the plaintiff filed against the defendant

    2.   Exhibit B – Defendant's response to the Plaintiff's CHRO complaint

    3.   Exhibit C – CHRO notice of final agency action.

These documents have not been filed electronically because the documents can not be converted to electronic format.

The documents have been manually served on all parties.

Respectfully submitted,

DEFENDANT, ONE CONSOLIDATED SCHOOL DISTRICT OF NEW BRITAIN, CT

By Office of Corporation Counsel

_____
Irena J. Urbaniak
Attorney for Defendant
Office of Corporation Counsel
City of New Britain
27 West Main Street
New Britain, Connecticut 06051
Tel. (860) 826-3420
Fax  (860) 826-3397
iurbaniak@ch.ci.new-britain.ct.us
Federal Bar Number ct01322

CERTIFICATION

I hereby certify that on February 25, 2005, a copy of the above was mailed to the pro se plaintiff:

Felipe Mulero
746 Prospect Street
Wethersfield, Connecticut 06109

_____
Irena J. Urbaniak
Attorney at Law