

## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

FELIPE MULERO                          :
    PLAINTIFF                      : Case No. 3:02CV932 (CFD)
                     :
    V.                             :
                     :
ONE CONSOLIDATED SCHOOL                :
DISTRICT OF NEW BRITAIN, CT            :MARCH 4, 2005
    DEFENDANT

## OBJECTION TO DEFENDANT'S RESPONSE TO PLAINTIFF'S MOTION TO

## STRIKE DEFENDANT'S MOTION FOR SUMMARY JUDGMENT.


    Now Comes the Plaintiff objection to Defendant's response as well as to

Defendant attempts to set forth a Summary Judgment based on untrue and frivolous

statements, which are based on deception to lure a Federal Judge into granting the One

Consolidated School District of New Britain a Summary Judgment.


1.  The Defendant had made several attempts at a Motion for Summary Judgment

    form the start and all have failed. On September 3, 2004 at Summary Judgment

    Hearing the Defendant had made several attempts for Summary Judgment once

    more on the basis that the Plaintiff Right to sue had expired. The Judge ruled

    under Federal Rules that the Plaintiff did not surpass his right to sue Dead line.

2.  The Defendant then made several false statements to deceive the Judge that the
    Plaintiff was not properly qualified to teach and requested an extension. The
    Defendants Interrogatories were also frivolous and meaningless to further delay.

3.  The extension was based on several untrue frivolous statements made to a Federal
    Judge to lure the court into granting an extension concerning the Plaintiff
    qualifications/ certifications. The Defendant has demonstrated little respect for
    Justice and is making a mockery of the Federal Court Judicial Proceeding. This
    constitutes a clear misrepresentation before a Federal Judge to lure the Court into
    a deceptive tactic in granting an extension in the First Place.

4.  I am properly certified to teach in the State of Connecticut with several years of
    teaching experience. See Attachment 2,3,21,22, 24 and recommendations.

5.  These outrageous acts are a blatant disrespect for the law by the Defendant to
    deceive a Federal Judge, which constitutes a clear misrepresentation and an act of
    making a mockery of Justice. These acts should be penalized. I ask the court to
    deny the Defendant right to have a Summary Judgment because the nature of the
    Defendant arguments are done under false statements designed to deceive the
    court and delay the court proceeding. The Defendant should not be allowed to
    continue in a meaningless rampage at the expense of the Plaintiff who is without

an income, suffering from ongoing emotional distress, and depression while being

denied a livelihood.

Plaintiff, Pro Se'
Felipe Mulero

Felipe Mulero, Plaintiff
746 Prospect Street
Wethersfield, CT 06109
Cell (860) 593-5537
Home (860) 436-2424

Certification

I certify that a copy of this foregoing motion was sent to the Defendant's Counsel Irena J.
Urbaniak Office of Corporate Counsel, City of New Britain, Conn. 27 West Main Street
New Britain, Conn. 06051. Sent 1st Class Mail March 4, 2005

Attachment 2
New York
Certifications

Case 3:05-cv-01521-GRJ   Document 23   Filed 07/26/2005   Page 5 of 23



## University of the State of New York
## Education Department

## Public School Teacher Certificate

*This certificate, valid for service in the public schools, is granted to the person named below who has satisfied the requirements prescribed by the State Education Department.*

### FELIPE MULERO

Certification area:   SCHOOL ADMINISTRATOR/SUPERVISOR

\*Form: **PROVISIONAL**
(over)

Effective date:   09/01/02

Certificate number:   049685923

Control number:   154958021

Given under the authority of
the State Education Department

*Charles C. Mackey, Jr.*
Administrator, Teacher Certification

*Commissioner of Education*

---



## University of the State of New York
## Education Department

## Public School Teacher Certificate

*This certificate, valid for service in the public schools, is granted to the person named below who has satisfied the requirements prescribed by the State Education Department.*

### FELIPE MULERO

Certification area:   SCHOOL DISTRICT ADMINISTRATOR

\*Form: **PERMANENT**
(over)

Effective date:   09/01/02

Certificate number:   049685923

Control number:   154960021

Given under the authority of
the State Education Department

*Charles C. Mackey, Jr.*
Administrator, Teacher Certification

*Commissioner of Education*

Attachment 3
Connecticut
Certification

THE FACE OF THIS CERTIFICATE HAS A TEXTURED BLUE (NOT WHITE) BACKGROUND

**STATE OF CONNECTICUT**

*Theodore S. Sergi*
Theodore S. Sergi
Commissioner of Education



**State Board of Education**

*Peter Behuniak*
Peter Behuniak, Acting Chief
Bureau of Certification and Professional Development

**FELIPE L. MULERO**
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
**INITIAL EDUCATOR**
October 12, 2002 TO October 11, 2005
External Diploma Program/Noncredit Mandated Programs (107)
(End of List)                                        10/12/2002

---

THE FACE OF THIS CERTIFICATE HAS A TEXTURED BLUE (NOT WHITE) BACKGROUND

**STATE OF CONNECTICUT**

*Theodore S. Sergi*
Theodore S. Sergi
Commissioner of Education

**State Board of Education**

*Abigail L. Hughes*
Abigail L. Hughes, Chief
Bureau of Certification and Teacher Preparation

**FELIPE L. MULERO**
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
**INTERIM INITIAL EDUCATOR**
September 13, 1999 TO September 12, 2000

Bilingual (009)
(End of List)                                        09/13/1999

DEFICIENCY: 3 SEMESTER HOURS CREDIT EACH: FOUNDATIONS
OF BILINGUAL EDUCATION, METHODS OF TEACHING ESL
DEFERRAL REQUEST: VALID ONLY FOR NEW BRITAIN BD OF ED

---

**University of the** **State of New York**
**Education** **Department**



## Public School Teacher Certificate

*This certificate, valid for service in the public schools, is granted to the person named*
*below who has satisfied the requirements prescribed by the State Education Department.*

# FELIPE  MULERO

Certification area:  **SCHOOL  BUSINESS  ADMINISTRATOR**

*Form:  **PERMANENT**
(over)

Effective date:  **09/01/02**

Certificate number:  **049685923**

Control number:  **154959021**

Given under the authority of
the State Education Department

*Charles C. Mackey, Jr.*
Administrator, Teacher Certification

*Richard P. Mills*
Commissioner of Education

Name _FELIPE  MULERO_     SS# _049 - 68 - 5923_     Page 5 ED177

PART X     EVIDENCE OF ENROLLMENT IN PLANNED PROGRAM OF TEACHER PREPARATION

This section must be completed and signed by the certification officer of the preparing institution.

_Mulero_                        _Felipe_                        _L_
Applicant's Last Name                    First Name                        MI

_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_
Social Security Number

a. The above-named applicant is currently enrolled in a planned program leading toward this institution's recommendation for
   certification in:

__Technology  Education__           __NK-12__              __Fall  1998__
Subject/Field                          Grade Level                   Date of Enrollment

b. Number of semester hours of credit required to complete certification program: ___22  SH___

c. Number of semester hours applicant has completed: __5  SH__                    860-832-2125

~~Central Connecticut State University~~ (2SH additional completed SS2000 per student; 6 SH enrolled for Fall 2000)
College or University              Ronald J. Moss, Ph. D.              (____).
                                   Assistant Dean of Education         Telephone Number
                                   and University Certification Officer
                                                                       MOSS@CCSU.EDU

_Billow_                           __9 August 2000__
Signature                          Date

# STATE OF CONNECTICUT
## Department of Higher Education

May 3, 2002

Dear Madam or Sir:

Please accept this letter as confirmation that Felipe L. Mulero successfully completed the 2001-02 Connecticut Alternate Route to Certification II Program on May 4, 2002. The successful completion of the program requirements qualifies Felipe for the following certification endorsement(s): Bilingual, Pre-K-12 (#009) pending passing scores for all Praxis II exams are on file with the State Department of Education.

The Alternate Route to Certification is an initiative of the State of Connecticut's Board of Governors and is administered by the Connecticut Department of Higher Education. The Alternate Route was established in state law as a component of the Connecticut Educational Enhancement Act of 1986. The Alternate Route to Certification is approved as a teacher certification program by the Connecticut State Department of Education.

Students who successfully complete the Alternate Route program are eligible for employment as teachers in any Connecticut public school. Alternate Route graduates first receive a 90-Day Temporary Certificate that is issued upon request of the employing superintendent.

Alternate Route graduates employed in Connecticut public schools participate in the State Department of Education's Beginning Educator Support and Training (BEST) program for each of their first two years of teaching. Regulations also require that Alternate Route teachers be provided with a special plan of local supervision that exceeds that given to other novice teachers.

Please do not hesitate to contact me if I may provide you with additional information regarding the Alternate Route to Certification. Thank you for considering Felipe for a position with your school district.

Sincerely yours,

James McKenna, Academic Director
Alternate Route to Certification



Attachment 7

— Record of Completion —

## The Board of Governors for Higher Education

BE IT KNOWN
THAT UPON THE RECOMMENDATION OF THE
FACULTY,
AND BY THE AUTHORITY OF
THE CONNECTICUT EDUCATION ENHANCEMENT ACT
OF NINETEEN HUNDRED AND EIGHTY-SIX

*Felipe L. Mulero*

HAS SUCCESSFULLY COMPLETED THE ACADEMIC PROGRAM OF

## The Alternate Route to Certification



RECEIVED
JUL 1 3 2004
HUMAN RESOURCES DEPARTMENT

AND IS THEREFORE PREPARED AND ELIGIBLE
FOR CERTIFICATION TO TEACH
IN THE PUBLIC SCHOOLS OF CONNECTICUT
IN TESTIMONY WHEREOF,
THE APPROPRIATE SIGNATURES ARE AFFIXED
DONE, THIS FOURTH DAY OF MAY,
TWO THOUSAND AND TWO

Valerie F. Lewis
Commissioner, Department of Higher Education

James P. McKenna
Academic Director, Alternate Route to Certification

Attachment 22
Advanced Course Work



# University of Connecticut
## *Neag School of Education*

**RECEIVED**

AUG 2 7 2001

OFFICE OF THE DEAN
NEAG SCHOOL OF EDUCATION

Office of the Dean

TO: Connecticut State Department of Education
Bureau of Certification and Teacher Preparation
P.O. Box 150471, Room 243
Hartford, CT 06115-0471

RE: Mr. Felipe Mulero
55 East Cedar Street
Newington, CT 06111

The above-named person is applying for certification to serve as:

☐ Superintendent of Schools      ☒ Intermediate Administrator and Supervisor

Career Objective:    ___General Administration___
(Such as Assistant Superintendent, General Administration, Supervision of Instruction,
Supervision in a specified field, etc.)

The applicant has completed a planned program of preparation in administration and
supervision at this institution and, in our opinion, does possess the personal and professional
qualifications necessary for the successful performance of the duties of this position.  The last
course in this applicant's program was completed not more than eight years before the date of
this recommendation.

The applicant is recommended.

Effective date of completion of requirements:        June 29, 2001
_____

___August 27, 2001___                    ___(signature)___
Date Signed                              Signature of Initiating Faculty Member
                                        Patrick B. Mullarney

___8/21/01___                           ___(signature)___
Date Signed                             Timothy Reagan
                                        Associate Dean

*An Equal Opportunity Employer*

249 Glenbrook Road, U-64
Storrs, Connecticut 06269-2064

Telephone: (860) 486-3813
Facsimile: (860) 486-0210                    *An NCATE Accredited Institution*

Attachment 24

Recommendations



# TOWN OF NEWINGTON

Town Hall    •    131 Cedar Street, Newington, Connecticut 06111
Central Telephone (860) 665-8500
Department Telephone (860)
Department Fax No.    (860)

July 3, 2002

To Whom It May Concern:

It is my understanding that Felipe Mulero of 55 Cedar Street in Newington, Connecticut has applied for a position within your organization. In my personal capacity, I have been familiar with Mr. Mulero for a period of five years. In all of my interactions with him, I have found him to be a personable and dedicated individual. I fully support his candidacy for a position for which he is qualified.

I am especially impressed with his honesty, integrity, dependability and his co-operative nature. Felipe Mulero has a distinct ability to communicate clearly on complicated matters, which is note worthy of his intelligence. He is fluent in both Spanish and English. I believe this is a great asset to any organization, especially the teaching profession.

If you have any questions, please contact me directly at (860) 665-8510.

Sincerely,

Thomas B. McBride
Mayor



OFFICE OF THE MAYOR
550 MAIN STREET
HARTFORD, CONNECTICUT 06103

EDDIE A. PEREZ
MAYOR

Telephone: (860) 543-8500
Fax: (860) 722-6606

July 5, 2002

To Whom It May Concern,

I have known Felipe Mulero since he was a child growing up in Hartford. I can serve as a character reference and attest that he has high morals, integrity, and is a very honest young man with strong family values. Over the years I have seen him aspire to greater heights from his humble beginnings. In my role as Director of ONE CHAIN, I helped him obtain financial Aid to attend the University of Hartford School of Engineering because I believed in his potential to serve the community well.

Felipe Mulero was an engineer at United Technologies for many years and is now serving our children as an educator. He has taught at Public School capacity as well as College capacity. Felipe is currently a Sixth Year student in an educational Leadership program at the American International College. In my opinion, I believe he will become an excellent Principal and role model for our youth, especially students of a multicultural background.

Felipe Mulero is very professional and will not hesitate to assist with any task asked of him. He is a reliable young man who cares about the community. I am supportive of his goals. He has proven to be dependable and I hope you will consider him a strong candidate.

Please feel free to contact me at (860) 543-8500 should you have any questions.

Sincerely,

Eddie A. Perez
Mayor of Hartford



UNITED
TECHNOLOGIES
HAMILTON
STANDARD

February 27, 1998

To Whom It May Concern:

Dear: Sir/Madam

Felipe Mulero was employed at United Technology from Feb. 1987 to Feb. 1992, in addition to summer employment during 1985 and 1986 (four months each). His job title was Plant/Manufacture Engineer. During his tenure, he performed a variety of functions in the manufacturing arena including plant layout, process development, generation of work instructions, and productivity improvement. In fulfilling these work responsibilities, Felipe developed key practical as well as leadership skills necessary to succeed in the production environment.

Also, he was able to develop and utilize hands-on skills, operating various production machinery as needed. He also demonstrated significant progress in developing interpersonal skills, at the same time demonstrating a certain tenacity in fulfilling his assignments. His ability to develop and maintain focus no matter what distractions came up was particularly noteworthy.

Most recently, I have been working with Felipe on various school projects, associated with our efforts here at United Technologies to support local Vocational education. Again I am impressed with his dedication to his responsibilities and his student's welfare. His high level of commitment and ability to get the job done make him an ideal candidate for any challenging assignment that are available for a person of his caliber. It is in my opinion that he should be considered for any such positions.

**Richard Lanier**
Manufacturing Engineering Supervisor
Propulsion Systems

UNITED
TECHNOLOGIES
HAMILTON
STANDARD

Windsor Locks, Connecticut 06096
203/654-5580

Sincerely,

Richard Lanier
Composites Operation Mgr.
United Technologies
(860) 654-5580

# American International College
1000 State Street, Springfield, Massachusetts  01109-3189
(413) 737-7000

*Since 1885*

December 3, 2003

The following is in recommendation of Felipe Mulero of 55 East Cedar Street, Newington, Connecticut.

Felipe has just completed a sixth year level, Certification of Advanced Graduate Study in School Administration at American International College in Springfield, Massachusetts. The program also meets the requirements for certification as a public School Superintendent in the Commonwealth of Massachusetts, State of Connecticut or any other Interstate Compact Certification enrolled state.

Felipe demonstrated outstanding scholarship in his preparatory coursework and exemplary leadership in the practicum process at Wallingford Public Schools in Wallingford, Connecticut. He overcame a number of obstacles is securing this opportunity but completed it with aplomb and a wealth of experience.

In the preparation of this practicum he worked in Hartford Public Schools in the Department of Children and Families where he not only gained a variety of experiences but contributed greatly in assisting the department.

I highly recommend Felipe to you as a quality candidate, one who has demonstrated leadership skills and an individual who has life and educational experience that have prepared him for educational leadership.

Sincerely,

Royce E. Layman, Director
of Field Experiences and
School Administration

c.c file

REL/lr



# IT'S GREAT
# TO BE A LION
# "WE SERVE"

August 22, 2002

76 Clifford Street
Newington,Conn. 06111

To Whom It May Concern:

It is with great pleasure to write on behalf of Felipe Mulero. He has been a long time
Lion Club member and he is a loyal and committed individual to the Newington
Organization. Felipe Mulero is an honest and hard working young man who will not
hesitate to help where he can. He has high integrity and I am happy I recruited him into
the Lion Club.

He is responsible for running our annual Lions Swim Meet in the Town of Newington.
Felipe also assist the club with our weekly summer concert activity held in Mill Pound
Park as well as the Summer Carnival at the High School. He is a very good Team Player
and he is very active at our monthly dinner meeting where his attendance is noteworthy.

It is with great pleasure to recommend him for whatever position he is qualified for. He
has taken a great interest in our Community and its youth and continues to do so. If you
have any further questions, please feel free to call me at (860) 666-8052 my home.

Sincerely,

Stanley Martinelli
Lion Club President




DIVISION OF STUDENT AFFAIRS
## MANCHESTER COMMUNITY-TECHNICAL COLLEGE
P.O. BOX 1046, MANCHESTER, CONNECTICUT 06045-1046

Office of the Dean

(860) 647-6155
FAX (860) 647-6238
e-mail: ma_carter@commnet.edu

January 15, 1999

To Whom It May Concern:

This general letter is written in support of the career pursuits of Felipe Mulero.

In the period I've known Mr. Mulero, he has impressed me as a focused, intelligent, motivated and talented professional. As an informal mentor for Mr. Mulero, I have been impressed by his self-confidence, his integrity and honesty and his commitment to quality in educating students.

Felipe respects others and is open to hearing and discussing the merits of ideas and actions. He is analytical and perceptive and is willing to take the lead in creatively and confidently meeting challenges.

I believe Felipe would be a welcome and contributing member of any professional team/organizations with which he is affiliated.

If more information is needed, I can be reached at the above address or at 860-647-6155.

Sincerely,

*Alfred L. Carter*

Alfred L. Carter
Dean of Students

ALC:ggs

BOARD OF GOVERNORS FOR HIGHER EDUCATION
BOARD OF TRUSTEES OF COMMUNITY-TECHNICAL COLLEGES
*AN EQUAL OPPORTUNITY EMPLOYER*
*PRINTED ON RECYCLED OR RECOVERED PAPER*

F/Mulero

**RES**  Resource
Enhancement
Services, Inc.

*Solutions through Engineering*
*Energy Engineering*
*Mechanical and Electrical Design*

May 11, 1998

Dr. William Davison
Chair, Department of Industrial Technology
Central Connecticut State University
1615 Stanley Street
New Britain, CT 06050-4010

Dear William:

I am writing to confirm that Felipe Mulero and I did establish the construction firm, Budget General Contractors. Our company was in business from 1990 to 1995.

Working in a partnership with Mr. Mulero was a pleasure. He is very knowledgeable in the fields of Mathematics, Physics, and Engineering. He has acquired a great deal of knowledge and understanding of the construction trade. His excellent management skills coupled with his exceptional building systems design capabilities allowed our company to be quite successful.

I will vouchsafe that Felipe Mulero has more than ample knowledge of practical construction techniques. I strongly recommend that you give his candidacy for Associate/Professor at your institution your full consideration. His interaction with students will certainly benefit those under his tutelage and the technology industry in general.

Please feel free to call should you need any further discussion of his ability and qualifications.

Sincerely,

Kwasi Asante
Project Manager



STATE OF CONNECTICUT
## MANCHESTER COMMUNITY-TECHNICAL COLLEGE
P.O. BOX 1046, MANCHESTER, CONNECTICUT 06045-1046



(860) 647-6000
FAX (860) 647-6238

March 10, 1999

To Whom It May Concern:

This letter is to recognize the contributions of Felipe Mulero in providing an outreach event for high school students. Mr. Mulero volunteered to coordinate a conference for 45 students from the Hartford Academy of Technology on March 8, 1999 at Manchester Community-Technical College. The conference included presentations by faculty and staff, campus tours, and workshops on Engineering and Technology careers conducted by Mr. Mulero.

Mr. Mulero presented a comprehensive experience for students, who are setting college and career goals for themselves. He was able to establish a comfortable relationship with the students, while providing important educational information. His professional demeanor, his understanding of student needs, and his ability to assess and respond to these needs were critical to the success of the program. He demonstrated a thorough knowledge of the college, and college-wide programs, as well as the mission of the Manchester Community-Technical College. His energy, enthusiasm and information make him a valuable asset for the Admissions office, as well as the entire College community.

The Admissions office appreciates his willingness to lead this event and the effectiveness of his efforts.

Sincerely,

Cynthia Zeldner
Cynthia Zeldner
Assistant Director of Admissions

BOARD OF GOVERNORS FOR HIGHER EDUCATION
BOARD OF TRUSTEES OF COMMUNITY-TECHNICAL COLLEGES
*AN EQUAL OPPORTUNITY EMPLOYER*
*PRINTED ON RECYCLED OR RECOVERED PAPER*



**Norwich Regional Vocational Technical School**
599 New London Turnpike, Norwich, Connecticut 06366-7097    Telephone 203 889-8453

June 1, 1994

To Whom It May Concern,

I have had the pleasure of hiring and working with Mr. Felipe Mulero and I find him to be a dedicated educator and an outstanding example of a human being. His individual hard work and perseverance have led him to not only improve from his difficult beginnings but also allowed him to move from an industrial career to an educational one.

Mr. Mulero is an individual who demands perfection in his own personal achievements and encourages all his students too reach beyond their grasp. He attempts to get the very best from his students and then some.

Felipe is an individualist and will argue for what he considers to be the best approach to a given situation but he is quick to understand the other side as well. He takes direction and proceeds to research and expand on a basic concept working it to its highest level.

I believe that the most enduring quality that Felipe has to offer is that he commits to a task or challenge with his whole self. He can not keep his inner being from becoming involved and as such shows great sensitivity to the needs of individuals as well as organizations.

His continuous quest for additional knowledge through course work will lead him to become an even better teacher. He will be knowledgeable and motivated in any endeavor he attempts.

If you have any additional questions about Mr. Mulero please do not hesitate to contact me. I wish him well in now and in the future.

Sincerely,

Charles A. Salerno
Director



**CAPITAL**

Community-Technical
**C O L L E G E**

*Woodland Campus*

*61 Woodland Street*
*Hartford, CT 06105-2354*
*(860) 520-7800*
*FAX 520-7906*

Nov. 28, 1998

To Whom It May Concern:

Mr. Felipe Mulero was a Part-Time Instructor during the Spring of 1998 at Capital Community-Technical College.  During that time, I acted as a mentor for him and offered advice regarding the course he was teaching.  Felipe sought out my advice regarding academic concerns of his students and his role as Instructor.

I was most impressed with the academic concerns for his students in relationship to the content that needs to be completed as described in the course syllabus.  Regarding students, we discussed the attitudes of young college students (just out of secondary school), which included their academic and mathematical backgrounds, respect for other students and the instructor, and the academic classroom environment.  Regarding course syllabus, we discussed the reform movement including depth of content, calculators, authentic applications, etc.  These concerns were initiated by Mr. Mulero and my comments and suggestions were received in a very professional manner.

Felipe could be described as cool, calm, and collective, yet full of interest, and excitement when discussing academic matters.  These qualities are necessary for successful classroom instruction and I would highly recommend Mr Felipe Mulero be given special consideration for the position of Mathematics Instructor at your Institution.

Sincerely,

*John Pazdar*

John Pazdar,
Prof of Mathematics

*Flatbush Campus*
*401 Flatbush Avenue*
*Hartford, CT 06106-3798*
*FAX  987-4806*

*A Member of the Connecticut*
*Community-Technical College*
*System*

*An Equal Opportunity Employer*