FILED

2005 [illegible] -[illegible]  [illegible]

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FELIPE MULERO
    PLAINTIFF

: Case No. 3:02CV932 (CFD)

V.

ONE CONSOLIDATED SCHOOL
DISTRICT OF NEW BRITAIN, CT
    DEFENDANT

: MARCH 4, 2005

**MOTION TO ESTABLISH A CEASE AND DESSIST ORDER WITH RIGHT TO A COURT INJUCTION TO REOPEN CASE FILE 3:02CV932 (CFD) IMMEDAITEDLY SHOULD ANY UNFAIR LABOR PRACTICE CONTINUE. PLAINTIFF TO BE PROTECTED FROM FURTHER RETAILIATION IN FUTURE PROMOTIONS POSITIONS.**

    Now Comes the Plaintiff to ESTABLISH A CEASE AND DESSIST ORDER WITH RIGHT TO A COURT INJUCTION ONCE PLAINTIFF IS REINSTATED IN THE ONE CONSOLI-DATED SCHOOL DISTRICT WORK FORCE WITH RIGHT TO REOPEN CASE FILE 3:02CV932 (CFD)SHOULD UNFAIR LABOR PRACTICE CONTINUE.

1. The Plaintiff had made several attempts at the One Consolidated School District of New Britain to be hired but time after time the Plaintiff was passed up for hire by less qualified candidates year after year after year since 1999 and less

qualified candidates and in some cases uncertified female candidates filled those positions to teach the Bilingual students.

2. I was fired me for no reason in 2001-2002 academic after I was recommended by a Principal: Ernest Nocerino at Pulaski Middle School who hired me and allowed me to successfully complete the Alternate Route to Teacher Certification at his School that same year. This Principal was also fired soon after to insure that I would not be hired again at the One Consolidated School District of New Britain. In July 13, 2004 instead of renewing my application materials the One Consolidated School District of New Britain engaged in an illegal labor practice and destroyed my application file so I would not be considered for a July, 11, 2004 Bilingual educator posting. See Attachment 1

3. The One Consolidated School District of New Britain is to consider and not block Plaintiff from any future promotions the Plaintiff is qualified for.

Plaintiff, Pro Se'
Felipe Mulero

*/s/ Felipe Mulero*

Felipe Mulero, Plaintiff
746 Prospect Street
Wethersfield, CT 06109
Cell (860) 593-5537
Home (860) 436-2424

Certification

I certify that a copy of this foregoing motion was sent to the Defendant's Counsel on February 28, 2005 to Irena J. Urbaniak Office of Corporate Counsel, City of New Britain, Conn. 27 West Main Street, New Britain, Conn. 06051.

*Mailed March 4, 2005*

Attachment 1

July 13, 2004

Felipe Mulero
55 East Cedar Street
Newington, CT 06111

Director of Human Resources
One Consolidated School District of New Britain
272 Main Street
New Britain, CT 06050-1960

Dear, Director

I am writing to inform you that I have updated my Application for the 2004-2005 academic year. I would like you to re-circulate it for the upcoming academic year as a candidate for a Bilingual Education position in your school district. I am very impressed with the One Consolidated School District of New Britain. I hope you would allow me to interview for a Bilingual Pre-K-12 position. I am looking forward to serve the students of One Consolidated School District of New Britain. I will serve as a positive role model.

I have completed my sixth year in Education Leadership at American International College this year. I have excellent grades. I feel very confident that I will be a positive role model for the students at the One Consolidated School District of New Britain. I thank you in advance for your diligent efforts in allowing me to interview for a Position in Bilingual Education at the One Consolidated School District of New Britain. Attached is my updated resume for your convenience. I look forward to meeting with your interview committee.

Yours Truly,

Felipe Mulero

c: Human Resource Department



RECEIVED
JUL 13 2004
HUMAN RESOURCES DEPARTMENT



# STATE OF CONNECTICUT
## Department of Higher Education

May 3, 2002

Dear Madam or Sir:

Please accept this letter as confirmation that Felipe L. Mulero successfully completed the 2001-02 Connecticut Alternate Route to Certification II Program on May 4, 2002. The successful completion of the program requirements qualifies Felipe for the following certification endorsement(s): Bilingual, Pre-K-12 (#009) pending passing scores for all Praxis II exams are on file with the State Department of Education.

The Alternate Route to Certification is an initiative of the State of Connecticut's Board of Governors and is administered by the Connecticut Department of Higher Education. The Alternate Route was established in state law as a component of the Connecticut Educational Enhancement Act of 1986. The Alternate Route to Certification is approved as a teacher certification program by the Connecticut State Department of Education.

Students who successfully complete the Alternate Route program are eligible for employment as teachers in any Connecticut public school. Alternate Route graduates first receive a 90-Day Temporary Certificate that is issued upon request of the employing superintendent.

Alternate Route graduates employed in Connecticut public schools participate in the State Department of Education's Beginning Educator Support and Training (BEST) program for each of their first two years of teaching. Regulations also require that Alternate Route teachers be provided with a special plan of local supervision that exceeds that given to other novice teachers.

Please do not hesitate to contact me if I may provide you with additional information regarding the Alternate Route to Certification. Thank you for considering Felipe for a position with your school district.

Sincerely yours,

*James P. McKenna*

James McKenna, Academic Director
Alternate Route to Certification

RECEIVED JAN 13 2004 HUMAN RESOURCES DEPARTMENT

61 Woodland Street · Hartford, CT 06105-2326
www.ctdhe.org
An Equal Opportunity Employer

Attachment #1

— Record of Completion —

# The Board of Governors for Higher Education

BE IT KNOWN
THAT UPON THE RECOMMENDATION OF THE
FACULTY,
AND BY THE AUTHORITY OF
THE CONNECTICUT EDUCATION ENHANCEMENT ACT
OF NINETEEN HUNDRED AND EIGHTY-SIX

*Felipe L. Mulero*

HAS SUCCESSFULLY COMPLETED THE ACADEMIC PROGRAM OF

## The Alternate Route to Certification

AND IS THEREFORE PREPARED AND ELIGIBLE
FOR CERTIFICATION TO TEACH
IN THE PUBLIC SCHOOLS OF CONNECTICUT
IN TESTIMONY WHEREOF,
THE APPROPRIATE SIGNATURES ARE AFFIXED.
DONE, THIS FOURTH DAY OF MAY,
TWO THOUSAND AND TWO



RECEIVED JUL 13 2004
HUMAN RESOURCES DEPARTMENT

Valerie F. Lewis
Commissioner, Department of Higher Education

James P. McKenna
Academic Director, Alternate Route to Certification

RECEIVED
OCT 04 1999
BUREAU OF CERTIFICATION
& TEACHER PREPARATION

**American Council on the Teaching of Foreign Languages**

certifies that

**FELIPE MULERO**

has successfully completed an ACTFL Oral Proficiency Interview (OPI) and has been rated, using ACTFL Proficiency Guidelines, as

**ADVANCED MID - SPANISH**

Executive Director

09/29/99
99-4456

ACTFL

## Employment

**Education**
### Academic Support Center Program Coordinator
(Community College Professional 15)
12-Month Tenure Track Position

Anticipated Starting Date: August, 2004

**Minimum Qualifications:** A Bachelor's degree and one year experience in teaching or providing academic support services at the post-secondary level.

Applicants who do not meet the minimum qualifications are encouraged to put in writing exactly how their experience has prepared them for the responsibilities of this position and by providing appropriate references. Exceptions to the degree requirements may be made for compelling reasons.

**Responsibilities:** Under the direction and supervision of the Director of the Academic Support Center, the Program Coordinator assists in the preparation of budgets, schedules and contracts; oversees the delivery of program services; oversees academic support staff; supervises student workers; develops Support Center resources and serves as liaison with academic departments and programs. The coordinator must have excellent oral and written communication skills, be familiar with computer-based instruction technology; and familiarity with accommodation resources for students with physical and learning disabilities.

**Minimum Salary:** $39,184 approximate annual.

**To Apply:** Send letter of intent, resume, transcripts and the names of three references to:

Mr. R. L. Fisher
Director of Human Resources
Capital Community College
950 Main Street
Hartford, CT 06103

**Application Deadline:** Letter of application must be postmarked no later than August 10, 2004.

Capital Community College is an Affirmative Action/Equal Opportunity Employer, M/F. Protected group members are strongly encouraged to apply.

Web CT1369966

---

**EDUCATION**
### Administrative Vacancy
MATHEMATICS DEPARTMENT HEAD
(Includes Teaching Responsibilities)

Salary Range: $68,660 -$77,807
197 Day Work Year

Application Deadline: Open Until Filled

Intermediate Administrator and Supervisor (092) and Math (029) certification required for this position.

Please forward a letter of intent, resume, three letters of recommendation, transcripts and verification or eligibility for the above certifications to:

Mark L. Winzler
Director of Human Resources
WINDSOR PUBLIC SCHOOLS
601 Matianuck Ave.
Windsor, CT 06095

Windsor Public Schools is an Equal Opportunity Employer M/F.

Web CT1369546

---

Education
BERLIN PUBLIC SCHOOLS
### Speech Language Pathologist

Part time at elementary school level. (FTE .3) Strong interdisciplinary model. Pull out & push in intervention design. Dynamic program model. License & certification required. CFY supervision available. Public school experience, knowledge of current methodologies including aug...

---

Education
Clinton Public Schools
**Reading Consultant**
(Gr. K-3)
Salary Range: $34,067 - $71,331
Applicants must hold CT certification.

*****************

Applicants should submit a letter of intent, current resume, copy of certification, unofficial transcripts, 3 letters of reference and 3 references to: Albert A. Coviello, Superintendent of Schools, 137-B Glenwood Road, Clinton, CT 06413 by July 27, 2004.

Web CT1368483

---

EDUCATION
### COLUMBIA PUBLIC SCHOOLS

Horace W. Porter School
PreK-8

Openings for the 2004-2005 School Year

• Assistant Principal
• Elementary Teacher Grades 1-4

These positions will remain open until filled. Please submit a letter of interest, resume, all college transcripts, proper Connecticut certification and three references by July 23, 2004 to:

Columbia School System
Dr. Richard D. Saddlemire,
Superintendent
P.O. Box 166
Columbia, CT 06237
E.O.E.

Hartford Courant careerbuilder

Web CT1366771

---

Education.
### Connecticut Technical High Schools
Science, Math & Library/Media Teaching Positions
2004-05

**SCIENCE**
Wright/Stamford - bio or chem or physics
Norwich - physics

**MATH**
Bullard-Havens/Bpt (2 openings)
Vinal/Middletown (2 openings)
Platt/Milford
Prince/Hartford
Whitney/Hamden
OBrien/Ansonia - PT - 30 hrs
Kaynor/Wtby -
3 mos. durational

**LIBRARY/MEDIA**
Goodwin/New Britain

For application:
Cheryl Fredette
(860) 807-2163 or
www.cttech.org
AA/EOE

Web CT1367724

---

**EDUCATION**

• DIR.CURRICULUM/ INSTRUCTION

Strong background in Instructional program development, w/ good communications skills. Duties include organizing curricular improvements, monitoring implementation of educational programs & overseeing the districts testing program.

• MIDDLE SCHOOL ASST. PRINCIPAL

Minimum 3 Years experience in secondary administration with proven leadership ability.

Send letter, resume, 092 certification and three letters of reference by July 26 to:

David Pendleton, Supt.
Region #14
5 Minortown Road
Woodbury, CT 06798

Web CT1367771

---

**EDUCATION**

Director of Women's Studies:
The Women's Studies Program at SCSU invites applications for

---

EDUCATION
### EAST WINDSOR PUBLIC SCHOOLS
VACANCIES FOR 2004-2005 SCHOOL YEAR

Start Date: August 30, 2004
Applications accepted until filled.

**Full Time Chemistry Teacher 9-12**
- CT certification required: #031

**Full Time English/Social Studies Teacher, 9-12**
- CT cert. required: #015, English and 026, history/soc. studies

**Full Time High School English Teacher, 9-12**
CT cert. required: #015, English.

**FT High School Math Tutor**

Mail resume and backup materials to:
East Windsor High School
Mr. Joseph Kopf, Principal
76 South Main Street
East Windsor CT 06088
(860) 623-3361

*****

**FT Middle School Guidance Counselor**
- CT certification required: 068, school counselor

**FT Middle School Social Studies**
- CT certification required (one of the following): 006, middle grades 4 – 8; 025 history, grades 7-12; or 026 history and social studies, grades 7-12

**FT Library Media Specialist**
- CT certification required: 062, school library media specialist

Mail resume and backup materials to:
East Windsor Middle School
Mr. James Slattery, Principal
38 Main Street
Broad Brook CT 06016
(860) 623-4488

*****

**FT Reading Teacher**
- MA in reading and experience in TLC. CT cert. required

Mail resume and backup info to:
Broad Brook Elementary School
Ms. Jeanne McCarroll, Principal
14 Rye Street
Broad Brook CT 06016
(860) 623-2433

*****

**One-Year FT High School Special Education Teacher**
- CT certification required: 065

Mail resume and backup info to:
East Windsor Public Schools
Ms. Carol Fox
Director of Special Education
70 South Main Street
East Windsor CT 06088
(860) 623-3347

*****

**OTHER ANTICIPATED VACANCIES**

**ESL Tutor**

Mail resume and backup info to:
East Windsor Public Schools
Ms. Shary Lyssy Marshall
Director of Curriculum
70 South Main Street
East Windsor CT 06088
(860) 623-3346

Web CT1368568

---

EDUCATION

GRADUATE READING PROGRAM WITHIN THE DEPARTMENT OF SPECIAL EDUCATION AND READING Search# 05-013; Applications are invited for a full-time, one year only position in the Graduate Reading Program

---

Education
### MONTVILLE PUBLIC SCHOOLS
(Anticipated Openings for 2004/05)

• **High School Math Teacher (.5)**
• **Middle School Spanish Teachers**
• **Montville Preschool Teacher** (Special Education preschool certification required)

Send letter of intent, resume, copy of certification, copy of transcripts and 3 letters of recommendation to:

William Hull
Asst. Supt. of Schools
Montville Board of Education
Old Colchester Road
Oakdale, CT 06370 by 7/23/04

---

Education
Please see our ad under "Childcare"
**NURSERY SCHOOL / DAYCARE DIRECTOR**

Web CT1368813

---

Education
### PSYCHOLOGIST

Please see
CareerBuilder RX
on page K2 for all mental health related career opportunities.

---

EDUCATION
### Special Education Teacher
(one year only)
2004-2005 School Year

South Windsor Public Schools seeks a Special Education Teacher (One year only) for Timothy Edwards Middle School, beginning with the 2004-2005 school year. Applicants must possess or be eligible for CT certification in Special Education. Please submit a letter of intent, resume, 3 current recommendation letters, official transcripts (copies acceptable during interview process) and copy of certification by July 20, 2004 to:

South Windsor Public Schools
Dale E. Vannie, Ph.D.
Assistant Superintendent
Personnel and Administration
1737 Main Street
South Windsor, CT 06074

EOE

Web CT1369720

---

Education
### Special Education Teacher

Responsible for delivering instruction to 8-10 middle school students with social, emotional and behavioral difficulties. Case management, collaboration with clinical team and local school districts. Special Education Certification is required. Experience working with at risk students and/or in a clinical setting preferred. Resume/cover letter to: Barbara Chatfield, CREC-FVDC, 395 West Avon Rd., Avon, CT 06001 or fax to (860) 675-5489   EOE/M/F
www.crec.org

---

EDUCATION
### STAFFORD PUBLIC SCHOOLS
Teacher Vacancies
- 2004-2005 School Year

• **English Teacher**
- High School
• **Instructional Support Teacher / Title I**
- Middle School
• **Mathematics Teacher**
- High School
• **Remedial Reading / Math**
- Borough Elementary School, 102 or 097 endorsement required.
• **School Guidance Counselor**
- High School
• **Science Teacher**
(Long Term Substitute)
- High School
• **Social Studies Teacher**

---

Education
### Rocky Hill Public Schools
Rocky Hill, Connecticut
**Staff Openings 2004-2005**

**High School Level**
English
Mathematics
Business Long Term Sub (full year)
Latin Long Term Sub (full year)
Office Secretary Part-Time

**Middle School Level**
PE/Health Long Term Sub

**Elementary School Level**
1.0 Special Ed. Long Term Sub (full year)
.3 Occupational Therapist

**Rocky Hill High School Alternative Program**
English or Social Studies Certified Teacher and Math or Science Certified Teacher
2 days per week-3pm to 6pm
$25.00 per hour
Special Education Certified Teacher
4 days per week-3pm to 6pm
$25.00 per hour
For more information, call (860) 258-7701, X165

**District Wide**
Consortium Substitutes
Substitute Teachers
Certification Required for all Teaching Positions

For application, please visit our website at www.rockyhillps.us or call 860-258-7701

Web CT1368409

---

Education:
### Teacher
- CT Cert. Required.
Bloomfield Public Schools is seeking to fill the following positions:

Teacher Positions for the 2004-05 School Year - Salary Range $36,834 - $74,162

**High School:**
Adult Education - ABE
Reading/Writing Teacher
Reading
Integrated Science

**Middle School:**
English
Science
Special Education

**Elementary:**
Kindergarten
Speech & Hearing

Robert Buganski
Assistant Superintendent
Bloomfield Public Schools
1133 Blue Hills Avenue
Bloomfield, CT 06002
Call (860)769-4250 or Fax your resume (860) 769-4215

On line applications available at www.blmfld.org Applications accepted until positions are filled Equal Opportunity Employer

Web CT1368658

---

EDUCATION
### TEACHER OPENINGS
New Britain Public Schools

• Elementary K-6
• Special Education -MS
• History/Social Studies Cert. #26
• Social Studies HS (bilingual, Spanish/English preferred)
• Math MS/HS (bilingual, Spanish/English preferred)
• Bilingual (cert 9) ✓
• Physical Ed/Health (cert 43,44)
• Spanish (cert. 23)
• Literacy/Numeracy Curriculum Specialist

Experience in BEST practices instructing literacy and numeracy at the elementary level. Coaching, modeling, delivering professional development analyze data and plan standards based curriculum.

• Reading First Facilitator

Experience in literacy for K-3 Internal Reading First Facilitator. Coaching, modeling, delivering professional development, analyzing data and collaborating to support scientific based literacy initiatives. cert#102.
Salary range: $35,219- $80,792

**Non-Classified** ✓

• HS Dean of Students
(B.A. or B.S. required)
Salary starts at $36,000

• Bookkeeper I
(A test will be given)
Salary range $33,131

Closing: July 23, 2004 or until filled.

A request for an application can be made by contacting:

Director of Human Resources
New Britain School District
272 Main Street
New Britain, CT 06050-1960
(860) 827-2249

Teacher applications are also available at:
www.new-britain.k12ct.us

EOE/AAE

Web CT1370099

---

EDUCATION
### Teaching Positions

NAEYC Accredited program has following openings