**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

FELIPE MULERO
    PLAINTIFF                                    : Case No. 3:02CV932 (CFD)
                         :

    V.                                           :

ONE CONSOLIDATED SCHOOL                          :
DISTRICT OF NEW BRITAIN, CT                      :MARCH 4 , 2005
    DEFENDANT

## MOTION FOR DAMAGES: REINSTATE PLAINTIFF AS A TENURED 9TH STEP BILINGUAL EDUCATOR WITH BACK PAY (INTEREST ACCRUED), PAST RETIREMENT BENEFIT CREDITED, TUITION REIMBURSEMENT & PUNITIVE DAMAGES.

Now Comes the Plaintiff to ESTABLISH damages caused by the illegal labor practices brought on by the One Consolidated School District of New Britain over the years.

1. The Plaintiff had made several attempts at One Consolidated School District of New Britain to be hired but time after time the Plaintiff was passed up for hire by less qualified candidates year after year after year since 1999 and continuing to the present. In some cases Bilingual positions were filled with uncertified long term substitutes; candidates who barely speak the English Language.

2. I was fired me for no reason in 2001-2002 academic after I was recommended by a Principal: Ernest Nocerino at Pulaski Middle School who hired me and allowed me to successfully complete the Alternate Route to Teacher Certification at his School that same year. This Principal was also fired soon after to insure that I would not be hired again at the One Consolidated School District of New Britain. SEE ATTACHED.

3. Less qualified candidates were hired to fill the positions since 1999 at my expense of no income and now I want justice. The following are my damages:

## *Damages:*

| | | | |
|---|---|---|---|
| 1999-2000 | Step 7 | $65,781 | per contract |
| 2000-2001 | Step 8 | $70,381 | per contract |
| 2001-2002 | Step 9 | $72,786 | per contract |
| 2002-2003 | Step 9 | $76,288 | per contract |
| 2003-2004 | Step 9 | $79,108 | per contract |
| 2004-2005 | Step 9 | $80,792 | per contract |
| Interest Accrued at | | $80,124 | |
| 1999-2005 Tuition Reimbursement | | $25,000 | |
| Punitive Suffer in Mental Distress | | $300,000 | |
| **Total Loss** | | $850,260 | |

Plaintiff, Pro Se'
Felipe Mulero

Felipe Mulero, Plaintiff
746 Prospect Street
Wethersfield, CT 06109
Cell (860) 593-5537
Home (860) 436-2424

Certification

I certify that a copy of this foregoing motion was sent to the Defendant's Counsel on March 4, 2005 ~~February 28~~, 2005 to Irena J. Urbaniak Office of Corporate Counsel, City of New Britain, Conn. 27 West Main Street, New Britain, Conn. 06051.



Consolidated School District of New Britain
**Pulaski Middle School**
**Ernest Nocerino, Principal**
**E. Ann Carabillo, Assistant Principal**
757 Farmington Avenue
New Britain, Connecticut 06053
(860) 225-7665   Fax (860) 223-3840

March 25, 2002

To Whom It May Concern:

I am pleased to write this recommendation for Felipe Mulero. During the 2001-2002 school year Mr. Mulero has performed in the capacity of a substitute teacher, covering a variety of subject areas. His most recent assignment was teaching a Spanish class for 6-weeks while the full time teacher was on maternity leave. In addition to teaching this class he also student taught in a bilingual classroom to qualify for his certification as a bilingual teacher.

I have found that Mr. Mulero approaches his assignments in a professional manner. He willingly accepts any assignment. He is an upbeat individual who always has a smile and a greeting for everyone. He has done a fine job at Pulaski Middle School.

Respectfully,

Ernest R. Nocerino



New England Association of Schools and Colleges Accredited Member
Middle Grade School State Policy Initiative Systemic Change School



Attachment 2
New York
Certifications

Case 1:04-cv-00407-GMS    Document 12    Filed 09/13/2005    Page 5 of 23



# University of the State of New York
## Education Department

## Public School Teacher Certificate

*This certificate, valid for service in the public schools, is granted to the person named below who has satisfied the requirements prescribed by the State Education Department.*

### FELIPE MULERO

Certification area: **SCHOOL ADMINISTRATOR/SUPERVISOR**

*Form: **PROVISIONAL**
(over)

Effective date: **09/01/02**

Certificate number: **049685923**

Control number: **154958021**

Given under the authority of
the State Education Department

*Charles C. Mackup, Jr.*
Administrator, Teacher Certification

Commissioner of Education

---



# University of the State of New York
## Education Department

## Public School Teacher Certificate

*This certificate, valid for service in the public schools, is granted to the person named below who has satisfied the requirements prescribed by the State Education Department.*

### FELIPE MULERO

Certification area: **SCHOOL DISTRICT ADMINISTRATOR**

*Form: **PERMANENT**
(over)

Effective date: **09/01/02**

Certificate number: **049685923**

Control number: **154960021**

Given under the authority of
the State Education Department

*Charles C. Mackup, Jr.*
Administrator, Teacher Certification

Commissioner of Education

Attachment 3
Connecticut
Certification

THE FACE OF THIS CERTIFICATE HAS A TEXTURED BLUE (NOT WHITE) BACKGROUND

## STATE OF CONNECTICUT

*Theodore S. Sergi*
Theodore S. Sergi
Commissioner of Education



### State Board of Education

Peter Behuniak, Acting Chief
Bureau of Certification and Professional Development

**FELIPE L. MULERO**
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
**INITIAL EDUCATOR**
October 12, 2002 TO October 11, 2005
External Diploma Program/Noncredit Mandated Programs (107)
(End of List)

10/12/2002

---

THE FACE OF THIS CERTIFICATE HAS A TEXTURED BLUE (NOT WHITE) BACKGROUND

## STATE OF CONNECTICUT

*Theodore S. Sergi*
Theodore S. Sergi
Commissioner of Education

### State Board of Education

Abigail L. Hughes, Chief
Bureau of Certification and Teacher Preparation

**FELIPE L. MULERO**
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
**INTERIM INITIAL EDUCATOR**
September 13, 1999 TO September 12, 2000

Bilingual (009)
(End of List)

09/13/1999

DEFICIENCY: 3 SEMESTER HOURS CREDIT EACH: FOUNDATIONS
OF BILINGUAL EDUCATION, METHODS OF TEACHING ESL
DEFERRAL REQUEST: VALID ONLY FOR NEW BRITAIN BD OF ED

---

## University of the State of New York
### Education Department



## Public School Teacher Certificate

*This certificate, valid for service in the public schools, is granted to the person named below who has satisfied the requirements prescribed by the State Education Department.*

# FELIPE MULERO

Certification area: **SCHOOL BUSINESS ADMINISTRATOR**

*Form: (over)* **PERMANENT**

Effective date: **09/01/02**

Certificate number: **049685923**

Control number: **154959021**

Given under the authority of
the State Education Department

*Charles C. Mackey, Jr.*
Administrator, Teacher Certification

Commissioner of Education

# STATE OF CONNECTICUT
## Department of Higher Education

May 3, 2002

Dear Madam or Sir:

Please accept this letter as confirmation that Felipe L. Mulero successfully completed the 2001-02 Connecticut Alternate Route to Certification II Program on May 4, 2002. The successful completion of the program requirements qualifies Felipe for the following certification endorsement(s): Bilingual, Pre-K-12 (#009) pending passing scores for all Praxis II exams are on file with the State Department of Education.

The Alternate Route to Certification is an initiative of the State of Connecticut's Board of Governors and is administered by the Connecticut Department of Higher Education. The Alternate Route was established in state law as a component of the Connecticut Educational Enhancement Act of 1986. The Alternate Route to Certification is approved as a teacher certification program by the Connecticut State Department of Education.

Students who successfully complete the Alternate Route program are eligible for employment as teachers in any Connecticut public school. Alternate Route graduates first receive a 90-Day Temporary Certificate that is issued upon request of the employing superintendent.

Alternate Route graduates employed in Connecticut public schools participate in the State Department of Education's Beginning Educator Support and Training (BEST) program for each of their first two years of teaching. Regulations also require that Alternate Route teachers be provided with a special plan of local supervision that exceeds that given to other novice teachers.

Please do not hesitate to contact me if I may provide you with additional information regarding the Alternate Route to Certification. Thank you for considering Felipe for a position with your school district.

Sincerely yours,

James McKenna, Academic Director
Alternate Route to Certification

RECEIVED
JUN 3 2004
HUMAN RESOURCES DEPARTMENT

Attachment #1

— Record of Completion —

## The Board of Governors for Higher Education

BE IT KNOWN
THAT UPON THE RECOMMENDATION OF THE
FACULTY,
AND BY THE AUTHORITY OF
THE CONNECTICUT EDUCATION ENHANCEMENT ACT
OF NINETEEN HUNDRED AND EIGHTY-SIX

*Felipe L. Mulero*

HAS SUCCESSFULLY COMPLETED THE ACADEMIC PROGRAM OF

## The Alternate Route to Certification

AND IS THEREFORE PREPARED AND ELIGIBLE
FOR CERTIFICATION TO TEACH
IN THE PUBLIC SCHOOLS OF CONNECTICUT
IN TESTIMONY WHEREOF,
THE APPROPRIATE SIGNATURES ARE AFFIXED
DONE, THIS FOURTH DAY OF MAY,
TWO THOUSAND AND TWO





HUMAN RESOURCES DEPARTMENT
RECEIVED
JUL 1 3 2004

Valerie F. Lewis
Commissioner, Department of Higher Education

James P. McKenna
Academic Director, Alternate Route to Certification

Name _FELIPE MULERO_    SS# _049_ - _68_ - _5923_    Page 5 ED177

PART X    EVIDENCE OF ENROLLMENT IN PLANNED PROGRAM OF TEACHER PREPARATION

This section must be completed and signed by the certification officer of the preparing institution.

_Mulero_    _Felipe_    _L_
Applicant's Last Name    First Name    MI

_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_
Social Security Number

a. The above-named applicant is currently enrolled in a planned program leading toward this institution's recommendation for certification in:

_Technology Education_    NK-12    Fall 1998
Subject/Field    Grade Level    Date of Enrollment

b. Number of semester hours of credit required to complete certification program: _____ 22 SH _____

c. Number of semester hours applicant has completed: _____ 5 SH _____    860-832-2125
~~(3SH additional completed SS2000 per student; 6 SH enrolled for Fall 2000)~~

Central Connecticut State University    Ronald J. Moss, Ph. D.    ( _____ )
College or University    Name and Title of Official    Telephone Number
                         Assistant Dean of Education    MOSS@CCSU.EDU
                         and University Certification Officer

_Bill_    9 August 2000
Signature    Date

Attachment 22
Advanced Course Work



# University of Connecticut
## *Neag School of Education*

**RECEIVED**

AUG 2 7 2001

OFFICE OF THE DEAN
NEAG SCHOOL OF EDUCATION

Office of the Dean

TO:    Connecticut State Department of Education
       Bureau of Certification and Teacher Preparation
       P.O. Box 150471, Room 243
       Hartford, CT 06115-0471

RE:    Mr. Felipe Mulero
       55 East Cedar Street
       Newington, CT 06111

The above-named person is applying for certification to serve as:

☐  Superintendent of Schools          ☒  Intermediate Administrator and Supervisor

Career Objective:    ___General Administration___

(Such as Assistant Superintendent, General Administration, Supervision of Instruction, Supervision in a specified field, etc.)

The applicant has completed a planned program of preparation in administration and supervision at this institution and, in our opinion, does possess the personal and professional qualifications necessary for the successful performance of the duties of this position. The last course in this applicant's program was completed not more than eight years before the date of this recommendation.

The applicant is recommended.

Effective date of completion of requirements:    __June 29, 2001__

___August 27, 2001___
Date Signed

___8/21/01___
Date Signed

___(signature)___
Signature of Initiating Faculty Member
Patrick B. Mullarney

___(signature)___
Timothy Reagan
Associate Dean

*An Equal Opportunity Employer*

249 Glenbrook Road, U-64
Storrs, Connecticut 06269-2064

Telephone: (860) 486-3813
Facsimile: (860) 486-0210                    *An NCATE Accredited Institution*

Attachment 24

Recommendations



# TOWN OF NEWINGTON

Town Hall   •   131 Cedar Street, Newington, Connecticut 06111
Central Telephone (860) 665-8500
Department Telephone (860)
Department Fax No.   (860)

July 3, 2002

To Whom It May Concern:

It is my understanding that Felipe Mulero of 55 Cedar Street in Newington, Connecticut has applied for a position within your organization. In my personal capacity, I have been familiar with Mr. Mulero for a period of five years. In all of my interactions with him, I have found him to be a personable and dedicated individual. I fully support his candidacy for a position for which he is qualified.

I am especially impressed with his honesty, integrity, dependability and his co-operative nature. Felipe Mulero has a distinct ability to communicate clearly on complicated matters, which is note worthy of his intelligence. He is fluent in both Spanish and English. I believe this is a great asset to any organization, especially the teaching profession.

If you have any questions, please contact me directly at (860) 665-8510.

Sincerely,

Thomas B. McBride
Mayor



OFFICE OF THE MAYOR
550 MAIN STREET
HARTFORD, CONNECTICUT 06103

EDDIE A. PEREZ
MAYOR

Telephone: (860) 543-8500
Fax: (860) 722-6606

July 5, 2002

To Whom It May Concern,

I have known Felipe Mulero since he was a child growing up in Hartford. I can serve as a character reference and attest that he has high morals, integrity, and is a very honest young man with strong family values. Over the years I have seen him aspire to greater heights from his humble beginnings. In my role as Director of ONE CHAIN, I helped him obtain financial Aid to attend the University of Hartford School of Engineering because I believed in his potential to serve the community well.

Felipe Mulero was an engineer at United Technologies for many years and is now serving our children as an educator. He has taught at Public School capacity as well as College capacity. Felipe is currently a Sixth Year student in an educational Leadership program at the American International College. In my opinion, I believe he will become an excellent Principal and role model for our youth, especially students of a multicultural background.

Felipe Mulero is very professional and will not hesitate to assist with any task asked of him. He is a reliable young man who cares about the community. I am supportive of his goals. He has proven to be dependable and I hope you will consider him a strong candidate.

Please feel free to contact me at (860) 543-8500 should you have any questions.

Sincerely,

Eddie A. Perez
Mayor of Hartford



**UNITED TECHNOLOGIES HAMILTON STANDARD**

February 27, 1998

To Whom It May Concern:

Dear: Sir/Madam

Felipe Mulero was employed at United Technology from Feb. 1987 to Feb. 1992, in addition to summer employment during 1985 and 1986 (four months each). His job title was Plant/Manufacture Engineer. During his tenure, he performed a variety of functions in the manufacturing arena including plant layout, process development, generation of work instructions, and productivity improvement. In fulfilling these work responsibilities, Felipe developed key practical as well as leadership skills necessary to succeed in the production environment.

Also, he was able to develop and utilize hands-on skills, operating various production machinery as needed. He also demonstrated significant progress in developing interpersonal skills, at the same time demonstrating a certain tenacity in fulfilling his assignments. His ability to develop and maintain focus no matter what distractions came up was particularly noteworthy.

Most recently, I have been working with Felipe on various school projects, associated with our efforts here at United Technologies to support local Vocational education. Again I am impressed with his dedication to his responsibilities and his student's welfare. His high level of commitment and ability to get the job done make him an ideal candidate for any challenging assignment that are available for a person of his caliber. It is in my opinion that he should be considered for any such positions.

**Richard Lanier**
Manufacturing Engineering Supervisor
Propulsion Systems

**UNITED TECHNOLOGIES HAMILTON STANDARD**

Windsor Locks, Connecticut 06096
203/654-5580

Sincerely,

*Richard Lanier*

Richard Lanier
Composites Operation Mgr.
United Technologies
(860) 654-5580

# American International College

*1000 State Street, Springfield, Massachusetts  01109-3189*
*(413) 737-7000*

*Since 1885*

December 3, 2003

The following is in recommendation of Felipe Mulero of 55 East Cedar Street, Newington,
Connecticut.

Felipe has just completed a sixth year level, Certification of Advanced Graduate Study in
School Administration at American International College in Springfield, Massachusetts. The
program also meets the requirements for certification as a public School Superintendent in
the Commonwealth of Massachusetts, State of Connecticut or any other Interstate Compact
Certification enrolled state.

Felipe demonstrated outstanding scholarship in his preparatory coursework and exemplary
leadership in the practicum process at Wallingford Public Schools in Wallingford,
Connecticut. He overcame a number of obstacles is securing this opportunity but completed
it with aplomb and a wealth of experience.

In the preparation of this practicum he worked in Hartford Public Schools in the Department
of Children and Families where he not only gained a variety of experiences but contributed
greatly in assisting the department.

I highly recommend Felipe to you as a quality candidate, one who has demonstrated
leadership skills and an individual who has life and educational experience that have
prepared him for educational leadership.

Sincerely,

Royce E. Layman, Director
of Field Experiences and
School Administration

c.c file

REL/lr



# IT'S GREAT
# TO BE A LION
# "WE SERVE"

August 22, 2002

76 Clifford Street
Newington,Conn. 06111

To Whom It May Concern:

It is with great pleasure to write on behalf of Felipe Mulero.  He has been a long time
Lion Club member and he is a loyal and committed individual to the Newington
Organization. Felipe Mulero is an honest and hard working young man who will not
hesitate to help where he can. He has high integrity and I am happy I recruited him into
the Lion Club.

He is responsible for running our annual Lions Swim Meet in the Town of Newington.
Felipe also assist the club with our weekly summer concert activity held in Mill Pound
Park as well as the Summer Carnival at the High School. He is a very good Team Player
and he is very active at our monthly dinner meeting where his attendance is noteworthy.

It is with great pleasure to recommend him for whatever position he is qualified for. He
has taken a great interest in our Community and its youth and continues to do so. If you
have any further questions, please feel free to call me at (860) 666-8052 my home.

Sincerely,

Stanley Martinelli
Lion Club President




DIVISION OF STUDENT AFFAIRS
# MANCHESTER COMMUNITY-TECHNICAL COLLEGE
P.O. BOX 1046, MANCHESTER, CONNECTICUT 06045-1046

**Office of the Dean**

(860) 647-6155
FAX (860) 647-6238
e-mail: ma_carter@commnet.edu

January 15, 1999

To Whom It May Concern:

This general letter is written in support of the career pursuits of Felipe Mulero.

In the period I've known Mr. Mulero, he has impressed me as a focused, intelligent, motivated and talented professional. As an informal mentor for Mr. Mulero I have been impressed by his self-confidence, his integrity and honesty and his commitment to quality in educating students.

Felipe respects others and is open to hearing and discussing the merits of ideas and actions. He is analytical and perceptive and is willing to take the lead in creatively and confidently meeting challenges.

I believe Felipe would be a welcome and contributing member of any professional team/organizations with which he is affiliated.

If more information is needed, I can be reached at the above address or at 860-647-6155.

Sincerely,

*Alfred L. Carter*

Alfred L. Carter
Dean of Students

ALC:ggs

BOARD OF GOVERNORS FOR HIGHER EDUCATION
BOARD OF TRUSTEES OF COMMUNITY-TECHNICAL COLLEGES
*AN EQUAL OPPORTUNITY EMPLOYER*
*PRINTED ON RECYCLED OR RECOVERED PAPER*

F/Mulero

**RES** Resource Enhancement Services, Inc.

*Solutions through Engineering*
*Energy Engineering*
*Mechanical and Electrical Design*

May 11, 1998

Dr. William Davison
Chair, Department of Industrial Technology
Central Connecticut State University
1615 Stanley Street
New Britain, CT 06050-4010

Dear William:

I am writing to confirm that Felipe Mulero and I did establish the construction firm, Budget General Contractors. Our company was in business from 1990 to 1995.

Working in a partnership with Mr. Mulero was a pleasure. He is very knowledgeable in the fields of Mathematics, Physics, and Engineering. He has acquired a great deal of knowledge and understanding of the construction trade. His excellent management skills coupled with his exceptional building systems design capabilities allowed our company to be quite successful.

I will vouchsafe that Felipe Mulero has more than ample knowledge of practical construction techniques. I strongly recommend that you give his candidacy for Associate/Professor at your institution your full consideration. His interaction with students will certainly benefit those under his tutelage and the technology industry in general.

Please feel free to call should you need any further discussion of his ability and qualifications.

Sincerely,

Kwasi Asante
Project Manager



STATE OF CONNECTICUT
**MANCHESTER COMMUNITY-TECHNICAL COLLEGE**
P.O. BOX 1046, MANCHESTER, CONNECTICUT 06045-1046



(860) 647-6000
FAX (860) 647-6238

March 10, 1999

To Whom It May Concern:

This letter is to recognize the contributions of Felipe Mulero in providing an outreach event for high school students. Mr. Mulero volunteered to coordinate a conference for 45 students from the Hartford Academy of Technology on March 8, 1999 at Manchester Community-Technical College. The conference included presentations by faculty and staff, campus tours, and workshops on Engineering and Technology careers conducted by Mr. Mulero.

Mr. Mulero presented a comprehensive experience for students, who are setting college and career goals for themselves. He was able to establish a comfortable relationship with the students, while providing important educational information. His professional demeanor, his understanding of student needs, and his ability to assess and respond to these needs were critical to the success of the program. He demonstrated a thorough knowledge of the college, and college-wide programs, as well as the mission of the Manchester Community-Technical College. His energy, enthusiasm and information make him a valuable asset for the Admissions office, as well as the entire College community.

The Admissions office appreciates his willingness to lead this event and the effectiveness of his efforts.

Sincerely,

Cynthia Zeldner
Assistant Director of Admissions

BOARD OF GOVERNORS FOR HIGHER EDUCATION
BOARD OF TRUSTEES OF COMMUNITY-TECHNICAL COLLEGES
*AN EQUAL OPPORTUNITY EMPLOYER*
*PRINTED ON RECYCLED OR RECOVERED PAPER*



**Norwich Regional Vocational Technical School**
590 New London Turnpike, Norwich, Connecticut 06360-7091   Telephone 203 889-8453

June 1, 1994

To Whom It May Concern,

    I have had the pleasure of hiring and working with Mr. Felipe Mulero and I find him to be a dedicated educator and an outstanding example of a human being.  His individual hard work and perseverance have led him to not only improve from his difficult beginnings but also allowed him to move from an industrial career to an educational one.

    Mr. Mulero is an individual who demands perfection in his own personal achievements and encourages all his students too reach beyond their grasp.  He attempts to get the very best from his students and then some.

    Felipe is an individualist and will argue for what he considers to be the best approach to a given situation but he is quick to understand the other side as well.  He takes direction and proceeds to research and expand on a basic concept working it to its highest level.

    I believe that the most enduring quality that Felipe has to offer is that he commits to a task or challenge with his whole self.  He can not keep his inner being from becoming involved and as such shows great sensitivity to the needs of individuals as well as organizations.

    His continuous quest for additional knowledge through course work will lead him to become an even better teacher.  He will be knowledgeable and motivated in any endeavor he attempts.

    If you have any additional questions about Mr. Mulero please do not hesitate to contact me.  I wish him well in now and in the future.

Sincerely,

Charles A. Salerno
Director



**CAPITAL**

Community-Technical
**COLLEGE**

*Woodland Campus*

*61 Woodland Street*
*Hartford, CT 06105-2354*
*(860) 520-7800*
*FAX 520-7906*

Nov. 28, 1998

To Whom It May Concern:

Mr. Felipe Mulero was a Part-Time Instructor during the Spring of 1998 at Capital Community-Technical College. During that time, I acted as a mentor for him and offered advice regarding the course he was teaching. Felipe sought out my advice regarding academic concerns of his students and his role as Instructor.

I was most impressed with the academic concerns for his students in relationship to the content that needs to be completed as described in the course syllabus. Regarding students, we discussed the attitudes of young college students (just out of secondary school), which included their academic and mathematical backgrounds, respect for other students and the instructor, and the academic classroom environment. Regarding course syllabus, we discussed the reform movement including depth of content, calculators, authentic applications, etc. These concerns were initiated by Mr. Mulero and my comments and suggestions were received in a very professional manner.

Felipe could be described as cool, calm, and collective, yet full of interest, and excitement when discussing academic matters. These qualities are necessary for successful classroom instruction and I would highly recommend Mr Felipe Mulero be given special consideration for the position of Mathematics Instructor at your Institution.

Sincerely,

John Pazdar,
Prof of Mathematics

*Flatbush Campus*
*401 Flatbush Avenue*
*Hartford, CT 06106-3798*
*FAX 987-4806*

*A Member of the Connecticut*
*Community-Technical College*
*System*

*An Equal Opportunity Employer*