UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| FELIPE MULERO<br>Plaintiff<br><br>v.<br><br>ONE CONSOLIDATED SCHOOL<br>DISTRICT OF NEW BRITAIN, CT<br>Defendant | :<br>:<br>:<br>:<br>:<br>:<br>:<br>: | <br><br>Case No. 3:02CV932 (CFD)<br><br><br><br><br>March 15, 2005 |

MOTION FOR ORDER
COMPELLING DISCLOSURE AND SANCTIONS

The Defendant, One Consolidated School District of New Britain, CT, respectfully requests pursuant to Rule 37 of the Federal Rules of Civil Procedure an order compelling the Plaintiff to file complete responses to the Defendant’s Interrogatory and Production Requests. In addition, the Defendant is requesting that appropriate sanctions be entered against the Plaintiff for his failure to comply within the statutory time limit and for his continuous failure to comply with the Defendant’s discovery request. In support of its motion, the Defendant represents:

1)   On September 29, 2004, the Defendant propounded on the Plaintiff a set of interrogatory questions and production requests.  (See Exhibit 1.)

2)   On November 8, 2004, the Defendant sent a letter to the Plaintiff informing the Plaintiff that his answers to the discovery were past due.  In addition, the Defendant requested compliance.  (See Exhibit 2.)

3)   On or about December 6, 2004, the Plaintiff served on the Defendant responses to thirteen out of the twenty-two Interrogatory Requests, and two out of the four production requests.  The remaining questions were left blank.  (See Exhibit 3.)

4)   The Court had granted the Plaintiff an extension of time to respond to the discovery request until February 1, 2005.

5)   On February 17, 2005, pursuant to Rule 37 of the Federal Rules of Civil Procedure, the Defendant wrote to the Plaintiff requesting compliance to the remaining discovery.  (See Exhibit 4.)

6)   In writing to the Plaintiff on November 8, 2004, and February 17, 2005, the counsel for the Defendant has in good

faith attempted to confer with the Plaintiff in an effort to secure the disclosure without court action.

7) As of date, the Defendant has not received any response from the Plaintiff, despite requests by counsel of the Defendant.

Filed contemporaneously with this motion are (1) Motion for Order Compelling Discovery Affidavit and (2) Memorandum in Support of Defendant's Motion for Order Compelling Disclosure and Sanctions.

The Defendant, One Consolidated School District of New Britain, CT, respectfully requests that an order be entered compelling compliance with Defendant's Interrogatory Requests and also a request that sanctions be entered.

DEFENDANT, ONE CONSOLIDATED SCHOOL DISTRICT OF NEW BRITAIN, CT

By Office of Corporation Counsel

______________________________

Irena J. Urbaniak
Attorney for Defendant
Office of Corporation Counsel
City of New Britain
27 West Main Street
New Britain, Connecticut 06051
Tel. (860) 826-3420
Fax (860) 826-3397
iurbaniak@ch.ci.new-britain.ct.us
Federal Bar Number ct01322

CERTIFICATION

I hereby certify that on March 15, 2005, a copy of the above was mailed to the pro se plaintiff:

Felipe Mulero
746 Prospect Street
Wethersfield, Connecticut 06109

Irena J. Urbaniak
Attorney at Law

Case 3:02-cv-00932-CFD    Document 60    Filed 03/16/2005    Page 5 of 5