UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| FELIPE MULERO : | |
|     Plaintiff : | |
| : | Case No. 3:02CV932 (CFD) |
| v. : | |
| : | |
| ONE CONSOLIDATED SCHOOL : | |
| DISTRICT OF NEW BRITAIN, CT : | |
|     Defendant : | March 15, 2005 |

MEMORANDUM IN SUPPORT OF
DEFENDANT'S MOTION FOR ORDER
COMPELLING DISCLOSURE AND SANCTIONS

NATURE OF THE CASE:

    The amended complaint was originally set in two Counts. Count One is based on Title VII of the Civil Rights Act of 1964. The Plaintiff alleges that "the defendant discriminated against him in employment on the grounds of having retaliated for having previously filed complaints of employment discrimination; national origin; Puerto Rico". Amended Complaint dated April 28, 2003, Count One, Paragraph One. Count Two is based on related state law claims. Summary judgment had been previously granted by the Court in Count Two.

On September 29, 2004, the Defendant served twenty-two interrogatory questions and four production requests on the Plaintiff.  (See Exhibit 1.)  On November 8, 2004, the Defendant sent a letter to the Plaintiff informing the Plaintiff that his time to respond to the discovery had expired.  (See Exhibit 2.)  On November 16, 2004, the Plaintiff filed a Motion for Extension of Time to File Response to Defendant's Interrogatories.  In addition, on the same date, the Plaintiff filed a Motion of Limiting the Defendant's Interrogatories to Fall Within the Defendant's Scope of Employment.

On or about December 6, 2004, Plaintiff responded to thirteen out of the twenty-two interrogatory questions.  (See Exhibit 3.)  The Court had granted an extension to the Plaintiff to respond to the interrogatories until February 1, 2005.

On February 17, 2005, pursuant to Rule 37 of the Federal Rules of Civil Procedure, the Defendant wrote to the Plaintiff requesting compliance to the remaining discovery.  (See Exhibit 4.)  In corresponding with the pro se Plaintiff on November 8, 2004, and February 17, 2005, counsel for the Defendant made a

good faith attempt to resolve the discovery dispute without court action.  The plaintiff has not responded to the Defendant's attempts.

DISCOVERY SOUGHT:

Interrogatories:

14.  State the names and addresses of any other witnesses that you will call at trial which have not already been named in answers to these interrogatories.

The discovery sought is not privileged, relates to the defense of the Defendant who is seeking discovery, and is within the knowledge, possession and power of the Plaintiff to whom the discovery was addressed.  The discovery sought specifically requests information regarding the allegations which Plaintiff is making in his amended complaint and is needed for the Defendant to prepare a proper defense and for the filing of its motion for summary judgment.

15.  Identify and annex and all other evidence which you will offer into evidence at trial which had not already been addressed in these interrogatories.

The discovery sought is not privileged, relates to the defense of the Defendant who is seeking discovery, and is within the knowledge, possession and power of the Plaintiff to whom the discovery was addressed.  The discovery sought specifically requests information regarding the allegations which Plaintiff is making in his amended complaint and is needed for the Defendant to prepare a proper defense and for the filing of its motion for summary judgment.

16.  State whether you brought any other claim or action involving discrimination prior or subsequent to this one.

The discovery sought is not privileged, relates to the defense of the Defendant who is seeking discovery, and is within the knowledge, possession and power of the Plaintiff to whom the discovery was addressed.  The discovery sought specifically requests information regarding the allegations which Plaintiff is making in his amended complaint and is needed for the Defendant to prepare a proper defense and for the filing of its motion for summary judgment.

    17.   If so, state:

        a.   Type of action brought;

        b.   Name of each party defendant;

        c.   Name of each party plaintiff;

        d.   Date each action was filed;

        e.   Name of the tribunals or courts involved;

        f.   The outcome of each suit or hearing;

        g.   A summary of the allegations; and

        h.   The place where each action was filed.

The discovery sought is not privileged, relates to the defense of the Defendant who is seeking discovery, and is within the knowledge, possession and power of the Plaintiff to whom the discovery was addressed. The discovery sought specifically requests information regarding the allegations which Plaintiff is making in his amended complaint and is needed for the Defendant to prepare a proper defense and for the filing of its motion for summary judgment.

    18.   State the evidence you have which proves your allegation that the defendant discriminated against you based on your sex.

The discovery sought is not privileged, relates to the defense of the Defendant who is seeking discovery, and is within the knowledge, possession and power of the Plaintiff to whom the discovery was addressed. The discovery sought specifically requests information regarding the allegations which Plaintiff is making in his amended complaint and is needed for the Defendant to prepare a proper defense and for the filing of its motion for summary judgment.

19. State the evidence you have which proves your allegation that the defendant discriminated against you based on your previously filed complaint of employment discrimination.

The discovery sought is not privileged, relates to the defense of the Defendant who is seeking discovery, and is within the knowledge, possession and power of the Plaintiff to whom the discovery was addressed. The discovery sought specifically requests information regarding the allegations which Plaintiff is making in his amended complaint and is needed for the Defendant to prepare a proper defense and for the filing of its motion for summary judgment.

20.  State the evidence you have which proves your allegation that the defendant discriminated against you based on your national origin of Puerto Rico.

The discovery sought is not privileged, relates to the defense of the Defendant who is seeking discovery, and is within the knowledge, possession and power of the Plaintiff to whom the discovery was addressed.  The discovery sought specifically requests information regarding the allegations which Plaintiff is making in his amended complaint and is needed for the Defendant to prepare a proper defense and for the filing of its motion for summary judgment.

21.  State what administrative procedures and disciplinary action you are alleging in paragraph 7 of your complaint between December 1, 1999, and June 4, 2002.  Include the date of the action, type of the action and state all the individuals who were involved.

The discovery sought is not privileged, relates to the defense of the Defendant who is seeking discovery, and is within the knowledge, possession and power of the Plaintiff to whom the

discovery was addressed.  The discovery sought specifically requests information regarding the allegations which Plaintiff is making in his amended complaint and is needed for the Defendant to prepare a proper defense and for the filing of its motion for summary judgment.

    22.  State how you were treated differently from other similarly situated employees.  State the names of all the other employees to whom you are referring to.

    The discovery sought is not privileged, relates to the defense of the Defendant who is seeking discovery, and is within the knowledge, possession and power of the Plaintiff to whom the discovery was addressed.  The discovery sought specifically requests information regarding the allegations which Plaintiff is making in his amended complaint and is needed for the Defendant to prepare a proper defense and for the filing of its motion for summary judgment.

Production Requests:

    1.  Provide copies of all lawsuits and notices of intent to sue which are identified in Interrogatory Numbers 3, 16 and 17.

The discovery sought is not privileged, relates to the defense of the Defendant who is seeking discovery, and is within the knowledge, possession and power of the Plaintiff to whom the discovery was addressed.  The discovery sought specifically requests information regarding the allegations which Plaintiff is making in his amended complaint and is needed for the Defendant to prepare a proper defense and for the filing of its motion for summary judgment.

4.   Produce copies of all documents, reports and statements referred to in Interrogatory Numbers 8, 9, 10, 12, 13 and 15.

The discovery sought is not privileged, relates to the defense of the Defendant who is seeking discovery, and is within the knowledge, possession and power of the Plaintiff to whom the discovery was addressed.  The discovery sought specifically requests information regarding the allegations which Plaintiff is making in his amended complaint and is needed for the Defendant to prepare a proper defense and for the filing of its motion for summary judgment.

Dated at New Britain, Connecticut, this 15th day of March, 2005.

DEFENDANT, ONE CONSOLIDATED SCHOOL DISTRICT OF NEW BRITAIN, CT

By Office of Corporation Counsel

_____
Irena J. Urbaniak
Attorney for Defendant
Office of Corporation Counsel
City of New Britain
27 West Main Street
New Britain, Connecticut 06051
Tel. (860) 826-3420
Fax (860) 826-3397
iurbaniak@ch.ci.new-britain.ct.us
Federal Bar Number ct01322

CERTIFICATION

I hereby certify that on March 15, 2005, a copy of the above was mailed to the pro se plaintiff:

Felipe Mulero
746 Prospect Street
Wethersfield, Connecticut 06109

_____
Irena J. Urbaniak
Attorney at Law

-10-