UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| FELIPE MULERO | : | |
|     Plaintiff | : | |
| | : | Case No. 3:02CV932 (CFD) |
|     v. | : | |
| | : | |
| ONE CONSOLIDATED SCHOOL | : | |
| DISTRICT OF NEW BRITAIN, CT | : | |
|     Defendant | : | March 18, 2005 |

RESPONSE TO "MOTION TO ESTABLISH A CEASE AND
DESIST ORDER WITH RIGHT TO A COURT INJUNCTION TO
REOPEN CASE FILE 3:02CV932 (CFD) IMM EDAITEDLY
SHOULD ANY UNFAIR LABOR PRACTICE CONTINUE.
PLAINTIFF TO BE PROTECTED FROM FURTHER
RETALIATION IN FUTURE PROMOTION POSITIONS."

The Defendant, One Consolidated School District of New

Britain, CT, respectfully responds and objects to the filing of

this motion for the following reasons:

1.  This is not a proper pleading or motion.  The Defendant

is unclear as to what the Plaintiff intends to accomplish.

2.  Case file 3:02CV932 (CFD) is an open case and does not

need to be reopened.

3.  Plaintiff does not have standing to bring an unfair

labor practice claim.

4.  Plaintiff is not an employee of the Defendant,

therefore, promotions are not at issue.

5.  Plaintiff is making allegations which are not being

supported by any evidence.

DEFENDANT, ONE CONSOLIDATED SCHOOL
DISTRICT OF NEW BRITAIN, CT

By Office of Corporation Counsel

_____
Irena J. Urbaniak
Attorney for Defendant
Office of Corporation Counsel
City of New Britain
27 West Main Street
New Britain, Connecticut 06051
Tel. (860) 826-3420
Fax  (860) 826-3397
iurbaniak@ch.ci.new-britain.ct.us
Federal Bar Number ct01322

CERTIFICATION

I hereby certify that on March 18, 2005, a copy of the

above was mailed to the pro se plaintiff:

Felipe Mulero
746 Prospect Street
Wethersfield, Connecticut 06109

_____
Irena J. Urbaniak
Attorney at Law