UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| FELIPE MULERO : | |
|     Plaintiff : | |
| : | Case No. 3:02CV932 (CFD) |
| v. : | |
| : | |
| ONE CONSOLIDATED SCHOOL : | |
| DISTRICT OF NEW BRITAIN, CT : | |
|     Defendant : | March 18, 2005 |

DEFENDANT'S RESPONSE TO PLAINTIFF'S MOTION
TO "SQUASH" DEFENDANT'S MEMORANDUM OF LAW
IN OPPOSITION OF PLAINTIFF'S MOTION FOR SUMMARY
JUDGMENT/MOTION TO CONTINUE MOTION FOR SUMMARY JUDGMENT

    The Defendant, One Consolidated School District of New Britain, CT, respectfully objects and responds to "Plaintiff's Motion to 'Squash'[1] Defendant's Memorandum of Law in Opposition of Plaintiff's Motion for Summary Judgment".  In support of its objection and response, the Defendant represents the following facts:

    1.  On or about May 23, 2003, the Plaintiff filed with the District Court a lawsuit alleging "the defendant discriminated

_____

    [1]Defendant assumes the Plaintiff intended to use the word "quash" not "squash".

against the plaintiff in employment on the grounds of having retaliated against him for having previously filed complaints of employment discrimination; National Origin: Puerto Rico."

2. The Plaintiff filed his Motion for Summary Judgment on February 7, 2005. The Plaintiff failed to annex the Local Rule 56(a)1 Statement as mandated by the United States District Court District of Connecticut Local Rules of Civil Procedure.

3. Pursuant to Rule 56 of the Federal Rules of Civil Procedure, the Defendant filed its memorandum of law in opposition of Plaintiff's motion for summary judgment on February 25, 2005.

A Motion to Quash is a common motion used in court to quash subpoenas. It is not the proper motion to file in this matter. The Plaintiff should have filed, if anything, a response to the Defendant's opposition to the motion for summary judgment.

Plaintiff in his motion is attempting to try the case and also add a new cause of action of "unfair labor practice".[2] The

---

[2]The Plaintiff has not shown that he has standing to bring an unfair labor practice case. It is the Defendant's belief and position that the Plaintiff lacks the standing to bring such a case.

Plaintiff has made vague allegations and self serving statements which are not substantiated with evidence.

In addition, Plaintiff's motion is harassing and full of personal attacks of the Defendant and its counsel. Counsel for the Defendant is of this date filing a Motion for Protective Order to cease such actions by the Plaintiff.

The Plaintiff's motion taken as a whole leads to the conclusion that there are material questions of fact and the Plaintiff's motion for summary judgment should be denied.

DEFENDANT, ONE CONSOLIDATED SCHOOL
DISTRICT OF NEW BRITAIN, CT

By Office of Corporation Counsel

_____

Irena J. Urbaniak
Attorney for Defendant
Office of Corporation Counsel
City of New Britain
27 West Main Street
New Britain, Connecticut 06051
Tel. (860) 826-3420
Fax  (860) 826-3397
iurbaniak@ch.ci.new-britain.ct.us
Federal Bar Number ct01322

CERTIFICATION

 I hereby certify that on March 18, 2005, a copy of the above was mailed to the pro se plaintiff:

 Felipe Mulero
 746 Prospect Street
 Wethersfield, Connecticut 06109

               _____
               Irena J. Urbaniak
               Attorney at Law