UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

FELIPE MULERO                    :
    Plaintiff                :
                             :    Case No. 3:02CV932 (CFD)
    v.                       :
                             :
ONE CONSOLIDATED SCHOOL          :
DISTRICT OF NEW BRITAIN, CT      :
    Defendant                :    March 18, 2005


MOTION FOR PROTECTIVE ORDER


    Pursuant to this Court's inherent power to carry out its function under Article III of the United States Constitution and pursuant to Rule 26(a) of the Federal Rules of Civil Procedure, the defendant, One Consolidated School District of New Britain, CT, and its attorney, respectively move for a Protective Order to save them from annoyance, oppression and undue burden imposed upon them by the pro se plaintiff's pattern of harassment and abuse related to this action.

In support of this motion, the defendant submits the attached memorandum of law and its attachments.

DEFENDANT, ONE CONSOLIDATED SCHOOL
DISTRICT OF NEW BRITAIN, CT

By Office of Corporation Counsel

_____

Irena J. Urbaniak
Attorney for Defendant
Office of Corporation Counsel
City of New Britain
27 West Main Street
New Britain, Connecticut 06051
Tel. (860) 826-3420
Fax  (860) 826-3397
iurbaniak@ch.ci.new-britain.ct.us
Federal Bar Number ct01322

<u>CERTIFICATION</u>

I hereby certify that on March 18, 2005, a copy of the above was mailed to the pro se plaintiff:

Felipe Mulero
746 Prospect Street
Wethersfield, Connecticut 06109

_____

Irena J. Urbaniak
Attorney at Law