UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| FELIPE MULERO | : | |
|     Plaintiff | : | |
| | : | Case No. 3:02CV932 (CFD) |
| v. | : | |
| | : | |
| ONE CONSOLIDATED SCHOOL | : | |
| DISTRICT OF NEW BRITAIN, CT | : | |
|     Defendant | : | March 18, 2005 |

NOTICE OF MANUAL FILING

Please take notice that the Defendant has manually filed the following documents:

A. Plaintiff's Motion To Strike Defendant's Motion For Summary Judgment dated February 7, 2005

B. Plaintiff's Objection To Defendant's Response To Plaintiff's Motion To Strike Defendant's Motion For Summary Judgment dated March 4, 2005

C. Plaintiff's Motion for Court to Refute Defendant's Right to Motion for Summary Judgment Based on Frivolous Motions, False Statements, Frivolous Hearings, Procrastinations, and Deception dated March 4, 2005

D.  Plaintiff's Motion to Squash Defendants Memorandum Of Law in Opposition of Plaintiff's Motion For Summary Judgment/Motion To Continue Motion For Summary Judgment

These documents have not been filed electronically because the documents can not be converted to electronic format.

The documents have been manually served on all parties.

    Respectfully submitted,

    DEFENDANT, ONE CONSOLIDATED SCHOOL
    DISTRICT OF NEW BRITAIN, CT

    By Office of Corporation Counsel

    _____
    Irena J. Urbaniak
    Attorney for Defendant
    Office of Corporation Counsel
    City of New Britain
    27 West Main Street
    New Britain, Connecticut 06051
    Tel. (860) 826-3420
    Fax  (860) 826-3397
    iurbaniak@ch.ci.new-britain.ct.us
    Federal Bar Number ct01322

-3-

CERTIFICATION

I hereby certify that on March 18, 2005, a copy of the above was mailed to the pro se plaintiff:

Felipe Mulero
746 Prospect Street
Wethersfield, Connecticut 06109

_____
Irena J. Urbaniak
Attorney at Law