UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| FELIPE MULERO : | |
|     Plaintiff : | |
| : | Case No. 3:02CV932 (CFD) |
| v. : | |
| : | |
| ONE CONSOLIDATED SCHOOL : | |
| DISTRICT OF NEW BRITAIN, CT : | |
|     Defendant : | March 18, 2005 |

DEFENDANT'S OBJECTION AND RESPONSE
TO PLAINTIFF'S "MOTION FOR COURT TO REFUTE
DEFENDANT'S RIGHT TO MOTION FOR SUMMARY JUDGMENT
BASED ON FRIVOLOUS MOTIONS, FALSE STATEMENTS,
<u>FRIVOLOUS HEARINGS, PROCRASTINATIONS, AND DECEPTION"</u>

The Defendant, One Consolidated School District of New Britain, CT, respectfully objects and responds to the Plaintiff's motion for court to refute Defendant's right to motion for summary judgment based on frivolous motions, false statements, frivolous hearings, procrastinations, and deception. In support of its objection, the Defendant states the following:

    1. On or about October 28, 2003, the Defendant filed its first Motion for Summary Judgment. On or about September 3, 2004, the Honorable Judge Dorsey denied the motion without

prejudice allowing the Defendant to renew its motion within sixty days.  (Exhibit A.)[1],[2]

    2.  On September 29, 2004, the Defendant served twenty-two interrogatory questions and four production requests on the Plaintiff.  On the same day, the Defendant filed a motion for extension of time to file the motion for summary judgment until December 3rd based on the need to obtain additional discovery material which was necessary for the motion for summary judgment.  (See Exhibit B.)[3]

    3.  On November 8, 2004, the Defendant wrote to the Plaintiff informing him that his time to respond to Defendant's discovery request had expired.  (See Exhibit C.)  In addition, the Defendant requested compliance.

    4.  On November 16, 2004, the Plaintiff filed a motion for extension of time to file response to Defendant's

_____

[1]To date, the defendant has only filed one motion for summary judgment, not several as alleged in the plaintiff's complaint.

[2]At the argument, counsel for the defendant informed the court that she had just received information from her client that plaintiff might not have had the certifications which were necessary for the positions he had applied for.  Therefore, the defense counsel needed additional time to investigate.

[3]Objections to the interrogatories were never filed.

Interrogatories. (See Exhibit D.) In addition, on the same date, the Plaintiff filed a motion of limiting the Defendant's interrogatories to fall within the Defendant's scope of employment. (See Exhibit E.)

5. As a result of Plaintiff's November 16th motions, the Defendant filed on November 24, 2004, an objection to Plaintiff's motions along with a second motion for extension of time to file motion for summary judgment. (See Exhibit F.)

6. On or about December 6, 2004, Plaintiff responded to thirteen out of the twenty-two interrogatory questions. The honorable court had granted an extension to the Plaintiff to respond to the interrogatories until February 1, 2005.

7. On February 17, 2005, the Defendant sent a second letter to the Plaintiff requesting compliance to the discovery. (See Exhibit G.)

8. Despite several attempts by the Defendant to obtain compliance to the discovery request without court intervention, the Defendant had to file a Motion of Compliance on March 15th due to Plaintiff failing to respond to its attempts.

The Defendant has done everything in its power to attempt to move discovery on. The discovery is necessary prior to the Defendant filing its motion for summary judgment. The questions that the Defendant is asking the Plaintiff to answer have not been objected to. The questions relate to the allegations that Plaintiff has made in his complaint.

Therefore, the Defendant, One Consolidated School District of New Britain, CT, respectfully request that Plaintiff's motion be denied.

        DEFENDANT, ONE CONSOLIDATED SCHOOL
        DISTRICT OF NEW BRITAIN, CT

        By Office of Corporation Counsel

        _____
        Irena J. Urbaniak
        Attorney for Defendant
        Office of Corporation Counsel
        City of New Britain
        27 West Main Street
        New Britain, Connecticut 06051
        Tel. (860) 826-3420
        Fax  (860) 826-3397
        iurbaniak@ch.ci.new-britain.ct.us
        Federal Bar Number ct01322

-5-

CERTIFICATION

I hereby certify that on March 18, 2005, a copy of the above was mailed to the pro se plaintiff:

Felipe Mulero
746 Prospect Street
Wethersfield, Connecticut 06109

_____
Irena J. Urbaniak
Attorney at Law