```
                UNITED STATES DISTRICT COURT

                   DISTRICT OF CONNECTICUT

FELIPE MULERO                  :
     Plaintiff                 :
                               :    Case No. 3:02CV932 (CFD)
     v.                        :
                               :
ONE CONSOLIDATED SCHOOL        :
DISTRICT OF NEW BRITAIN, CT    :
     Defendant                 :    March 18, 2005
```

NOTICE OF MANUAL FILING

Please take notice that the Defendant has manually filed the following documents:

1. The following exhibits to Exhibit A:

    a.  Exhibit A - Commission on Human Rights and Opportunities Release of Jurisdiction letter issued on November 28, 2001

    b.  Exhibit B - Equal Employment Opportunity Commission Dismissal and Notice of Rights letter issued in March, 2002

    c.  Exhibit C - Complaint served May 27, 2003

    2.   Exhibit C – Letter to Felipe Mulero from Irena J. Urbaniak, City Attorney, dated November 8, 2004, certified with return receipt

    3.   Exhibit D – Plaintiff's Motion for Extention of Time to File Response to Defendant's Interrogatories dated November 16, 2004

    4.   Exhibit E - Plaintiff's Motion of Limiting the Defendant's Interrogatories to Fall Within the Defendant's Scope of Employment dated November 16, 2004

    5.   The following exhibits to Exhibit F:

        a.   Exhibit A - Plaintiff's Motion of Limiting the Defendant's Interrogatories to Fall Within the Defendant's Scope of Employment

        b.   Exhibit B - Plaintiff's Motion for Extension of Time to File Response to Defendant's Interrogatories

        c.   Exhibit D - Certified Letter to Felipe Mulero from Irena J. Urbaniak, City Attorney dated November 8, 2004

        d.   Exhibit E - Copy of Certified Return Receipt signed by Felipe Mulero on November 15, 2004

6.   Exhibit G – Letter to Felipe Mulero from Irena J. Urbaniak, City Attorney, dated February 17, 2005

These documents have not been filed electronically because the documents can not be converted to electronic format.

The documents have been manually served on all parties.

    Respectfully submitted,

    DEFENDANT, ONE CONSOLIDATED SCHOOL
    DISTRICT OF NEW BRITAIN, CT

    By Office of Corporation Counsel

    _____

    Irena J. Urbaniak
    Attorney for Defendant
    Office of Corporation Counsel
    City of New Britain
    27 West Main Street
    New Britain, Connecticut 06051
    Tel. (860) 826-3420
    Fax  (860) 826-3397
    iurbaniak@ch.ci.new-britain.ct.us
    Federal Bar Number ct01322

## CERTIFICATION

I hereby certify that on March 18, 2005, a copy of the above was mailed to the pro se plaintiff:

    Felipe Mulero
    746 Prospect Street
    Wethersfield, Connecticut 06109

    _____

    Irena J. Urbaniak
    Attorney at Law