UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| FELIPE MULERO, | : |
|           Plaintiff, | : |
| | : |
| v. | : Civil Action No. 3:02CV932 (CFD) |
| | : |
| ONE CONSOLIDATED SCHOOL | : |
| DISTRICT OF NEW BRITAIN, CT, | : |
|           Defendant. | : |

REFERRAL TO MAGISTRATE JUDGE

This case is referred to Magistrate Judge Thomas P. Smith for the following purposes:

____ All purposes except trial, unless the parties consent to trial before the Magistrate Judge (orefcs.)

____ A ruling on all pretrial motions except dispositive motions (orefmisc./dscv)

____ To supervise discovery and resolve discovery disputes (orefmisc./dscv)

____ A recommended ruling on the following motions which are currently pending: (orefm.)

**X** A ruling on the following motion which is currently pending: **[#60] Motion for Order Compelling Disclosure and Sanctions** (orefm.)

____ A settlement conference (orefmisc./cnf)

____ A conference to discuss and approve the following: (orefmisc./cnf)

____ Other: (orefmisc./misc) _____

SO ORDERED this 23rd day of March 2005 at Hartford, Connecticut.

                                          /s/ CFD
                                          Christopher F. Droney
                                          United States District Judge