FILED

2005 MAR 31 P 4: 20

DISTRICT COURT
HARTFORD CT

# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| FELIPE MULERO<br>    PLAINTIFF | : Case No. 3:02CV932 (CFD) |
| V. | |
| ONE CONSOLIDATED SCHOOL<br>DISTRICT OF NEW BRITAIN, CT<br>    DEFENDANT | :MARCH 30, 2005 |

**OBJECTION TO DEFENDANT'S MOTION FOR ORDER COMPELLING DISCLOSURE AND SANCTIONS ESPECIALLY WHEN I ALREADY ANSWERED ALL THE QUESTIONS ACCORDING TO THE DEFENDANTS INSTRUCTIONS. ALTHOUGH I HAVE RESPONDED PREVIOUSLY I WILL TRY TO PROVIDE CLEARITY TO MY RESPONSES AND MORE DETAIL WHERE NECESSARY WITH MORE DISCLOSURES IN THE SPIRIT OF COOPERATION. See Past Responses to interrogatories attached as well.**

Now Comes the Plaintiff with an objection to Defendant's request for ordering compelling DISCLOSURE as well as FOR SACTIONS. I am represented Pro Se and suffering from Mental depression as a result of this ongoing Discrimination. I am doing this work all on my own. I ask for patience as I try to answer these interrogatories much

of which I have already answered. This case is still evolving as the Defendant continues to discriminate. I am without treatment and without an income that is why I am Pro Se'.

BACKGROUND

The Defendant had hired many uncertified and less qualified Female Bilingual Teachers over my candidacy since 1999 and on to the present. In Late November of 1999 I could have been hired either at Pulaski Middle School where I was scheduled to be assigned or any other position as a Bilingual Teacher (Pre-K-12) where an uncertified Bilingual substitute teacher occupied. Instead the New Britain School District continues to occupy Bilingual class with uncertified Bilingual long term substitutes and intentionally ignores my application while contracting them for the entire School Year.

In 2001-2002 I was hired and then fired at Pulaski Middle School for no reason and with just cause after I was recommended by the Principal Ernest Norcerino that I was doing a fine job. In September of 2002 I was passed up by a less qualified certified Female Bilingual Teacher **Deyanra Vazquez who was a fellow Class mate from the May 4, 2002 ARC II graduation Class with no Prior teaching Experience but was hired over me in September 2002 at Smith Elementary School. Less Qualified and many non certified Female Bilingual Long term substitute Candidates were hired over me and continue to be hired over me to the present in Bilingual Education Positions since November 1999 when I became certified and a Long Term non certified Female Bilingual Substitute who occupied position was not released. Instead I was**

persuade not to accept the job. I then wished to be hired else where in the New Britain School District and the Defendant Declined and continued to discriminate.

In 2000-2001 I was then passed up for Technology Education Positions and although I was the only Bilingually certified candidate wish was rare I was not hired. The New Britain School District acknowledges that for purposes of Diversity and non discrimination practices the District will make exceptions and encourage all protected class candidates to apply with specially consideration. As stated in Exhibit 10 the district Non Discrimination Policy and Exhibit 11 the Affirmative Action Policy. Neither Policy was followed when I applied for a Technology Educators Position in September of 2000 and my application was completely ignored in May of 2001 while application was on file for that academic year. In fact, The interview was not according to the District Policy and only Thomas Menditto: Technology Education Supervisor was the only one interviewing which made the process completely biased. In Fact since Thomas Menditto was the only on interviewing then he could change is evaluation of the candidates and recommend whom ever he wished as he had done in August of 2000 see Exhibit 9, hiring process for teachers, Exhibit 12, Felipe Mulero Bilingual Candidate interview evaluation, Exhibit 13, Chris Balstz White interview evaluation. Also See the on going Bias hiring Practice exhibit #16 in the Technology Education Department Headed by Thomas Menditto.

The Defendant is also in Kahoots with State of Connecticut and it many branches as it clearly stated before a Federal Judge on 9/3/04 concerning my certification status.

**Also, Human Resource Director Dr. Herbert Pandiscio on 8/26/04 as well as it's current Human Resource Director: Mr. Colton on 3/8/05 are using the State of Connecticut to aid and abate the One Consolidated School District of New Britain Connecticut from considering my Applications on file. They state that my certification status is revoked when in fact a certificate was illegally surrendered without my consent and against my wishes. I do currently have an outstanding 107 State of Conn. Certification which is active and they choose not to acknowledge. As a result I am making Known that I will be using these action taken by the Defendant in Trial. The State of Connecticut has denied me my Constitutional Right and the Defendant is using it to it's advantage to oppress me of an income and livelihood.**

### Responses to Interrogatories:

14. My witness are: As Previously Noted.

    Deyanira Vasquez: a Fellow Classmate from the Alternate Route to Teacher Certification who graduate with me on May 4, 2002 and was hired over me in September of 2002 while my application was not even considered for a teaching position at Smith Elementary School after I was fired for no reason on 5/8/2002. Address is unknown but is the Defendant's current employee: 272 W-Main Street, New Britain, CT 06050-1960

    Ernest R. Nocerino: Former Principal at Pulaski Middle School: One Consolidated School District of New Britain during academic year of 2001-2002. Address is unknown. I have his telephone number and he will testify.

Mr. Bill Colton and his Assistant Janice: Current Human Resource Director at 272 West Main Street in New Britain, Connecticut. One Consolidated School District of Connecticut.

Richard Berry: Assistant Human Resource Director: One Consolidated School District of New Britain: 272 W-Main Street in New Britain, CT. 06050-1960

15. Evidence offered at Trial:

Attachment 1: July 13, 2004 Application Letter to update Application File for 2004-2005 Academic Year: One Consolidated School District of New Britain. Qualifications for Alternate Route to Teacher Certification II. Advertisement for July 11, 2004 for Bilingual Education Candidate.

Attachment 2. New York State Certifications in School Administration.

Attachment 3. Background Information: Connecticut teacher certification. Durational Shortage Application Permit in Technology Education. Completion of Alternate Route to Teacher Certification. Credited Years of teaching Experience. Advance Course Work Done in School Administration at the University of Connecticut.

Attachment 4. Recommendation Letters:

Exhibit 1. Past Applications placed on file for the One Consolidated School District.

Exhibit 2. Certifications from the State of Connecticut

Exhibit 3. August 21, 2001 Application One Consolidated School District of New Britain.

Exhibit 4. May 9, 2002 Application One Consolidated School District of New Britain.

Exhibit 5. Application #0310011 & #0103026 One Consolidated School District of New Britain

Exhibit 7 Current Application on file at One Consolidated School District of New Britain.

Exhibit 8 Past Certification in Bilingual Ed. From the State of Connecticut.

Exhibit 9 Hiring Process for Teachers for One Consolidated School District of New Britain.

**Exhibit 10. Discrimination policy for the** One Consolidated School District of New Britain.

**Exhibit 11. Affirmative Action Policy for the** One Consolidated School District of New Britain. **Section V. Number 2**

**Exhibit 12 Interview rating sheet: #9908128 and support documents**

**Exhibit 13 Interview rating sheet: Felipe Mulero, 8/7/00 and support documents**

**Exhibit 14 Interview rating sheet: Christ Baltz, 8/21/00 and support documents**

**Exhibit 15 Interview rating sheet: Felipe Mulero, 8/24/99 and support documents**

**Exhibit 16 Technology Education Certified teachers (indicating race) 8/27/01**

**Exhibit 17 Current Information Technology with Technology Education concentration acceptance letter/ transcript and Certification.**

**Exhibit 18 All Transcripts.**

**More Information as it arises in the future as this case id on going.**

**16. As Previously Noted**

       **CHRO: 0210031 and EEOC: 16AA11376 as previously noted.**

Then further Action was taken on 5/8/02 when I was fired from Pulaski Middle School for no reason causing me to pursued Federal Court: 3:02-CV-0093

17. a. **As Previously Noted: Retaliation Discrimination Based on Past CHRO 0210031 and EEOC 16AA11376 Charge as well as actions bring rise to current Federal Law Suit on File 3:02-CV-0093 for National Origin/ Sex:**

b. **Defendant:** Consolidated School District of New Britain and the State of Connecticut

c. As Previously Noted: Plaintiff, Felipe Mulero

d. 8/7/00 Not Hired for a Technology Educators position or a Bilingual Position.
   5/8/02 I was fired for no reason at Pulaski Middle School causing Federal Litigation in addition to past actions since 1999 & continuing to present & not hired in Bilingual Ed.

e. As Previously Noted: United States District Court, Hartford County 450 Main Street

f. **As previously noted CHRO: 0210031 found no probable cause and EEOC:**
   **16AA11376 adopted its findings.** United States District Court, Hartford County is still pending: **3:02-CV-0093 which includes illegal dismissal**

g. **As previously noted:** Discrimination based on retaliation/ National Origin and Sex.

h. **As previously noted CHRO: 0210031: 1229 Albany Ave. In Hartford, CT & EEOC: 16AA11376 as previously noted, In Mass.** United States District Court, Htfd County on 450 Main Street, In Hartford, CT : **3:02-CV-0093**

18. Attachment 1: July 13, 2004 Application Letter to update Application File for 2004-2005 Academic Year: One Consolidated School District of New Britain. Qualifications for Alternate Route to Teacher Certification II. Advertisement for July 11, 2004 for Bilingual Education Candidate.

Attachment 2. New York State Certifications in School Administration.

Attachment 3. Connecticut teacher certification. Durational Shortage Application Permit in Technology Education. Completion of Alternate Route to Teacher Certification. Credited Years of teaching Experience. Advance Course Work Done in School Administration at the University of Connecticut.

Attachment 4. Recommendation Letters:

Exhibit 1. Past Applications placed on file for the One Consolidated School District.

Exhibit 2. Certifications from the State of Connecticut

Exhibit 3. August 21, 2001 Application One Consolidated School District of New Britain.

Exhibit 4. May 9, 2002 Application One Consolidated School District of New Britain.

Exhibit 5. Application #0310011 & #0103026 One Consolidated School District of New Britain

Exhibit 7 Current Application on file at One Consolidated School District of New Britain.

Exhibit 8 Past Certification in Bilingual Ed. From the State of Connecticut.

Exhibit 9 Hiring Process for Teachers for One Consolidated School District of New Britain.

**Exhibit 10. Discrimination policy for the One Consolidated School District of New Britain.**

**Exhibit 11. Affirmative Action Policy for the One Consolidated School District of New Britain. Section V. Number 2**

**Exhibit 12 Interview rating sheet: #9908128 and support documents**

**Exhibit 13 Interview rating sheet 8/7/00 and support documents**

**Exhibit 14 Interview rating sheet 8/21/00 and support documents**

**Exhibit 15 Interview rating sheet 8/24/99 and support documents**

**Exhibit 16 Technology Education Certified teachers (indicating race) 8/27/01**

**Exhibit 17 Current Information Technology with Technology Education concentration acceptance letter/ transcript and Certification.**

**Exhibit 18 All Transcripts.**

**And the Fact that a Female Less Qualified Candidate: Deyanra Vazquez who was a fellow Class mate from the May 4, 2002 ARC II graduation Class with no Prior teaching Experience was hired over me in September 2002 at Smith Elementary School. Less Qualified non certified Female Candidates were hired over me and continue to be hired over me to**

the present in Bilingual Education Positions since September 1999 when in late October 1999, I became certified and a Long Term Substitute who occupied position was not released instead I was pursued not to accept the job.

19. As previously noted I filed CHRO: 0210031: 1229 Albany Ave. In Hartford, CT on or about Oct 2000 & EEOC: 16AA11376 in Mass. On May 27, 2002 I filed United States District Court, Hartford County On 450 Main Street, In Hartford, CT Since then I was repeatedly passed up by less qualified Bilingual Teacher: Deyanra Vazquez 9/1/02 and in some cases non certified female Bilingual Long term Female substitutes to fill vacant Bilingual Educators positions since September of 1999 and proceeding to the present. I was also fired for no reason on May 8, 2002 at Pulaski Middle School. Also see Exhibit 16 where it is clear that a bias Hire Practice is taking place in August of 2000 and continues with DATA from 8/27/01 on a ALL WHITE bias hiring pattern with in the Technology Educators Department and this CYCLE will continued to repeat it self if left unrestricted or STOPPED.

20. As Previously Noted. See Exhibit 16 where it is clear that a bias Hire Practice is taking place in August of 2000 and continues with DATA from 8/27/01 on a ALL WHITE hiring Pattern with in the Technology Educators Department as supervised by Thomas Menditto who is White and this CYCLE continued to repeat it self if left unrestricted or STOPPED!

21. Bilingual Long term Female Substitutes are allowed to fill vacant Bilingual Educators positions since September of 1999 and proceeding to the present even when Certified Candidates are available for hire such as myself. Deyanra Vazquez who was a fellow Class mate from the May 4, 2002 ARC II graduation Class with no Prior teaching Experience was hired over me in September 2002 at Smith Elementary School. Less Qualified non certified Female Candidates were hired over me and continue to be hired over me to the present in Bilingual Education Positions since September 1999 when I became certified for a teaching position at Pulaski Middle School and a Long Term Substitute who occupied that position in the interim was not released. Instead I was pursued not to accept the job. Also in May 8, 2002 I was fired for no reason from Pulaski Middle School after I was recommended on having done a fine job by the Principal: Ernest Norcerino who was also later fired for no good reason in June of 2002 and I was never considered for any other teaching position. I have been passed up for various positions in Bilingual Education time and time again. 7/11/04 at New Britain high School, 10/10/03 at Pulaski Middle School, 12/12/01 at Chamberline Elementary School which I did not spell correctly, 9/1/02 Smith Elementary School. ect. Also see Exhibit 16 where it is clear that a bias Hire Practice is taking place in August of 2000 and continues with DATA from 8/27/01 on a ALL WHITE hiring Pattern with in Supervisor Thomas Menditto Technology Educators Department and this CYCLE will continue to repeat it self if left unrestricted or STOPPED.

Dr. Herbert F. Pandiscio: Human Resource Director on 8/26/04 stated he was following orders per instruction from former Human Resource Director Scott MacDonald not to hire OR CONSIDER Felipe Mulero application as I WAS PUT ON A LIST OF REVOKED TEACHER CERTIFICATION. This Practice is still being followed by Current Human Resource Director: Bill COLTON when I resubmitted an application on March 7, 2005 and He informed on March 8, 2005 that he would not consider my application because of certification status and He could not find my successful student teaching records. This not my responsibility or liability so why am I being punished/ discriminated and continue to be treated as such.

22. Bilingual Long term Female Substitutes are allowed to fill vacant Bilingual Educators positions since September of 1999 and proceeding to the present even when Certified Candidates are available for hire such as myself. Deyanra Vazquez who was a fellow Class mate from the May 4, 2002 ARC II graduation Class with no Prior teaching Experience was hired over me in September 2002 at Smith Elementary School. Less Qualified non certified Female Candidates were hired over me and continue to be hired over me to the present in Bilingual Education Positions since September 1999 when I became certified for a teaching position at Pulaski Middle School and a Long Term Substitute who occupied that position in the interim was not released. Instead I was pursued not to accept the job. Also in May 8, 2002 I was fired for no reason from Pulaski Middle School after I was recommended on

and continue to be treated as such when I even mailed him correspondences.

Certified Mail #7004-0750-0002-8543-5316 and its support materials.

**Plaintiff**, Pro Se'
Felipe Mulero

*[signature: Felipe Mulero]*

Felipe Mulero, Plaintiff
746 Prospect Street
Wethersfield, CT 06109
Cell (860) 593-5537
Home (860) 436-2424

Certification

**Plaintiff**, Pro Se'
Felipe Mulero

*[signature: Felipe Mulero]*

Felipe Mulero, Plaintiff
746 Prospect Street
Wethersfield, CT 06109
Cell (860) 593-5537
Home (860) 436-2424

Certification

I certify that a copy of this foregoing motion was sent to the Defendant's Counsel Irena J. Urbaniak Office of Corporate Counsel, City of New Britain, Conn. 27 West Main Street New Britain, Conn. 06051. Sent first Class Mail on MARCH 31, 2005