UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

```
FELIPE MULERO                  :
    Plaintiff                  :
                               :      Case No. 3:02CV932 (CFD)
    v.                         :
                               :
ONE CONSOLIDATED SCHOOL        :
DISTRICT OF NEW BRITAIN, CT    :
    Defendant                  :      May 17, 2005
```

MOTION TO COMPEL FURTHER ANSWERS
TO INTERROGATORIES AND
MOTION FOR SANCTIONS

The Defendant, One Consolidated School District of New Britain, CT, respectfully requests pursuant to Rule 37 of the Federal Rules of Civil Procedure an order compelling the Plaintiff to file complete responses to the Defendant's Interrogatory and Production Requests. Plaintiff's answers were evasive and incomplete. The answers to these Interrogatories are necessary to the preparation of the Defendant's case.

In addition, the Defendant is requesting that appropriate sanctions be entered against the Plaintiff for his continuous failure to comply with the Defendant's discovery request.

In support of its motion, the Defendant represents:

1)  On September 29, 2004, the Defendant propounded on the Plaintiff a set of interrogatory questions and production requests;

2)  On November 8, 2004, the Defendant sent a letter to the Plaintiff informing the Plaintiff that his answers to the discovery were past due.  In addition, the Defendant requested compliance;

3)  On or about December 6, 2004, the Plaintiff served on the Defendant responses to thirteen out of the twenty-two Interrogatory Requests, and two out of the four production requests.  The remaining questions were left blank;

4)  The Honorable Court had granted the Plaintiff an extension of time to respond to the discovery request until February 1, 2005;

5)  On February 17, 2005, pursuant to Rule 37 of the Federal Rules of Civil Procedure, the Defendant wrote to the Plaintiff requesting compliance to the remaining discovery;

6)  In writing to the plaintiff on November 8, 2004, and February 17, 2005, the counsel for the Defendant has in good

faith attempted to confer with the Plaintiff in an effort to secure the disclosure without court action;

7) On March 15, 2005, the Defendant was forced to file a Motion for Order Compelling Disclosure and Sanctions;

8) On or about March 30, 2005, the Plaintiff filed additional responses to the interrogatories;

9) On April 21, 2005, the Honorable Judge Thomas P. Smith granted the motion to compel and denied the motion for sanctions stating that it appeared the Plaintiff had addressed the outstanding discovery issues.  The court further stated that if the Defendant believed that any answer was deficient, it was free to re-file.

The Interrogatories which Defendant claims were not properly answered by the Plaintiff are as follows:

1. Interrogatory No. 1:

Identify each person who furnished any information or documents in connection with the preparation of your answers.

Answer:

None

Objection to Answer:

Plaintiff has not answered the question.

2. <u>Interrogatory No. 5</u>:

Set forth your professional and employment history including:

    a. The names and addresses of each employer or business;

<u>Answer</u>:

AFDA see Attachment 1&2.  (Attachment 1 is a letter from Dr. Zelman to Who Ever It May Concern and Attachment 2 is a letter to Attorney John Williams from Dr. G. Montgomery)

<u>Objection to Answer</u>:

Plaintiff has not answered the question.

    b.  The dates of employment; and

<u>Answer</u>:

AFDA see Attachment 1&2.  (Attachment 1 is a letter from Dr. Zelman to Who Ever It May Concern and Attachment 2 is a letter to Attorney John Williams from Dr. G. Montgomery)

<u>Objection to Answer</u>:

Plaintiff has not answered the question.

    c.  List the job responsibilities at each place of employment.

Answer:

AFDA see Attachment 1&2.  (Attachment 1 is a letter from Dr. Zelman to Who Ever It May Concern and Attachment 2 is a letter to Attorney John Williams from Dr. G. Montgomery)

Objection to Answer:

Plaintiff has not answered the question.

Filed contemporaneously with this motion are (1) Motion To Compel Further Answers to Interrogatories and Motion for Sanctions Affidavit and (2) Memorandum in Support of Defendant's Motion to Compel Further Answers to Interrogatories and Motion for Sanctions.

The Defendant, One Consolidated School District of New Britain, CT, respectfully requests that an order be entered compelling compliance and also requests that sanctions be entered.

DEFENDANT, ONE CONSOLIDATED SCHOOL
DISTRICT OF NEW BRITAIN, CT
By Office of Corporation Counsel

 /s/ Irena J. Urbaniak_____
Irena J. Urbaniak
Attorney for Defendant
Office of Corporation Counsel
City of New Britain
27 West Main Street
New Britain, Connecticut 06051
Tel. (860) 826-3420
Fax  (860) 826-3397
iurbaniak@ch.ci.new-britain.ct.us
Federal Bar Number ct01322

-5-

CERTIFICATION

I hereby certify that on May 17, 2005, a copy of the above was mailed to the pro se plaintiff:

Felipe Mulero
746 Prospect Street
Wethersfield, Connecticut 06109

                                                /s/ Irena J. Urbaniak
                                                Irena J. Urbaniak
                                                Attorney at Law