UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| FELIPE MULERO | : | |
|     Plaintiff | : | |
| | : | Case No. 3:02CV932 (CFD) |
| v. | : | |
| | : | |
| ONE CONSOLIDATED SCHOOL | : | |
| DISTRICT OF NEW BRITAIN, CT | : | |
|     Defendant | : | May 17, 2005 |

MOTION TO COMPEL FURTHER ANSWERS
TO INTERROGATORIES AND MOTION FOR
SANCTIONS AFFIDAVIT

The undersigned, Irena J. Urbaniak, being duly sworn, deposes and says the following:

1. I am over the age of eighteen (18) years of age.

2. I understand and believe in the obligations of an oath.

3. I am the attorney for the Defendant, One Consolidated School District of New Britain, CT, and as such represent it in the above-captioned case.

4. On September 29, 2004, the Defendant propounded on the Plaintiff a set of interrogatory questions and production requests.

5.  On November 8, 2004, the Defendant sent a letter to the Plaintiff informing the Plaintiff that his answers to the discovery were past due.  In addition, the Defendant requested compliance.

6.  On or about December 6, 2004, the Plaintiff served on the Defendant responses to thirteen out of the twenty-two Interrogatory Requests, and two out of the four production requests.  The remaining questions were left blank.

7.  The Honorable Court had granted the Plaintiff an extension of time to respond to the discovery request until February 1, 2005.

8.  On February 17, 2005, pursuant to Rule 37 of the Federal Rules of Civil Procedure, the Defendant wrote to the Plaintiff requesting compliance to the remaining discovery.

9.  In writing to the plaintiff on November 8, 2004, and February 17, 2005, the counsel for the Defendant has in good faith attempted to confer with the Plaintiff in an effort to secure the disclosure without court action.

10.  On March 15, 2005, the Defendant was forced to file a Motion for Order Compelling Disclosure and Sanctions.

11. On or about March 30, 2005, the Plaintiff filed additional responses to the interrogatories.

12. On April 21, 2005, the Honorable Judge Thomas P. Smith granted the motion to compel and denied the motion for sanctions stating that it appeared the Plaintiff had addressed the outstanding discovery issues. The court further stated that if the Defendant believed that any answer was deficient, it was free to re-file.

13. The interrogatory answers continue to be deficient.

Dated at New Britain, Connecticut, this 17th day of May, 2005.

/s/ Irena J. Urbaniak_____
Irena J. Urbaniak

Subscribed and sworn to before me this 17th day of May, 2005.

/s/ Mary C. Pokorski_____
Mary C. Pokorski
Commissioner of Superior Court