UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| FELIPE MULERO : | |
|     Plaintiff : | |
| : | Case No. 3:02CV932 (CFD) |
| v. : | |
| : | |
| ONE CONSOLIDATED SCHOOL : | |
| DISTRICT OF NEW BRITAIN, CT : | |
|     Defendant : | May 17, 2005 |

MEMORANDUM IN SUPPORT OF
MOTION TO COMPEL FURTHER ANSWERS TO
INTERROGATORIES AND MOTION FOR SANCTIONS

NATURE OF THE CASE:

This amended complaint was originally set in two counts. Count one is based on Title VII of the Civil Rights Act of 1964. The Plaintiff alleges that "the defendant discriminated against him in employment on the grounds of having retaliated for having previously filed complaints of employment discrimination; national origin; Puerto Rico". Amended Complaint dated April 28, 2003, Count One, Paragraph One. Count Two was based on related state law claims. Summary judgment had been previously granted by the Court in Count Two.

On September 29, 2004, the Defendant served twenty-two interrogatory questions and four production requests on the Plaintiff.  On November 8, 2004, the Defendant sent a letter to the plaintiff informing the Plaintiff that his time to respond to the interrogatories had expired.  On November 16, 2004, the Plaintiff filed a Motion for Extension of Time to File Response to Defendant's Interrogatories.  In addition, on the same date, the Plaintiff filed a motion of limiting the Defendant's interrogatories to fall within the Defendant's scope of employment.

On or about December 6, 2004, Plaintiff responded to thirteen out of the twenty-two interrogatory questions.  The Court had granted an extension to the Plaintiff to respond to the interrogatories until February 1, 2005.  On February 17, 2005, pursuant to Rule 37 of the Federal Rules of Civil Procedure, the Defendant wrote to the Plaintiff requesting compliance to the remaining discovery.  In corresponding with the pro se Plaintiff on November 8, 2004, and February 17, 2005, counsel for the Defendant made a good faith attempt to resolve the discovery dispute without court action.

On March 15, 2005, the Defendant was forced to file a Motion for Order Compelling Disclosure and Sanctions. On or about March 30, 2005, the Plaintiff filed additional responses to the interrogatories. On April 21, 2005, the Honorable Judge Thomas P. Smith granted the motion to compel and denied the motion for sanctions stating that it appeared the Plaintiff had addressed the outstanding discovery issues. The court further stated that if the Defendant believed that any answer was deficient, it was free to re-file. To date, the interrogatory answers continue to be deficient.

DISCOVERY SOUGHT:

The Interrogatories which Defendant claims were not properly answered by the Plaintiff are as follows:

1. Interrogatory No. 1:

Identify each person who furnished any information or documents in connection with the preparation of your answers.

Answer:

None

Objection to Answer:

Plaintiff has not answered the question.

2. Interrogatory No. 5:

Set forth your professional and employment history including:

    a. The names and addresses of each employer or business;

Answer:

AFDA see Attachment 1&2. (Attachment 1 is a letter from Dr. Zelman to Who Ever It May Concern and Attachment 2 is a letter to Attorney John Williams from Dr. G. Montgomery)

Objection to Answer:

Plaintiff has not answered the question.

    b. The dates of employment; and

Answer:

AFDA see Attachment 1&2. (Attachment 1 is a letter from Dr. Zelman to Who Ever It May Concern and Attachment 2 is a letter to Attorney John Williams from Dr. G. Montgomery)

Objection to Answer:

Plaintiff has not answered the question.

    c. List the job responsibilities at each place of employment.

Answer:

AFDA see Attachment 1&2.  (Attachment 1 is a letter from Dr. Zelman to Who Ever It May Concern and Attachment 2 is a letter to Attorney John Williams from Dr. G. Montgomery)

Objection to Answer:

Plaintiff has not answered the question.

The information sought is not privileged, relates to the defense of the Defendant who is seeking discovery, and is within the knowledge, possession and the power of the Plaintiff to whom discovery was addressed.

Dated at New Britain, Connecticut, this 17th day of May, 2005.

DEFENDANT, ONE CONSOLIDATED SCHOOL
DISTRICT OF NEW BRITAIN, CT

By Office of Corporation Counsel

 /s/ Irena J. Urbaniak_____
Irena J. Urbaniak
Attorney for Defendant
Office of Corporation Counsel
City of New Britain
27 West Main Street
New Britain, Connecticut 06051
Tel. (860) 826-3420
Fax  (860) 826-3397
iurbaniak@ch.ci.new-britain.ct.us
Federal Bar Number ct01322

CERTIFICATION

I hereby certify that on May 17, 2005, a copy of the above was mailed to the pro se plaintiff:

Felipe Mulero
746 Prospect Street
Wethersfield, Connecticut 06109

                                                  /s/ Irena J. Urbaniak
                                                  Irena J. Urbaniak
                                                  Attorney at Law