UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| FELIPE MULERO | : | |
|     Plaintiff | : | |
| | : | Case No. 3:02CV932 (CFD) |
| v. | : | |
| | : | |
| ONE CONSOLIDATED SCHOOL | : | |
| DISTRICT OF NEW BRITAIN, CT | : | |
|     Defendant | : | May 17, 2005 |

MOTION TO COMPEL ANSWERS TO QUESTIONS
AT DEPOSITION AND ORDER
<u>AWARDING EXPENSES, INCLUDING ATTORNEY'S FEES</u>

Pursuant to a United States District subpoena, the Defendant commenced taking Plaintiff's oral deposition on April 21, 2005, and April 26, 2005. During the deposition, the Plaintiff refused to answer questions regarding his employment history, refused to provide an authorization to obtain employment records, was evasive regarding his medical history and refused to provide a medical authorization to obtain his medical history.

The Defendant, pursuant to Rule 37 of the Federal Rules of Civil Procedure, respectfully applies for an order compelling the Plaintiff to produce any records relating to these subjects

and to answer verbally, at a continuation of his deposition, each of such questions and any others which may reasonably be asked based upon Plaintiff's answers and any additional records produced.

The testimony sought in each case is either itself relevant to the subject matters involved in this action or is reasonably calculated to lead to discovery of admissible evidence.

The Defendant further moves, pursuant to Rule 37(a)(4) of the Federal Rules of Civil Procedure, that it be awarded its costs incurred in seeking this discovery.

The relevant areas of discovery to which Defendant seeks responses, and the grounds thereof, are set forth in the attached memorandum. The counsel for the Defendant has also attached an affidavit certifying its attempt to obtain the information without the court's intervention.

```
                              DEFENDANT, ONE CONSOLIDATED SCHOOL
                              DISTRICT OF NEW BRITAIN, CT
                              By Office of Corporation Counsel

                               /s/ Irena J. Urbaniak_____
                              Irena J. Urbaniak
                              Attorney for Defendant
                              Office of Corporation Counsel
                              City of New Britain
                              27 West Main Street
                              New Britain, Connecticut 06051
                              Tel. (860) 826-3420
                              Fax  (860) 826-3397
                              iurbaniak@ch.ci.new-britain.ct.us
                -2-           Federal Bar Number ct01322
```

-3-

CERTIFICATION

I hereby certify that on May 17, 2005, a copy of the above was mailed to the pro se plaintiff:

Felipe Mulero
746 Prospect Street
Wethersfield, Connecticut 06109

    /s/ Irena J. Urbaniak
Irena J. Urbaniak
Attorney at Law