UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| FELIPE MULERO | : | |
|     Plaintiff | : | |
| | : | Case No. 3:02CV932 (CFD) |
| v. | : | |
| | : | |
| ONE CONSOLIDATED SCHOOL | : | |
| DISTRICT OF NEW BRITAIN, CT | : | |
|     Defendant | : | May 17, 2005 |

MOTION TO COMPEL ANSWERS TO QUESTIONS AT
DEPOSITION AND ORDER AWARDING EXPENSES,
INCLUDING ATTORNEY FEES AFFIDAVIT

The undersigned, Irena J. Urbaniak, being duly sworn, deposes and says the following:

1. I am over the age of eighteen (18) years of age.

2. I understand and believe in the obligation of an oath.

3. I am the attorney for the Defendant, One Consolidated School District of New Britain, CT, and as such represent it in the above-captioned case.

4. On April 21st and 26th, 2005, I deposed the Plaintiff in the above captioned matter.

5. During the deposition, the Plaintiff refused to answer questions regarding his employment history, refused to provide an authorization to obtain employment records, was evasive regarding his medical history and refused to provide a medical authorization to obtain his medical history.

6. I made several attempts to secure the answers without court action.

7. I was unsuccessful in obtaining the necessary information.

Dated at New Britain, Connecticut, this 17th day of May, 2005.

    /s/ Irena J. Urbaniak_____
    Irena J. Urbaniak

Subscribed and sworn to before me this 17th day of May, 2005.

    /s/ Mary C. Pokorski_____
    Mary C. Pokorski
    Commissioner of Superior Court