FILED
2005 MAY 31  P 4: 12
US DISTRICT COURT
HARTFORD CT

**United States District Court**
**District Of Connecticut**

| | |
|---|---|
| Felipe Mulero | : Case Number: 3: 02-CV-00932 |
| | : (CFD) |
| Vs. | : |
| | : |
| Consolidated School District | : |
| Of New Britain, Conn. | : May 24, 2005 |

## OBJECTION TO DEFENDANTS MOTION TO COMPEL FURTHER ANSWERS TO INTERROGATORIES AND MOTION FOR SACTION AS WELL AS MEMORANDUM IN SUPPORT FOR BOTH MOTIONS.

Now Comes the Plaintiff. Although, I am suffering from mental illness and I am acting as my own Attorney because I am without an income, I object to the Defendants motions.

**FACT**

I continue to cooperate with the Defendant; I have addressed the Interrogatories more then once. The Defendant is purposely delaying the judicial process and is fully aware that it is affecting me financially. The defendant is unreasonable and the Honorable Judge Thomas P. Smith denied the defendant motion for sanctions stating that it appears the

Plaintiff had addressed the outstanding discovery issues. I have answered the defendant interrogatories to the best of my knowledge. Although I am suffering from mental illness and I am acting as my own Attorney because I have no income. I have followed the Defendant instructions in answering the Interrogatories. I have complied in answering the interrogatories and the Honorable Judge Smith concurs. I have provided documentation. I stated my protected class and even provided medical proof as well. I have cooperated fully with the defendant even during her deposition. It is clear that the Defendant is purposely stalling this case from moving forward. I the Defendant should be denied AND MOVE THIS CASE FORWARD. The Plaintiff should be granted Summary Judgment and the Defendant mandated to process the Plaintiff Alternate Route to Teacher Certification (#009) to allow Plaintiff to work as a Bilingual Educator per Application on file for grades Pre-K-12 as monitored by the court to insure no further discrimination.

**Background**.

The civil action brought pursuant on the basis of employment discrimination based on National Origin: Puerto Rican and Retaliation for having filed a CHRO complaint and following up with an EEOC complaint to the Federal Court Level. Which violates the Title VII of the Civil Rights Act of 1964, 42 U.S.C 2000e,et seq. as amended as stated in count one of complaint. And violates the Connecticut Fair Employment Practices Act, Section 46a-58 and 46a-60 as stated in count two of complaint WHICH I AGREED TO WITHDRAW although I became time barred because I tried to allow the Defendant an opportunity to correct its discriminating practices. Instead they fired me in May 2002 so I have no choice but to pursue this case. I, Felipe Mulero filed an application for a Technology Education Position in the summer of 2000 and I was very qualified to teach

Technology Education in addiction to being certified as a Bilingual Educator as well. I was highly recommended by very good references. I had over 8 years of Professional teaching experience in Occupational Trades (Drafting) Technology and a Masters of Science in Technology. While, I was the only bilingual candidate from Puerto Rico who applied and I was encouraged to apply for the teaching position to encourage diversity among teachers within an over 60% bilingual student school district; I was denied the position to a lesser teaching experienced White male candidate without a Masters in Technology, nor did he have as many years of teaching experience and was not CERTIFIED as a bilingual Educator #009 Certificate. The Technology Education Dept. is an all white teaching Department who are hand picked by their White Supervisor: Thomas Menditto. See Attachment-2

1. I have continued to seek employment as a full time certified bilingual teacher at the One Consolidated School District of New Britain of wish I am qualified and had been certified as an CT #009 Bilingual Educator in 1999-2000. I continued to be denied time and time again even for an interview since I filed the CHRO and EEOC complaint to date.

2. In Winter/ Spring of 2002 I was hired as a substitute teacher and Interim Spanish teacher and was fired once the Head of the Human Resource Department: Scott Mcdonald became aware of my employment. Although I was highly recommended by the then Principal: Ernest Norcerino of the School: Pulaski Middle School who was later fired as well to insure I would not be rehired.

3. I was released without due process in May of 2002 although the Principal thought I was a good worker. See attached A-1. The Principal was also fired as well soon after.

4. The One Consolidated School District of New Britain continues to discriminate to this date. I am highly qualified and lesser-qualified candidates are hired over me. The New Britain School District continues to retaliate since I filed a CHRO complaint followed up on the EEOC complaint and continuing with Federal Complaint 3:02-CV-00932 (CFD). In the Summer of 2002 I applied for a Bilingual Teaching position (Pre-K-12). I was passed up by the Smith Elementary School for a 1st grade position by a lesser-qualified female candidate: Deyanira Vazquez who had no prior Professional teaching experience and she did even pass the Praxis I test required for certification upon being hired. I had passed the Praxis I and I had prior teaching experience as well. In Fact Female Candidate was not to have been admitted nor been allowed to graduate from the Alternate Route to Teacher Certification Program II because she did meet the minimum requirements of being certifiable as a Bilingual Educator #009 certification. Female Candidate: Deyanira Vazquez was not certifiable at the time of Hire and was less qualified then I. We had both completed the same Alternate Route to Teacher Certification program together. Yet in 1999-2000 I was hired for a 6th grade Bilingual at Pulaski Middle School position. I was better qualified for the position then Female Candidate: Deyanira Vazquez.

5. I later that year in December 12, 2002 I applied for a 1st grade position at the Chamberlain School and that as well as many other positions remained without a certified Bilingual Teacher since they passed me up. I have become depressed and

under emotional duress in addiction to having to act as my own attorney without help. My rights are being violated and I am acting under duress. In the Summer of 2003 I was never called for an interview. I once again re-applied in October 9, 2003 for a 7th grade Bilingual position at Pulaski Middle School where I was hired previously in 1999-2000 but was passed up also by a less qualified uncertified Female candidate. I was not considered for an interview again. I am trying my best to respond to the defendant attorney under duress and the Defendant is clearly not fair.

6. I believe that in the name of justice the Motion to Compel Further Answers to Interrogatories and Motion for Sanctions should be denied. I have answered her questions adequately. I should be allowed to go straight to trial where a Jury should be allowed to decide the merits of this case. I know the Jury will seek Justice in the name of God or the Plaintiff should be granted Summary Judgment and the Defendant mandated to process the Plaintiff Alternate Route to Teacher Certification (#009) to allow Plaintiff to work as a Bilingual Educator per Application on file for grades Pre-K-12 as monitored by the court to insure no further discrimination.

7. This case merits a trial date by a jury to decide the merits of the arguments & Justice or the Plaintiff should be granted Summary Judgment and the Defendant mandated to process the Plaintiff Alternate Route to Teacher Certification (#009) to allow Plaintiff to work as a Bilingual Educator per Application on file for grades Pre-K-12 as monitored by the court to insure no further discrimination. In addition on 8/26/04 I was accused of wrongdoing and being punished by the One Consolidated School District of New Britain since I had requested a cancellation of one of my teaching

Certifications in March of 2004, which is deemed, revoked once it becomes coded as surrendered on record. I could still reapply for it if I wish should I need it. Yet I still hold other teaching certification in the State of Conn. i.e CT 107 & I have certification in the State of New York for Superintendent, Principal, & School Business Manager. The One Consolidated School District of New Britain has taken a position not to consider any of my applications on file because I am on the State of Conn. List of revoked teaching certifications when I volunteered to surrender one of certifications on my own accord. I did this voluntarily on my own in March of 2004 last year.

8. On 8/26/04 afternoon, New Human Resource Director: Dr. Herbert F. Pandiscio informed me that Former H.R Director Scott Mcdonald instructed him not to hire Felipe Mulero and I was accused of wrong doing. I had asked him what did I do and he said he did not know & could not answer why he would not hire me or consider my applications on file. The discrimination continues and it gets passed on without reason. On or about February 27, 2005 I updated my on filed application and on or about March 8, 2005 I was informed by New Human Resources Director: Bill Colton that my application which I had re-submitted for this year will not be considered because my name appears on a list of surrendered teaching certification which was done voluntarily. All of which is not valid from keeping me from being employed as a Male BILINGUAL Instructor who completed the ALTERNATE TO TEACHER CERTIFICATION JUST AS THEY HIRE MISS. VAZQUEZ AT Smith Elementary. School In the Summer of 2002 and yet they refuse to hire me.

9. To this point Your Honor I have suffered emotional distress and mental anguish as well as Depression in my daily life without an income to pay my daily expenses. I suffer with mental anguish and I have no health care to receive the necessary treatment I so desperately need. The damages are over four years of back pay since September of 1999 starting at a salary of about 72,467 per year and damages as stated in my MOTION FOR Summary JUDGEMENT and my retroactive teacher retirement had I been hired with my credited teaching years of experience. I also ask for over five years of credited retirement time added to my State of Connecticut Teacher Retirement once established. Wherefore the plaintiff claims judgment against the defendant for compensatory damages, punitive damages, attorney fees, costs, and such equitable relief as this court shall consider fair and reasonable.

Plaintiff Pro Se Felipe Mulero

By _____

Felipe Mulero. Pro Se
746 Prospect Street
Wethersfield, CT 06109

**Certificate of Service:**

I hereby certify that a copy of Foregoing Motion to Continue Law Suit to Trial was sent to The One Consolidated School District of New Britain by hand delivery to 27 West Main Street in New Britain, CT On 5/26/06. Attorney: Irena Jadwiga Urbaniak Office.



Consolidated School District of New Britain
**Pulaski Middle School**
**Ernest Nocerino, Principal**
**E. Ann Carabillo, Assistant Principal**
757 Farmington Avenue
New Britain, Connecticut 06053
(860) 225-7665   Fax (860) 223-3840

March 25, 2002

To Whom It May Concern:

I am pleased to write this recommendation for Felipe Mulero. During the 2001-2002 school year Mr. Mulero has performed in the capacity of a substitute teacher, covering a variety of subject areas. His most recent assignment was teaching a Spanish class for 6-weeks while the full time teacher was on maternity leave. In addition to teaching this class he also student taught in a bilingual classroom to qualify for his certification as a bilingual teacher.

I have found that Mr. Mulero approaches his assignments in a professional manner. He willingly accepts any assignment. He is an upbeat individual who always has a smile and a greeting for everyone. He has done a fine job at Pulaski Middle School.

Respectfully,

Ernest R. Nocerino

New England Association of Schools and Colleges Accredited Member
Middle Grade School State Policy Initiative Systemic Change School



Attachment #1

# Technology Education Certified teachers (indicating race)

8/27/01

| Location | Last Name | First Name | Race | Sex |
|---|---|---|---|---|
| New Britain High | Thibault | Cynthia | W | F |
| New Britain High | Slepski | Henry | W | M |
| Roosevelt | Anderson | Scott | W | M |
| Slade | Bechard | Jeffrey | W | M |
| New Britain High | Blasius | John | W | M |
| New Britain High | Carey | William | W | M |
| Pulaski | Carey, Jr. | William | W | M |
| New Britain High | Dansro | Wayne | W | M |
| New Britain High | Dizney | Thomas | W | M |
| New Britain High | Fuller | William | W | M |
| Roosevelt | Larkin | Scott John | W | M |
| New Britain High | Malinowski | Thomas | W | M |
| Pulaski | Ouellette | John | W | M |
| New Britain High | Staves | Mark | W | M |

STATE OF CONNECTICUT  State Board of Education

*Theodore S. Sergi*
Theodore S. Sergi
Commissioner of Education

Peter Behuniak, Acting Chief
Bureau of Certification and Professional Development

**FELIPE L. MULERO**
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
**INITIAL EDUCATOR**
October 12, 2002 TO October 11, 2005
External Diploma Program/Noncredit Mandated Programs (107)   10/12/2002
(End of List)

THE FACE OF THIS CERTIFICATE HAS A TEXTURED BLUE (NOT WHITE) BACKGROUND

STATE OF CONNECTICUT   State Board of Education

Theodore S. Sergi
Commissioner of Education

Abigail L. Hughes, Chief
Bureau of Certification and Teacher Preparation

**FELIPE L. MULERO**
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
**INTERIM INITIAL EDUCATOR**
September 13, 1999 TO September 12, 2000

Bilingual (009)   09/13/1999
(End of List)

DEFICIENCY: 3 SEMESTER HOURS CREDIT EACH: FOUNDATIONS
OF BILINGUAL EDUCATION, METHODS OF TEACHING ESL
DEFERRAL REQUEST: VALID ONLY FOR NEW BRITAIN BD OF ED



**University of the State of New York**
**Education Department**

## Public School Teacher Certificate

*This certificate, valid for service in the public schools, is granted to the person named below who has satisfied the requirements prescribed by the State Education Department.*

### FELIPE MULERO

Certification area: **SCHOOL BUSINESS ADMINISTRATOR**

*Form: **PERMANENT***
(over)

Effective date: **09/01/02**

Certificate number: **049685923**

Control number: **154959021**

Given under the authority of
the State Education Department

Administrator, Teacher Certification

Commissioner of Education