FILED

2005 MAY 31  P 4:12

US DISTRICT COURT
HARTFORD CT

United States District Court
District Of Connecticut


Felipe Mulero                                : Case Number: 3: 02-CV-00932
                                             : (CFD)
Vs.                                          :
                                             :
Consolidated School District                :          31 ⓞ
Of New Britain, Conn.                        : May 24, 2005


## OBJECTION TO DEFENDANTS MOTION TO COMPEL FURTHER ANSWERS

## AT DEPOSITION & ORDER FOR EXPENSES FOR ATTORNEY'S FEES

## ESPECIALLY WHEN THE DEFENDANT IS UNREASONABLE & VIOLATES

## MY RIGHT TO PRIVACY.


Now Comes the Plaintiff. Although, I am suffering from mental illness and I am acting as

my own Attorney because I am without an income, I object to the Defendants motions.

The Defendant continues to under mind a Federal Judge who has yet to rule on the

Motion of Limiting concerning limiting the Interrogatories to fall within the Scope of the

Defendants employment history. Now the Defendant wishes to indulge herself to my

employment history during her deposition on April 21 & 26 of 2005 as well medical

history and even asked me ridicules questions concerning my personal financing.

**FACT**

I continue to cooperate with the Defendant; I have addressed the Interrogatories more then once to the best of my knowledge. The Defendant is purposely delaying the judicial process and is fully aware that it is affecting me financially. During the Deposition the Defendant out of Hate and Malice refused to even give me a voucher for my parking expenses when I came to see her in her office. The defendant would not even help me with parking expense on the second Deposition Hearing. On the First Deposition I have given a parking citation. That is wrong. I have cooperated with the defendant and she is unreasonable. The Honorable Judge Thomas P. Smith denied the defendant motion for sanctions stating that it appears the Plaintiff had addressed the outstanding discovery issues pertaining to the Interrogatories and they had contained medical and explanations with the required proof as to why I could not answer questions pertaining to my Medical History. Medical and Employment records are confidential and I wish to exercise my right to keep them confidential. I have answered the defendant interrogatories to the best of my knowledge. Although, I am suffering from mental illness and I am acting as my own Attorney because I have no income, I want my right to privacy concerning my Medical and Employment records as well as my Educational records to remain confidential. I have followed the Defendant instructions in answering the Interrogatories. I have complied in answering the interrogatories and the Honorable Judge Smith concurs. I have provided Medical documentation as requested by the Defendant. I stated my protected class and even provided medical proof as well. I have cooperated fully with the defendant even during her deposition but the Defendant is unreasonable. It is clear that

the Defendant is purposely stalling this case from moving forward. The Defendant should be denied the Motion to Compel Answers to Questions At Deposition And No Order Awarding Expenses, Including Attorney's Fees. AND THIS CASE Should Be Moved FORWARD. The Plaintiff should be granted Summary Judgment and the Defendant mandated to process the Plaintiff Alternate Route to Teacher Certification (#009) to allow Plaintiff to work as a Bilingual Educator per Application on file for grades Pre-K-12 as monitored by the court to insure no further discrimination continues.

**Background**.

The case is an employment matter whereby candidate: Felipe Mulero has applied since 1999 for a Bilingual Position (Pre-K-12) and latter a Bilingual Technology Educators (Pre-K-12) Position at the One Consolidated School District of New Britain which continues to discriminate and refuses to hire Candidate: Felipe Mulero who has applied and continued to apply for a Bilingual Educators Position (Pre-K-12) position to the present. Although, I find myself without an Attorney because I can not afford one I wish to court to reserve my civil and constitutional right to restore my employment My application is not being considered even for an interview and I am a well qualified Male candidate. Bilingual Education is a Federally Mandated and Funded Program in the State of Connecticut pertaining to the Civil Rights of students right to learn and have properly qualified teachers to teach them. I ask that the Federal Judicial Court mandate that I be hired with back pay, benefits including retirement credit and Punitive Damages, which this court finds fair.

The civil action brought pursuant on the basis of employment discrimination based on

National Origin: Puerto Rican and Retaliation for having filed a CHRO complaint since

2000 and following up with an EEOC complaint since 2000 brought to the Federal Court

Level in May 2002 involving the Qualifications of a Male Bilingual Applicant Felipe

Mulero who Has Applied for a Bilingual Teaching and as a Bilingually Certified &

Technology Educator (DSAP) per the School district Affirmative Action Employment

Policy/ EOE but was denied the job to lesser qualified candidates due to discrimination.

Which violates the Title VII of the Civil Rights Act of 1964, 42 U.S.C  2000e,et seq. as

amended as stated in count one of complaint.  And violates the Connecticut Fair

Employment Practices Act, Section 46a-58 and 46a-60 as stated in count two of

complaint WHICH I AGREED TO WITHDRAW because I became time barred since I

tried to allow the Defendant an opportunity to correct its discriminating practices when I

was hired and should have rehire in September of 2002. Instead they fired me in May

2002 so I have no choice but to pursue this case further or the Employer will continue to

discriminate. I, Felipe Mulero filed an application for a Technology Education Position in

the summer of 2000 and I was very qualified to teach Technology Education as a

Bilingually certified candidate in addiction to being a qualified as a Bilingual Educator as

well. I was highly recommended by very good references. I had over 8 years of

Professional teaching experience in Occupational Trades (Drafting) Technology and a

Masters of Science in Technology. While, I was the only bilingual candidate from Puerto

Rico who applied and I was encouraged to apply for the teaching position to encourage

diversity among teachers within an over 60% bilingual student school district. I was

denied the position to a lesser teaching experienced White male candidate without a

Masters in Technology, nor did he have as many years of teaching experience and was

not CERTIFIED as a bilingual Educator #009 Certificate. The Technology Education

Dept. is an all white teaching Department who are hand picked by their White

Supervisor: Thomas Menditto who discriminates in employment. See Attachment-2

1. I have continued to seek employment as a full time certified bilingual teacher at the

   One Consolidated School District of New Britain of wish I am qualified and had been

   certified as an CT #009 Bilingual Educator in 1999-2000. I continued to be denied

   time and time again even for an interview since I filed the CHRO and EEOC

   complaint and I am pursuing Federal Case No. 3:02CV932 (CFD) to date while

   application remains on file and I continues to be retailiated against by the One

   Consolidated School District of New Britain.

2. In winter of 2002 I was hired as a substitute teacher and Interim Spanish teacher and

   was fired once the Head of the Human Resource Department: Scott Mcdonald once

   he became aware of my employment. Although I was highly recommended by the

   then Principal: Ernest Norcerino of the School: Pulaski Middle School who was later

   fired as well to insure I would not be rehired in September of 2002 when I was passed

   to a lesser qualified Female Bilingual candidate with no Prior Teaching Experience.

3. I was released without due process in May of 2002 although the Principal thought I

   was a good worker. See attached A-1. The Principal was also fired as well soon after.

4. The One Consolidated School District of New Britain continues to discriminate and

   retaliate to date. I am highly qualified and lesser-qualified candidates are hired over

me. The New Britain School District continues to retaliate since I filed a CHRO complaint followed up on the EEOC complaint and continuing with Federal Complaint 3:02-CV-00932 (CFD). In the Summer of 2002 I applied for a Bilingual Teaching position (Pre-K-12). I was passed up by the Smith Elementary School for a 1st grade position by a lesser-qualified female candidate: Deyanira Vasquez who had no prior Professional teaching experience and she did even pass the Praxis I test required for certification upon being hired. I had passed the Praxis I and I had prior teaching experience as well. In Fact Female Candidate: Deyanira Vasquez was not to have been admitted nor been allowed to graduate from the Alternate Route to Teacher Certification Program II because she did meet the minimum requirements of being certifiable as a Bilingual Educator #009 certification having not passed Praxis I required to become certified. Female Candidate: Deyanira Vasquez was not certifiable at the time of Hire and was less qualified then I. We had both completed the same Alternate Route to Teacher Certification program together. Yet in 1999-2000 I was hired for a 6th grade Bilingual at Pulaski Middle School position. I was better qualified for the position then Female Candidate: Deyanira Vazquez.

5. I later that year in December 12, 2002 I applied for a 1st grade position at the Chamberlain School and that as well as many other positions remained without a certified Bilingual Teacher since they passed me up. I have become depressed and under emotional duress in addiction to having to act as my own attorney without help. My rights are being violated and I am acting under duress. In the Summer of 2003 I was never called for an interview. I once again re-applied in October 9, 2003 for a 7th grade Bilingual position at Pulaski Middle School where I was hired previously in

1999-2000 but was passed up also by a less qualified uncertified Female candidate. I was not considered for an interview again. I am trying my best to respond to the defendant attorney under duress and the Defendant is clearly not fair and asking unreasonable questions which are protected Federally and confidential concerning Employment and Medical records.

6. I believe that in the name of justice the Motion to Compel Further Answers to Interrogatories and Motion for Sanctions should be denied as well as the Motion to Compel Answers to Questions at Deposition and Awarding Attorney's Fees and Expenses are unjust. I have answered her questions adequately. This is an employment of Felipe Mulero Vs. The Defendant not concerning my past Employment records or my past Medical records both are confidential and should remain so. I should be allowed to go straight to trial where a Jury should be allowed to decide the merits of this case. I know the Jury will seek Justice in the name of God or the Plaintiff should be granted Summary Judgment and the Defendant mandated to process the Qualified Plaintiff Alternate Route to Teacher Certification (#009) to allow the Plaintiff to work as a Bilingual Educator per Application on file for grades Pre-K-12 as monitored by the court to insure no further discrimination.

7. This case merits a trial date by a jury to decide the merits of the arguments & Justice or the Plaintiff should be granted Summary Judgment and the Defendant mandated to process the Qualified Plaintiff Alternate Route to Teacher Certification (#009) to allow Plaintiff to work as a Bilingual Educator per Application on file for grades Pre-K-12 as monitored by the court to insure no further discrimination. In addition on

8/26/04 I was accused of wrongdoing and being punished by the One Consolidated

School District of New Britain since I had requested a cancellation of one of my

teaching Certifications in March of 2004, which is deemed, revoked once it becomes

coded as surrendered on record. I could still reapply for it if I wish should I need it.

Yet I still hold other teaching certification in the State of Conn i.e. CT 107 see

Attachment 3 & I have certification in the State of New York for Superintendent,

Principal, & School Business Manager. The One Consolidated School District of

New Britain has taken a position not to consider any of my applications on file

because I am on the State of Conn. List of revoked teaching certifications when I

volunteered to surrender one of certifications on my own accord. I did this voluntarily

on my own in March of 2004 last year.


8.  On 8/26/04 afternoon, New Human Resource Director: Dr. Herbert F. Pandiscio

    informed me that Former H.R Director Scott Mcdonald instructed him not to hire

    Felipe Mulero and I was accused of wrong doing. I had asked him what did I do and

    he said he did not know & could not answer why he would not hire me or consider

    my applications on file? The discrimination continues and it gets passed on without

    reason. On or about February 27, 2005 I updated my on filed application and on or

    about March 8, 2005 I was informed by New Human Resources Director: Bill Colton

    that my application which I had updated and re-filed will not be considered because I

    had surrendered my teaching certification which was done voluntarily. All of which is

    not valid from keeping me from being employed as a Male BILINGUAL Instructor.

9.  To this point Your Honor I have suffered emotional distress and mental anguish as

well as Depression in my daily life without an income to pay my daily expenses. I

suffer with mental anguish and I have no health care to receive the necessary

treatment I so desperately need. The damages are over four years of back pay since

September of 1999 starting at a salary of about 72,467 per year had I been hired with

my credited teaching years of experience. I also ask for over five years of credited

retirement time added to my State of Connecticut Teacher Retirement once

established. Wherefore the plaintiff claims judgment against the defendant for

compensatory damages, punitive damages, attorney fees, costs, and such equitable

relief as this court shall consider fair and reasonable.

Plaintiff Pro Se Felipe Mulero

By _____

Felipe Mulero. Pro Se
746 Prospect Street
Wethersfield, CT 06109

**Certificate of Service:**

I hereby certify that a copy of Foregoing Motion to Continue Law Suit to Trial was sent
to The One Consolidated School District of New Britain by hand delivery to 27 West
Main Street in New Britain, CT On 5/26/06. Attorney: Irena Jadwiga Urbaniak Office.

Attachment 1




Consolidated School District of New Britain
**Pulaski Middle School**
**Ernest Nocerino, Principal**
**E. Ann Carabillo, Assistant Principal**
757 Farmington Avenue
New Britain, Connecticut 06053
(860) 225-7665   Fax (860) 223-3840

March 25, 2002

To Whom It May Concern:

I am pleased to write this recommendation for Felipe Mulero. During the 2001-2002 school year Mr. Mulero has performed in the capacity of a substitute teacher, covering a variety of subject areas. His most recent assignment was teaching a Spanish class for 6-weeks while the full time teacher was on maternity leave. In addition to teaching this class he also student taught in a bilingual classroom to qualify for his certification as a bilingual teacher.

I have found that Mr. Mulero approaches his assignments in a professional manner. He willingly accepts any assignment. He is an upbeat individual who always has a smile and a greeting for everyone. He has done a fine job at Pulaski Middle School.

Respectfully,

Ernest R. Nocerino


New England Association of Schools and Colleges Accredited Member
Middle Grade School State Policy Initiative Systemic Change School



Attachment 2

# Technology Education Certified teachers (indicating race)

8/27/01

| Location | Last Name | First Name | Race | Sex |
|---|---|---|---|---|
| New Britain High | Thibault | Cynthia | W | F |
| New Britain High | Slepski | Henry | W | M |
| Roosevelt | Anderson | Scott | W | M |
| Slade | Bechard | Jeffrey | W | M |
| New Britain High | Blasius | John | W | M |
| New Britain High | Carey | William | W | M |
| Pulaski | Carey, Jr. | William | W | M |
| New Britain High | Dansro | Wayne | W | M |
| New Britain High | Dizney | Thomas | W | M |
| New Britain High | Fuller | William | W | M |
| Roosevelt | Larkin | Scott John | W | M |
| New Britain High | Malinowski | Thomas | W | M |
| Pulaski | Ouellette | John | W | M |
| New Britain High | Staves | Mark | W | M |

Attachment 3
Certification



STATE OF CONNECTICUT

*Theodore S. Sergi*

_____
Theodore S. Sergi
Commissioner of Education

State Board of Education

*Peter Behuniak*

_____
Peter Behuniak, Acting Chief
Bureau of Certification and Professional Development

**FELIPE L. MULERO**
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
**INITIAL EDUCATOR**
October 12, 2002 TO October 11, 2005
External Diploma Program/Noncredit Mandated Programs (107)          10/12/2002
(End of List)

THE FACE OF THIS CERTIFICATE HAS A TEXTURED BLUE (NOT WHITE) BACKGROUND



STATE OF CONNECTICUT

*Theodore S. Sergi*

_____
Theodore S. Sergi
Commissioner of Education

State Board of Education

*Abigail L. Hughes*

_____
Abigail L. Hughes, Chief
Bureau of Certification and Teacher Preparation

**FELIPE L. MULERO**
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
**INTERIM INITIAL EDUCATOR**
September 13, 1999 TO September 12, 2000

Bilingual (009)                                              09/13/1999
(End of List)


DEFICIENCY: 3 SEMESTER HOURS CREDIT EACH: FOUNDATIONS
OF BILINGUAL EDUCATION; METHODS OF TEACHING ESL
DEFERRAL REQUEST: VALID ONLY FOR NEW BRITAIN BD OF ED



University of the State of New York
The University of the State of New York
Education Department

## Public School Teacher Certificate

*This certificate, valid for service in the public schools, is granted to the person named below who has satisfied the requirements prescribed by the State Education Department.*


# FELIPE  MULERO


Certification area  SCHOOL  BUSINESS  ADMINISTRATOR

*Form:  **PERMANENT**
(over)

Effective date:  **09/01/02**

Certificate number   **049685923**

Control number   **154959021**

Given under the authority of
the State Education Department.

*Charles C. Mackey, Jr.*
Administrator, Teacher Certification

*[signature]*
Commissioner of Education