FILED

2005 JUN -3 P 3: 50

US DISTRICT COURT
HARTFORD CT

## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

FELIPE MULERO
    PLAINTIFF

    V.

ONE CONSOLIDATED SCHOOL
DISTRICT OF NEW BRITAIN, CT
    DEFENDANT

: Case No. 3:02CV932 (CFD)
:
:
:
:
: June 3
: April 9, 2005


**OBJECTION TO DEFENDANT'S RESPONSE TO PLAINTIFF "MOTION TO ESTABLISH A CEASE AND DESIST ORDER WITH COURT INJUSTION TO REOPEN CASE FILE 3:02CV932 (CFD) IMMEDAITEDLY SHOULD ANY UNFAIR LABOR PRACTICE CONTINUE.**


Now Comes the Plaintiff to OBJECT Defendant's RESPONCCE to ABOVE motion AND requests the Judge to STOP The One Consolidated School District of New Britain FROM dismissing me for no reason just as they did fire me in May of 2002 even when I was recommended by the Principal of Pulaski Middle School. As a result the Principal: Mr. Norcerino was then fired shortly after as well to ensure I would not be rehired. My current application is also not being considered by the Defendant who is in Kahoots with the State of Connecticut to stop me from being hired or certified, See Attac

1. These outrageous acts are a blatant disrespect for the law by the Defendant to deceive a Federal Judge, which constitutes a clear misrepresentation and an act of making a mockery of Justice. These acts should be penalized. I ask the court to deny the Defendant right to have anymore Summary Judgment because the nature of the Defendant arguments are done under false statements designed to deceive the court and delay the court proceeding. The Defendant expects the Judge to comply to the rules while the Defendant makes a mockery of Justice. The Defendant should not be allowed to continue in a meaningless rampage at the expense of the Plaintiff who is without an income, suffering from ongoing emotional distress and depression while being denied a livelihood.

Plaintiff, Pro Se'

Felipe Mulero

Felipe Mulero, Plaintiff
746 Prospect Street
Wethersfield, CT 06109
Cell (860) 593-5537
Home (860) 436-2424

Certification

I certify that a copy of this foregoing motion was sent to the Defendant's Counsel Irena J. Urbaniak Office of Corporate Counsel, City of New Britain, Conn. 27 West Main Street New Britain, Conn. 06051. June 3, 2005



Consolidated School District of New Britain
**Pulaski Middle School**
**Ernest Nocerino, Principal**
E. Ann Carabillo, Assistant Principal
757 Farmington Avenue
New Britain, Connecticut 06053
(860) 225-7665    Fax (860) 223-3840

March 25, 2002

To Whom It May Concern:

I am pleased to write this recommendation for Felipe Mulero. During the 2001-2002 school year Mr. Mulero has performed in the capacity of a substitute teacher, covering a variety of subject areas. His most recent assignment was teaching a Spanish class for 6-weeks while the full time teacher was on maternity leave. In addition to teaching this class he also student taught in a bilingual classroom to qualify for his certification as a bilingual teacher.

I have found that Mr. Mulero approaches his assignments in a professional manner. He willingly accepts any assignment. He is an upbeat individual who always has a smile and a greeting for everyone. He has done a fine job at Pulaski Middle School.

Respectfully,

*Ernest R. Nocerino*

Ernest R. Nocerino



New England Association of Schools and Colleges Accredited Member
Middle Grade School State Policy Initiative Systemic Change School

