FILED

2005 JUN -3 P 3: 51

US DISTRICT COURT
HARTFORD CT

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FELIPE MULERO
 PLAINTIFF             : Case No. 3:02CV932 (CFD)

V.

ONE CONSOLIDATED SCHOOL     : June 3,
DISTRICT OF NEW BRITAIN, CT      :~~APRIL 9,~~ 2005
 DEFENDANT

**OBJECTION TO DEFENDANT MOTION FOR PROTECTIVE ORDER.**

**MOTION TO DENY MOTION FOR PROTECTIVE ORDER.**

Now Comes the Plaintiff to OBJECT TO Defendant's **MOTION FOR PROTECTIVE ORDER**. The Defendant has formulated many untrue and frivolous statements, which are based on deception to lure the Judge into granting the One Consolidated School District of New Britain a Summary Judgment. I HAVE AN OBLIGATION TO INFORM THE JUDGE OF THESE Deceptive law tactics so the judge could rule with the knowledge of truth!

1. The Defendant had made several attempts at a Motion for Summary Judgment from the start and all have failed. On September 3, 2004 at Summary Judgment Hearing the Defendant had made several attempts for Summary Judgment once

more on the basis that the Plaintiff Right to sue had expired. The Judge ruled under Federal Rules that the Plaintiff did not surpass his right to sue dead line.

2. The Defendant then made several false statements to deceive the Judge that the Plaintiff was not properly qualified to teach and requested an extension. The Defendants Interrogatories were also frivolous & meaningless to further delay.

3. The extension was based on several untrue frivolous statements made to a Federal Judge to lure the court into granting an extension concerning the Plaintiff qualifications/ certifications. The Defendant has demonstrated little respect for Justice and is making a mockery of the Federal Court Judicial Proceeding. This constitutes a clear misrepresentation before a Federal Judge to lure the Court into a deceptive tactic in granting an extension in the First Place.

4. I am properly certified to teach in the State of Connecticut and the State of New York with several years of teaching experience. In fact, I very well qualified. See Attachment 1 and 2.

5. These outrageous acts are a blatant disrespect for the law by the Defendant to deceive a Federal Judge, which constitutes a clear misrepresentation and an act of making a mockery of Justice. These acts should be penalized. I ask the court to deny the Defendant right to have anymore Summary Judgment because the nature of the Defendant arguments are done under false statements designed to deceive

the court and delay the court proceeding. The Defendant expects the Judge to comply to the rules while the Defendant makes a mockery of Justice. The Defendant should not be allowed to continue in a meaningless rampage at the expense of the Plaintiff who is without an income, suffering from ongoing emotional distress and depression while being denied a livelihood.

Plaintiff, Pro Se'

Felipe Mulero

*[signature: Felipe Mulero]*

Felipe Mulero, Plaintiff

746 Prospect Street

Wethersfield, CT 06109

Cell (860) 593-5537

Home (860) 436-2424

Certification

I certify that a copy of this foregoing motion was sent to the Defendant's Counsel Irena J. Urbaniak Office of Corporate Counsel, City of New Britain, Conn. 27 West Main Street New Britain, Conn. 06051.  June 3, 2005 *FM*

*Attachment 1*

STATE OF CONNECTICUT  State Board of Education

_Theodore S. Sergi_  _Peter Behuniak_
Theodore S. Sergi Peter Behuniak, Acting Chief
Commissioner of Education Bureau of Certification and Professional Development

FELIPE L. MULERO
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
**INITIAL EDUCATOR**
October 12, 2002 TO October 11, 2005

External Diploma Program/Noncredit Mandated Programs (107) 10/12/2002
(End of List)

---

STATE OF CONNECTICUT  State Board of Education

_Theodore S. Sergi_ _Abigail L. Hughes_
Theodore S. Sergi Abigail L. Hughes, Chief
Commissioner of Education Bureau of Certification and Teacher Preparation

FELIPE L. MULERO
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
**INTERIM INITIAL EDUCATOR**
September 13, 1999 TO September 12, 2000

Bilingual (009) 09/13/1999
(End of List)

DEFICIENCY: 3 SEMESTER HOURS CREDIT EACH: FOUNDATIONS
OF BILINGUAL EDUCATION, METHODS OF TEACHING ESL
DEFERRAL REQUEST: VALID ONLY FOR NEW BRITAIN BD OF ED

---

**University of the State of New York**
**State Education Department**

## Public School Teacher Certificate

*This certificate, valid for service in the public schools, is granted to the person named below who has satisfied the requirements prescribed by the State Education Department.*

### FELIPE MULERO

Certification area: **SCHOOL BUSINESS ADMINISTRATOR**

*Form: **PERMANENT** Certificate number: 049685923
(over)
Effective date: 09/01/02 Control number: 154959021

Given under the authority of
the State Education Department

Administrator, Teacher Certification Commissioner of Education

Attachment 8



Consolidated School District of New Britain
**Pulaski Middle School**
**Ernest Nocerino, Principal**
**E. Ann Carabillo, Assistant Principal**
757 Farmington Avenue
New Britain, Connecticut 06053
(860) 225-7665   Fax (860) 223-3840

March 25, 2002

To Whom It May Concern:

I am pleased to write this recommendation for Felipe Mulero. During the 2001-2002 school year Mr. Mulero has performed in the capacity of a substitute teacher, covering a variety of subject areas. His most recent assignment was teaching a Spanish class for 6-weeks while the full time teacher was on maternity leave. In addition to teaching this class he also student taught in a bilingual classroom to qualify for his certification as a bilingual teacher.

I have found that Mr. Mulero approaches his assignments in a professional manner. He willingly accepts any assignment. He is an upbeat individual who always has a smile and a greeting for everyone. He has done a fine job at Pulaski Middle School.

Respectfully,

Ernest R. Nocerino



New England Association of Schools and Colleges Accredited Member
Middle Grade School State Policy Initiative Systemic Change School

