UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| FELIPE MULERO | : | |
|     Plaintiff | : | |
| | : | Case No. 3:02CV932 (CFD) |
| v. | : | |
| | : | |
| ONE CONSOLIDATED SCHOOL | : | |
| DISTRICT OF NEW BRITAIN, CT | : | |
|     Defendant | : | June 17, 2005 |

APPEARANCE
---

TO THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF CONNECTICUT

Please enter my appearance as attorney for the defendant, One Consolidated School District of New Britain, CT, in the above-entitled action.

    DEFENDANT, ONE CONSOLIDATED SCHOOL
    DISTRICT OF NEW BRITAIN, CT

    By Office of Corporation Counsel

    _/s/ Mary C. Pokorski_____
    Mary C. Pokorski
    Attorney for Defendant
    Office of Corporation Counsel
    City of New Britain
    27 West Main Street
    New Britain, Connecticut 06051
    Tel. (860) 826-3420
    Fax  (860) 826-3397
    mpokorski@ch.ci.new-britain.ct.us
    Federal Bar Number ct18903

-2-

CERTIFICATION

I hereby certify that on June 17, 2005, a copy of the above was mailed to the pro se plaintiff:

Felipe Mulero
746 Prospect Street
Wethersfield, Connecticut 06109

_/s/ Mary C. Pokorski_____
Mary C. Pokorski
Attorney at Law