UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| FELIPE MULERO : | |
|     Plaintiff : | |
| : | Case No. 3:02CV932 (CFD) |
| v. : | |
| : | |
| ONE CONSOLIDATED SCHOOL : | |
| DISTRICT OF NEW BRITAIN, CT : | |
|     Defendant : | June 17, 2005 |

MOTION FOR EXTENSION OF TIME

The Defendant, One Consolidated School District of New Britain, CT, hereby requests a thirty day extension of time until July 22, 2005, to respond to the plaintiff's Motion to Deny Motion for Protective Order and Motion of Limiting Deposition. This extension is necessary as Attorney Irena Urbaniak who has been handling this matter has been out of the office on an extended illness. She was recently hospitalized for approximately one week and is now recuperating at home.

                                              DEFENDANT, ONE CONSOLIDATED SCHOOL
                                              DISTRICT OF NEW BRITAIN, CT
                                              By Office of Corporation Counsel

                                              _/s/ Mary C. Pokorski_____
                                              Mary C. Pokorski
                                              Attorney for Defendant
                                              Office of Corporation Counsel
                                              City of New Britain
                                              27 West Main Street
                                              New Britain, Connecticut 06051
                                              Tel. (860) 826-3420
                                              Fax  (860) 826-3397
                                              mpokorski@ch.ci.new-britain.ct.us
                                              Federal Bar Number ct18903

-2-

## CERTIFICATION

I hereby certify that on June 17, 2005, a copy of the above was mailed to the pro se plaintiff:

Felipe Mulero
746 Prospect Street
Wethersfield, Connecticut 06109

_/s/ Mary C. Pokorski_____
Mary C. Pokorski
Attorney at Law