**United States District Court**
**District Of Connecticut**

| | |
|---|---|
| Felipe Mulero | : Case Number: 3:02-CV-00932 |
| | : (CFD) |
| Vs. | : 2005 JUL -5 P 4: 27 |
| | : |
| Consolidated School District | : US DISTRICT COURT |
| Of New Britain, Conn. | : July 5, 2005 HARTFORD CT |

**OBJECTION TO DEFENDANT'S MOTION FOR EXTENTION OF TIME TO RESPOND TO PLAINTIFF MOTION TO DENY DEFENDANT'S MOTION FOR PROTECTIVE ODER AS WELL AS PLAINTIFF MOTION OF LIMITING DEFDENDANT'S DESPOSITION.**

1. The Defendant is full-fledged Licensed Law Firm that had plenty of time to reassign the case and respond to the Plaintiff Motions. The Plaintiff even prepared his motions without proper counsel and continues to fights for his civil, constitutional and employment Rights as a Pro Se Attorney seeking justice. The Plaintiff is sick and continues to suffer from mental anguish, Depression and Duress while the Defendant continues to ask for extension after extension at the expense of the Plaintiff who is without an income and sick. This case is being dragged on purposely and without consideration by the Defendant who could have reassigned and answered the Motions in a timely manner without delay. I am sick and I want justice.

Plaintiff- Felipe Mulero

By _[signature: Felipe Mulero]_

Felipe Mulero Pro Se
55 East Cedar Street
Newington, CT 06111

**Certificate of Service:**

I hereby certify that a copy of Foregoing Motion was sent to The One Consolidated School District of New Britain by First Class U.S. Mail delivery to 27 West Main Street in New Britain, CT on July 5, 2005 Attorney: Mary C. Pokorski Office.