## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| FELIPE MULERO, | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil Action No. 3:02CV932 (CFD) |
| | : | |
| ONE CONSOLIDATED SCHOOL | : | |
| DISTRICT OF NEW BRITAIN, CT, | : | |
| Defendant. | : | |

### REFERRAL TO MAGISTRATE JUDGE

This case is referred to Magistrate Judge Thomas P. Smith for the following purposes:

**  X  **   All purposes except trial, unless the parties consent to trial before the Magistrate Judge (orefcs.)

_____   A ruling on all pretrial motions except dispositive motions (orefmisc./dscv)

_____   To supervise discovery and resolve discovery disputes (orefmisc./dscv)

_____   A recommended ruling on the following motions which are currently pending:  (orefm.)

_____   A ruling on the following motion which is currently pending:  (orefm.)

_____   A settlement conference (orefmisc./cnf)

_____   A conference to discuss and approve the following:  (orefmisc./cnf)

_____   Other:  (orefmisc./misc)  _____

**SO ORDERED** this 15th day of July 2005 at Hartford, Connecticut.

  /s/ CFD
Christopher F. Droney
United States District Judge