UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| FELIPE MULERO : | |
|     Plaintiff : | |
| : | Case No. 3:02CV932 (CFD) |
| v. : | |
| : | |
| ONE CONSOLIDATED SCHOOL : | |
| DISTRICT OF NEW BRITAIN, CT : | |
|     Defendant : | July 18, 2005 |

OBJECTION TO PLAINTIFF'S
OBJECTION TO DEFENDANT MOTION FOR PROTECTIVE ORDER
MOTION TO DENY MOTION FOR PROTECTIVE ORDER

The defendant, One Consolidated School District of New Britain, CT, hereby objects to the plaintiff's Objection to Motion for Protective Order and Motion to Deny Motion for Protective Order (hereinafter "motion to deny") on the grounds that said objection is untimely.  In addition, the plaintiff's motion to deny supports the need for the defendant's request for a protective order.  On March 18, 2005, the defendant filed its Motion for Protective Order.  On March 22, 2005, the Court ordered a response to the defendant's Motion for Protective Order by April 11, 2005.  The plaintiff did not respond to the

Motion for Protective Order by April 11, 2005, nor did he request an extension of time. Therefore, the plaintiff's motion to deny is untimely.

In addition, the plaintiff's motion to deny supports the need for the defendant's request for protective order as it contains frivolous untrue statements which attack the credibility of the undersigned.

```
                              DEFENDANT, ONE CONSOLIDATED SCHOOL
                              DISTRICT OF NEW BRITAIN, CT

                              By Office of Corporation Counsel


                               /s/ Irena J. Urbaniak_____
                              Irena J. Urbaniak
                              Attorney for Defendant
                              Office of Corporation Counsel
                              City of New Britain
                              27 West Main Street
                              New Britain, Connecticut 06051
                              Tel. (860) 826-3420
                              Fax  (860) 826-3397
                              iurbaniak@ch.ci.new-britain.ct.us
                              Federal Bar Number ct01322
```

## CERTIFICATION

I hereby certify that on July 18, 2005, a copy of the above was mailed to the pro se plaintiff:

Felipe Mulero
746 Prospect Street
Wethersfield, Connecticut 06109

```
                               /s/ Irena J. Urbaniak_____
                              Irena J. Urbaniak
                              Attorney at Law
```
-2-