

2005 JUL 25 P 4: 21



UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FELIPE MULERO
PLAINTIFF
: Case No. 3:02CV932 (CFD)

V.

ONE CONSOLIDATED SCHOOL
DISTRICT OF NEW BRITAIN, CT       :July 20, 2005
DEFENDANT

### OBJECTION TO THE DEFENDANT'S OBJECTION TO DENY MOTION FOR PROTECTIVE ORDER AS WELL AS AN OBJECTION TO AN UNTIMELY MOTION HAVING BEEN ENTERED AS A RIGHT WHICH I RESERVE DUE TO ILLNESS AND LACK OF EXPERIENCE AS A PRO SE' ATTORNEY.

Now Comes the Plaintiff to ask the court to waive the time to respond as I am acting as my own Attorney under the Pro Se Clause to defend myself in Open Court and in Court Room Proceedings. I am sick and suffering from Depression although I cannot receive medical treatment. I have no Law Degree or Courtroom experience. I am doing my best to respond to this case as best I can while incurring the cost because I cannot afford an Attorney. I ask the court for understanding under AFDA and lack of judgment and waive the time line to respond to the Defendant's Motion for Protective Order.

1. I have been forthright, honest and truthful with the court relative to the Defendant's honesty and misrepresentation with the court proceeding/ motions. I am obligated to tell the truth and to provide the evidence before the Judge who I trust will find the Truth in this case and bring justice for my return to gainful employment after countless valid applications with the Defendant for a position as a Male Bilingual Instructor since September of 2000 which I have been denied unjustly time and time again. I have and I will continue to inform the court of the truth regarding the Defendant employment discrimination and the facts, which they are trying to cover up the true facts of this case.

>                                Plaintiff, Pro Se'
>                                Felipe Mulero
>
>                                *[signature: Felipe Mulero]*
>
>                                Felipe Mulero, Plaintiff
>                                746 Prospect Street
>                                Wethersfield, CT 06109
>                                Home (860) 436-2424

Certification

I certify that a copy of this foregoing motion was sent to the Defendant's Counsel on July 20, 2005 to Irena J. Urbaniak Office of Corporate Counsel, City of New Britain, Conn. 27 West Main Street, New Britain, Conn. 06051.

July 25, 2001

Attorney John R. Williams
51 Elm Street
New Haven, CT 06510

Re: Felipe Mulero
    55 East Cedar Street
    Newington, CT 06111

Dear, Sir:

I have consulted with Mr. Mulero on July 25, 2001 in regard to his severe emotional problems that he's been experiencing. These are problems that build up over time and are now just coming to a head because of his stress level.

In my opinion, however, Mr. Mulero was not in the proper state of mind to have made any legal agreements without having had his attorney present. Mr. Mulero has had a history of mental illness and in my opinion he was not emotionally stable enough to have made any conscious decisions regarding any legal agreements without having his attorney present.

My plan is to start him on appropriate medication, medication that will decrease his anxiety and also decrease his depression. I believe this will help his health condition.

G. Montgomery Winship, M.D.
GMW:NET/dah
D: 07/25/01
T: 07/26/01