


UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FELIPE MULERO
  PLAINTIFF                                    : Case No. 3:02CV932 (CFD)

V.

ONE CONSOLIDATED SCHOOL
DISTRICT OF NEW BRITAIN, CT              :July 20, 2005
  DEFENDANT

<u>OBJECTION TO THE DEFENDANT'S OBJECTION TO THE PLAINTIFF'S
MOTION OF LIMITING DEFENDANTS DESPOSITION TO FALL WITHIN
DEFENDANT'S SCOPE OF EMPLOYMENT HISTORY AND OBJECTION TO THE
DEFENDANT'S OBJECTION TO MOTION TO PROTECT RIGHTS OF PRIVACY
OF PLAINTIFF AS IT PERTAINS TO MEDICAL RECORDS AND EMPLOYMENT
RECORDS ESPECIALLY WHEN THE DEFENDANT IS UNREASONABLE AND
VIOLATES THE PLAITIFF RIGHT TO PRIVACY.</u>

Now Comes the Plaintiff to ask the court to defend my right to Privacy concerning

Privilege information between an UNITED STATES Citizen and his Physician involving

Medical records especially when they are of a confidential matter. Although, I am sick

and suffering from Depression ALTHOGUH I cannot receive medical treatment I ask the

Court to Defend my CONFIDENTIAL medical right to privacy concerning privilege

medical records between a Doctor Patient confidentially LAWS. I have no Law Degree

or Courtroom experience. I am doing my best to respond to this case as best I can while

incurring the cost because I cannot afford an Attorney. I ask the court for understanding under AFDA.

1. I have been forthright honest and truthful with the court relative to the Defendant's honesty, & misrepresentation with the on going court proceeding/ motions. I am obligated to tell the truth and to provide the evidence before the Judge who I trust will rule on the Truth concerning this case and bring justice for my return to gainful employment with One Consolidated School District of New Britain after entering countless valid applications with the Defendant for a position as a Male Bilingual Instructor since September of 1999 which I have been denied unjustly time and time again. I have and I will continue to inform the court of the truth regarding the Defendant employment discrimination and the facts, which they are trying to cover up. The true facts of this case. I had been hired in September of 1999 only to be asked not to take the position once my certification to be employed was properly processed in Late October of 1999 and I was scheduled to take the position which I had rights to in November of 1999 just after the Thanks Giving Break until the One Consolidated School District, the Employing Agent felt it would not be good for the Students to have a New Teacher come Mid-Way through the School Year. I had no control over my certification processing and I had a right to be employed in November of 1999 regardless and should not have been advised differently. Instead I was passed up for a Non Certified Female Bilingual teacher and told I should reapply for a Technology Education Position instead the following year. I then reapplied in September of 2000 for a Technology Education Position only to be passed up by several White Instructors with less teaching experience. I then learned that

the White Supervisor was biased and only hired White Teachers in Technology Ed. See Attachment. I have passed up time and time again for Bilingual Education Position to Less qualified Female Bilingual candidates since September of 1999 as well as continuing to the Present and in some cases the Female Bilingual candidates are filling the positions and are not Certified to teach Bilingual Education.

2. I object to the release of my employment History and records as these are confidential records that I have a right to object to in testimony especially when it is privileged and not relevant to case. I been employed by the Defendant twice, once in September of 1999 and then in the academic year of 2001-2002 where I was dismissed without just cause in retaliation because of the existing Federal Law suit and the Previously filed CHRO as well EEOC complaints of 2000 which I follow up with to the present because of the continuing retaliation on to the present. The Defendant has its own employment history since September of 1999 for which to rely when I was employed as a Bilingual Educator for a sixth grade teacher at Pulaski Middle School as well as in 2001-2002 employment for which I was dismissed unjustly due to my previously filled CHRO, EEOC and the current Federal Lawsuit. I object to the release of privileged and confidential employment history and records especially when they are irrelevant and without good cause. This a Case involving repeated applications by a highly qualified Bilingual Male Candidate who was hire repeatedly for Bilingual Positions but is being discriminated and retaliated by the One Consolidated School District of New Britain while the School district continues to pass me up, the Plaintiff, for Bilingual Position to

Female candidates who are less qualified and many of which are uncertified as Bilingual Educators. I have a right also under AFDA and a Right to Privacy especially should those records contain Medical information as well employment information especially when it is irrelevant involving a case where the Plaintiff had been hired repeatedly by the same employer time and time again.

3.   I did nothing wrong to have my life ridiculed under a microscope because now the Defendant has to find Medical and Employment or Educational records after having had hired a candidate repeatedly for a Bilingual Educators Position which the One Consolidated School District is in great need of because the School District hires Uncertified Female candidates without certified teaching experience to fill the position because no qualified candidates are available to fill the positions except for Myself. This is not a case of let's back track our action of discriminations and find just cause for having found fault with the Plaintiff to have justified our reasons for having our right to discriminated against the candidate after the fact. If the Defendant had any such cause to have taken and continued to take actions against my applications both past and present then that evidence should have been with Defendant to show the Court without trying to find it after the Fact in creating a case ridiculing the Plaintiff. I have a right to have my employment records and history as well as medical history and academic records to have all kept confidential as privileged information especially when I was hired and never allowed to start in September of 1999 in Bilingual Education and then rehire in 2001-2002 as a Bilingual Educator and once again fired without just cause. The Defendant

must have had just cause to have repeatedly hired and then repeatedly fired me time and time again as a Bilingual Educator.

Plaintiff, Pro Se'
Felipe Mulero

*Felipe Mulero*

Felipe Mulero, Plaintiff
746 Prospect Street
Wethersfield, CT 06109
Home (860) 436-2424

Certification

I certify that a copy of this foregoing motion was sent to the Defendant's Counsel on July 20, 2005 to Irena J. Urbaniak Office of Corporate Counsel, City of New Britain, Conn. 27 West Main Street, New Britain, Conn. 06051.

July 25, 2001

Attorney John R. Williams
51 Elm Street
New Haven, CT 06510

Re: Felipe Mulero
    55 East Cedar Street
    Newington, CT 06111

Dear, Sir:

I have consulted with Mr. Mulero on July 25, 2001 in regard to his severe emotional problems that he's been experiencing. These are problems that build up over time and are now just coming to a head because of his stress level.

In my opinion, however, Mr. Mulero was not in the proper state of mind to have made any legal agreements without having had his attorney present. Mr. Mulero has had a history of mental illness and in my opinion he was not emotionally stable enough to have made any conscious decisions regarding any legal agreements without having his attorney present.

My plan is to start him on appropriate medication, medication that will decrease his anxiety and also decrease his depression. I believe this will help his health condition.

G. Montgomery Winship, M.D.
GMW:NET/dah
D: 07/25/01
T: 07/26/01