**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

FELIPE MULERO
    PLAINTIFF                               : Case No. 3:02CV932 (CFD)

V.

ONE CONSOLIDATED SCHOOL
DISTRICT OF NEW BRITAIN, CT      :July 29, 2005
    DEFENDANT

**OBJECTION TO DEFENDANT M EMORANDUM OF THE LAW IN OPPOSITION OF PLAINTIFF'S MOTION FOR SUMMARY JUDGEMENT. MOTION FOR DAMAGES: REINSTATE PLAINTIFF AS A TENURED 9TH STEP BILINGUAL EDUCATOR WITH BACK PAY (INTEREST ACCRUED), PAST RETIREMENT BENEFIT CREDITED, TUITION REIMBURSEMENT & PUNITIVE DAMAGES.**

Now Comes the Plaintiff to ESTABLISH damages caused by the illegal labor practices brought on by the One Consolidated School District of New Britain over the years. The CHRO agency has no bearing or right over the Federal Court Civil Right proceeding or the EEOC right to sue to bring such action especially when the Plaintiff has reserved his right to sue with substantial evidence as has been brought to the Federal Judges Attention. This case has to do with Prejudicial Treatment involving an all White Technology Education Department refusal to allow a Protected Class qualified instructor to teach Technology Education in a predominicaly Hispanic Based School District Attachment One & the Refusal to allow a Male Bilingual candidate to teach Bilingual Education while less qualified and many time uncertified Female Bilingual are allowed to

teach Pre-K-12 without the any certifications See Attachment Two. I reserve my right to Summary Judgment. I should be granted Summary Judgment.

1. The Plaintiff had made several attempts at One Consolidated School District of New Britain to be hired but time after time the Plaintiff was passed up for hire by less qualified candidates year after year after year since 1999 and continuing to the present. In some cases Bilingual positions were filled with uncertified long-term substitutes; candidates who barely speak the English Language. How are the Native Spanish Speaking suppose to learn with uncertified and unqualified teachers are adding insult to injury. The Federal Government has set aside Federal Funding under the 1964 Civil Rights Act for a fair and equal education to establish a Bilingual Education Program for these students.

2. I was fired and retaliated against for no reason in 2001-2002 academic after I was recommended by a Principal: Ernest Nocerino at Pulaski Middle School who hired me and allowed me to successfully complete the Alternate Route to Teacher Certification at his School that same year. This Principal was also fired soon after to insure that I would not be hired again at the One Consolidated School District of New Britain. SEE ATTACHED Three.

3. Less qualified candidates were hired to fill the positions since 1999 at my expense of no income and now I want justice. The following are my damages:

## ***Damages:***

| | | |
|---|---|---|
| 1999-2000 | Step 7 | $65,781 per contract |
| 2000-2001 | Step 8 | $70,381 per contract |
| 2001-2002 | Step 9 | $72,786 per contract |
| 2002-2003 | Step 9 | $76,288 per contract |
| 2003-2004 | Step 9 | $79,108 per contract |
| 2004-2005 | Step 9 | $80,792 per contract |
| Interest Accrued at 10% | | $80,124 |
| 1999-2005 Tuition Reimbursement | | $25,000 |
| Punitive Suffer in Mental Distress | | $300,000 |
| **Total Loss** | | $850,260 |

Plaintiff, Pro Se'
Felipe Mulero

*(signature: Felipe Mulero)*

Felipe Mulero, Plaintiff
746 Prospect Street
Wethersfield, CT 06109
Cell (860) 593-5537
Home (860) 436-2424

Certification

I certify that a copy of this foregoing motion was sent to the Defendant's Counsel on February 28, 2005 to Irena J. Urbaniak Office of Corporate Counsel, City of New Britain, Conn. 27 West Main Street, New Britain, Conn. 06051.

Attachment 1

## Technology Education Certified teachers (indicating race)  8/27/01

| Location | Last Name | First Name | Race | Sex |
|---|---|---|---|---|
| New Britain High | Thibault | Cynthia | W | F |
| New Britain High | Slepski | Henry | W | M |
| Roosevelt | Anderson | Scott | W | M |
| Slade | Bechard | Jeffrey | W | M |
| New Britain High | Blasius | John | W | M |
| New Britain High | Carey | William | W | M |
| Pulaski | Carey, Jr. | William | W | M |
| New Britain High | Dansro | Wayne | W | M |
| New Britain High | Dizney | Thomas | W | M |
| New Britain High | Fuller | William | W | M |
| Roosevelt | Larkin | Scott John | W | M |
| New Britain High | Malinowski | Thomas | W | M |
| Pulaski | Ouellette | John | W | M |
| New Britain High | Staves | Mark | W | M |

Name __FELIPE MULERO__     SS# __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__     Page 5 ED177

---

### PART X    EVIDENCE OF ENROLLMENT IN PLANNED PROGRAM OF TEACHER PREPARATION

This section must be completed and signed by the certification officer of the preparing institution.

__Mulero__                                   __Felipe__                                __L__
Applicant's Last Name                        First Name                               MI

__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__
Social Security Number

a. The above-named applicant is currently enrolled in a planned program leading toward this institution's recommendation for certification in:

__Technology Education__         __NK-12__              __Fall 1998__
Subject/Field                   Grade Level           Date of Enrollment

b. Number of semester hours of credit required to complete certification program: __22 SH__

c. Number of semester hours applicant has completed: __5 SH__
(2SH additional completed SS2000 per student; 6 SH enrolled for Fall 2000)

__Central Connecticut State University, New Britain, CT__         __Ronald J. Moss, Ph.D__                        __860-832-2125__
College or University                      Name and Title of Official                     Telephone Number
                                           Assistant Dean of Education
                                           and University Certification Officer
                                                                                          MOSS@CCSU.EDU

__[signature]__                            __9 August 2000__
Signature                                  Date

---

| PERIOD ENDING | CHECK DATE |
|---|---|
| 05-31-2001 | 06-15-2001 |

| EARNINGS | RATE | HOURS | CURRENT | YEAR TO DATE |
|---|---|---|---|---|
| REGULAR EARNING | 275299 | 7000 | 192709 | 2312508 |
| RETRO PAYMENT | | | 00 | 81126 |

| TAXES/DEDUCTIONS | CURRENT | YEAR TO DATE |
|---|---|---|
| FEDERAL TAX | 15677 | 168515 |
| FICA/MED | 14738 | 183069 |
| CONNECTICUT | 5400 | 50883 |
| TAX SH ANUTY-1 | 20000 | 390500 |
| TAX SH ANUTY-2 | 6500 | 78000 |
| TAX SH ANUTY-3 | 20000 | 336600 |
| BLUECARE POE | 48 | 576 |
| UNION DUES | 2267 | 27204 |

|  | EARNINGS | TAXES | DEDUCTIONS | NET PAY |
|---|---|---|---|---|
| CURRENT | 192709 | 35815 | 48815 | 108079 |
| YEAR TO DATE | 2393634 | 402467 | 832880 | 1158287 |

# STATE DEPARTMENT OF EDUCATION

## BUREAU OF HUMAN RESOURCES



# Payroll Operations Office

## Interoffice Communication

**To:**        To Whom It May Concern:

**From:**    Alicia Sailor, FAS Mgr.

**Date:**    June 12, 2000

**Subject:**    Felipe L. Mulero – Emp # 530303

---

As of June 7, 2000, Mr. Mulero's total years of credited service are 7-years, 9-months, and 12-days. If you have any further questions please contact me at 566-4473.

**RECEIVED**

AUG 3 1 2001

BUREAU OF CERTIFICATION
PROFESSIONAL DEVELOPMENT

# CONNECTICUT STATE DEPARTMENT OF EDUCATION
Bureau of Certification and Professional Development
P.O. Box 2219 – Room 243
Hartford, Connecticut 06145-2219



RECEIVED
JUL 15 1999
SUPERINTENDENT, VTSS

## STATEMENTS OF SUCCESSFUL PROFESSIONAL EXPERIENCE
(Note: Please Use a Separate Form For Each School District in Which You Have Served)

*Original was sent to Certif. on 7/1/99*

**LAST NAME** [redacted]

**FIRST NAME** [redacted]   **MI** [redacted]

**SOCIAL SECURITY NUMBER** [redacted]   **BIRTH DATE (Month-Day-Year)** [redacted]

Please check appropriate box. See reverse side for criteria.

☒ The applicant has served successfully in the following position(s) in public or approved nonpublic schools.

☐ The applicant has not served successfully in the following position(s) in public or approved nonpublic schools.

(NOTE: For classroom teachers, the above attestations should be based upon having successfully met the district evaluation criteria, which may include but are not limited to the Connecticut Teaching Competencies.)

_Thomas J. Serra_    _Vinal Technical High School_    _7/12/99_
Original Signature of Principal/Supervisor    Name of School    Date

| POSITION HELD | LESS THAN 50% | 50% OR MORE | FROM (MO/YR) | TO (MO/YR) | SUBJECT/FIELD | LEVEL | SPECIFIC ENDORSEMENT REQUIRED FOR POSITION |
|---|---|---|---|---|---|---|---|
| V-T Instructor | | X | 9/92 | Present | Drafting | 9-12 | 090 |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

If the applicant is an adult education teacher, indicate number of hours served per year. _____

If the applicant completed a school psychologist internship (not under contract), please check here. ☐

_[signature]_    _7/14/99_
Signature of Superintendent, Executive Director or Headmaster    Date
attesting to accuracy of information.
(Original Signature: No Stamp Accepted)

_Dominic Spera_    _Superintendent_
Typed or Printed Name of Person Signing Above    Title

_V-T School System_    _860-807-2200_
Board of Education    Telephone

**STATE OF CONNECTICUT**                          **State Board of Education**

_Theodore S. Sergi_                                _Abigail L. Hughes_
Theodore S. Sergi                                  Abigail L. Hughes, Chief
Commissioner of Education                          Bureau of Certification and Teacher Preparation

**FELIPE L. MULERO**
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
**INITIAL EDUCATOR**
May 21, 1999 TO May 20, 2002
Vocational Technical School Administrator (082)            05/21/1999
(End of List)

---

THE FACE OF THIS CERTIFICATE HAS A TEXTURED BLUE (NOT WHITE) BACKGROUND

**STATE OF CONNECTICUT**                          **State Board of Education**

_Theodore S. Sergi_                                _Abigail L. Hughes_
Theodore S. Sergi                                  Abigail L. Hughes, Chief
Commissioner of Education                          Bureau of Certification and Teacher Preparation



**FELIPE L. MULERO**
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
**INITIAL EDUCATOR**
October 12, 1999 TO October 11, 2002
External Diploma Program/Noncredit Mandated Programs (107)     10/12/1999
(End of List)

---

THE FACE OF THIS CERTIFICATE HAS A TEXTURED BLUE (NOT WHITE) BACKGROUND

**STATE OF CONNECTICUT**                          **State Board of Education**

_Theodore S. Sergi_                                _Abigail L. Hughes_
Theodore S. Sergi                                  Abigail L. Hughes, Chief
Commissioner of Education                          Bureau of Certification and Teacher Preparation

**FELIPE L. MULERO**
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
**INTERIM INITIAL EDUCATOR**
September 13, 1999 TO September 12, 2000
Bilingual (009)                                    09/13/1999
(End of List)

DEFICIENCY: 3 SEMESTER HOURS CREDIT EACH: FOUNDATIONS
OF BILINGUAL EDUCATION, METHODS OF TEACHING ESL
DEFERRAL REQUEST: VALID ONLY FOR NEW BRITAIN BD OF ED



# A C T F L

American Council on the Teaching of Foreign Languages

*certifies that*

FELIPE MULERO

*has successfully completed an ACTFL Oral Proficiency Interview (OPI) and has been rated, using ACTFL Proficiency Guidelines, as*

ADVANCED MID - SPANISH

Executive Director

09/29/99
99-4456

University of the State of New York
Education Department

## Public School Teacher Certificate

*This certificate, valid for service in the public schools, is granted to the person named below who has satisfied the requirements prescribed by the State Education Department.*

### FELIPE MULERO

Certification area: SCHOOL BUSINESS ADMINISTRATOR

*Form: PERMANENT
(over)

Certificate number: 049685923

Effective date: 09/01/02

Control number: 154959021

Given under the authority of the State Education Department

Charles C. Mackey, Jr.
Administrator, Teacher Certification

Commissioner of Education



Consolidated School District of New Britain
**Pulaski Middle School**
**Ernest Nocerino, Principal**
**E. Ann Carabillo, Assistant Principal**
757 Farmington Avenue
New Britain, Connecticut 06053
(860) 225-7665   Fax (860) 223-3840

March 25, 2002

To Whom It May Concern:

I am pleased to write this recommendation for Felipe Mulero. During the 2001-2002 school year Mr. Mulero has performed in the capacity of a substitute teacher, covering a variety of subject areas. His most recent assignment was teaching a Spanish class for 6-weeks while the full time teacher was on maternity leave. In addition to teaching this class he also student taught in a bilingual classroom to qualify for his certification as a bilingual teacher.

I have found that Mr. Mulero approaches his assignments in a professional manner. He willingly accepts any assignment. He is an upbeat individual who always has a smile and a greeting for everyone. He has done a fine job at Pulaski Middle School.

Respectfully,

Ernest R. Nocerino




New England Association of Schools and Colleges Accredited Member
Middle Grade School State Policy Initiative Systemic Change School