UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FELIPE MULERO
    PLAINTIFF
: Case No. 3:02CV932 (CFD)

V.

ONE CONSOLIDATED SCHOOL
DISTRICT OF NEW BRITAIN, CT
    DEFENDANT
: August 8, 2005

### Motion to Appeal all Decisions signed by judge Thomas P. Smith.

Now Comes the Plaintiff to ask the Presiding **Judge Droney, Christopher** in the **United States District Court** in the **DISTRICT of CONNECTICUT** to overturn the Decisions signed by Judge Thomas P. Smith because I believe they were done hastily, and Biased toward the Defendant. I believe my rights have NOT been protected as a Pro Se' Plaintiff who although I am sick and suffering from Mental Illness I am doing my best to Defend myself against the Defendant who has taken advantage of my Civil Rights. I believe **JUDGE Thomas P. Smith is ruling in the Defendant favor with Prejudice.** See Attached Rulings: Attachment A-1

Page 1

Plaintiff, Pro Se'
Felipe Mulero

*[signature: Felipe Mulero]*

Felipe Mulero, Plaintiff
746 Prospect Street
Wethersfield, CT 06109
Home (860) 436-2424

## Certification

I certify that a copy of this foregoing motion was sent to the Defendant's Counsel on ~~July~~ Aug. ~~29~~ (8), 2005 to Irena J. Urbaniak Office of Corporate Counsel, City of New Britain, Conn. 27 West Main Street, New Britain, Conn. 06051.

# Orders on Motions

3:02-cv-00932-CFD Mulero v. Consolidated School

## U.S. District Court

## District of Connecticut

Notice of Electronic Filing

The following transaction was received from Fritz, J. entered on 8/3/2005 at 2:29 PM EDT and filed on 8/3/2005
**Case Name:**        Mulero v. Consolidated School
**Case Number:**      3:02-cv-932
**Filer:**
**Document Number:** 93

**Docket Text:**
NOTICE OF ELECTRONIC ORDER. THIS IS THE ONLY NOTICE THE COURT WILL ISSUE. ORDER denying [33] Motion to Continue, denying [33] Motion to Dismiss, denying [33] Motion to bring case to trial, granting [38] Motion to Withdraw, denying [42] Motion limiting interrogatories, denying [45] Motion to try to answer, granting [46] Motion to add updated attachments, denying [50] Motion to Strike, denying [51] Motion for Summary Judgment, denying [57] Motion to establish cease and desist order, denying [58] Motion for Order, denying [59] Motion to Continue, denying [59] Motion to Quash, denying [78] Motion limiting deposition. Signed by Judge Thomas P. Smith on August 3, 2005. (Fritz, J.)

The following document(s) are associated with this transaction:

**3:02-cv-932 Notice will be electronically mailed to:**

Mary Caligiuri Pokorski    mpokorski@ch.ci.new-britain.ct.us

Irena Jadwiga Urbaniak    iurbaniak@ch.ci.new-britain.ct.us

**3:02-cv-932 Notice will be delivered by other means to:**

Felipe Mulero
746 Prospect St.
Wethersfield, CT 06109