UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| FELIPE MULERO | : | |
|     Plaintiff | : | |
| | : | Case No. 3:02CV932 (CFD) |
| v. | : | |
| | : | |
| ONE CONSOLIDATED SCHOOL | : | |
| DISTRICT OF NEW BRITAIN, CT | : | |
|     Defendant | : | December 14, 2005 |

MOTION TO DISMISS

Pursuant to Rule 41(b) of the Federal Rules of Civil Procedure, the defendant, One Consolidated School District of New Britain, CT, respectfully requests the above-captioned matter be dismissed due to plaintiff's failure of complying with court orders.

The following are the relevant facts in this matter:

1. On September 29, 2004, the defendant propounded on the plaintiff Interrogatories and Request for Production.

2. On November 8, 2004, the defendant sent a letter to the plaintiff informing him that his responses were past due and requesting compliance.

3. On November 16, 2004, an extension of time to respond to the discovery request was filed by the plaintiff. At the same time, the plaintiff filed a motion of limiting defendant's interrogatories to the time period of the complaint.

4. On November 22, 2004, the plaintiff filed "Motion: Try to Answer Any Interrogatories per Defendant's Instructions." (This response was received in the defendant's Office on December 6, 2005.) The plaintiff had responded to thirteen out of twenty-two interrogatory answers and two out of four production requests. The remaining answers were left blank.

5. The plaintiff was granted an extension of time to respond to the discovery request by the Court until February 1, 2005.

6. On February 17, 2005, pursuant to Rule 37 of the Federal Rules of Civil Procedure, the defendant wrote to the plaintiff requesting compliance to the discovery requests which the plaintiff had left blank.

7. On March 15, 2005, the defendant filed a Motion For Order Compelling Disclosure and Sanctions.

8. On April 21st and 25th, 2005, the defendant conducted plaintiff's deposition. During the deposition, the plaintiff refused to answer questions regarding his employment history, refused to provide authorization to obtain employment records, was evasive regarding his medical history and refused to provide a medical authorization to obtain his medical history.

9. On April 21, 2005, the March 15, 2005, Motion for Order Compelling Discovery was granted by Judge Thomas P. Smith.

10. On May 17, 2005, the defendant filed a motion to compel answers to questions at a deposition. Also on May 17, 2005, the defendant filed a motion to compel the plaintiff in filing answers to the discovery questions he had left blank.

11. On August 3, 2005, the Honorable Judge Thomas P. Smith denied Plaintiff's Motion Limiting Interrogatories and denied the Plaintiff's Motion Limiting Deposition.

12. As a result of Judge Thomas Smith's ruling, the defendant's counsel rescheduled the plaintiff's deposition in an attempt to obtain information regarding the plaintiff's medical and employment history.

13.   On September 7, 2005, the plaintiff was re-deposed. In the hour and thirty-five minute deposition, the plaintiff answered "I don't recall" or words to that effect one hundred and thirty-five times.  The defense counsel was unable to obtain information regarding the plaintiff's medical and employment history.

14.   On September 22, 2005, the Honorable Judge Thomas P. Smith ordered the plaintiff to answer the defendant's interrogatories 1 and 5 by October 24, 2005, and in addition, the Court granted the defendant's motion to compel.  As of date, no response has been received by the defendant.

15.   Although the Court has intervened and attempted to assist the defendant in obtaining the plaintiff's employment and medical history, the plaintiff to date refuses to comply.  The defendant's counsel has attempted to obtain the employment and medical history not only with interrogatories but at three scheduled depositions.  Defense counsel has also requested that the plaintiff sign authorizations for medical and employment records.  The plaintiff refused.

In support of its Motion to Dismiss, the defendant relies upon its memorandum of law attached hereto.

        DEFENDANT, ONE CONSOLIDATED SCHOOL
        DISTRICT OF NEW BRITAIN, CT

        By Office of Corporation Counsel

        _/s/ Irena J. Urbaniak_____
        Irena J. Urbaniak
        Attorney for Defendant
        Office of Corporation Counsel
        City of New Britain
        27 West Main Street
        New Britain, Connecticut 06051
        Tel. (860) 826-3420
        Fax  (860) 826-3397
        iurbaniak@ch.ci.new-britain.ct.us
        Federal Bar Number ct01322

## CERTIFICATION

I hereby certify that on December 14, 2005, a copy of the above was mailed to the pro se plaintiff:

    Felipe Mulero
    746 Prospect Street
    Wethersfield, Connecticut 06109

        _/s/ Irena J. Urbaniak_____
        Irena J. Urbaniak
        Attorney at Law