UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FELIPE MULERO
    PLAINTIFF

    V.

ONE CONSOLIDATED SCHOOL
DISTRICT OF NEW BRITAIN, CT
    DEFENDANT

: Case No. 3:02CV932 (CFD)

:December 28, 2005

**OBJECTION TO DEFENDANT MOTION TO DISMISS**

Now Comes the Plaintiff to ESTABLISH THE ONE CONSOLI-DATED SCHOOL DISTRICT WORK FORCE ENGANGES IN UNFAIR LABOR PRACTICE, DISCRIMINATION & RETALIATION, CONTINUING TO THE PRESENT. I HAVE COOPERATED WITH REAMS AND REAMS OF INFORMATION ALTHOUGH I AM PRO SE. I HAVE TRIED TO BE COMPLIANT WITH ALL COURT ORDERS. I AM PRO SE AND I DO NOT KNOW HOW TO AUTHORIZE SUCH A RELASE EITHER OR IF SUCH A RELEASE IS LEGAL OR VIOLATES MY RIGHTS.

1. I HAVE FURNISHED ALL THE INFORMATION REQUESTED EXCEPT A NORTORIZED RELEASE OF PRIVATE, AND CONFIDENTIAL MEDICAL AND EMPLOYMENT FILES, WHICH I BELIEVE, VIOLATE MY CONSTITUTIONAL AND CIVIL RIGHTS. On August 8, 2005 See Attached #1

2. I WILL PROVIDE MY SIGNATURE ON A NOTORIZED RELEASE OF THE MEDICAL AND EMPLOYMENT RECORD PROVIDED THE PRESIDING JUDGE: Christopher F. Droney AUTHORIZES THAT IT DOES NOT VIOLATE MY CONSTITUTIONAL AND CIVIL RIGHTS. See Attached #2

3. ON OR ABOUT AUGUST 8, 2005 I ASKED THE PRESIDING JUDGE: Christopher F. Droney TO REVIEW THE JUDGES: THOMAS P.SMITH DECISION AND ONCE HE APROVES THAT IT DOES NOT VIOLATE MY CONSTITUTIONAL AND CIVIL RIGHTS I WILL THEN SIGN A RELEASE. SEE ATTACHED #1 August 8, 2005 Motion to Appeal .........

4. IN ADDITION I DO NOT KNOW HOW TO DRAFT SUCH A NOTORIZED DOCUMENT IF JUDGE: Christopher F. Droney DOES AUTHORIZE THAT SUCH A RELEASE IS NOT IN VIOLATION OF MY CONSTITUTIONAL AND CIVIL RIGHTS. PLEASE PROVIDE SUCH A DOCUMENT AND I WILL SIGN IT ONCE JUDGE: Christopher F. Droney (CFD) DOES APPROVE IT AND AUTHORIZES ME TO SIGN SUCH A RELEASE. I will try to Draft such a Document for Judge: Christopher F. Droney if he decides to approve it. See Attached #2 for the Judges convience.

                                            Plaintiff, Pro Se'

                                            Felipe Mulero

                                            *[signature]*

                                            Felipe Mulero, Plaintiff
                                            746 Prospect Street
                                            Wethersfield, CT 06109

                                      Certification

I certify that a copy of this foregoing motion was sent to the Defendant's Counsel on December 28, 2005 to Irena J. Urbaniak Office of Corporate Counsel, City of New Britain, Conn. 27 West Main Street, New Britain, Conn. 06051.

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FELIPE MULERO
    PLAINTIFF

    : Case No. 3:02CV932 (CFD)

V.

ONE CONSOLIDATED SCHOOL
DISTRICT OF NEW BRITAIN, CT     :August 8, 2005
    DEFENDANT

### Motion to Appeal all Decisions signed by judge Thomas P. Smith.

Now Comes the Plaintiff to ask the Presiding **Judge Droney, Christopher** in the **United States District Court** in the **DISTRICT of CONNECTICUT** to overturn the Decisions signed by Judge Thomas P. Smith because I believe they were done hastily, and Biased toward the Defendant. I believe my rights have NOT been protected as a Pro Se' Plaintiff who although I am sick and suffering from Mental Illness I am doing my best to Defend myself against the Defendant who has taken advantage of my Civil Rights. I believe **JUDGE Thomas P. Smith is ruling in the Defendant favor with Prejudice.** See Attached Rulings: Attachment A-1

Page 1

Plaintiff, Pro Se'
Felipe Mulero

*[signature]*

Felipe Mulero, Plaintiff
746 Prospect Street
Wethersfield, CT 06109
Home (860) 436-2424

Certification

I certify that a copy of this foregoing motion was sent to the Defendant's Counsel on July 20, 2005 to Irena J. Urbaniak Office of Corporate Counsel, City of New Britain, Conn. 27 West Main Street, New Britain, Conn. 06051.

Page 2

*Attachment 2*

## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

FELIPE MULERO
    PLAINTIFF

: Case No. 3:02CV932 (CFD)

V.

ONE CONSOLIDATED SCHOOL
DISTRICT OF NEW BRITAIN, CT
    DEFENDANT

:December 28, 2005

Re: Release of Medical and Employment Records to Attorney Irena J. Urbaniak Office of Corporate Counsel, City of New Britain, Conn. 27 West Main Street, New Britain, Conn. 06051 as authorized by Judge: Christopher F. Droney _____
Dated _____.

I Felipe Mulero give Judge: Christopher F. Droney authority to release my Medical and Employment file to Attorney Irena J. Urbaniak Office of Corporate Counsel, City of New Britain, Conn. 27 West Main Street, New Britain, Conn. 06051 provided it does not violate my Civil and Constitutional Rights as authorized by Presiding Judge: Christopher F. Droney.

Signed By Felipe Mulero _/s/ Felipe Mulero_ Date 12/28/05

Notary:_____ Date_____