```
                    UNITED STATES DISTRICT COURT

                      DISTRICT OF CONNECTICUT


FELIPE MULERO                  :
     Plaintiff                 :
                               :     Case No. 3:02CV932 (CFD)
     v.                        :
                               :
ONE CONSOLIDATED SCHOOL        :
DISTRICT OF NEW BRITAIN, CT    :
     Defendant                 :     January 6, 2006
```

### RESPONSE TO PLAINTIFF'S OBJECTION
### TO DEFENDANT'S MOTION TO DISMISS

The defendant, One Consolidated School District of New Britain, CT, respectfully responds to plaintiff's objection. Plaintiff in his response is now offering to provide medical and employment authorizations if the Court so orders him to do so. The authorizations alone do not fulfill the plaintiff's duty of disclosure. As of date, the plaintiff has not provided the names of his physicians, psychiatrists, psychologists, medical treaters, etc., nor has he provided the name and address of his

prior employers.  Without such information, the authorizations would not fulfill the plaintiff's duty to disclose.

                        DEFENDANT, ONE CONSOLIDATED SCHOOL
                        DISTRICT OF NEW BRITAIN, CT

                        By Office of Corporation Counsel

                        _/s/ Irena J. Urbaniak_____
                        Irena J. Urbaniak
                        Attorney for Defendant
                        Office of Corporation Counsel
                        City of New Britain
                        27 West Main Street
                        New Britain, Connecticut 06051
                        Tel. (860) 826-3420
                        Fax  (860) 826-3397
                        iurbaniak@ch.ci.new-britain.ct.us
                        Federal Bar Number ct01322

<u>CERTIFICATION</u>

I hereby certify that on January 6, 2006, a copy of the above was mailed to the pro se plaintiff:

    Felipe Mulero
    746 Prospect Street
    Wethersfield, Connecticut 06109

                        _/s/ Irena J. Urbaniak_____
                        Irena J. Urbaniak
                        Attorney at Law