UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| FELIPE MULERO,<br>          Plaintiff | :<br>:   Civil Action No. 3:02cv932<br>: |
| v. | :<br>: |
| ONE CONSOLIDATED<br>SCHOOL DISTRICT OF NEW BRITAIN, CT | :<br>: |

## RULING ON MOTION TO DISMISS AND ORDER

The defendant's Motion to Dismiss [Doc. # 99] is denied without prejudice.

In order to comply with his discovery obligations, the plaintiff is ordered to execute an authorization permitting the defendant access to his medical and employment records on forms provided by defense counsel. Second, the plaintiff is ordered to respond to defendant's Interrogatory No. 5 by providing information about his employment history. Finally, the plaintiff is ordered to provide the defendant the names of his physicians, psychiatrists, psychologists, or any other medical or mental health professionals he has visited since January 1, 1996. The plaintiff is given until October 20, 2006 to comply with these obligations. If the defendant should wish to re-depose the plaintiff following receipt of this order it is free to apply to have Magistrate Judge Smith preside over any such reconvened deposition.

The plaintiff is cautioned that, notwithstanding his pro se status, continued failure to comply with discovery orders will result in his complaint being dismissed.

SO ORDERED this  27th   day of September, 2006, at Hartford, Connecticut.

                                                  /s/ CFD

**CHRISTOPHER F. DRONEY**
**UNITED STATES DISTRICT JUDGE**