UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| FELIPE MULERO | : |
| v. | :     CASE NO. 3:02CV932 (CFD) |
| | : |
| CONSOLIDATED SCHOOL DISTRICT OF NEW BRITAIN | |

## JUDGMENT

The Honorable Christopher F. Droney, United States District Judge, having issued an order on December 6, 2006 directing the plaintiff to respond to the motion to dismiss by December 15, 2006 or the case will be dismissed, and

The plaintiff having failed to respond to the order, the Court, on December 20, 2006 entered an order dismissing this action absent objection, it is therefore

ORDERED, ADJUDGED and DECREED that judgment be and is hereby entered dismissing the complaint.

Dated at Hartford, Connecticut, this 21st day of December, 2006.

KEVIN F. ROWE, Clerk

By /s/ Devorah Johnson
Devorah Johnson
Deputy Clerk