## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

FELIPE MULERO
    PLAINTIFF
: Case No. 3:02CV932 (CFD)

V.

ONE CONSOLIDATED SCHOOL
DISTRICT OF NEW BRITAIN, CT :July 2, 2007
    DEFENDANT

### MOTION TO RE-OPEN LAW SUIT BASED ON CIVIL RIGHT ACT OF THE 1964 AMERICANS FOR DISABILITY ACT

Now Comes the Plaintiff to RE-OPEN MY CASE CLOSED OUT ON 12-20-2006 AGAINST THE ONE CONSOLIDATED SCHOOL DISTRICT WHICH ENGANGES IN UNFAIR LABOR PRACTICE, DISCRIMINATION & RETALIATION, CONTINUING TO DO SO TO THE PRESENT. I HAVE COOPERATED WITH REAMS AND REAMS OF INFORMATION ALTHOUGH I AM PRO SE. I HAVE TRIED TO BE COMPLIANT WITH ALL COURT ORDERS BEFORE I BECAME ILL AND UNABLE TO RESPOND. I AM PRO SE & I HAVE BECOME ILL AS PEVIOUSLY STATED THROUGH OUT THE CASE. I BECAME UNABLE TO RESPOND DUE TO MY INCAPACITATION OF WHICH I HAVE NO MEDICAL INSURANCE TO RECEIVE QUALIFIED MEDICAL ATTENTION. I AM NOW ABLE TO PROCEED WITH THE CASE TO THE BEST OF MY ABILITY AND WISH TO DO SO PRO SE SINCE I CANNOT AFFORD COUNSEL.

Plaintiff, Pro Se'

Felipe Mulero

*[signature: Felipe Mulero]*

Felipe Mulero, Plaintiff
746 Prospect Street
Wethersfield, CT 06109

Certification

I certify that a copy of this foregoing motion was sent to the Defendant's Counsel on JULY 2, 2007 to Irena J. Urbaniak Office of Corporate Counsel, City of New Britain, Conn. 27 West Main Street, New Britain, Conn. 06051.

Plaintiff, Pro Se'

Felipe Mulero

*[signature: Felipe Mulero]*

Felipe Mulero, Plaintiff
746 Prospect Street
Wethersfield, CT 06109