```
MOVEMENTS    NUMBER:   255637        NAME:  MULERO,FELIPE              PAGE    1
FILE:  BERGIN CI                     MED FILE:
                                     DATE      SEQ    LOCATION            JUR  STA
TRANSFER OF SUPERVISION AMONG OFFICERS  7/11/2007 1   4IE PO-DAWSON        4P1  G
RELEASE TO SUPERVISED PAROLE            6/25/2007 1   4IL PO-MILLS         4P1  G
TRANSFER AMONG DOC LOCATIONS            2/09/2007 1   119 BERGIN CI        119  G
TRANSFER AMONG DOC LOCATIONS            9/16/2006 1   115 OSBORN CCI       115  G
TRANSFER AMONG DOC LOCATIONS            9/01/2006 1   127 WEBSTER CI       127  G
TRANSFER AMONG DOC LOCATIONS            7/05/2006 1   114 MCDGL/WLKR CI    114  G
READMISSION, APPEAL BOND REVOKED        6/29/2006 1   121 HARTFORD CCC     121  G
RELEASE OF INMATE ON APPEAL BOND       11/19/2003 1   900 DISCHARGE        900  G
READMISSION W/ SENTENCE GT 1 YEAR      11/17/2003 1   121 HARTFORD CCC     121  G
UNSENTENCED DISCHARGE ON BOND           9/19/2003 2   940 DCHG TO BOND     940  U
READMISSION, CONTINUED                  9/19/2003 1   121 HARTFORD CCC     121  U
DISCHARGED, SENTENCE TIME SERVED        7/11/1997 1   900 DISCHARGE        900  L
TRANSFER AMONG DOC LOCATIONS            6/23/1997 1   138 CYBULSKI CC      138  L
TRANSFER AMONG DOC LOCATIONS            6/13/1997 1   127 WEBSTER CI       127  L
TRANSFER AMONG DOC LOCATIONS            6/12/1997 1   116 ROBINSON CI      116  L
START SERVING SENTENCE (1-)             6/05/1997 1   121 HARTFORD CCC     121  L
TRANSFER AMONG DOC LOCATIONS            6/04/1997 1   121 HARTFORD CCC     121  L

P1K2   7/17/2007    CT DEPT OF CORRECTION - MOVEMENTS - RT60

TRANSACTION: P/N    NUMBER:   00255637                    ENTER FOR NEXT PAGE
```