```
=====================================================================
Requested by: GAGLIARDI,W                    Date of Report: 07/17/2007
Requested Name: MULERO,FELIPE                Requested DOB: 01/03/1966

SPBI/SID#: CT00609378      (CONVICTED FELON)      Inmate#: 00255637
FBI#: 71426XB6         III Status/Date: S 09/05/2002
Sex: M    Race: W     Height: 5' 5"    Weight:        Hair:       Eyes:
Henry FPC: 29IM              32018

   1-Arrest Date: 05/31/2002  Agency: SPBI-TROOP H    Case#:     00344465
     Disp   Date: 11/17/2003
     Dkt: H15N-CR02-0202638-S  UAR:01367485
                                                      DOB: 01/03/1966
     Name: MULERO,FELIPE
     Addr: 55 E CEDAR ST,NEWINGTON,CT 06111           SS#: 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
                                Detained at:  LLU    FP SUPPORTED?: Y
     Chrg   1-FORGERY 1       (53a-138      ) (FEL -C)    1 CT(S) (ORIG)
            FORGERY 2         (53a-139      ) (FEL -D)    1 CT(S) (SUB)
              5YR JAIL, 25MO TO SERVE, 5YR PROB
     Offense Occurrence Date: 10/31/1997   Verdict Date: 09/19/2003
=====================================================================
```

*[signature]*