```
NAME: MULERO,FELIPE              NUMBER: 00255637              DOB: 01/03/1966
LOCATION: PO-DAWSON              JURISDICTION: HARTFORD PO     STATUS: SENTENCED
LOCATION ENTRY TYPE: TRANSFER OF SUPERVISION AMONG OFFICERS    DATE: 07/11/2007
OFFENSE: 53A139     FORGERY, SECOND DEGREE       DF            BOND:         0
SENTENCE:  MIN:    0 Y   0 M    0 D   MAX:   0 Y 25 M   0 D    DETAINERS:
RELEASE DATES:  MIN: 00/00/0000  MAX: 07/25/2008       ESTIMATED:
SPECIAL MANAGEMENT:                                                   PROFILE
DNA FELONY Y SWAB 06/15/2007         SEX OFFENDER REGISTRATION:
RACE: HISPANIC        SEX: MALE      HAIR COLOR: BROWN       EYES: BROWN
HEIGHT: 5 FT 09 IN    WEIGHT: 140 LBS  MARITAL STATUS: N     DEPENDENTS: 0
EDUCATION LEVEL: 18   MILITARY: N    MED INSURANCE:  N       MVD:
SSN: 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      FBI #: 71426XB6   OTHER #:             SPBI #: 609378
BIRTHPLACE:   HARTFORD               CITIZENSHIP: UNITED STATES
HOME ADDRESS: 27 MAIN STREET     TOWN: HARTFORD         STATE: CT   ZIP:

* * * * * * * * * * * EMERGENCY CONTACT INFORMATION * * * * * * * * * * *
NAME:   JOSE MULERO               RELATION: BROTHER         PH: 860  568 5856
STREET: 454 1/2 E MAIN STREE      TOWN: EAST HARTFO  STATE: CT ZIP: .....

PRIOR LOCATION: 4IL    FILE LOCATION: 119    MED FILE:
INITIAL DOC ADMISSION: 05/13/1997         LATEST DOC ADMISSION: 06/29/2006
P1K2 07/17/2007 CT DEPT OF CORRECTION  - FACE SHEET DISPLAY   RT50   C3309   END

TRANSACTION: RT50   NUMBER:  00255637
```