UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FELIPE MULERO
    PLAINTIFF

V.

ONE CONSOLIDATED SCHOOL
DISTRICT OF NEW BRITAIN, CT:
    DEFENDANT

: Case No. 3:02CV932 (CFD)

July 30, 2007

### Reply Response to Motion to Reopen Case No. 3:02CV932 (CFD)

Now Comes the Plaintiff to RE-OPEN MY CASE Under American for Disability Act CLOSED OUT ON 12-20-2006 AGAINST THE ONE CONSOLIDATED SCHOOL DISTRICT WHICH ENGANGES IN UNFAIR LABOR PRACTICE, DISCRIMINATION & RETALIATION, CONTINUING TO DO SO TO THE PRESENT.

1. The Defendant is not a Doctor and cannot state inaccurate information concerning my health. On 9/16/06 I was admitted to medical care and my mental health was moved to a level four. Under the care of APRN Leah Cressotti on 9/19/06; I remained under her Psychiatric care until 1/25/07 and on watch until I was cleared on 2/7/07 per Medical Documentation Attachment A: A-1 & A-2 also see medical Documentation of Mental Illness History to understate AFDA reasoning to reopen and why it is so important to stop this employer from continuing to retaliate.

2. I ask that this case be reopened based on Americans For Disability Act (AFDA) Due to Continued Retaliation of the Defendant and its counsel who has blatantly mislead a Federal Court Judge and lied on Sept. 3, 2004 in open court concerning my ability to be certified as a Bilingual educator where I completed the student teaching satisfactory at The Defendant's Pulaski Middle School and was fired by retaliator: Scott D. Macdonald, Human Resource Director, with no reason stated on May 9, 2002 See Attached B. After I completed the Alternate Route for Teacher Certification at the Defendant's School: Pulaski Middle School, which recognizes a (009) teacher certification in Bilingual Education in the State of Connecticut. Also on Sept 3, 2004 I was certified in (107) Adult educator and was a certified educator at the time when a Federal Judge was blatantly miss-lead.

3. Please be advised that the Defendant is an educational institution within the State of Connecticut and an agent of the State of Connecticut Department of Education and has been pursuing me in conjunction with State of Connecticut Department of Education which is why she openly lied in Open Court on September 3, 2004 and assumed incorrectly stating that I was not certified nor certifiable as a bilingual educator trying to state that my Student teaching was not successful at Pulaski Middle School just after I was fired for no reason on May 9, 2002. Currently there is a case against the State of Connecticut Dept. of Education and have been in the past while this case has been on going. In May of 2005 current Human Resource Director: Bill Coulture also refused to renew my application as a Bilingual Educator on file for the 2005-2006 academic year stating my Successful student

13th Amendment Right to live and learn in Public Education afforded by the Federal Government.

5. See Also the How the Defendant continues to ENGANGES IN UNFAIR LABOR PRACTICE, DISCRIMINATION, RETALIATION, and CONTINUING TO DO SO TO THE PRESENT. Attachment F.

6. I passed all Praxis requirements for the (009) Bilingual Educators Certification and continue to be certified as an educator in the State of New York. I was also DSAP Eligible to Teach Technology Education when I applied as well. See Attachment. G. In Fact I continue to apply and the Defendant continues to retaliate where does it end?

7. I have on several occasions been trying to settle the matter with the Defendant's Counsel Supervisor to no avail. This was very emotional and stressful which added to my on going Depression. See Attachment. H

Plaintiff, Pro Se'

Felipe Mulero

*[signature: Felipe Mulero]*

Felipe Mulero, Plaintiff
746 Prospect Street
Wethersfield, CT 06109

Certification

I certify that a copy of this foregoing motion was sent to the Defendant's Counsel on JULY 30th 2007 to Irena J. Urbaniak Office of Corporate Counsel, City of New Britain, Conn. 27 West Main Street, New Britain, Conn. 06051.

Plaintiff, Pro Se'

Felipe Mulero

*[signature: Felipe Mulero]*

Felipe Mulero, Plaintiff
746 Prospect Street
Wethersfield, CT 06109

ATTACHMENT   A

A-1

HR507 REV.3/95
CONNECTICUT DEPARTMENT OF CORRECTION
**INITIAL PSYCHIATRIC EVALUATION**

| INMATE NUMBER | DATE OF BIRTH |
|---|---|
| 155637 | 1/3/66 |

INMATE NAME (LAST, FIRST, INITIAL): Matos Felipe

| DATE | EXAMINER/TITLE | SEX | RACE/ETHNIC | FACILITY |
|---|---|---|---|---|
| 7/19/06 | Leah Cressotti, APRN | M | H | OCI |

**REASON FOR CONSULTATION/REFERRAL:** New adm. to DOC a/o in 97 — but Henry's notes + IPE done recently. Transferred from Webster 2° accusing inmates of spreading rumors, [illegible] anxiety + paranoia.

**CLINICAL ASSESSMENT:** ¿Cómo está? 3°a — initially smiling, overly happy given context of situation. Got more serious in regards + some mild concern re detail + backing up statements with paperwork. Speech WNL NSR. Calm, appropriate responses, linear thought pattern. Hygiene good. Mood — "pretty euthymic". No SI/HI. No psychosis. Some paranoid statements only in regard to why in prison + old work place. Had will + to prove that, degree in mech. engineering from a technical school. 7 siblings, no wife or kids [illegible]. Denies family H/O MI.

**DIAGNOSIS:**
AXIS I: R/O Bipolar II
AXIS II: PD NOS — schizotypal, narcissistic
AXIS III:
AXIS IV:
AXIS V:

**DISPOSITION:** Though states his life goal is to have a fam — he realized at 40 he was holding wrong things important. Had a 3½ yr relationship c a girl — she didn't want to move so it ended. Admitted he took mos-sept off school for "anxiety" that affected his breathing + he was always tired. Mom/Dad in PR.

**PSYCHOACTIVE MEDICATION:** No meds. F/U c me 1 month — if asymptomatic — MH-3, if sx refer back to me.

CONSENT FOR TREATMENT WITH PSYCHOTROPIC MEDICATION FORM NECESSARY?   YES   (NO)   (Circle One)
ABNORMAL INVOLUNTARY MOVEMENT SCALE (AIMS) NECESSARY?                 YES   (NO)   (Circle One)
MENTAL HEALTH OBJECTIVE CLASSIFICATON SCORE:    1    2    3    (4)   5          (Circle One)

A-2

# CONNECTICUT CORRECTIONAL INSTITUTION
## INMATE REQUEST TO STAFF MEMBER

From: Felipe Mulero    Inmate Number: 255637

Work Assignment: _____   Living Quarters: Q-1-53

To: Nurse Leahia    Date: 2/5/07

**RECEIVED FEB 6 2007 MENTAL HEALTH**

(State your request clearly and briefly. Failure to clearly state your request will require return for further information. Per A.D. 9.6, responses to inmate requests shall be made within 15 business days from receipt of request)

Subject: My Mental Health (2) has been lowered to a Level 2 and I wish the Hold to Be Removed Please.

Thank You!

Signature: Felipe Mulero

Disposition: The hold has been removed.

B. Hewson
2/7/07

Staff Signature: _____   Date: _____

HR401 REV.09/02
CONNECTICUT DEPARTMENT OF CORRECTION
UNIVERSITY OF CONNECTICUT HEALTH CENTER
CORRECTIONAL MANAGED HEALTH CARE

**CLINICAL RECORD**

INMATE NUMBER: 255637
DATE OF BIRTH: 1/3/66
INMATE NAME (LAST, FIRST, INITIAL): Mulero, Filipe
SEX: M
RACE/ETHNIC: H
FACILITY: WEBSTER CI

| DATE / TIME | |
|---|---|
| 9-16-06 12PM MH | O/O: Evaluated I/M @ WCI who was being held in A.P. after being moved from one unit last week & then encountering more issues. I/M was moved after other I/M's c/o that he was excessively masturbating & had poor hygiene. Then last P.M. on new block, he again had words c̄ other inmates, according to F.M., it was because he was cleaning his "cube". Others say he is not bathing & is masturbating. I/M has several excuses - "those guys c̄ bodies", "those guys c̄ long hair", "the Cambodian". He denies any wrong doings. He also says he's had highly paid attorneys & he was suing the State because "they" (his former employer Voc. Ed inst.) put him in "here". He also made comments like the counselor, Ms Robinson didn't think "I need this class" (thinking for change), because he was so well organized & good @ decision making. He says others "like to play games because he's quiet & a religious guy." I/M's mood was mildly anxious, affect flat, thinking was paranoid c̄ narcissistic traits. He was guarded. He denied SI, "I love God - I'd never hurt myself." Prior to writer meeting c̄ I/M, he was in bullpen scrubbing basin & toilet c̄ T.P. - on hands & knees - "there's airborn viruses - this is not a sanatary environment - it's duty." Speech WNL, soft @ times. |
| A) | Due to what appears a delusional/paranoid d/o it does not seem he'd be safe |

HR401 REV.09/02
CONNECTICUT DEPARTMENT OF CORRECTION
UNIVERSITY OF CONNECTICUT HEALTH CENTER
CORRECTIONAL MANAGED HEALTH CARE

**CLINICAL RECORD**

INMATE NUMBER: 255637
DATE OF BIRTH: 1/3/66
INMATE NAME (LAST, FIRST, INITIAL): Mutero, Felipe
SEX: M
RACE/ETHNIC: H
FACILITY: WEBSTER CI

| DATE / TIME | |
|---|---|
| 9-16-06 12p MH cont. | DO, Thought d/o. P) Transfer to OCI as MH4. Further evaluate & consult. — CPBoucher |
| 9-16-06 MH 3:35 pm | S: "I don't associate with other inmates. I am really worried about catching viruses and diseases in here." O: Met with I/M upon intake to OCI from Webster. I/M raised to a MH level 4. I/M presents irritable and anxious. I/M reports not understanding why he is here. Per report from Webster Medical, I/M was acting bizarre and delusional. A&O to person, place and time. Mood and affect appropriate to current situation. Logical, coherent and goal-directed in speech and thought. I/M reports sleep and appetite to be WNL. No evidence of current psychosis. I/M denies suicidality, intent, plans. A: No acute psychiatric symptoms observed at this time. P: I/M to be evaluated by PMD/APRN to assess MH level 4 status. I/M currently being housed in MH unit. — Edward LCSW |

HR401 REV.5/94
CONNECTICUT DEPARTMENT OF CORRECTION

## CLINICAL RECORD

| INMATE NUMBER | DATE OF BIRTH |
|---|---|
| 255637 | 1-3-66 |

INMATE NAME (LAST, FIRST, INITIAL): MYLER

SEX: M   RACE/ETHNIC: H   FACILITY: OCI

| DATE/TIME | |
|---|---|
| 9-17-06 CSW-MHU | S: O I/M seen at cell recent transfer, I/M reports from Hartford, has family, was working as a realtor and general contractor. I/M verbally went on to say that he is licensed in New York as an educator, administrator, principal and school business manager. I/M in fact has documentation indicating that he has applied for variety of positions but was on suspension for [illegible] lying on applications. I/M freely showed these pages to writer, feeling they vindicated him. I/M also discussed cleaning sink obsessively, although his cell was not especially tidy. A+O x3 Ø S/I, Ø H/I, good eye contact, good grooming and hygiene, anxious affect. Possible problem on Monday, as I/M is very eager to return to Webster and has no understanding of why he was transferred. Definite paranoid flavor to thinking. A- bizarre behavior and thought process P- refer for evaluation and case management. H. Watkins, LCSW |
| 9/19/06 | [illegible note – see I/P/E done by [illegible]] |
| 9/24/06 MHU 8:45p | S: "I know I have to be evaluated on the block then I can go to G.P." I/M seen for c-m on G Block. I/M remains concerned about having to be on MHU also had paperwork concerning why he was let go from his job. Is grandiose, mildly paranoid about why superiors at work let him go. Working on control. Seems to have difficulty with the ability to understand why he should tell the truth. Denies S/I, H/I, denies A/V hal, @ N/A symptom π, P-D Ø S sarcastic, schizotypal. Follow [illegible] c-m. M. Mora LCSW |
| 10/1/06 MHU 9:00p | S: "I am getting comfortable here do I have to go to population?" I seen I/M [illegible] request and c-m. @ I/M calmer, rapid speech not pressured, more realistic, remains mildly grandiose. Explored choices regarding school work. Denies S/I, denies A/V hal. |

HR401 REV.5/94
CONNECTICUT DEPARTMENT OF CORRECTION

## CLINICAL RECORD

INMATE NUMBER: 255437
DATE OF BIRTH: 1-3-66
INMATE NAME (LAST, FIRST, INITIAL): Mulero, Felipe
SEX: (M) F
RACE/ETHNIC: B W (H) O
FACILITY: OCI

| DATE/TIME | |
|---|---|
| MHU | to patient. Explained process of reviewing his chart. Explained transfer protocol. Bipolar it, P. Dx: NOS, psychotic, schizotypical. Follow for c/m. — M. Moriarty, CSW |
| 11-9-06 | Cleared for transfer from OCI to WCCI. — P. Bergeron |
| 11-9-06 | Transfer cancelled due to G-block housing. I/m will not be able to transfer until 3 months from discharge from G-block. — (Edward Lew?) |
| 11/30/06 MHU 9:05A | S— "I need help calling 2-1-1 for energy assistance, I have a house and I need oil."<br>O— I/M good eye contact, trying to manipulate to get a phone call.<br>A— R/O Psychotic D/O, Narcissistic Features<br>P— I/M given energy assistance book, continue to monitor. — (signature) |



# Medical Incident Report
## Connecticut Department of Correction

CN 660
REV 8/22/0(

| | |
|---|---|
| Facility/Unit: Webster | Report date: 9·16·06  Time: 11  ☒ am  ☐ pm |
| Name of patient: Mulero, J. | Inmate number (if applicable): 255637 |
| Medical staff name: Deb Boucher, PSWA | |
| Incident report submitted: ☒ yes  ☐ no  pg 2  Report number: | Date: |
| Treatment location: A.P. Room | |

**Injury description:**

None

**Assessment:**

I/M presents c̄ thought d/o - mildly paranoid

**Treatment administered:**

M.H. evaluation

**Required follow-up:** ~~Hold~~ Transfer to OCI MH4 ~~@ CCI c̄ MH A.D.~~ until further eval. by APRN or psychiatrist

**Observations/remarks:**

R/O Psychotic d/o

Chemical agent review prior to planned use of force:
The offender's health record was reviewed prior to planned use of force. There were no contraindications noted regarding (
precluding the use of chemical agents (i.e. history of cardiac or respiratory condition, eye condition under active treatment,
documented prior severe and unexpected reaction to chemical agents).

Known contraindications based on review of health record?  ☐ yes  ☐ no

**Placement after treatment:**

☐ Inmate is cleared for General Population Placement     ☒ Inmate is cleared for Restrictive Housing Placement
☐ Inmate is not cleared for Restrictive Housing Placement  ☐ Other (specify):

| Patient signature: | Date: |
|---|---|
| Medical staff signature: Boucher PSWA | Date: 9/16/06 |
| Custody supervisor signature: | Date: |

# Incident Report – Supplemental Page
## Connecticut Department of Correction

CN 6601/3
REV 5/5/05

☑ Facility/Unit: Webster    ☐ Parole and Community Services District:
Date: 9-16-06    Time: 11    ☑ am ☐ pm    Report number:
Incident class: ☐ 1 ☐ 2 ☐ 3    Type:    Incident location: A.P.
Prepared by: Deb Boucher    Title: PSW A

**Additional narrative:**

Met c̄ IM Mulero, #255637 in A.P. @ Webster CI per Lt. Sousa's request. IM presented c̄ mild paranoid thinking. IM denied suicidal ideations, plans, or intent. However, due to the increasing problems c̄ other's over the past week on A & B units, it is recommended he goes to CTIC on A.D. for further psychiatric & MH evaluation.

11:50 am
Addendum: IM will be transfered to OCI as MH4 & be house on 6 Block per HSA R. Bush.
OCI MH staff aware of transfer.

Reporting employee signature: [signature]    Title: PSW A
Report date: 9/16/06    Report time: 9:15 ☑ a.m. ☐ p.m.    Type: ☑ Individual ☐ Summary

HR925 REV. 12/95
CONNECTICUT DEPARTMENT OF CORRECTION
**PHYSICIAN'S ORDERS**

| INMATE NUMBER | DATE OF BIRTH |
|---|---|
| 255637 | 1/3/66 |

| INMATE NAME (LAST, FIRST, INITIAL) | | |
|---|---|---|
| Mulero, Felipe | | |
| SEX | RACE/ETHNIC | FACILITY |
| (M) F | B W (H) O | OCI |

**INSTRUCTIONS FOR USE:** Physicians must sign name and title under each order. Each order must be initialed in the space provided by the licensed nurse who transcribed the order. Medications will be dispensed according to brands stocked in pharmacy.

## DRUG ALLERGIES / HYPERSENSITIVITY    NKH

| Date | Time | ORDER / RATIONALE | Nurse's Signature and Title |
|---|---|---|---|
| 9/19/06 | 6 pm | D/C Vantrel / F/U CM 4 weeks — See Note | Leah Cressotti, APRN |
| | | noted faxed 9/20/06 | |

AUTHORIZATION IS HEREBY GIVEN TO DISPENSE THE MEDICATION EQUIVALENT

HR005 REV.08/05
CONNECTICUT DEPARTMENT OF CORRECTION
UNIVERSITY OF CONNECTICUT HEALTH CENTER
CORRECTIONAL MANAGED HEALTH CARE
## TRANSFER SUMMARY

| INMATE NUMBER | DATE OF BIRTH |
|---|---|
| 255637 | 1.3.66 |

| INMATE NAME (LAST, FIRST, INITIAL) | | |
|---|---|---|
| Mulero, Felipe | | |
| SEX | RACE/ETHNIC | FACILITY |
| (M) F | B W (H) O | OCI |

**Current Health Status: To be completed by sending facility**

| Date | Time AM/(PM) | Medical | Mental | Dental | Allergies/Reactions |
|---|---|---|---|---|---|
| 11.9.06 | 2:30 | 1 | 3 | | NKA |

Significant Medical History: Chronic back pain '97
Significant Mental Health History: ___
Current Conditions/Problems: ___

| Current Medication Name | Dosage | Route | Frequency | Duration | D/C Date | Last Given |
|---|---|---|---|---|---|---|
| Ø | | | | | | |

Current Tx / Follow-up Care Needed: S.C pm
Chronic Care Clinic: (✓) ☐ Cardiovascular ☐ Diabetes ☐ Dialysis
☐ Pulmonary ☐ ID ☐ TB ☐ Other ___
Last PPD Date: 9/1/06    Ø mm induration
Last Chest X-ray Date: 9/15/06 Results: WNL
Lab Tests Pending: (name(s)) Ø
☐ Drawn ☐ Not Drawn
Therapeutic Diet: Ø
Physical Disabilities/Limitations: Ø
Assistive Devices/Prosthetics: Ø
☐ Contacts ☐ Glasses ☐ Dentures

Substance Abuse: ☐ Alcohol ☐ Drugs ☐ Tobacco
Mental Health Issues: ☐ Hx Suicide Attempt Date: __/__/__
☐ Hx Psych Med's ☐ Hx MH 4 or 5
URC:
Appointments Pending Scheduling Y (N)
Appointment Date (If known): __/__/__
Pap Smear (Females only): ☐ Date: __/__/__
Results: ___

Halfway House Release: Health Record Review: ☐ N/A   Medical Cleared ☐ yes ☐ no   Mental Health Cleared ☐ yes ☐ no
If no, reason ___
Signature/Title ___ P. Bergeron LN

**Transfer Reception Screening: To be completed by receiving facility:**
Health Record Received: ☐ Complete/Partial ☐ Temporary ☐ None
Medication(s): ☐ MAR ☐ Meds Received

| Receiving Facility | Date | Time  AM/PM |
|---|---|---|

S: Immediate Health Needs: ___
O: ___
___ Weight ___ T ___ P ___ R ___ B/P ___/___
A: ___

| P: Disposition/Referral: | ☐ Dental | ☐ Emergency Referral to ___ |
|---|---|---|
| ☐ Health Information Given | ☐ Mental Health | ☐ General Population |
| ☐ Oral ☐ Written | ☐ MD | ☐ Infirmary Placement ___ |
| ☐ Language Barrier | ☐ Chronic Care Clinics | ☐ Medical |
| ☐ Nurse | ☐ Medication Evaluation | ☐ Mental Health |
| ☐ Sick Call ☐ Other | ☐ Sick Call | ☐ Respiratory Isolation |
| ☐ URC Contact Person | ☐ Therapeutic Diet | ☐ Special Housing /Supplies ___ |
| ☐ HIV Contact Person | ☐ Work/Program Limitation | ☐ Other ___ |
| ☐ HIV Counselor | ☐ Other ___ | Signature/Title ___ |

HR005 REV.06/02
CONNECTICUT DEPARTMENT OF CORRECTION
UNIVERSITY OF CONNECTICUT HEALTH CENTER
CORRECTIONAL MANAGED HEALTH CARE
## TRANSFER SUMMARY

INMATE NUMBER: 255637
DATE OF BIRTH: 9/1/06
INMATE NAME (LAST, FIRST, INITIAL): Mulero, Felipe
SEX: M
RACE/ETHNIC: H
FACILITY: Walker

**Current Health Status: To be completed by sending facility**

Date: 9/1/06   Time: 2pm PM   Medical: 1   Mental: 2   Dental: 2   Allergies/Reactions: NKDA

Significant Medical History: 0
Significant Mental Health History: 0
Current Conditions/Problems: 0

| Current Medication Name | Dosage | Route | Frequency | Duration | D/C Date | Last Given |
|---|---|---|---|---|---|---|
| | | | | | | |

Current Tx / Follow-up Care Needed: PRN/Sick Call
Chronic Care Clinic: (✓) ☐ Cardiovascular ☐ Diabetes ☐ Dialysis
☐ Pulmonary ☐ ID ☐ TB ☐ Other ___
Last PPD Date: 7/1/06   ___mm induration
Last Chest X-ray Date: 7/5/06   Results: nml chest
Lab Tests Pending: (name(s)) 0
☐ Drawn ☐ Not Drawn
Therapeutic Diet: 0
Physical Disabilities/Limitations: 0
Assistive Devices/Prosthetics: 0
☐ Contacts ☐ Glasses ☐ Dentures   0

Substance Abuse: ☒ Alcohol ☐ Drugs ☐ Tobacco
Mental Health Issues: ☐ Hx Suicide Attempt Date: 0
☐ Hx Psych Med's ☐ Hx MH 4 or 5   0
URC:
Appointments Pending Scheduling Y (N)   0
Appointment Date (If known):   0
Pap Smear (Females only): ☐ Date: __/__/__
Results:   0

Signature/Title: John Brown, RN

**Transfer Reception Screening: To be completed by receiving facility:**
Receiving Facility: Webster   Date: 7/3/06   Time: 12 PM
Health Record Received: ☒ Complete/Partial ☐ Temporary ☐ None
Medication(s): ☐ MAR ☐ Meds Received
S: Immediate Health Needs: "my neck hurts - I need a pillow" Denies any mental health. Informed to contact custody for a pillow.
O: Vitals stable
Weight 145  T 98.3  P 68  R 16  B/P 101/66   99%
A: Health information access information given

P: Disposition/Referral:
☒ Health Information Given
   ☐ Oral   ☐ Written
☐ Language Barrier
☐ Nurse
   ☐ Sick Call   ☐ Other
☐ URC Contact Person
☐ HIV Contact Person
☐ HIV Counselor

☐ Dental
☐ Mental Health
☐ MD
☐ Chronic Care Clinics
☐ Medication Evaluation
☐ Sick Call
☐ Therapeutic Diet
☐ Work/Program Limitation
☐ Other

☐ Emergency Referral to ___
☒ General Population
☐ Infirmary Placement ___
☐ Medical
☐ Mental Health
☐ Respiratory Isolation
☐ Special Housing/Supplies
☐ Other ___

HR005 REV.06/02
CONNECTICUT DEPARTMENT OF CORRECTION
UNIVERSITY OF CONNECTICUT HEALTH CENTER
CORRECTIONAL MANAGED HEALTH CARE
## TRANSFER SUMMARY

| INMATE NUMBER | DATE OF BIRTH |
|---|---|
| 255637 | 1/3/66 |
| INMATE NAME (LAST, FIRST, INITIAL) | |
| Mulero Felipe | |
| SEX: M ☐F | RACE/ETHNIC: B W (H) O | FACILITY: HCC |

**Current Health Status: To be completed by sending facility**

| Date | Time AM/PM | Medical | Mental | Dental | Allergies/Reactions |
|---|---|---|---|---|---|
| 7/4/06 | 4ω AM | | | N/A | NKA |

Significant Medical History: denies
Significant Mental Health History: denies
Current Conditions/Problems: stable

| Current Medication Name | Dosage | Route | Frequency | Duration | D/C Date | Last Given |
|---|---|---|---|---|---|---|
| | | | | | | |

Current Tx / Follow-up Care Needed: _____
Chronic Care Clinic: (√) ☐ Cardiovascular ☐ Diabetes ☐ Dialysis
☐ Pulmonary ☐ ID ☐ TB ☐ Other _____
Last PPD Date: 6/29/06    ⌀ mm induration
Last Chest X-ray Date: __/__/__  Results: N/A
Lab Tests Pending: (name(s)) _____
☐ Drawn ☐ Not Drawn
Therapeutic Diet: _____
Physical Disabilities/Limitations: _____
Assistive Devices/Prosthetics: _____
☐ Contacts ☐ Glasses ☐ Dentures

Substance Abuse: ☐ Alcohol ☐ Drugs ☐ Tobacco
Mental Health Issues: ☐ Hx Suicide Attempt Date: __/__/__
☐ Hx Psych Med's ☐ Hx MH 4 or 5
URC:
Appointments Pending Scheduling Y / N: _____
Appointment Date (If known): __/__/__
Pap Smear (Females only) ☐ Date: __/__/__
Results: _____

Signature/Title __Amy S Henry__

**Transfer Reception Screening: To be completed by receiving facility:**
Health Record Received: ☑ Complete/Partial ☐ Temporary ☐ None
Medication(s): ☐ MAR ☐ Meds Received Non Rec'd
S: Immediate Health Needs: Non Rec'd

Receiving Facility: Walker   Date: 7/5/06   Time: 7 AM/PM

O: _____
5'5" Weight 140 T 97.8 P 66 R 16 B/P 120/77
O2-100%

A: _____

| P: Disposition/Referral: | ☐ Dental | ☐ Emergency Referral to ____ |
|---|---|---|
| ☐ Health Information Given | ☐ Mental Health | ☐ General Population |
| ☐ Oral  ☐ Written | ☐ MD | ☐ Infirmary Placement ____ |
| ☐ Language Barrier | ☐ Chronic Care Clinics | ☐ Medical |
| ☐ Nurse | ☐ Medication Evaluation | ☐ Mental Health |
| ☐ Sick Call  ☐ Other | ☐ Sick Call | ☐ Respiratory Isolation |
| ☐ URC Contact Person | ☐ Therapeutic Diet | ☐ Special Housing/Supplies ____ |
| ☐ HIV Contact Person | ☐ Work/Program Limitation | ☐ Other ____ |
| ☐ HIV Counselor | ☐ Other ____ | Signature/Title ____ |

HR401 REV.03/02
CONNECTICUT DEPARTMENT OF CORRECTION
UNIVERSITY OF CONNECTICUT HEALTH CENTER
CORRECTIONAL MANAGED HEALTH CARE

## CLINICAL RECORD

INMATE NUMBER: 255637
DATE OF BIRTH: 1-5-66
INMATE NAME (LAST, FIRST, INITIAL): Mulero, F.
SEX: M
RACE/ETHNIC: H
FACILITY: HCC

| DATE / TIME | |
|---|---|
| 7/05/06 7p | I/M transferred to MWCI-WB from HCC. No MAR No Meds rec'd. PPD current. |
| 7/6/06 9:10 AM | PHYSICAL EXAM DONE. — Paul [illegible] |
| 7/7/06 | Sent for old records. A. Zunkowski MRST — ken McCystal PA |
| 7/18/06 | Received records requested. A. Zunkowski MRST II |
| 7/23/06 5pm 12pm | S: Seen for ESC regarding dizziness. "I get a headache & feel dizzy when the air conditioning is blowing on me. The only way I feel better is when I put my underwear on my head. I would like a pass to wear something on my head when I leave my cell because they would make fun of me and I would get in trouble if I wore my underwear out there." O: VS 118/78,18,18 ∅ 98° c/o N/V "I'm not really having dizziness now, but I have a headache. A & P: Instructed inmate to sign up for sick call regarding this matter. Reminded that chances are that he would not get a pass to wear something on his head. —— C. Doecn |

HR003 REV.5/94
**CONNECTICUT DEPARTMENT OF CORRECTION**

## HEALTH HISTORY

INMATE NUM:
INMATE NAME: MULERO, FELIPE
DOB: 1/3/66  # 255637
MWCI - WB 7/5/06

| SOCIAL SECURITY NUMBER | EYES | HAIR | SEX |
|---|---|---|---|
| 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 | Brown | Brown | M |

HOME ADDRESS: 27 Main St. Hartford, Ct.

NEXT OF KIN / ADDRESS: Jose Mulero (Brother) East Hartford, CT — (860) 568-585_

**ALLERGY TO MEDICATIONS (DESCRIBE REACTION):** NKA

**ALLERGY TO OTHER SUBSTANCES (DESCRIBE REACTION):** None

### MEDICAL HISTORY

| | Y | N | | Y | N | | Y | N |
|---|---|---|---|---|---|---|---|---|
| ASTHMA/COPD/HAY FEVER | | ✓ | HIGH BP | | ✓ | PHYSICAL HANDICAP | | ✓ |
| SMOKING HISTORY | | ✓ | THYROID DISEASE | | ✓ | PROSTHETIC DEVICES | | ✓ |
| TB HISTORY/REACTIVE PPD | | ✓ | SEIZURES | | ✓ | GLASSES/CONTACTS | | ✓ |
| EVER LIVED W/ANYONE W/TB | | ✓ | HEPATITIS/JAUNDICE | | ✓ | RECENT INJURY/TRAUMA | | ✓ |
| BREAST PAIN/TUMOR | | ✓ | HERNIA | | ✓ | SURGICAL PROCEDURES | | ✓ |
| CANCER/TUMOR | | ✓ | STD/SY/GC/CHLAM/HSV/PID | | ✓ | HIV TESTING | ✓ | |
| DIABETES/MEDS | | ✓ | UTI/STONES/DIALYSIS | | ✓ | RESULT  +  ⊖ | | |
| RECENT WEIGHT CHANGE | | ✓ | BACK TROUBLE | | ✓ | WHERE: Free Clinic-Hartford | | |
| HEART DISEASE | | ✓ | BROKEN BONES | | ✓ | DATE: 5/2006 | | |

**FAMILY HEALTH HISTORY:** father is diabetic

### SUBSTANCE/ALCOHOL USE HISTORY

| TYPE | Y | N | MODE | CURRENT AMOUNT | LAST DOSE | DURATION OF USE |
|---|---|---|---|---|---|---|
| HEROIN | | ✓ | | | | |
| COCAINE | | ✓ | | | | |
| MARIJUANA | | ✓ | | | | |
| BENZODIAZIPINE | | ✓ | | | | |
| BARBITUATES | | ✓ | | | | |
| ALCOHOL | | ✓ | | | | |
| OTHER | | ✓ | | | | |
| METHADONE (DOLOPHINE) | | ✓ | | | | |

**METH. PROGRAM (NAME):** None

| LAST CHEST X RAY: WHEN | WHERE | RESULTS |
|---|---|---|

**CURRENTLY TAKING ANY MEDS:** Y (N)

| MEDS NAME | FREQUENCY | LAST DOSE | ORDER BY |
|---|---|---|---|
| | | | |

HAD A BABY IN THE PAST 2 MONTHS: Y  N
PREGNANT NOW: Y  N
HYSTERECTOMY/T.Lig:  Y  N
LMP DATE                PAP DATE
GRAVIDA                 PARA
MISCARRIAGES            ABORTIONS

**HISTORY OF MH TREATMENT:** (Y)  N     COMMENTS:
**HISTORY OF ATTEMPED SUICIDE:** Y  (N)
**SUICIDAL THOUGHTS/PAST PRESENT:** Y  (N)

**DISPOSITION (CIRCLE):**
GENERAL POPULATION - ROUTINE SICK CALL
REFERRAL TO PHYSICIAN/DENTAL/MENTAL HEALTH
INFIRMARY/MENTAL HEALTH UNIT

Paul M.

# Medical Incident Report
## Connecticut Department of Correction

CN 6602
REV 06/2006

**Facility/Unit:** OCI
**Report Date:** 10/26/06
**Time:** 1635 ☐ am ☒ pm

**Name of patient:** Mulero, F.
**Offender no. (if applicable):** 255637

**Medical Staff Name:** Holmes, K.

**Incident Report submitted:** ☒ Yes ☐ No   **Report No.**   **Date**

**Treatment location:** Hosp. I Tx Rm.

**Injury description:** "My cellie, Adam Madejski, hit me in the back of my head @ 2:48 pm five times." IM states that the back of his head hurts but the rest of his body feels fine. IM had ∅ c/o nausea or vomiting. IM states he had ∅ loss of consciousness, + ∅ visual disturbances. IM presents now c grossly intact neuro assessment. Area of head has

~~Chemical agent review before planned use of force.~~ → N/A

Use of chemical agent was reviewed before a planned use of force. The health record was consulted and there were **no contraindications noted** regarding the use of chemical agent: no known history of cardiac, respiratory, eye condition under active treatment or documented prior severe and unexpected reaction to chemical agent.

no edema, no open areas, no redness or discoloration. IM states that the area is tender to the touch but did not wince or guard when this area was palpated.

**Treatment administered:** Physical Assessment.

**Required follow-up:** F/U with sick call as needed.

**Observations/remarks:** IM's physical presentation are not consistent with his account of the alleged assault.

**Known contraindications based on review of health:** ☐ Yes ☐ No

**Placement after treatment:**
☒ Inmate is cleared for General Population Placement
☐ Inmate is cleared for Restrictive Housing Placement
☐ Inmate is not cleared for Restrictive Housing Placement
☐ Other (specify):

**Patient signature:**   **Date:**
**Medical staff signature:** K. Ho___   **Date:** 10/26/06
**Custody supervisor signature:**   **Date:**