OPERATE A MOTOR VEHICLE TO AND FROM WORK
A-60 REV. 3-97

**STATE OF CONNECTICUT**
**DEPARTMENT OF MOTOR VEHICLES**
DRIVER SERVICES DIVISION
(860) 566-5250

INSTRUCTIONS:
1. Please print or type.
2. Complete the application in detail.
3. Multiple employment requires separate applications.
   Operation of a motor vehicle requiring a CDL or used for Public Passenger Transportation is PROHIBITED under the Work Permit Program.

NAME OF APPLICANT (Last, First, Middle)
MULERO, FELIPE

DATE OF BIRTH: 1-3-66

CONNECTICUT OPERATOR LICENSE NUMBER: 134654984

SEX: ☒ M

MAILING ADDRESS (Number and Street)
55 EAST CEDAR ST. (City or Town) NEWINGTON, (State) CT (Zip Code) 06111

RESIDENCE ADDRESS (If different) (Number and Street) (City or Town) (State) (Zip Code)

NAME OF EMPLOYER (If self-employed, include business name and legal proof of self-employment)
VINAL TECHNICAL HIGH SCHOOL

ADDRESS OF EMPLOYER (Number and Street)
60 DANIELS RD MIDDLETOWN, (State) CT (Zip Code) 06345

OCCUPATION
TEACHER

HOME TELEPHONE NUMBER
(860) 65-7040

DAYS AND HOURS OF EMPLOYMENT

| | | | |
|---|---|---|---|
| MON. | 6am-6pm | THU. | 6am-6pm |
| TUE. | 6am-6pm | FRI. | 6am-6pm |
| | | SAT. | 6am-6pm |
| WED. | 6am-6pm | SUN. | 6am-6pm |

TO BE ISSUED A WORK PERMIT, YO
SCHEDULE MUST BE FIXED PER WEEK, A
MAY NOT EXCEED A CONTINUOUS 12-HO
PERIOD PER DAY.

IF YOU HAVE MORE THAN ONE PLACE
EMPLOYMENT, EACH EMPLOYMENT REQUIR
A SEPARATE APPLICATION.

What is the distance and the commuting time from your residence to your place of employment? 64 MILES / 50 min

Is public transportation available from your residence to your place of employment? ☐ YES ☒ NO

What significant hardship(s) will you suffer without a Special Operator's Permit? I WILL LOOSE MY JO AND INCOME TO LIVE TO SUPPORT MY FAMILY, PAY MORTG

What efforts have you made to obtain other transportation? NO ONE WORKS IN MY JOB WHERE I LIVE

**YOUR OFFICIAL DRIVING HISTORY IS PART OF THIS APPLICATION AND WILL BE REVIEWED.**

PRINTED NAME OF SUPERVISOR
THOMAS SERRA

SIGNATURE OF SUPERVISOR
X Thomas Serra

JOB TITLE: DIRECTOR

WORK TELEPHONE: 344-7600

NOTICE: If you operate a motor vehicle for a purpose not authorized by law, a police officer may make a report to t Commissioner of Motor Vehicles and you will be subject to a civil penalty of up to $500. If your operato license is suspended for another reason while you are in possession of this permit, the permit is revoked, and you thereafter operate a motor vehicle you will be subject to double the penalties imposed by law. If you ab or make improper use of the permit, you will be subject to criminal penalties.

OATH: I swear or affirm under penalty of false statement in accordance with Connecticut General Statute 53a-157, subject to penalties for perjury for a deliberate false statement, that the above information is true and correct

PRINTED NAME OF APPLICANT
FELIPE MULERO

SIGNATURE OF APPLICANT
X Felipe Mulero

DATE SIGNED: 10/31/97

▼ DMV USE ONLY ▼

DATE PERMIT ISSUED (If Approved)

PERMIT WAS: ☐ APPROVED    ☐ DENIED

IF PERMIT DENIED, REASON FOR DENIAL
☐ DRIVER HISTORY    ☐ NO SIGNIFICANT HARDSHIP    ☐ INELIGIBLE    ☐ OTHER

PERMIT VALID UNTIL (If Approved)

AUTHORIZED SIGNATURE (DMV Official)

DATE SIGNED

Page: 1 Document Name: untitled

```
CT DEPT OF CORRECTION              TIME SHEET                       10/02/2006
  NAME: MULERO,FELIPE                NUMBER:     255637      SENT ID:      4
  DKT #: H15N-CR-02-0202638-S       REF DKT:              SENT:     Y 25 M      D
  OFF DATE: 10/31/1997            SENT START DATE: 11/17/2003   DET: NONE
  OFF: 53A139   FORGERY, SECOND DEGREE      ELIG PAROLE DATE:  07/11/2007

****************** CURRENT TOTAL DAYS FOR THIS SENTENCE  ******************

        JAIL CREDIT:   1     TIME SERVED:   0    DEADTIME:  953

*****************************************************************************

  POST DT LOC  DAYS  ENTRY      REL DT      POST DT LOC  DAYS  ENTRY      REL DT
  06/29/06 121    953 DEADTIME  07/25/08
  11/19/03-06/29/06-APPEAL BOND REVOKED
  11/17/03 121      1 JAIL CR   12/15/05
  9/19/03-9/19/03
  11/17/03 121      0 INITIAL   12/16/05
  H15N-CR02-0202638-S
```

TRANS:          NUMBER:  00255637

                                                          PAGE     1

Date: 10/2/2006 Time: 3:52:02 PM

ATTACHMENT 

Albany, New York 12234

America's Job Bank (www.ajb.org) is an easily accessible nationwide job bank that helps job seekers and employers connect. This service provides job seekers a method to post their resumes on the Internet. Employers regularly search this database to find suitable candidates for their job openings. This service is available *free* to job seekers and employers.

It is expected that a certified teacher be knowledgeable of New York State's new learning standards. For information about the learning standards and new State assessment system, please visit the Department's web site at http://www.nysed.gov or write to the Office of Curriculum, Instruction and Assessment, New York State Education Department, Albany, NY 12234.

FELIPE MULERO
55 EAST CEDAR STREET
NEWINGTON            CT       06111



# University of the State of New York
## Education Department

## Public School Teacher Certificate

*This certificate, valid for service in the public schools, is granted to the person named below who has satisfied the requirements prescribed by the State Education Department.*

### FELIPE MULERO

Certification area: **SCHOOL ADMINISTRATOR/SUPERVISOR**

*Form: **PROVISIONAL**
(over)

Effective date: **09/01/02**

Certificate number: **049685923**

Control number: **154958021**

Given under the authority of
the State Education Department

*Charles C. Mackey, Jr.*
Administrator, Teacher Certification

Commissioner of Education

The University of the State of New York
THE STATE EDUCATION DEPARTMENT
Office of Teaching
Albany, New York 12234

America's Job Bank (www.ajb.org) is an easily accessible nationwide job bank that helps job seekers and employers connect. This service provides job seekers a method to post their resumes on the Internet. Employers regularly search this database to find suitable candidates for their job openings. This service is available *free* to job seekers and employers.

It is expected that a certified teacher be knowledgeable of New York State's new learning standards. For information about the learning standards and new State assessment system, please visit the Department's web site at http://www.nysed.gov or write to the Office of Curriculum, Instruction and Assessment, New York State Education Department, Albany, NY 12234.

```
FELIPE MULERO
55 EAST CEDAR STREET
NEWINGTON          CT      06111
```



## Public School Teacher Certificate

*This certificate, valid for service in the public schools, is granted to the person named below who has satisfied the requirements prescribed by the State Education Department.*

### FELIPE MULERO

Certification area: **SCHOOL DISTRICT ADMINISTRATOR**

*Form: **PERMANENT**
(over)

Effective date: **09/01/02**

Certificate number: **049685923**

Control number: **154960021**

Given under the authority of
the State Education Department

*Charles C. Mackey, J.*
Administrator, Teacher Certification

Commissioner of Education

Attached you will find a New York State Conditional Provisional teacher certificate. Please note the following important information concerning your certificate:

1. The certificate is valid for two years from the effective date on the certificate.
2. Within this two year period, you must obtain qualifying scores on two tests within the New York State Teacher Certification Examination (NYSTCE) program: the Liberal Arts and Sciences Test (LAST) and the Assessment of Teaching Skills-Written (ATS-W); complete the mandated workshop(s) in Child Abuse Identification and School Violence Prevention & Intervention; and be enrolled in a master's degree program at an accredited institution of higher education.
3. Examination scores are automatically reported to the Office of Teaching. You will need to file a copy of the Certificate of Completion for the Child Abuse Identification workshop and the School Violence Prevention & Intervention workshop. You will also need to file a statement from a duly authorized officer of an accredited institution of higher education verifying you are enrolled in a master's degree program. If you possess a master's degree, send an original transcript showing the degree conferral to the Office of Teaching. If you have previously filed such a transcript it need not be sent again.
4. If you satisfy all of the above requirements within the two year period, you will receive a regular provisional certificate at the end of the validity period of the conditional provisional certificate. The regular provisional certificate will be valid for five years from the effective date of the conditional provisional certificate.
5. You must notify the Office of Teaching of any change of address.
6. A test registration bulletin may be obtained at the following address: **NYSTCE, National Evaluation Systems, Inc., 30 Gatehouse Road, P.O. Box 660, Amherst, MA 01000-9008 or call (413)256-2882 or TTY telephone for the deaf (413)256-8032.**
7. Additional information concerning the NYSTCE tests and the mandated workshops is available on the Office of Teaching's web page: **http://www.highered.nysed.gov/tcert/**

Felipe Mulero
746 Prospect St.
WETHERSFIELD          CT      06109




## University of the State of New York Education Department

### Public School Teacher Certificate

*This certificate, valid for service in the public schools, is granted to the person named below who has satisfied the requirements prescribed by the State Education Department.*

### FELIPE MULERO

Certification Area: **Drafting**

*Form: **CONDITIONAL PROVISIONAL**
(over)

Effective Date: **02/01/2004**

Certificate Number: **1738294**

Control Number: **91083071**

Given under the authority of
the State Education Department

*Johanna Duncan Poitier*
Deputy Commissioner
Office of Higher Education and Office of Professions

The University of the State of New York
THE STATE EDUCATION DEPARTMENT
Office of Teaching
Albany, New York 12234

America's Job Bank (www.ajb.org) is an easily accessible nationwide job bank that helps job seekers and employers connect. This service provides job seekers a method to post their resumes on the Internet. Employers regularly search this database to find suitable candidates for their job openings. This service is available *free* to job seekers and employers.

It is expected that a certified teacher be knowledgeable of New York State's new learning standards. For information about the learning standards and new State assessment system, please visit the Department's web site at http://www.nysed.gov or write to the Office of Curriculum, Instruction and Assessment, New York State Education Department, Albany, NY 12234.

FELIPE MULERO
55 EAST CEDAR STREET
NEWINGTON          CT     06111



## Public School Teacher Certificate

*This certificate, valid for service in the public schools, is granted to the person named below who has satisfied the requirements prescribed by the State Education Department.*

# FELIPE MULERO

Certification area:  SCHOOL BUSINESS ADMINISTRATOR

*Form: PERMANENT
(over)

Effective date: 09/01/02

Certificate number:   049685923

Control number:   154959021

Given under the authority of
the State Education Department

Administrator, Teacher Certification

Commissioner of Education

ATTACHMENT   F

Felipe Mulero
55 East Cedar Street, Newington, CT 06111

Vs.

New Britain School District, One Liberty Square: New Britain, CT 06050-1960

1.  I am being discriminated because I am a Hispanic Puerto Rican by the New Britain
    School District on or about Aug 19, 1999. I applied for a job as a Durational
    Shortage Application Permit (DSAP) in Technology Education at the New Britain
    School System which a large population of Hispanic bilingual students: 60%. See A-1

2.  On or about August 19, 1999 I was offered a job as a DSAP Bilingual Education
    Teacher at Pulaski Middle School as a 6th grade instructor because I am Fluent in
    English & Spanish: An area I was not a certified to teach in at that time. See B-1

3.  On or about October 15, 1999 I declined the position in Bilingual Education because I
    had nearly completed a certificate program in Technology Education with just two
    courses to complete the program at Central Conn. State University. I wanted to
    complete the Tech. Ed. program;my area of concentration and expertise. & cross
    endorse in Bilingual education later. This was explained to the New Britain School
    administrator Richard Barry who was aware of my strong Tech. Ed. background. See C-1 & 2

4.  On or about June 18, 2000 I had reapplied for a DSAP Technology Education & was
    passed up by Thomas Menditto for a White Male who was also eligible for a DSAP
    but was not bilingual or had as strong a Technical/ Engineering background as myself.

5.  On or about July 5, 2001 Richard Barry informed me that my active application on file
    was passed up again with no consideration for another White candidate who once
    again did have a bilingual background or had as strong a background in Technology/
    Technical & Engineering background as myself. Thomas Menditto did the hiring again.

6.  The New Britain School system Technology Education Department currently is & has
    been run by white administrators historically who have been hiring all white candidates
    to teach Technology Education. Mr. Menditto (white) is discriminating and retaliating
    against me since I am a Puerto Rican Technology Education candidate & holding my
    bilingual background against me. See D-1

7.  The New Britain School district does not hire Puerto Rican Technology Education
    candidates. *See* E-1

Felipe Mulero being duly sworn, on oath, states that s/he is the Complainant herein; that s/he has read the foregoing complaint and knows the content thereof; that the same is true of her/his own knowledge, except as to the matter herein stated on information and belief and that as to these matters s/he believes the same to be true.

Dated at Hartford, Connecticut this 31 day of July, 2001.

_____
(Complainant's signature)

Subscribed and sworn to before me this 31day of July, 2001.

_____
Notary Public/Commissioner
Of the Superior Court

My commission expires: _____

RECEIVED

JUL 3 1 2001

COMMISSION ON HUMAN RIGHTS
AND OPPORTUNITIES
CAPITOL REGION

F104

2

Issued 4/94
Revised 1/1/96

#440814 A-1

*8/20/99 on vac. until 8/30/99. Will call when he returns.*

*Sent 6/27/00 - addendum*

11-Fri.

Bil/Pulaski

# CONSOLIDATED SCHOOL DISTRICT
# CITY OF NEW BRITAIN

### EMPLOYMENT APPLICATION

FULL NAME _FELIPE MULERO_

ADDRESS _55 EAST CEDAR STREET_

_NEWINGTON, CT 06111_

PHONE [Home] _(860) 665-7442_          [Work] _(860) 951-7112_ EXT. 335

SOCIAL SECURITY NUMBER _049 | 68 | 5923_

## TEACHER CANDIDATE

Elementary School:                    Grade Preference _K-12_

                                      Special Subjects _TECHNICAL EDUCATION_

Middle School:                        Subjects _MATH_

High School:                          Subjects _PHYSICS_

Adult Education:                      Subjects _SCIENCE_

## ADMINISTRATIVE CANDIDATE

Position Applied For: _____



For Office Use Only:
Addendum Received ___
Certification Received ✓
References Received ✓
Transcript Received ✓
Interview ___
Step Placement _M+30  Sp 6_
Initial Base Pay _$88,50_
Starting Date ___

Pulaski Gr 6 BiL

7/21/99
61/c   59/c
63/c
n.smo .k

M+60 math Pam...

THE NEW BRITAIN PUBLIC SCHOOL DISTRICT DOES NOT DISCRIMINATE ON THE BASIS OF RACE, COLOR, ANCESTRY, NATIONAL ORIGIN, CITIZENSHIP STATUS, GENDER, MARITAL STATUS, PHYSICAL OR MENTAL DISABILITY, RELIGION, AGE OR SEXUAL ORIENTATION.

ALL APPLICANTS _MUST_ INCLUDE:
- PROOF OF _CONNECTICUT_ CERTIFICATION
- 3 LETTERS OF RECOMMENDATION
- TRANSCRIPTS (copies accepted)

CONSOLIDATED SCHOOL DISTRICT OF NEW BRITAIN   PERSONNEL OFFICE
INTERVIEW RATING

*(Each interviewer must complete individual sheet.)*                    B-1

APPLICANT NAME: _Felipe Mulero_ DATE: _8/54/99_ TIME: _800_

POSITION APPLIED FOR: _Blg. — Pulaski_

| CATEGORY | NUMERICAL RATING: 1=Unacceptable 2=Below Average 3=Average 4=Above Average 5=Outstanding | COMMENTS Please comment on any area rated 3 or less: |
|---|---|---|
| Background and Experience | 4 | Tech Schools Industry |
| Education | 5 | Tech Ed. Mech. Engin |
| Ability to get along with others | 5 | Well Spoken |
| Problem Solving Ability | 4 | Engaging |
| Initiative and Creativity | 4 | ? |
| Communication Skills | 4 | |
| Gaps in Employment | 4 | |
| Unique Qualities | 5 | B. Engin' |

Additional comments: _Background (4)_
_Not Certif. in Blg. But Certif - Tech Ed._

Final Recommendation:   ☑ Recommended for employment
                        ☐ *NOT* recommended for employment

_Richard Trusky_
Interviewer's Signature

065-2222-16 rev. 6/97

# Minority Teacher Recruiting

### Recently Added Candidate

# 9908/28

C-1

Date Candidate Was Entered   1/25/1999

| | | |
|---|---|---|
| Salutation | | |
| First Name | Felipe | |
| Middle Initial | | |
| Last Name | Mulero | |

Minority Designation   <u>Hispanic</u>

Other Minority Type
(if applicable)

Address   55 East Cedar St.

Home Phone   (860) 665-7442

Address 2

Work Phone

City, State, Zip   Newington, CT  06111

Email:

CT Certified?   Yes

Certified Field

Type Of Certification

Cert. Exp. Date

☐  Passed Praxis I

☐  Passed Praxis II

Graduation Date

Other State Certified?   No

Other State(s)

Certification Type

Cert. Exp. Date

## Endorsement Area(s)

Bilingual Education Pre-K -12

Technology Education Pre-K -12

Promotion Comments:    Felipe Mulero seeks a position as a technology education teacher or bilingual teacher k-12.  He is in
the process of fulfilling the requirements for a bilingual educator certificate.  Copies of current
certificates attached.
CT certified - see attached
MS Central CT State University, Industrial Management Technology
B.S. U of Hartford, Mechanical Engineering
fluent in Spanish and English
10 years experience in industry
4 years experience as adjunct at MCTC and CCTC
References:
*solid from community college mentors
*described as assertive, hard working, very knowledgeable.

SEP 12 '00  03:56PM BILL MAZZA 654 5270                    P.1  C-2

Name _FELIPE  MULERO_____    SS# _049 . 68 . 5923_    Page 5 ED177

**PART X    EVIDENCE OF ENROLLMENT IN PLANNED PROGRAM OF TEACHER PREPARATION**

This section must be completed and signed by the certification officer of the preparing institution.

_Mulero_____    _Felipe_____    _L_
Applicant's Last Name         First Name                MI

_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_____
Social Security Number

a. The above-named applicant is currently enrolled in a planned program leading toward this institution's recommendation for certification in:

_Technology Education_____    _NK-12_____    _Fall 1998_____
Subject/Field                  Grade Level        Date of Enrollment

b. Number of semester hours of credit required to complete certification program: ___22 SH_____

c. Number of semester hours applicant has completed: _5 SH_ (SH enrolled for Fall 2000)
   (8SH additional completed SS2000 per student; 6 SH enrolled for Fall 2000)

_Central Connecticut State University_    _Ronald J. Moss, Ph.D._    860-832-2125
College or University                    Assistant Dean of Education    ( )
                                         and University Certification Officer    Telephone Number
                                                                          MOSS@CCSU.EDU

_signature_____    _9 August 2000_____
Signature                  Date



RECEIV
AUG 1 4 20

CONSOLIDATED SCHOOL DISTRICT OF NEW BRITAIN - PERSONNEL OFFICE
## INTERVIEW RATING

*(Each interviewer must complete individual sheet.)*

E-1

APPLICANT NAME: _Felipe Mulero_ ___ DATE: _8/24/99_ ___ TIME: _8:M_

POSITION APPLIED FOR: _Bilingual / Palodic_

| CATEGORY | NUMERICAL RATING: 1=Unacceptable 2=Below Average 3=Average 4=Above Average 5=Outstanding | COMMENTS Please comment on any area rated 3 or less: |
|---|---|---|
| Background and Experience | 4 | |
| Education | 5 | |
| Ability to get along with others | 5 | |
| Problem Solving Ability | 4 | |
| Initiative and Creativity | 4 | |
| Communication Skills | 4 | |
| Gaps in Employment | 4 | |
| Unique Qualities | 5 | |

Additional comments: _____

_____

Final Recommendation:  ☑  Recommended for employment

 ☐  *NOT* recommended for employment

_Audrey E Harris_
Interviewer's Signature

065-2323-16 rev. 6/97 appint

**CONSOLIDATED SCHOOL DISTRICT OF NEW BRITAIN - PERSONNEL OFFICE**
**INTERVIEW RATING**

*(ach interviewer must complete individual sheet.)*            D-1

PPLICANT NAME: *Felipe L. Mulero* DATE: *8/7/00*   TIME: *11:20-12:00*

OSITION APPLIED FOR: *Technology Education - Pulaski*

| CATEGORY | NUMERICAL RATING:<br>1=Unacceptable<br>2=Below Average<br>3=Average<br>4=Above Average<br>5=Outstanding | COMMENTS<br><br>Please comment on any area rated 3 or less: |
|---|---|---|
| Background and Experience | 4 | |
| Education | 4 | |
| Ability to get along with others | 5 | |
| Problem Solving Ability | 5 | |
| Initiative and Creativity | 5 | |
| Communication Skills | 4 | |
| Gaps in Employment | 4 | |
| Unique Qualities | 5 | |

Additional comments: *Very assertive. Previously applied for but did not accept a bilingual position at Pulaski. DSAP certified.*

Final Recommendation:   ☐  Recommended for employment

                        ☑  *NOT* recommended for employment

*Thomas M. Mendello*
Interviewer's Signature

065-2323-16 rev. 6/97 appint

ATTACHMENT E

# THE PRAXIS SERIES
**S E R I E S**
Professional Assessments for Beginning Teachers®    Telephone: (609) 771-7395

## EXAMINEE ADDITIONAL SCORE REPORT

### BACKGROUND INFORMATION

| | | | | | |
|---|---|---|---|---|---|
| Examinee's Name: | MULERO, FELIPE | | | | |
| Candidate ID Number: | 01882523 | Social Security Number: 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 | Sex: M | | Date of Birth: 01/03/1966 |

### EDUCATIONAL INFORMATION

| | |
|---|---|
| College Where Relevant Training Was Received: | CENTRAL CONNECTICUT STATE UNIV |
| Undergraduate Major: | ENGINEERING |
| Graduate Major: | ENGINEERING TECHNOLOGIES |
| Educational Level: | EARNED MASTER'S DEGREE PLUS ADDITIONAL CREDITS |
| GPA: | 3.5 - 4.0 |

### SCORE RECIPIENT(S) REQUESTED

| Code # | Recipient Name |
|---|---|
| | |
| | |
| | |
| | |
| | |

FELIPE          MULERO
55 EAST CEDAR ST
NEWINGTON        CT  06111

### HIGHEST SCORE AS OF 02/06/1999 FOR EACH TEST TAKEN AFTER OCTOBER 1, 1989

| Test Date | Test Code | Test Name | Your Highest Score | Possible Score Range | Score Recipient Code(s) | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 08/29/1998 | 0711 | CBT READING | 327 | 300 - 335 | | | | | |
| 08/29/1998 | 0721 | CBT WRITING | 321 | 300 - 335 | | | | | |
| 06/19/1998 | 0731 | CBT MATHEMATICS | 325 | 300 - 335 | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |

Scores will be available for reporting for ten years.
Refer to enclosed interpretive leaflet for additional information.



**American Council on the Teaching of Foreign Languages**

*certifies that*

*FELIPE MULERO*

*has successfully completed an ACTFL Oral Proficiency Interview (OPI) and has been rated, using ACTFL Proficiency Guidelines, as*

*ADVANCED MID - SPANISH*



*Executive Director*

09/29/99
99-4456

Name _FELIPE MULERO_      SS# _049 - 68 - 5923_      Page 5 ED177

---

→ PART X    EVIDENCE OF ENROLLMENT IN PLANNED PROGRAM OF TEACHER PREPARATION

This section must be completed and signed by the certification officer of the preparing institution.

_Mulero_      _Felipe_      _L_
Applicant's Last Name      First Name      MI

_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_
Social Security Number

a. The above-named applicant is currently enrolled in a planned program leading toward this institution's recommendation for certification in:

Technology Education      NK-12      Fall 1998
Subject/Field      Grade Level      Date of Enrollment

b. Number of semester hours of credit required to complete certification program: ___ 22 SH

c. Number of semester hours applicant has completed: _5 SH_

~~Central Connecticut State University~~ (2SH, ~~add in process~~ completed SS2000 per student; 6 SH enrolled for Fall 2000)      860-832-2125

College or University      Ronald J. Moss, Ph. D
      Assistant Dean of Education
      and University Certification Officer      (_____)
      Name and Title of Official and University Certification Officer      Telephone Number

_Signature_      MOSS@CCSU.EDU

      9 August 2000
      Date



## Employment

**IVER-CLASS A**
Superior Northeast
24 Arbor Dr., So. Windsor
T. George F. at: **860-282-7688**
ply at f. or to: **860-378-3965**

Driver-CDLA

### Roll in the Money
Average $1,000+/Week
Regional Runs/
Home Weekly
★ Immediate Benefits ★
months exp-23 years old
Call Sunday or Anytime
**866-906-9374**

ver _____

art area company needs exp
ivers. Clean record min 2yrs
xp exc/ent pay and benefits.
Call Mike @ 203-264-5440

ver _____

**IMMEDIATE OPENING**
axle dump trucks. Minimum
Class A license. Central CT
a. Call **860 347 5923**

**Driver/Installer**
erican Furniture Rentals has
eer supply's for Driver/In-
llers. Candidates must have
an driving record, excellent
bal & written communica-
n skills, & ability to work OT
re required. Furniture han-
ng exp. is desired but not re-
red. Apply in person at 299
iderd Road, Rocky Hill, CT.
n-Fri, 10-4 (860)296-4720

Web **CT2061753**

ver _____

### Make Tracks
**Roadlink USA**
**New England**
Class A CDL, 2 Yr TT Exp
Company Drivers with
Doubles Endorsement
dicated Fleet in Meriden, CT
4:00 PM Start
Tuesday thru Friday
Part Time for Drivers Wanted
surance and 401K Pkg Avail
**T 203-235-5775 ext 455
or 203-466-4160**

Driver _____

**NEW OPPORTUNITY!**
**DRIVERS**
S. Windsor, CT

Weekends Off
Dedicated Account
Local/Occasional
Overnights
Flatbed exp. req'd.
Class A CDL & 1 yr. exp.
req'd.
Top Pay- Projected Avg.
W-2 -$50K
EXCELLENT Benefits

**CALL 800-793-3754**
www.ryderlife.com
Calls taken starting
Sunday 12pm-5pm



**EOE. Drug testing is a
condition of employment.**

ver _____

**Owner-Operators**
Get Home for August
eeded 5-6 Owner-Operators
w to Service New Account!
ke Home Every Night with
is Local Dedicated Account

## Employment

**DRIVERS - DRIVE YOUR
CAREER PATH AND EARN $$$**
Join a team of professionals
that distributes to the world's
largest restaurant chain
for over fifty years.
Receive excellent benefits
and steadiwork for working beyond 8 hrs/shift.

**PROFESSIONAL DRIVERS**
Full-Time & Part-Time
Martin-Brower requires 2 years
tractor-trailer experience,
2yr clean MVR, and a
valid class A CDL license.
***Drivers must have a flexible
work schedule and be available
for both nights and weekend
shifts. Paperless logging,
local and layover runs
available, excellent equipment.

Earnings: $1,000 bonus after
6 months of service. Starting
pay at $17.75/hr with .50 in-
creases every six months for
18 months and continuing
to $20.50. Make up to $70K
annually. Earn time and ½ pay
for working over eight hrs in
a shift, plus mileage earnings.

Benefits include: Receive 4½
weeks paid time off within a
two year period. Will offer a
comprehensive medical,
dental, vision, life ins.,
and 401(k) retirement plan.
Benefit plans may be
elected as of the first
day of employment.

**•Apply in person 9am-4pm•**
The Martin-Brower Company
191 Moody Road
Enfield, CT 06082

EOE/AAE M/F/H/V/D
Drug Free Employer

Hartford Courant
careerbuilder [TV]

Web **CT2061753**

Driver _____

**DRIVERS CLASS A**
Master Hasko seeking Class A
Drivers for 1st shift. Company
paid drug test mandatory, copy
of DMV driving record required.
Excellent benefits
offered. Apply in person
60 Belamrose Ave., Rocky Hill, CT

Web **CT2061078**

Drivers _____

**CDL-A DRIVERS**
BRING YOUR SKILLS TO A
CARRIER THAT
APPRECIATES THEM!
At Priority, we think
professional drivers deserve
• Respect
• PREMIUM pay
• Weekend home time
• Late model equipment
• Variety of routes
Long Haul Reefer
opportunities also avail
Class A CDL, 6 mos. Exp req.
Get Details by calling



**PRIORITY**
**TRANSPORTATION**
*Safety is our Priority*

**800-325-9494 x217 eoe
www.prioritytrucking.com**

## Employment

Drivers

## JOIN OUR TEAM!
Double A Transportation,
a Durham School
Services Company,
has immediate openings for:

### DRIVERS
We offer:
• Competitive pay
• Benefit options
• Part-time - additional
hours available

Requirements:
• Good driving record
• Pass physical and
drug test
• Clear background
check

647 Cromwell Avenue
Rocky Hill, CT 06067
(860) 563-3126 ext 3

Web **CT2053999**

Driver _____

**NEW CENTURY**
TRUCKLOAD SERVICES GROUP

**SOLO & TEAM DRIVERS**
If you are 23 years of age or
older, have 2 years TRACTOR
TRAILER driving experience
& CDL-A with Hazmat

WE HAVE THE MILES, RUNS
AND HOME TIME
TO MEET YOUR NEEDS
Earn up to $1400/Week
**$2000 SIGN-ON BONUS**
**1-866-668-6111**

Driver _____


**KNIGHT**
TRANSPORTATION
THE FLEXIBILITY YOU
NEED...THE $$$ YOU DESERVE
Line: 5 on/2 off
Up to 43cpm & Great Benefits
Call today, start driving
THURSDAY!
Call 800-559-2307
Gross OTR/CDL-A req'd
Owner Ops: 800-437-6907
www.knightcares.com
Web **CT2060837**

Driver _____

**DRIVER/WAREHOUSE**
Must have good driving record.
Good benefits, Hrfd. Call
860-953-4118. No CDL required!

Driver _____

★★★ **DRY CLEANING** ★★★
Dry Kleaning By McKlean's
In Farmington seeks Pressers.
Must be experienced & able to
do hi-quality / hi-volume work!
Call Bruce at 860-798-0260
or 860-677-7014

Editor/Analyst
Latin America Pub -
Competent person to
research, analyze/edit existing
pub. covering L.A. events,
trends in political/economic
affairs. Fluency in Spanish
a must. Portuguese helps.
Prefer college grad with
good writing/research
skills, computer literate.
Exc. bene's & 401K. Resume:
Forecast International
22 Commerce Road
Newtown, CT 06470
Fax: (203) 426-1964
sharon.graham@forecast1.com
Web **CT2057986**


**CIGNA**
**CIGNA is now hiring
Customer Service Advocates for the
Bloomfield Campus Innovation Lab!**

## Employment

Editor

### Fact-Checker
Women's Health
Newsletter
Well-known publisher seeks a
professional with 5+ yrs health
research experience. Strong
fact-checking skills, knowl-
edge of medical terminology
and the ability to interview
medical experts a must.

We offer excellent compensa-
tion and outstanding benefits.
Send resume to: W. Frasier,
Boardroom Inc., 281 Tresser
Blvd, Stamford, CT 06901.
Fax: 350-967-3086
abreynolds@boardroom.com
No calls please. EOE.

**BOARDROOM INC.**
Web **CT2061817**

Education _____

**Killingly Public Schools**
**Math Teacher - Grade 7**
**CT Certification (029) or
(229) required.**
Letter of interest, resume,
copies of transcripts,
Certification and 3 letters of
recommendation to:
William M. Silver, Ed.D.
Superintendent of Schools
P.O. Box 210
Danielson, CT 06239

Hartford Courant
careerbuilder [TV]

Web **CT2061642**

Education _____

**NEW BRITAIN
PUBLIC SCHOOLS**

**Teacher Vacancies**

• **Bilingual**
Elementary (requires
bilingual certification)

• **Dual Language
Spanish**
Elementary (requires
bilingual certification)

• **Mathematics**
Gr. K-12

• **Speech Pathologist**

• **Special Education
Dept. Chairperson**
High School

Date Available:
August 1, 2007

**Music Teacher**
(strings)
Half time plus benefits
Start Date: August 27, 2007

Closing Date: Until Filled

Application available at
www.branford.k12.ct.us

Web **CT2062052**

Education _____

**MANCHESTER
PUBLIC SCHOOLS
VACANCIES FOR
2007-'08**

**World Language
Teacher Middle School
Level**
(job #3369), must hold
a valid CT cert.
#023(Spanish) in addi-
tion. (French #018 a plus)

**Technology Ed. Teacher**
Middle School Level
(job #2945), must hold
a valid CT cert. #047

**School Psychologist**
Middle/High School
Level
(job #3573), must hold a
valid CT cert.

## Employment

Education

**Windsor Locks
Public Schools**

### Vacancies

• Long-Term Sub Teacher
in Spanish

• Long-Term Sub Teacher -
Elementary

• Four Building Substitute
Teachers

Please view our website
for details and to apply
through our Online
Application at
**www.wlps.org**

Hartford Courant
careerbuilder [TV]

EOE

Web **CT2062283**

Education _____

**Director, Family
Resource Center
Branford, CT**

The Director of the Family
Resource Center is respon-
sible for strengthening the
ties between families and
schools in Branford and to
provide support services
and developmental infor-
mation and strategies to
ensure that children reach
kindergarten ready to
learn.

Additional responsibilities
include staff hiring, super-
vision, grant writing and
management, parent edu-
cation, program develop-
ment and community out-
reach. This is a 12 month
position.

Qualifications: At least 2
years experience in child
care, public administra-
tion or early childhood ed-
ucation and a Master's De-
gree in Child Development,
Early Childhood Education
or related field required.
Compensation $40K-
$45K plus benefits de-
pending on qualifications
and experience.

Date Available:
August 1, 2007

Closing Date: Until Filled

Application available at
www.branford.k12.ct.us

Web **CT2062052**

Education _____

East Catholic High School
in Manchester will have the
following positions open for
the 2007-2008 School Year:

**Spanish Teacher
Part-Time**

**Religion Teacher
Full-Time**

Please send letter of
interest and resume to:
Mr. Christian Cashman
Principal
East Catholic High School
115 New State Road
Manchester, CT 06042
gcoguen@echs.com
Fax # 860-649-7191
Web **CT2056075**

Drivers

## Employment

Education
**Lyme-Old Lyme Public Schools**

### Foreign Language
Teacher
Grade 5 & 6 Spanish Teacher
(dual certification in French
preferred but not required)

Interested candidates should
send a letter of interest, current
resume, one page educational
philosophy/vision statement,
copy of Connecticut certifica-
tion, three CURRENT letters
of recommendation, and ALL
college transcripts to:

**Mr. David J. Klein,
Superintendent of Schools
Lyme-Old Lyme Public Schools
4 Davis Road West
Old Lyme, CT 06371
(860) 434-7238**

A completed application packet
as detailed above is required to
be considered for an interview.
Please visit www.region18.org
for information on the district.

Closing Date for Applying:
until filled

Web **CT2062102**

Education _____

• **TEACHER**
Plan and implement edu-
cation curriculum for pre-
school classroom. Must
have an Early Childhood
Degree, or degree in
related field with at least
12 ECE credits plus three
years experience in a
pre-school classroom.
Hours: 35 hrs per wk,
52 weeks per year.

• **TEACHER
ASSISTANTS**
Assist teacher with
curriculum planning and
classroom management
for a pre-school class-
room. Must have CDA
plus 12 ECE credits with
one year experience in a
pre-school classroom.
Hours: 25/35 hrs per
wk, 43/52 wks per yr

Salary is based upon edu-
cation and experience.
Closing date is 8/03/07.

Applicants meeting the
qualifications are encour-
aged to send a cover
letter, resume, copies of
degree, three letters
of recommendations
and references to:

The Human Resources
Agency of New Britain Inc.
Personnel Department,
180 Clinton Street
New Britain,CT 06053.
Affirmative Action EOE

Web **CT2060300**

**NEW HAVEN
PUBLIC SCHOOLS**

## Employment

Education

**New London
Public Schools**

• **School Psychologist** -
grades 9-12 (070) Dept. Chair
preferred but not required.
• **Part-time** - 9-12 (047)
Technology teacher, grades 9-12 (047)
• **Biology teacher**, grades 9-12
(030)

Please apply in writing only to:
Mr. Ivan Sadler, Director of
Human Resources, New London
Board of Education, 134
Williams Street, New London,
CT 06320. Application forms
may be obtained at 134
Williams Street, Rm. 10 or
by downloading it from our
website **www.newlondon.org**.
Please submit with the applica-
tion form, three recent letters of
reference, a resume, and a copy
of the certificate. Praxis test
scores, and ALL undergraduate
and graduate transcripts.
Applications will be accepted
until filled.

Web **CT2061305**

Computer

### Technical Support
Specialist

**Vernon Public Schools** is
look for a Technical
Support Specialist to
deploy, administer and
maintain existing
networked client
computers and to assist
with a variety of network
inventory, maintenance
and other tasks as
required by nature of
technology. Extensive
experience in Windows
environment is required
and knowledge of Active
Directory, Exchange,
Terminal Services and
Linux preferred. MSCE
desirable.
Salary $13.98 per hour
with benefits.

To assure full
consideration,
a completed Vernon
Public Schools
professional application
must be submitted.
Please download
application at
**www.vernonschools.org**

Or call 860-870-6000 x143

**The application closing
date is August 3, 2007.**

An Equal Opportunity
and Affirmative
Action Employer

Hartford Courant
careerbuilder [TV]

Web **CT2061891**

**NEW HAVEN
PUBLIC SCHOOLS**


Kids First

## Middle or Elementary
School Literacy Coaches

Under the supervision of the Reading
Supervisor, the literacy coach will service
middle or elementary schools to facilitate
reading/language arts instruction.
Min. of 5 years classroom experience
MS in Reading preferred.

Please send letter of intent and professional
resume by August 7 to: Personnel Department
New Haven Public Schools,
54 Meadow Street, New Haven, CT 06519,
or email: Personnel@new-haven.k12.ct.us
Direct inquiries to 203-946-8896.

New Haven Public Schools is an Affirmative

*ON LINE APPLICATION*
*FRONT PAGE*

Page 1 of 1

## 📠 Please enter all required information.

**Name:** Mulero                  Felipe

► (Last)                    ► (First)                    (Middle Initial)

Other name under which transcripts, certificates, and former applications may be listed:

**Other:**

(Last)                        (First)                      (Middle Initial)

## 📠 The following information is needed for you to continue your application at a later date.

- Your email address will be used to let the district communicate with you. (be sure to use your full internet email address ex: jean@aol.com )
- Your password prevents others from viewing your application. Choose any password you would like. By assigning your application a password you will be able to stop and continue the application process at any step. You can return to complete an application up to 30 days later by clicking 'Continue An Application' and then entering your email address and password.

► **Email Address:**    fmulero@hotmail.com

► **Password:**

► **Confirm Password:**

ON LINE APPLICATION
FRONT PAGE

Page 1 of 1

**Please list your mailing address. If your present and permanent addresses are the same, just fill in your permanent address.**

| | ▶ **Permanent Address** | | **Present Address** | |
|---|---|---|---|---|
| Number & Street: | 746 Prospect Street | Number & Street: | |
| City: | Wethersfield | City: | |
| State: | CT | State: | |
| Zip Code: | 06109 | Zip Code: | |
| Daytime Phone: | 860    986-0979 | Phone Number: | |
| Home/Cell Phone: | 869    986-0979 | | |
| | | Until what date? | |



# CITY OF NEW BRITAIN
### Office of Corporation Counsel
City Hall ● 27 West Main Street
New Britain, Connecticut 06051

*"New Britain:*
*A City for*
*All People"*

Founded 1754
Incorporated a Town 1850
Incorporated a City 1870

Phone    (860) 826-3420
Fax      (860) 826-3397

Peter C. Mlynarczyk, Corporation Counsel
Joseph E. Skelly, Jr., Assistant Corporation Counsel
Irena J. Urbaniak, City Attorney
Seth Feigenbaum, Associate City Attorney
Mary C. Pokorski, Associate City Attorney

September 22, 2005

Mr. Felipe Mulero
746 Prospect Street
Wethersfield, Connecticut    06109

    Re:   Felipe Mulero
         v. Consolidated School District of New Britain
         Case No. 3:02-cv-00932 (CFD)

Dear Mr. Mulero:

I have reviewed your five settlement proposals with my
client.  At this point, we are not making any offer to
resolve this matter.

                Very truly yours,

                Office of Corporation Counsel

                Joseph E. Skelly, Jr.
                Assistant Corporation Counsel

JES/sb

cc:  Robert A. Stacy, Director of Human Resources

9/21/05 Wends    1:30 pm
9/22/05 Thurs    9:30 A.M
9/23/05 Fri.     9:00 A.M
         11:15 A.M



September 8, 2005

Felipe Mulero
746 Prospect Street
Wethersfield, CT 06109
(860) 436-2424

Supervisory Office of Corporate Counsel
Attorney: Joseph Skelly
City of New Britain, Conn.
27 West Main Street
New Britain, CT 06051

Re: Amicable Resolution to Case No. 3:02CV932(CFD) Proposals

Dear, Mr. Skelly

I wish to thank you for allowing a meeting to take place on September 7, 2005 and
making an effort to bring resolution to Case No. 3:02CV932(CFD). Please feel free to
call me or arrange for another meeting to come to an agreement if need be. I also wanted
to add another thought that could possibly be a resolution.

Proposal 5. That I be allowed a return to work status as a Success for all Facilitator or a
Teacher of the Gifted- Elementary Resource under a teacher contract at step 9 sixth year.

I would be willing to pay the backed dated four years of teacher retirement time since
2001 if the One Consolidated School District would agree to allow the time to be credited
toward retirement. Once again I appreciate your time and effort to bringing about an
Amicable Resolution to Case No. 3:02CV932(CFD).

Yours Truly,

Felipe Mulero

c: Judge Christopher F. Droney
United States District Judge

September 7, 2005

Felipe Mulero
746 Prospect Street
Wethersfield, CT 06109
(860) 436-2424

Supervisory Office of Corporate Counsel
Attorney: Joseph Skelly
City of New Britain, Conn.
27 West Main Street
New Britain, CT 06051

Re: Amicable Resolution to Case No. 3:02CV932(CFD) Proposals

Dear, Mr. Skelly

I wish to propose four possible resolutions for discussion in an agreement to an Amicable Resolution to Case No. 3:02CV932(CFD). Please feel free to engage some of your thoughts so we may come to an agreement.

Proposal 1. That I be allowed a return to work status as a Bilingual Central Office Administrator serving the district in a multitudes of tasks such as Human Resource Specialist and Central Office Parent School Administrator Interpreter under a teacher contract at step 9 sixth year with four years credited teacher retirement time since 2001.

Proposal 2   That I be allowed a return to work status as a Bilingual Instructor during the evening or day 009) once the DSAP criterion is satisfied serving the district in a multitudes of tasks under a teacher contract at step 9 sixth year with four years credited teacher retirement time since 2001.

Proposal 3   That I be allowed a return to work status as a Facilities Engineer during the evening or day serving the district in a multitudes of tasks in HVAC and Electrical Supervisor under a teacher contract at step 9 sixth year with four years credited teacher retirement time since 2001.

Proposal 4   That I be allowed a return to work status as a Computer Instructor under the (009) once the DSAP criterion is satisfied during the evening or day serving the district in a multitudes of tasks under a teacher contract at step 9 sixth year with four years credited teacher retirement time since 2001.

Yours Truly,

Felipe Mulero

C: Judge Christopher F. Droney

Felipe Mulero
746 Prospect Street
Wethersfield, CT 06109
(860) 436-2424

Supervisory Office of Corporate Counsel
City of New Britain, Conn.
27 West Main Street
New Britain, CT 06051

Re: Amicable Resolution to Case No. 3:02CV932(CFD)

Dear, Sir or Madam

I wish to arrange a meeting for September 1, 2005 at your leisure or anytime this week to discuss the prospects of resolving Case No. 3:02CV932(CFD) in an Amicable manner. I believe that the One Consolidated School District of New Britain could utilize my bilingual background in a very positive manner. Attached are my credentials for your review.

I would consider withdrawing the Case No. 3:02CV932(CFD) in return for employment either in the One Consolidated School District of New Britain Central Office as a School Bilingual Administrator, or an evening Adult Educator (107), (009) or even a Building HVAC technician job. I would accept compensation of Step nine on the teacher pay scale at Sixth Year + 30 credits under a teacher contract with credited retirement time since 2001. I would not pursue any back pay or interest, just secured employment & credited retirement time. I have reciprocal Administrative Certification in NY State, I have an evening Adult Educator Certification (107), DSAP Bilingual certification (009), & I have an Engineering Degree with experience in the field of engineering. I am employable.

I truly believe I could be easily employed by the One Consolidated School District of New Britain either as a Bilingual DSAP Educator (009), Adult Evening Educator in the Mandatory subject area (107), or as a Central Office Bilingual Administrator in return for resolving Case No. 3:02CV932(CFD) in a Satisfactory & an agreeable manner that would be most advantageous and beneficial to all involved. I hope this proposal could be made possible & I would be returned to gainful employment in a very positive manner for all.

Yours Truly,

Felipe Mulero

C: Judge Christopher F. Droney
United States District Judge



# STATE OF CONNECTICUT
### Department of Higher Education

May 3, 2002

Dear Madam or Sir:

Please accept this letter as confirmation that Felipe L. Mulero successfully completed the 2001-02 Connecticut Alternate Route to Certification II Program on May 4, 2002. The successful completion of the program requirements qualifies Felipe for the following certification endorsement(s): Bilingual, Pre-K-12 (#009) pending passing scores for all Praxis II exams are on file with the State Department of Education.

The Alternate Route to Certification is an initiative of the State of Connecticut's Board of Governors and is administered by the Connecticut Department of Higher Education. The Alternate Route was established in state law as a component of the Connecticut Educational Enhancement Act of 1986. The Alternate Route to Certification is approved as a teacher certification program by the Connecticut State Department of Education.

Students who successfully complete the Alternate Route program are eligible for employment as teachers in any Connecticut public school. Alternate Route graduates first receive a 90-Day Temporary Certificate that is issued upon request of the employing superintendent.

Alternate Route graduates employed in Connecticut public schools participate in the State Department of Education's Beginning Educator Support and Training (BEST) program for each of their first two years of teaching. Regulations also require that Alternate Route teachers be provided with a special plan of local supervision that exceeds that given to other novice teachers.

Please do not hesitate to contact me if I may provide you with additional information regarding the Alternate Route to Certification. Thank you for considering Felipe for a position with your school district.

Sincerely yours,

- James McKenna, Academic Director
  Alternate Route to Certification



Telephone: (609) 771-7395

**EXAMINEE ADDITIONAL SCORE REPORT**

## BACKGROUND INFORMATION

| | | | | | |
|---|---|---|---|---|---|
| Examinee's Name: | MULERO, FELIPE | | | | |
| Candidate ID Number: | 01882523 | Social Security Number: | 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 | Sex: M | Date of Birth: 01/03/1966 |

## EDUCATIONAL INFORMATION

| | |
|---|---|
| College Where Relevant Training Was Received: | CENTRAL CONNECTICUT STATE UNIV |
| Undergraduate Major: | ENGINEERING |
| Graduate Major: | ENGINEERING TECHNOLOGIES |
| Educational Level: | EARNED MASTER'S DEGREE PLUS ADDITIONAL CREDITS |
| GPA: | 3.5 - 4.0 |

## SCORE RECIPIENT(S) REQUESTED

| Code # | Recipient Name |
|---|---|
| | |
| | |
| | |
| | |
| | |

FELIPE          MULERO
55 EAST CEDAR ST
NEWINGTON          CT   06111

## HIGHEST SCORE AS OF 02/06/1999 FOR EACH TEST TAKEN AFTER OCTOBER 1, 1989

| Test Date | Test Code | Test Name | Your Highest Score | Possible Score Range | Score Recipient Code(s) | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 08/29/1998 | 0711 | CBT READING | 327 | 300 - 335 | | | | | | |
| 08/29/1998 | 0721 | CBT WRITING | 321 | 300 - 335 | | | | | | |
| 06/19/1998 | 0731 | CBT MATHEMATICS | 325 | 300 - 335 | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |

*Scores will be available for reporting for ten years.*
Refer to enclosed interpretive leaflet for additional information.

**Felipe Mulero: \*Bilingual Candidate\***
746 Prospect Street, Wethersfield, CT. 06109
Home (860) 436-2424 / Fmulero@hotmail.com
**Candidate: School Administrator / Engineer**

**OBJECTIVE:** To administrate a diversified work force that believes in excellence in meeting its administrative goals.
To teach within a diversified School System which is committed to Educational Excellence & teamwork

**EDUCATION:** **Doctorate**: Info Tech./Concentration Public Admin. & Tech. Ed. International Graduate Studies, ST Kitts: Pend.

**Advanced Graduate Degree**: Ed. Leadership, Superintendent Certification, School Business Admin.
Certification, School Supervisory Admin. American International College. Springfield, MA. May 04.

**Master of Science**: Industrial Management Technology, May 1998. Past Teaching Certification: (090,091)
Central CT. State University. **University of Connecticut**: Ed. Leadership 092 Certificate Prog. **June 01.**

**Bachelor of Science**: Mechanical & MFG. Engineering: December 1990. University of Hartford, CT
**Associates of Science**: Mechanical and Manufacturing Engineering Technology. June 1987.
Capital Community Technical College formerly known as Hartford State Technical College.

**EDUCATION : 6/04-Present: PhD Information Technology to Re-Structure Traditional Ed. Into Computer Based Ed.**
**EXPERIENCE: 9/01-5/02: Alternate Route Teacher Certification II: Bilingual Education / Computer Ed. Pre-K-12**

10/03-6/04   **Sylvan Educational Solution: Site Manager**, Springfield Mass. Supervise Reading and Math Teachers.
**Springfield Public Schools:** Math consultant for 9th grade students preparing them for the MCAS.

11/01-11/02   **Albertus Magnus College**: New Dimension Program, East Hartford, Conn.
-**Adjunct Professor**: Instructed; Math, Science and Technical related subjects in Business Management

9/92-9/02   **State of Connecticut: Community College System: Hartford, CT. Adjunct Professor & College Fellowship**
-**Instructor: Voc. Tech. School Sys. : College** Math & Engineer, Drafting Technology, Auto CAD. Gr. 9-12
-**Superintendent Internship:** Trained as a Superintendent in the State of CT. & Wallingford Schools (Pre-K-12)

*Engineering Experience*: 01/03-Present: Self Employed as a State of Conn. General Contractor

1/87-2/92   **United Technology Corp. : Hamilton Standard/ Pratt & Whitney (Windsor Locks/ East Hartford, CT.)**
-**Plant Engineer/ Manufacturing Engineer:** Carbon Composite Manufacture Dept.: Scheduled Production.
-**Mechanical & Manufacturing Engineer:** Strategic Planning & Capitol Appropriation Dept.: Budget Cost

2/85-1/87   **Harsco Corporation: Patent Scaffolding Construction Systems, (Hartford, CT Plant) CADKEY**
-**Designer Structural Engineer:** Designed layout Drawings of Optimized Rental Construction Systems.

2/87-2/89   **Berensons' Hartford Jai-Alai: (Hartford, Conn.)** Utilized CADKEY to assist in daily tasks.
-**HVAC Technician/Evening Facilities Manager:** Serviced rooftop Air Conditioning Units/Heat

**PROFESSIONAL**   **NAME: National Association For Multicultural Education** American Educator
**AFFILIATIONS:**   **CASA:** Connecticut Association of School Administrators. **SME & ASME**

**SEMINARS:**   **Total Quality Education: "93-96", John Collins Writing Across the Curriculum:"99-01"**
**High Schools That Work: "99-01", Schools to Careers: "99-01"** Work Readiness Programs

**LANGUAGES:**   **Fluent in Spanish and English.**   *Group Facilitator and Conflict Resolution Certified.*
**COMMUNITY:**   6/92-6/97 Sacred Heart San Juan Tutorial Program, (Htfd, Conn.). Lions Club Member Since"98"

**CERTIFICATION:**   **Professional Teaching Certificate: Connecticut: (009) Bilingual** Spanish **Educator ARC Program.**
**Mandatory Adult Educator: Initial (107), *New York State*:** School Business Admin., School
**Admin. /Supervisor, School District Admin. /Superintendent.** *Conn.General Contractors* License

**REFERENCE:**   Available Upon Request.



# STATE OF CONNECTICUT

### *DEPARTMENT OF EDUCATION*



October 30, 2001

Mr. Felipe Mulero
55 East Cedar Street
Newington, CT  06111

Dear Mr. Mulero:

This letter is in response to your request for information regarding your employment with the Connecticut State Department of Education.  You were employed with the Department of Education from May 29,1992 through June 4, 2001.  You were employed as a Vocational Instructor in the Vocational-Technical School System.  Your total years of vesting service for retirement purposes is 8 years, 5 months, 23 days.  If you have any further questions, please contact me at (860) 713-6693.

Sincerely,

Karen L. Chilone
Assistant Personnel Administrator
Bureau of Human Resources

KLC:kb