

# STATE OF CONNECTICUT
## *DEPARTMENT OF EDUCATION*



January 10, 2006

Ms. Irena J. Urbaniak, City Attorney
City of New Britain
Office of Corporation Counsel
City Hall, 27 West Main Street
New Britain, CT 06051

Dear Ms. Urbaniak:

I am responding to your recent request for copies of all current and past teaching certificates for Mr. Felipe L. Mulero.

The Bureau of Educator Preparation, Certification, Support and Assessment does not maintain actual copies of educator certificates. Based on our records, I can verify Felipe L. Mulero's certification history is as follows:

- Mr. Mulero was issued an interim initial educator certificate endorsed in trade-related subjects in vocational technical schools. This certificate was issued effective May 21, 1992, through May 20, 1993, with a deficiency for six semester hours of credit in teaching trade and industrial education, and a course in special education. On June 25, 1992, the additional endorsement for occupational subjects in the vocational-technical schools: machine drafting was added to the interim certificate.

- Mr. Mulero was issued a provisional educator certificate endorsed in trade-related subjects in vocational technical schools and occupational subjects in the vocational-technical schools: machine drafting. This certificate was issued effective May 21, 1993, through May 20, 2001.

- Mr. Mulero was issued a professional educator certificate endorsed in trade-related subjects in vocational technical schools and occupational subjects in the vocational-technical schools: machine drafting. This certificate was issued effective March 1, 1996, through February 28, 2001. This certificate was continued effective March 1, 2001, through February 28, 2006.

- Mr. Mulero was issued an initial educator certificate endorsed in vocational-technical school administration (#082), effective May 21, 1999, through May 20, 2002.

- Mr. Mulero was issued a nonrenewable interim initial educator certificate endorsed in bilingual education, valid only for the New Britain Board of Education, effective September 13, 1999, through September 12, 2000. This certificate was issued with a deficiency for three semester hours of credit in each of the following courses: foundations of bilingual education, and methods of teaching ESL.

- Mr. Mulero was issued an initial educator certificate endorsed for external diploma programs/noncredit mandated programs (#107- adult education). This certificate was effective October 12, 1999, through October 11, 2000, and renewed effective October 12, 2000, through October 11, 2002, and October 12, 2002, through October 11, 2005.

- Mr. Mulero was issued a Temporary 90-Day certificate, endorsed in bilingual education, pre-kindergarten through grade 12 (#009), at the request of the Bridgeport Public Schools. This certificate was effective September 3, 2002, through January 27, 2003.

- On March 26, 2004, Mr. Mulero's professional educator certificate endorsed in trade-related subjects in vocational technical schools and occupational subjects in the vocational-technical schools: machine drafting was revoked by surrender. He formally surrendered this certificate to the State Department of Education on March 26, 2004.

- On September 23, 2005. Mr. Mulero submitted an application to renew an initial educator certificate endorsed in external diploma programs/noncredit mandated programs (#107- adult educations). This certificate was effective until October 11, 2005. The Bureau of Educator Preparation, Certification, Support and Assessment denied Mr. Mulero's request for a renewal of this certification on November 7, 2005. He was notified of this denial via certified letter dated December 14, 2005.

- On November 7, 2005, the Bureau of Educator Preparation, Certification, Support and Assessment denied Mr. Mulero's applications requesting endorsements in vocational-technical school administration (#082), marketing education (formerly distributive education #104), administration or supervision (#092), and superintendent of schools (#093). He was notified of this denial via certified letter dated December 14, 2005.

With regard to your request for any report which resulted from the investigation, enclosed please find a copy of the "Review and Recommendation for Certification Issuance of Denial" form. We also have included a copy of a letter dated December 14, 2005, sent to Mr. Mulero outlining the reasons for the denial of certification.

If you have any questions concerning this information, please do not hesitate to contact me at (860) 713-6708.

Sincerely,

Nancy L. Pughese, J.D., Chief
Bureau of Educator Preparation,
Certification, Support and Assessment

NLP:kd

Enc: Review and Recommendation for Certification Issuance of Denial form for Mr. Mulero
     Mulero correspondence dated December 14, 2005