```
===============================================================================
Requested by: GAGLIARDI,W                       Date of Report: 07/17/2007
Requested Name: MULERO,FELIPE                   Requested DOB: 01/03/1966

SPBI/SID#: CT00609378        (CONVICTED FELON)         Inmate#: 00255637
FBI#: 71426XB6         III Status/Date: S 09/05/2002
Sex: M    Race: W    Height: 5' 5"    Weight:        Hair:         Eyes:
Henry FPC: 29IM              32018

  1-Arrest Date: 05/31/2002  Agency: SPBI-TROOP H       Case#:      00344465
    Disp   Date: 11/17/2003
    Dkt: H15N-CR02-0202638-S  UAR:01367485
                                                              DOB: 01/03/1966
    Name: MULERO,FELIPE                                       SS#: 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
    Addr: 55 E CEDAR ST,NEWINGTON,CT 06111
                                     Detained at:  LLU   FP SUPPORTED?: Y
    Chrg   1-FORGERY 1       (53a-138       ) (FEL -C)      1 CT(S) (ORIG)
           FORGERY 2         (53a-139       ) (FEL -D)      1 CT(S) (SUB)
              5YR JAIL, 25MO TO SERVE, 5YR PROB
    Offense Occurrence Date: 10/31/1997    Verdict Date: 09/19/2003
===============================================================================
```