*UNITED STATES DISTRICT COURT*
*DISTRICT OF CONNECTICUT*

FELIPE MULERO
    PLAINTIFF
:
: Case No. 3:02CV932 (CFD)
:
  V.
:
:
ONE CONSOLIDATED SCHOOL
:
DISTRICT OF NEW BRITAIN, CT:
    DEFENDANT

August 9, 2007

### Reply Response to Defendant's Response To Plaintiff's Reply

Now Comes the Plaintiff to Cross Examine the Defendant's Response To

Plaintiff's Reply using the Defendant's very own Defendant's Response to Plaintiff

Reply in order to RE-OPEN MY CASE Under American for Disability Act CLOSED

OUT ON 12-20-2006 AGAINST THE ONE CONSOLIDATED SCHOOL DISTRICT

WHICH ENGANGES IN UNFAIR LABOR PRACTICE, DISCRIM-INATION &

RETALIATION, CONTINUING TO DO SO TO THE PRESENT.


1. The Defendant is not a Doctor and cannot state inaccurate information concerning

    my health nor can the Defendant diagnose the Plaintiff's Mental Health nor

    Physical Condition because the Defendant is not a Doctor. On 9/16/06 I was

    admitted to medical care and my mental health was moved to a level four. Under

    the care of APRN Leah Cressotti on 9/19/06; I remained under her Psychiatric

care until 1/25/07 and on watch until I was cleared on 2/7/07 per Medical

Documentation Attachment A: A-1 & A-2 also see medical Documentation of

Mental Illness History to understate AFDA in my Prior Reply Response to

Motion to Reopen Case No. 3:02CV932 (CFD) reasoning to reopen and why it is

so important to stop this employer from continuing to retaliate. Obviously I ask

for relief of the time line due to my incapacitative health in which I had no control

over. As a result I became too ill to respond in a timely manner. The Location

where I become ill is in material because there are many justly lawsuit being

properly served and executed from people who have come under the law unjustly.

I simply ask full consideration to my incapacitative health under the American

For Disability Act. Time and time again I have been victorious and continued to

pursue justice against this Employer until I became too ill to respond in a timely

manner. I should be allowed to have my case re-open as the evidence clearly

shows I was ill and under psychiatric care since 9/16/06-1/25/07 and cleared on

2/27/07 by psychiatric physicians A.P.R.N Leah Cressotti who took care of me as

the State of Connecticut felt they needed to tend to my needs under the Law.


2. I ask that this case be reopened based on Americans For Disability Act (AFDA)

Due to Continued Retaliation of the Defendant and its counsel who has blatantly

mislead a Federal Court Judge and lied on Sept. 3, 2004 in open court concerning

my ability to be certified as a Bilingual educator where I completed the student

teaching satisfactory component in the Alternate Route to Teacher Certification II

Program as recognized and instituted by the State of Connecticut Dept. of Teacher

Certification at The Defendant's Pulaski Middle School and was fired by

retaliator: Scott D. Macdonald, Human Resource Director, with no reason stated

on May 9, 2002 See Attached B. After I completed the Alternate Route for

Teacher Certification II Program at the Defendant's School: Pulaski Middle

School, which recognizes a (009) teacher certification in Bilingual Education in

the State of Connecticut. Also on Sept 3, 2004 I was certified in (107) Adult

educator and was a certified educator at the time when a Federal Judge was

blatantly miss-lead and lied to by the Defendant counsel. Please refer to

Defendant counsel: Defendant's Response to Plaintiff's Reply Exhibit 1 on

second page first bullet. Also on that same second page of Defendant's Response

to Plaintiff's Reply Exhibit 1; second bullet proves I am certifiable in (009) under

the Alternate Route to Teacher Certification II because I was reissued a

Temporary 90 certificate under the Alternate Route to Teacher Certification II

without deficiencies. This clearly proves and the Defendant is clearly trying to

once again miss-lead a Federal Judge with information-information to circumvent

the truth. The Defendant Lied on September 3, 2004 before a Federal Judge.


3.  The Defendant Counsel continues to lie to the present while courageously

protecting the One Consolidated School District of New Britain from

misappropriating Federally Founded Grants for Bilingual Students by hiring

unqualified and uncertifiable female long term substitute teacher claiming there

were no eligible available certifiable teachers to teach this protected class of

student. The student do not even measure up to the Brown V. Board of Education

where separate but equal does not hold because the bilingually Federally Founded Protected Class Population is not even afforded the Right of a Fair and Equally Education under the Least Restrictive Learning Environment. These children are all being LEFT BEHIND which is a ANOTHER FEDERALLY FOUNDED PROGRAM: NO CHILD LEFT BEHIND ACT as a result of the UNFAIR LABOR PRACTICE, DISCRIMINATION & RETALIATION, And CONTINUING ON TO THE PRESENT.

4. Please be advised that the Defendant is an educational institution within the State of Connecticut and an agent of the State of Connecticut Department of Education and has been pursuing me in conjunction with State of Connecticut Department of Education which is why she openly lied in Open Court on September 3, 2004 and assumed incorrectly stating that I was not certified nor certifiable as a bilingual educator trying to state that my Student teaching was not successful at Pulaski Middle School just after I was fired for no reason on May 9, 2002. Currently there is a case against the State of Connecticut Dept. of Education and have been in the past while this case has been on going. In May of 2005 ~~current~~ Human Resource Director: Bill Coulture also refused to renew my application as a Bilingual Educator on file for the 2005-2006 academic year stating my Successful student teaching was not successful when in fact it was. In fact the Principal Ernest Norcerino had highly recommended me for hire & he was fired that same year as well. See Attachment B&C and certification at that time. I believe as a result of his support of my teaching excellence. The State of Connecticut had been

retaliating against me as well along with the Defendant the State of Connecticut

had me arrested by there State Police and Unjustly Convicted in State Court by

there State Judge because I was pursuing them in a Civil Federal Action at the

time when they retaliated. The DEFENDANT ONCE AGAIN IS Miss-Leading

the Court. I was unjustly convicted of ONE COUNT OF FORGERY 2nd which

does not prohibit me from teaching or being certified as it pertain to a 10/31/097

Dept. of Motor Vehicle Limited Driver to and from Work Application Permit for

a 1997 driving under suspension offense. See Attachment D.  In Fact State of

New York has continued to certify my teaching AND HAS UPDATED MY

LATED MY SCHOOL ADMI NISTRATOR/ SUPERVISORY AND DRAFT-

ING TRECHNOLOGY. See Attach E and call Parole officer Dawson or Mills:

(860) 297-4427 to verify the Defendants utter misrepresentation and Blatant

misleading to circumvent the truth using the New Britain Police Department.


5.  The Defendant sites me to be a Blatantly misleading a Federal Judge when in fact

I was sick and in Psychiatric Care under APRN Leah Cressotti. I plainly stated

through out this case that I am putting forth MY CASE Under Duress and

Emotionally Stress and Depressed in need of Medical Attention while the

Defendant continues to retaliate and Deprive me of employment as well as the

Federally Protected Class Bilingual Students in need of my services but having to

settle for an unqualified female substitute to save the district money at the

expense of this Federally Protected Class Population. This case does not even

meet the Brown Vs. the Board of Education where these Federally Funded

Bilingual students are not even afforded a Separate but Equal Education. In fact the Defendant is depriving the Students as well as myself of our 13th Amendment Right to live in pursuit of happiness & learn in a least restrictive Free Public Education afforded by the Federal Government. The Children are being left behind.

6. See Also the How the Defendant continues to ENGANGES IN UNFAIR LABOR PRACTICE, DISCRIMINATION, RETALIATION, and CONTINUING TO DO SO TO THE PRESENT. Attachment F.

7. I passed all Praxis requirements for the (009) Bilingual Educators Certification and continue to be certified as an educator in the State of New York. I was also DSAP Eligible to Teach Technology Education when I applied as well. See Attachment. G. In Fact I continue to apply on to the present July 22, 2007 advertisement & the Defendant continues to retaliate. Where does it end?

8. I have on several occasions been trying to settle the matter with the Defendant's Counsel Supervisor to no avail. This was very emotional and stressful which added to my on going Depression. See Attachment H. September 22, 2005 Letter.

9.   I have completed the ARC II Program in Bilingual Education and I am a certified

Bilingual Educator once The Consolidated School District of New Britain stops

retaliating against me. See Attachment I

Plaintiff, Pro Se'

Felipe Mulero

Felipe Mulero, Plaintiff
746 Prospect Street
Wethersfield, CT 06109

## Certification

I certify that a copy of this foregoing motion was sent to the Defendant's Counsel on

JULY 2, 2007 to Irena J. Urbaniak Office of Corporate Counsel, City of New Britain,

Conn. 27 West Main Street, New Britain, Conn. 06051.

Plaintiff, Pro Se'

Felipe Mulero

Felipe Mulero, Plaintiff
746 Prospect Street
Wethersfield, CT 06109

# Exhibit 1



# STATE OF CONNECTICUT
## *DEPARTMENT OF EDUCATION*



January 10, 2006

Ms. Irena J. Urbaniak, City Attorney
City of New Britain
Office of Corporation Counsel
City Hall, 27 West Main Street
New Britain, CT 06051

Dear Ms. Urbaniak:

I am responding to your recent request for copies of all current and past teaching certificates for Mr. Felipe L. Mulero.

The Bureau of Educator Preparation, Certification, Support and Assessment does not maintain actual copies of educator certificates. Based on our records, I can verify Felipe L. Mulero's certification history is as follows:

- Mr. Mulero was issued an interim initial educator certificate endorsed in trade-related subjects in vocational technical schools. This certificate was issued effective May 21, 1992, through May 20, 1993, with a deficiency for six semester hours of credit in teaching trade and industrial education, and a course in special education. On June 25, 1992, the additional endorsement for occupational subjects in the vocational-technical schools: machine drafting was added to the interim certificate.

- Mr. Mulero was issued a provisional educator certificate endorsed in trade-related subjects in vocational technical schools and occupational subjects in the vocational-technical schools: machine drafting. This certificate was issued effective May 21, 1993, through May 20, 2001.

- Mr. Mulero was issued a professional educator certificate endorsed in trade-related subjects in vocational technical schools and occupational subjects in the vocational-technical schools: machine drafting. This certificate was issued effective March 1, 1996, through February 28, 2001. This certificate was continued effective March 1, 2001, through February 28, 2006.

- Mr. Mulero was issued an initial educator certificate endorsed in vocational-technical school administration (#082), effective May 21, 1999, through May 20, 2002.

- Mr. Mulero was issued a nonrenewable interim initial educator certificate endorsed in bilingual education, valid only for the New Britain Board of Education, effective September 13, 1999, through September 12, 2000. This certificate was issued with a deficiency for three semester hours of credit in each of the following courses: foundations of bilingual education, and methods of teaching ESL.

2nd PAGE

- Mr. Mulero was issued an initial educator certificate endorsed for external diploma programs/noncredit mandated programs (#107- adult education). This certificate was effective October 12, 1999, through October 11, 2000, and renewed effective October 12, 2000, through October 11, 2002, and October 12, 2002, through October 11, 2005.

- Mr. Mulero was issued a Temporary 90-Day certificate, endorsed in bilingual education, pre-kindergarten through grade 12 (#009), at the request of the Bridgeport Public Schools. This certificate was effective September 3, 2002, through January 27, 2003.

- On March 26, 2004, Mr. Mulero's professional educator certificate endorsed in trade-related subjects in vocational technical schools and occupational subjects in the vocational-technical schools: machine drafting was revoked by surrender. He formally surrendered this certificate to the State Department of Education on March 26, 2004.

- On September 23, 2005. Mr. Mulero submitted an application to renew an initial educator certificate endorsed in external diploma programs/noncredit mandated programs (#107-adult educations). This certificate was effective until October 11, 2005. The Bureau of Educator Preparation, Certification, Support and Assessment denied Mr. Mulero's request for a renewal of this certification on November 7, 2005. He was notified of this denial via certified letter dated December 14, 2005.

- On November 7, 2005, the Bureau of Educator Preparation, Certification, Support and Assessment denied Mr. Mulero's applications requesting endorsements in vocational-technical school administration (#082), marketing education (formerly distributive education #104), administration or supervision (#092), and superintendent of schools (#093). He was notified of this denial via certified letter dated December 14, 2005.

With regard to your request for any report which resulted from the investigation, enclosed please find a copy of the "Review and Recommendation for Certification Issuance of Denial" form. We also have included a copy of a letter dated December 14, 2005, sent to Mr. Mulero outlining the reasons for the denial of certification.

If you have any questions concerning this information, please do not hesitate to contact me at (860) 713-6708.

Sincerely,

Nancy L. Pughese, J.D., Chief
Bureau of Educator Preparation,
Certification, Support and Assessment

NLP:kd

Enc: Review and Recommendation for Certification Issuance of Denial form for Mr. Mulero
Mulero correspondence dated December 14, 2005

THE FACE OF THIS CERTIFICATE HAS A TEXTURED BLUE (NOT WHITE) BACKGROUND

**STATE OF CONNECTICUT**

*Theodore S. Sergi*

Theodore S. Sergi
Commissioner of Education



**State Board of Education**

Peter Behuniak, Acting Chief
Bureau of Certification and Professional Development

**FELIPE L. MULERO**
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
**INITIAL EDUCATOR**
October 12, 2002 TO October 11, 2005
External Diploma Program/Noncredit Mandated Programs (107)          10/12/2002
(End of List)

---

THE FACE OF THIS CERTIFICATE HAS A TEXTURED BLUE (NOT WHITE) BACKGROUND

**STATE OF CONNECTICUT**

*Theodore S. Sergi*

Theodore S. Sergi
Commissioner of Education

**State Board of Education**

Peter Behuniak, Acting Chief
Bureau of Certification and Professional Development

**FELIPE L. MULERO**
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
**TEMPORARY 90-DAY EDUCATOR**
September 03, 2002 TO January 27, 2003

Bilingual (009)                                                      09/03/2002
(End of List)

DISTRICT: BRIDGEPORT

---

THE FACE OF THIS CERTIFICATE HAS A TEXTURED BLUE (NOT WHITE) BACKGROUND

**STATE OF CONNECTICUT**

*Theodore S. Sergi*

Theodore S. Sergi
Commissioner of Education



**State Board of Education**

Abigail L. Hughes

Abigail L. Hughes, Chief
Bureau of Certification and Teacher Preparation

**FELIPE L. MULERO**
049- 923
**INTERIM INITIAL EDUCATOR**
September 13, 1999 TO September 12, 2000

Bilingual (009)                                                      09/13/1999
(End of List)

DEFICIENCY: 3 SEMESTER HOURS CREDIT EACH: FOUNDATIONS
OF BILINGUAL EDUCATION, METHODS OF TEACHING ESL
DEFERRAL REQUEST: VALID ONLY FOR NEW BRITAIN REQUIRED

ATTACHMENT 

HR401 REV.09/02
CONNECTICUT DEPARTMENT OF CORRECTION
UNIVERSITY OF CONNECTICUT HEALTH CENTER
CORRECTIONAL MANAGED HEALTH CARE

**CLINICAL RECORD**

| INMATE NUMBER | DATE OF BIRTH |
|---|---|
| 255637 | 1/3/66 |

INMATE NAME (LAST, FIRST, INITIAL): Muntero, Filipe

| SEX | RACE/ETHNIC | FACILITY |
|---|---|---|
| (M) F | B W (H) O | WEBSTER CI |

| DATE / TIME | |
|---|---|
| 9-16-06 12pm MH | O/O: Evaluated IM @ WCI who was being held in A.P. after being moved from one unit last week & then encountering more issues. IM was moved after other IM's c/o that he was excessively masturbating & had poor hygiene. Then last P.M. on new block, he again had words ē other inmates, according to F.M., it was because he was cleaning his "cube". Others say he is not bathing & is masturbating. IM has several excuses – "those guys ē bodies" "those guys ē long hair" "the Cambodian". He denies any wrong doing. He also says he had highly paid attorneys & he was suing the State because "they (his former employer Voc. Ed inst) put him in "here" He also made comments like the counselor, "Ms Robinson didn't think "I need this class" (thinking for change), because he was so well organized & good @ decision making. He says others like to play games because he's quiet & a religious guy." IM's mood was mildly anxious, affect flat, thinking was paranoid & ē narcissistic traits. He was guarded. He denied SI, "I love God – I'd never hurt myself." Prior to writer meeting ē IM, he was in bullpen scrubbing basin & toilet ē T.P. – On hands & knees – "there's airborn viruses – this is not a sanitary environment – it's dirty." Speech WNL, soft @ times. |
| A) | Due to what appears a delusional/paranoid c/o it does not seem ... people from others in dorm. R/O Psychotic |

HR401 REV.09/02
CONNECTICUT DEPARTMENT OF CORRECTION
UNIVERSITY OF CONNECTICUT HEALTH CENTER
CORRECTIONAL MANAGED HEALTH CARE

**CLINICAL RECORD**

| INMATE NUMBER | DATE OF BIRTH |
|---|---|
| 255637 | 1/3/66 |
| INMATE NAME (LAST, FIRST, INITIAL) | |
| Mulero, Felipe | |
| SEX | RACE/ETHNIC | FACILITY |
| (M) F | B W (H) | WEBSTER CI |

| DATE / TIME | |
|---|---|
| 9·16·06<br>12p<br>MH<br>con't. | DO, Thought (D.O. P) Transfer to OCI as MH4. Further evaluate & 4 consult. ᴄᴘ Bouchard PA |
| 9·16·06<br>MH<br>3³⁵pm | (S): "I don't associate with other inmates. I am really worried about catching viruses and diseases in here."<br>(O): Met with I/m upon intake to OCI from Webster. I/m raised to a MH level 4. I/m presents irritable and anxious. I/m reports not understanding why he is here. Per report from Webster Medical, I/m was acting bizarre and delusional. A & O to person, place and time. Mood and affect appropriate to current situation. Logical, coherent and goal-directed in speech and thought. I/m reports sleep and appetite to be WNL. No evidence of current psychosis. I/m denies suicidality, intent, plans.<br>(A): No acute psychiatric symptoms observed at this time.<br>(P): I/m to be evaluated by PMD/APRN to assess MH level 4 status. I/m currently being housed in MH unit.<br>K. Evard LCSW |

BH

# CONNECTICUT CORRECTIONAL INSTITUTION
## INMATE REQUEST TO STAFF MEMBER

From: _Felipe Mulero_    Inmate Number: _255637_

Work Assignment: _____    Living Quarters: _Q-1-53_

To: _Nurse Leahia_    Date: _2/5/07_

RECEIVED
FEB 6 2007
MENTAL HEALTH

(State your request clearly and briefly. Failure to clearly state your request will require return for further information. Per A.D. 9.6, responses to inmate requests shall be made within 15 business days from receipt of request)

Subject: _My Mental Health (3) has been lowered to a Level 2 and I wish the Hold to Be Removed Please._

_Thank You!_

Signature _Felipe Mulero_

Disposition:

_The hold has been removed._

_B. Henson_

_2-7-07_

Staff Signature: _____    Date: _____

HR401 REV.5/94
CONNECTICUT DEPARTMENT OF CORRECTION

**CLINICAL RECORD**

| INMATE NUMBER 255637 | | DATE OF BIRTH 1.5.66 |
|---|---|---|
| INMATE NAME(LAST, FIRST, INITIAL) MYLER O | | |
| SEX M F | RACE/ETHNIC B W H O | FACILITY OCI |

| DATE/TIME | |
|---|---|
| 9.17.06 CSW MHU | S/O IM seen at cell, recent transfer. IM reports from Hartford, has family, was working as a realtor and general contractor. IM activley went on to say that he is licensed in New York as an educator, administrator, principal and school business manager. IM in fact has documentation indicating that he has applied for variety of position but was on suspension for ~~lying~~ lying on application. IM freely showed these papers to writer, feeling they vindicated him. IM also discussed cleaning cell obsessively, although his cell was not especially tidy. A+0 X3 φ SI φ HI, good eye contact, good grooming and hygiene, anxious affect. Possible problem on Monday as IM is very eager to return to Webster and has no understanding of why he was transferred. Definite paranoid flavor to thinking. A - bizarre behavior and thought process P - refer for evaluation and case management. J. Watkins LCSW |
| 9.19.06 | [illegible] |
| 9.24.06 MHU 8:45 | "I know I pay to be on the block. I'm seen to go to C.P." IM seen for inmate C block. IM remains concerned about having to be on MH. Also had paperwork concerning why he was let go from his job. Is angry but mildly paranoid about why supervisor J. Franck let him go working on contract. Seems to have difficulty with the ability to understand why he should tell the truth. Denies SI/HI, denies A/H, denies VH φ No oyster. IM, P.D. NOS Sarcastic, schizotypal. Follow up on MH caseload. [signature] |
| 10.11.06 MHU 9:00 | "I am getting comfortable here, do I have to go to population?" IM seen to request and EM. IM calm, rapid speech not pressured, over realistic, concrete, mildly grandiose. Explains choice regarding school work. Denies SI/HI, denies A/H φ oral. |

HR401 REV 5/94
CONNECTICUT DEPARTMENT OF CORRECTION

## CLINICAL RECORD

| INMATE NUMBER | DATE OF BIRTH |
|---|---|
| 255637 | 1-3-66 |

INMATE NAME(LAST, FIRST, INITIAL)
Mulero, Felipe

| SEX | RACE/ETHNIC | FACILITY |
|---|---|---|
| (M) F | B W (H) O | OCI |

| DATE/TIME | |
|---|---|
| to reintut MHU | Explained process of reviewing his chart. Explained transfer Station @ (?) Bipolar II, P. DKNOS, narcissistic, schizotypical @ Follow for cm. ———— M. Moriarty c sw |
| 11-9-06 | Cleared for transfer from OCI to WCCI ———— P. Bergeron |
| 11-9-06 | Transfer cancelled due to 6-block housing. I/m will not be able to transfer until 3 months from discharge from 6-block ———— (?) Edward LCSW |
| 11/30/06 MHU 9:05A | S- "I need help calling 2-11 for energy assistance, I have a house and I need oil." cc |
| | O- IM good eye contact, trying to manipulate to get a phone call. |
| | A- R/O Psychotic D/O, Narcissistic Narcisistic features |
| | P- IM given energy assistance book, continues to monitor. cc ———— SLC (Provider) P.B.J... |

# Medical Incident Report
## Connecticut Department of Correction

CN 6602
REV 8/22/06

| Facility/Unit: Webster | Report date: 9·16·06 | Time: 11 | ☒ am ☐ pm |

Name of patient: Mulero, F.    Inmate number (if applicable): 255637

Medical staff name: Deb Boucher, PSWA

Incident report submitted: ☒ yes ☐ no    pg 2    Report number:    Date:

Treatment location: A.P. Room

**Injury description:**

None

**Assessment:** IM presents c̄ thought d/o – mildly paranoid

**Treatment administered:** M.H. evaluation

**Required follow-up:** Hold for RHU @ CCIC on A.D. Transfer to OCI MH4 on A.D. until further eval. by APRN or psychiatrist

**Observations/remarks:** R/O Psychotic d/o

**Chemical agent review prior to planned use of force:**
The offender's health record was reviewed prior to planned use of force. There were no contraindications noted regarding or precluding the use of chemical agents (i.e. history of cardiac or respiratory condition, eye condition under active treatment, or documented prior severe and unexpected reaction to chemical agents).

Known contraindications based on review of health record?    ☐ yes ☐ no

**Placement after treatment:**

☐ Inmate is cleared for General Population Placement    ☒ Inmate is cleared for Restrictive Housing Placement

☐ Inmate is not cleared for Restrictive Housing Placement    ☐ Other (specify):

| Patient signature: | Date: |
| Medical staff signature: J Boucher PSWA | Date: 9/16/06 |
| Custody supervisor signature: | Date: |

# Incident Report – Supplemental Page
## Connecticut Department of Correction

CN 6601/3
REV 5/5/05

☑ Facility/Unit: Webster | ☐ Parole and Community Services District:

Date: 9·16·06 | Time: 11 | ☑ am ☐ pm | Report number:

Incident class: ☐ 1 ☐ 2 ☐ 3 | Type: | Incident location: A.P

Prepared by: Deb Boucher | Title: PSW A

**Additional narrative:**

Met c̄ IIM Mulero, # 255637 in A.P. @ Webster CI per Lt. Sousa's request. IIM presented c̄ mild paranoid thinking. IIM denied suicidal ideations, plans, or intent. However, due to the increasing problems c̄ other's over the part week on A & B units, it is recommended he goes to CTIC on A.D. for further psychiatric & MH evaluation.

11:50 am

Addendum: IIM will be transferred to OCI as MH4 & be house on G Block per HSA R. Bush.

OCI MH staff aware of transfer.

Reporting employee signature: _____ | Title: PSW A

Report date: 9/16/06 | Report time: 1115 ☑ a.m. ☐ p.m. | Type: ☑ Individual ☐ Summary

HR925 REV. 12/95
CONNECTICUT DEPARTMENT OF CORRECTION

**PHYSICIAN'S ORDERS**

| INMATE NUMBER | DATE OF BIRTH |
|---|---|
| 253637 | 11/3/66 |
| INMATE NAME (LAST, FIRST, INITIAL) | |
| | |

| SEX | | RACE/ETHNIC | | | | FACILITY |
|---|---|---|---|---|---|---|
| M | F | B | W | H | O | |

**INSTRUCTIONS FOR USE:** Physicians must sign name and title under each order. Each order must be initialed in the space provided by the licensed nurse who transcribed the order. Medications will be dispensed according to brands stocked in pharmacy.

## DRUG ALLERGIES / HYPERSENSITIVITY

| Date | Time | ORDER / RATIONALE | Nurse's Signature and Title |
|---|---|---|---|
| 9/11/06 | 6 pm | | |
| | | | Leah Cressotti, APRN |
| | | noted & faxed 9/30/06 | |
| | | | |

AUTHORIZATION IS HEREBY GIVEN TO DISPENSE THE MEDICATION EQUIVALENT (UNDER THE D.O.C. FORMULARY SYSTEM) UNLESS THE PRODUCT DESCRIBED IS CIRCLED.

HR005 REV.08/05
CONNECTICUT DEPARTMENT OF CORRECTION
UNIVERSITY OF CONNECTICUT HEALTH CENTER
CORRECTIONAL MANAGED HEALTH CARE
**TRANSFER SUMMARY**

| INMATE NUMBER | 255637 | | DATE OF BIRTH | 1-3-60 |
|---|---|---|---|---|
| INMATE NAME (LAST, FIRST, INITIAL) Mulero, Felipe | | | | |
| SEX (M) F | RACE/ETHNIC B W (H) O | | FACILITY OCI | |

**Current Health Status: To be completed by sending facility**

| Date 11-9-06 | Time 230 AM/PM | Medical 1 | Mental 3 | Dental | Allergies/Reactions NKA |
|---|---|---|---|---|---|

Significant Medical History: Chronic back pain '97

Significant Mental Health History: 

Current Conditions/Problems: 

| Current Medication Name | Dosage | Route | Frequency | Duration | D/C Date | Last Given |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

Current Tx / Follow-up Care Needed: SC prn
Chronic Care Clinic (√) ☐ Cardiovascular ☐ Diabetes ☐ Dialysis
☐ Pulmonary ☐ ID ☐ TB ☐ Other
Last PPD Date: 7/1/06      0  mm induration
Last Chest X-ray Date: 9/5/06 Results: WNL
Lab Tests Pending: (name(s)) 0
☐ Drawn ☐ Not Drawn
Therapeutic Diet: 0
Physical Disabilities/Limitations: 0
Assistive Devices/Prosthetics: 0
☐ Contacts  ☐ Glasses  ☐ Dentures

Substance Abuse: ☐ Alcohol ☐ Drugs ☐ Tobacco
Mental Health Issues: ☐ Hx Suicide Attempt Date: ___ / ___ / ___

☐ Hx Psych Med's  ☐ Hx MH 4 or 5
URC:
Appointments Pending Scheduling Y (N)
Appointment Date (If known): ___ / ___ / ___
Pap Smear (Females only): ☐ Date: ___ / ___ / ___
Results: 

Halfway House Release: Health Record Review:  ☐ N/A    Medical Cleared ☐ yes ☐ no      Mental Health Cleared ☐ yes ☐ no
If no, reason
Signature/Title          P. Bergeron RN

**Transfer Reception Screening: To be completed by receiving facility:**

Health Record Received: ☐ Complete/Partial  ☐ Temporary  ☐ None
Medication(s):  ☐ MAR  ☐ Meds Received

| Receiving Facility | Date | Time    AM / PM |
|---|---|---|

S:  Immediate Health Needs: 

O: 

_____ Weight _____ T _____ P _____ R _____ B/P ___ / ___

A: 

P: Disposition/Referral:
☐ Health Information Given
    ☐ Oral    ☐ Written
☐ Language Barrier
☐ Nurse
    ☐ Sick Call   ☐ Other
☐ URC Contact Person
☐ HIV Contact Person
☐ HIV Counselor

☐ Dental
☐ Mental Health
☐ MD
    ☐ Chronic Care Clinics
    ☐ Medication Evaluation
    ☐ Sick Call
    ☐ Therapeutic Diet
    ☐ Work/Program Limitation
    ☐ Other

☐ Emergency Referral to
☐ General Population
☐ Infirmary Placement
☐ Medical
☐ Mental Health
☐ Respiratory Isolation
☐ Special Housing /Supplies
☐ Other
Signature/Title

HR005 REV.06/02
**CONNECTICUT DEPARTMENT OF CORRECTION**
**UNIVERSITY OF CONNECTICUT HEALTH CENTER**
**CORRECTIONAL MANAGED HEALTH CARE**
**TRANSFER SUMMARY**

| INMATE NUMBER 255637 | DATE OF BIRTH 9/1/06 |
|---|---|
| INMATE NAME (LAST, FIRST, INITIAL) Mulero, Felipe | |
| SEX (M) F | RACE/ETHNIC  B W (H) O | FACILITY Walker |

**Current Health Status: To be completed by sending facility**

| Date 9/1/00 | Time 2 pm  AM (PM) | Medical | Mental 2 | Dental 2 | Allergies/Reactions NKDA |
|---|---|---|---|---|---|

Significant Medical History: _____ ⊖ _____

Significant Mental Health History: _____ ⊖ _____

Current Conditions/Problems: _____

| Current Medication Name | Dosage | Route | Frequency | Duration | D/C Date | Last Given |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

Current Tx / Follow-up Care Needed: PRN Sic Call

Chronic Care Clinic: (✓) ☐ Cardiovascular ☐ Diabetes ☐ Dialysis
☐ Pulmonary ☐ ID ☐ TB ☐ Other _____

Last PPD Date: 7/1/06 _____ mm induration

Last Chest X-ray Date: 7/5/06 Results: within limits

Lab Tests Pending: (name(s)) _____
☐ Drawn ☐ Not Drawn

Therapeutic Diet: _____

Physical Disabilities/Limitations: _____

Assistive Devices/Prosthetics: _____
☐ Contacts ☐ Glasses ☐ Dentures

Signature/Title: John Brown, RN

**Substance Abuse:** ☐ Alcohol ☐ Drugs ☐ Tobacco
**Mental Health Issues:** ☐ Hx Suicide Attempt Date: ___/___
☐ Hx Psych Med's ☐ Hx MH 4 or 5 _____

**URC:**
Appointments Pending Scheduling Y (N)

Appointment Date (If known): _____

Pap Smear (Females only): ☐ Date: ___/___/___
Results: _____

**Transfer Reception Screening: To be completed by receiving facility:**

| Receiving Facility Webster | Date 9/30/06 | Time 12  AM (PM) |
|---|---|---|

Health Record Received: ☒ Complete/Partial ☐ Temporary ☐ None

Medication(s): ☐ MAR ☐ Meds Received

S: Immediate Health Needs: "my neck hurts - I need a pillow" Denies any mental health. Informed to contact custody for a pillow.

O: Vitals stable

Weight 145 T 98³ P 68 R 16 B/P 101/66  99%

A: Health information access information given

**P: Disposition/Referral:**

☒ Health Information Given
  ☒ Oral ☐ Written
☐ Language Barrier
☐ Nurse
  ☐ Sick Call ☐ Other
☐ URC Contact Person
☐ HIV Contact Person
☐ HIV Counselor

☐ Dental
☐ Mental Health
☐ MD
  ☐ Chronic Care Clinics
  ☐ Medication Evaluation
  ☐ Sick Call
  ☐ Therapeutic Diet
  ☐ Work/Program Limitation
  ☐ Other _____

☐ Emergency Referral to _____
☒ General Population
☐ Infirmary Placement
☐ Medical
☐ Mental Health
☐ Respiratory Isolation
☐ Special Housing/Supplies
☐ Other _____

Signature/Title: V Garcia

HR005 REV.06/02
CONNECTICUT DEPARTMENT OF CORRECTION
UNIVERSITY OF CONNECTICUT HEALTH CENTER
CORRECTIONAL MANAGED HEALTH CARE
**TRANSFER SUMMARY**

| INMATE NUMBER | 255637 | DATE OF BIRTH 1/3/66 |
|---|---|---|
| INMATE NAME (LAST, FIRST, INITIAL) | Mulero Felepe | |
| SEX (M) F | RACE/ETHNIC  B  W (H) O | FACILITY HC |

**Current Health Status:** To be completed by sending facility

| Date 7/4/06 | Time 4w (AM) PM | Medical | Mental | Dental N/A | Allergies/Reactions NKA |
|---|---|---|---|---|---|

Significant Medical History: _denies_

Significant Mental Health History: _denies_

Current Conditions/Problems: _stable_

| Current Medication Name | Dosage | Route | Frequency | Duration | D/C Date | Last Given |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

Current Tx / Follow-up Care Needed: _____

Chronic Care Clinic: (√) ☐ Cardiovascular ☐ Diabetes ☐ Dialysis
☐ Pulmonary ☐ ID ☐ TB ☐ Other

Last PPD Date: 6/29/06 _____ mm induration

Last Chest X-ray Date: __/__/__ Results: N/A

Lab Tests Pending: (name(s)) _____
☐ Drawn ☐ Not Drawn

Therapeutic Diet: _____

Physical Disabilities/Limitations: _____

Assistive Devices/Prosthetics: _____

☐ Contacts ☐ Glasses ☐ Dentures

Signature/Title _____

**Substance Abuse:** ☐ Alcohol ☐ Drugs ☐ Tobacco

**Mental Health Issues:** ☐ Hx Suicide Attempt Date: __/__/__
☐ Hx Psych Med's ☐ Hx MH 4 or 5

**URC:**
Appointments Pending Scheduling Y / N : _____

Appointment Date (If known): _____

Pap Smear (Females only) ☐ Date: __/__/__
Results: _____

---

**Transfer Reception Screening:** To be completed by receiving facility:

Health Record Received: ☑ Complete/Partial ☐ Temporary ☐ None

Medication(s): ☐ MAR ☐ Meds Received

S: Immediate Health Needs: _____

O: _____

5'5" Weight 140 T 97.8 P 66 R 16 B/P 120/77

A: O_2 100%

| Receiving Facility Walker | Date 7/5/06 | Time 7 AM/(PM) |
|---|---|---|

| P: Disposition/Referral: | ☐ Dental | ☐ Emergency Referral to _____ |
|---|---|---|
| ☐ Health Information Given | ☐ Mental Health | ☐ General Population |
| ☐ Oral ☐ Written | ☐ MD | ☐ Infirmary Placement |
| ☐ Language Barrier | ☐ Chronic Care Clinics | ☑ Medical |
| ☐ Nurse | ☐ Medication Evaluation | ☐ Mental Health |
| ☐ Sick Call ☐ Other | ☐ Sick Call | ☐ Respiratory Isolation |
| ☐ URC Contact Person | ☐ Therapeutic Diet | ☐ Special Housing /Supplies |
| ☐ HIV Contact Person | ☐ Work/Program Limitation | ☐ Other _____ |
| ☐ HIV Counselor | ☐ Other | Signature/Title _____ |

HR401 REV.05/02
CONNECTICUT DEPARTMENT OF CORRECTION
UNIVERSITY OF CONNECTICUT HEALTH CENTER
CORRECTIONAL MANAGED HEALTH CARE

## CLINICAL RECORD

| | |
|---|---|
| INMATE NUMBER | 255637 |
| DATE OF BIRTH | F-I 66 |
| INMATE NAME (LAST, FIRST, INITIAL) | Mulero, F. |
| SEX | M |
| RACE/ETHNIC | B  W (H) O |
| FACILITY | HCC |

| DATE / TIME | |
|---|---|
| 7/05/06 7p | I/M transfered to MWCI-WB from HCC. No MAR  No Meds Rec'd.  PPD current. *[signature]* |
| 7/6/06 9:10AM | PHYSICAL EXAM DONE *[signature]* Ken McCrystal PA-C |
| 9/7/06 | Sent for old records. A Sienkowski MPST |
| 7/8/06 | Reviewed in - [illegible], A Sienkowski MPST II |
| 7/23/06 5p 12p | S:  Seen for HSC regarding dizziness. "I get a headache & feel dizzy when the air conditioning is blowing on me. The only way I feel better is when I put my underwear on my head. I would like a pass to wear something on my head when I leave my cell because they would make fun of me and I would get in trouble if I wore my underwear out there." O: VS 118/78, 78, 18 & 98.1 c/o N/V. I'm not really having dizziness now, but I have a headache. A + P: Instructed inmate to sign up for sick call regarding this matter. Reminded that changes are that he would not get a pass to wear something on his head. ———— C. Ween |

HR003 REV.5/94

CONNECTICUT DEPARTMENT OF CORRECTION

# HEALTH HISTORY

| INMATE NUM | | |
|---|---|---|
| INMATE NAM | MULERO, FELIPE DOB: 1/3/66 # 255637 MWCI – WB 7/5/06 | |

| SOCIAL SECURITY NUMBER | EYES | HAIR | SEX |
|---|---|---|---|
| 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 | Brown | Brown | M |

| HOME ADDRESS | STATE | ZIP | PHONE ( ) |
|---|---|---|---|
| 27 Main St.   Hartford Ct. | | | |

| NEXT OF KIN | ADDRESS | STATE | ZIP | PHONE |
|---|---|---|---|---|
| Jose Mulero (Brother) | East Hartford Ct | | | 1 (860) 568-5856 |

**ALLERGY TO MEDICATIONS (DESCRIBE REACTION):** NKA

**ALLERGY TO OTHER SUBSTANCES (DESCRIBE REACTION):** None

## MEDICAL HISTORY

| | Y | N | | Y | N | | Y | N |
|---|---|---|---|---|---|---|---|---|
| ASTHMA/COPD/HAY FEVER | | ✓ | HIGH BP | | ✓ | PHYSICAL HANDICAP | | ✓ |
| SMOKING HISTORY | ✓ | | THYROID DISEASE | | ✓ | PROSTHETIC DEVICES | | ✓ |
| TB HISTORY/REACTIVE PPD | | ✓ | SEIZURES | | ✓ | GLASSES/CONTACTS | | ✓ |
| EVER LIVED W/ANYONE W/TB | | ✓ | HEPATITIS/JAUNDICE | ✓ | | RECENT INJURY/TRAUMA | | ✓ |
| BREAST PAIN/TUMOR | | ✓ | HERNIA | | ✓ | SURGICAL PROCEDURES | | ✓ |
| CANCER/TUMOR | | ✓ | STD/SY/GC/CHLAM/HSV/PID | | ✓ | HIV TESTING | ✓ | |
| DIABETES/MEDS | | ✓ | UTI/STONES/DIALYSIS | | ✓ | RESULT    +    ⊖ | | |
| RECENT WEIGHT CHANGE | | ✓ | BACK TROUBLE | | ✓ | WHERE:   Free Clinic Hartford | | |
| HEART DISEASE | | ✓ | BROKEN BONES | | ✓ | DATE:   5/2006 | | |
| FAMILY HEALTH HISTORY:   father + sister | | | | | | | | |

## SUBSTANCE/ALCOHOL USE HISTORY

| TYPE | Y | N | MODE | CURRENT AMOUNT | LAST DOSE | DURATION OF USE |
|---|---|---|---|---|---|---|
| HEROIN | | ✓ | | | | |
| COCAINE | | ✓ | | | | |
| MARIJUANA | | ✓ | | | | |
| BENZODIAZIPINE | | ✓ | | | | |
| BARBITUATES | | ✓ | | | | |
| ALCOHOL | | ✓ | | | | |
| OTHER | | ✓ | | | | |
| METHADONE (DOLOPHINE) | | ✓ | | | | |
| METH. PROGRAM (NAME): | None | | | | | |

| LAST CHEST X RAY:   WHEN | WHERE | RESULTS | | |
|---|---|---|---|---|
| CURRENTLY TAKING ANY MEDS:   Y   (N) | | HAD A BABY IN THE PAST 2 MONTHS:   Y   N | | |
| MEDS NAME | FREQUENCY | LAST DOSE | ORDER BY | PREGNANT NOW:   Y   N |
| | | | | HYSTERECTOMY/T.Lig:   Y   N |
| | | | | LMP DATE         PAP DATE |
| | | | | GRAVIDA         PARA |
| | | | | MISCARRIAGES     ABORTIONS |
| HISTORY OF MH TREATMENT:   (Y)   N | COMMENTS: | | | DISPOSITION (CIRCLE): |
| HISTORY OF ATTEMPED SUICIDE:   Y   (N) | | | | GENERAL POPULATION - ROUTINE SICK CALL |
| SUICIDAL THOUGHTS/PAST PRESENT:   Y   (N) | | | | REFERRAL TO PHYSICIAN/DENTAL/MENTAL HEALTH |
| | | | | INFIRMARY/MENTAL HEALTH UNIT |
| | | | | TRANSFER/DOC |

_____                    _____
STAFF SIGNATURE/TITLE                       DATE   7/5/06

TRANSFER/COMM HOSPITAL



# Medical Incident Report
## Connecticut Department of Correction

CN 6602
REV 06/2006

Facility/Unit *OCF*

Report Date *10/26/06*     Time *1635*  ☐ am  ☑ pm

Name of patient *Mulero, F.*

Offender no. (if applicable) *255637*

Medical Staff Name *Holmes, K.*

Incident Report submitted  ☑ Yes  ☐ No     Report No.     Date

Treatment location: *Hosp. I Tx Rm*

Injury description: *"My cellie, Adam Madejski, hit me in the back of my head @ 2:48 p— five times". IM states that the back of his head hurts but the rest of his body feels fine. IM had Ø c/o nausea or vomiting. IM states he had Ø loss of consciousness, + Ø visual disturbances. IM presents now I grossly intact neuro assessment. Area of head has,*

~~Chemical agent review before planned use of force.~~ →NA

**Use of chemical agent was reviewed before a planned use of force. The health record was consulted and there were no contraindications noted regarding the use of chemical agent:** no known history of cardiac, respiratory, eye condition under active treatment or documented prior severe and unexpected reaction to chemical agent.  *no edema, no open areas, no redness or discoloration. IM states that the area is tender to the touch but did not wince or guard when this area was palpated.*

Treatment administered: *Physical Assessment.*

Required follow-up: *F/U with Sick call as needed.*

Observations/remarks: *IM's physical presentation are not consistent with his account of the alleged assault.*

Known contraindications based on review of health     ☐ Yes     ☐ No

Placement after treatment:

☑ Inmate is cleared for General Population Placement     ☐ Inmate is cleared for Restrictive Housing Placement
☐ Inmate is not cleared for Restrictive Housing Placement     ☐ Other (specify):

Patient signature     Date

Medical staff signature  *K. Ho——*     Date *10/26/06.*

Custody supervisor signature     Date

HR507 REV.3/95
CONNECTICUT DEPARTMENT OF CORRECTION

# INITIAL PSYCHIATRIC EVALUATION

| INMATE NUMBER | DATE OF BIRTH |
|---|---|
| 255367 | 1-3-1966 |

INMATE NAME (LAST, FIRST, INITIAL)
MULERO, FELIPE

| DATE | EXAMINER/TITLE | SEX | RACE/ETHNIC | FACILITY |
|---|---|---|---|---|
| 6/17/97 | Psychiatry | (M) F | B W (H) O | WCT |

**REASON FOR CONSULTATION/REFERRAL:**
"I have lot of stress & Depression"
"Seem emotionally disturbed --- I am very be able to
[not going family --- I don't come to know what stress."

**CLINICAL ASSESSMENT:**
30 y/o M/d hispanic male, single, work as a
architectural, machine drafting instructor in a technical school
c/o problems of Racism at work place. Saw a psychiatrist
4 times prior to coming here. He is on sick leave from work.
Inmate c/o keep transfer frequently
"I want to learn how to cope with racism"

Alert, oriented x3, coherent. Focusing on Racism and build
up a case for his legal battle. Continue to have interpersonal
issues and some problems with authority. say depression,
psychosis, suicidal or homicidal ideation.

**DIAGNOSIS:**
AXIS I     Alcohol abuse,
AXIS II    R/O mixed — Narcissistic / paranoid features
AXIS III   none.
AXIS IV    incarceration, stressors at work,
AXIS V

**DISPOSITION:**  1. Addiction Services.
2. No desutlar psychiatric F/U necessary.

Counseling as necessary — inmate will request
depending on how he is feeling.

**PSYCHOACTIVE MEDICATION:**
none.

**CONSENT FOR TREATMENT WITH PSYCHOTROPIC MEDICATION FORM NECESSARY?**   YES   (NO)   (Circle One)
**ABNORMAL INVOLUNTARY MOVEMENT SCALE (AIMS) NECESSARY?**   YES   (NO)   (Circle One)
**MENTAL HEALTH OBJECTIVE CLASSIFICATON SCORE:**   1   2   3   4   5   (Circle One)

_____
PSYCHIATRIST SIGNATURE

6/17/97
DATE

HR501 REV.5/94
**CONNECTICUT DEPARTMENT OF CORRECTION**

# REQUEST FOR MENTAL HEALTH SERVICES

| INMATE NUMBER | DATE OF BIRTH |
|---|---|
| 255367 | 1-3-66 |

| DATE OF REQUEST | INMATE REQUEST | REFERRED BY/TITLE | INMATE NAME (LAST, FIRST, INITIAL) |
|---|---|---|---|
| 6/3/97 | Y  N | COt Schilz | Maleno Felipe |

| SEX | RACE/ETHNIC / | FACILITY |
|---|---|---|
| M  F | B  W  (H)  O | Web. |

**DESCRIBE REASON FOR REQUEST/REFERRAL:**

Staff referral
"not fitting in"

## MENTAL HEALTH SERVICES RESPONSE

| DATE REQUEST RECEIVED | REFERRED TO | DATE CLIENT SEEN | SERVICE PROVIDER/TITLE |
|---|---|---|---|
| 6/3/97 | B Ten Eyck | 6/3/97 | |

**SERVICE PROVIDED/RESPONSE:**

S: "Racism is out there ... causes me a
Glitch."
O: I/m wanting to talk at lenght regarding
the various injustices he has experienced as
a result of being Puerto Rican.
A: I/m unable to identify specific concern or complaint
directly related to acute mental health symptoms. I/m is vague,
withholding + circumstantial when questioned directly.
I/m is alert oriented x3 organized and
without signs major mental illness
Will see in 10 d's per I/m request
"I need to talk to some one about this (racism)"

RESCHEDULE DATE:      YES ☒      NO ☐

_____               _____ 6/3/97
MENTAL HEALTH PROVIDER'S SIGNATURE/TITLE                    DATE