```
CT DEPT OF CORRECTION                TIME SHEET                    10/02/2006
 NAME: MULERO,FELIPE                  NUMBER:     255637    SENT ID:      4
 DKT #: H15N-CR-02-0202638-S          REF DKT:           SENT:     Y 25 M    D
 OFF DATE: 10/31/1997        SENT START DATE: 11/17/2003    DET: NONE
 OFF: 53A139    FORGERY, SECOND DEGREE      ELIG PAROLE DATE:  07/11/2007

 ******************** CURRENT TOTAL DAYS FOR THIS SENTENCE  ********************

          JAIL CREDIT:    1      TIME SERVED:    0     DEADTIME:    953

 *******************************************************************************

  POST DT LOC  DAYS   ENTRY        REL DT    POST DT LOC  DAYS   ENTRY        REL DT
 06/29/06 121   953 DEADTIME      07/25/08
 11/19/03-06/29/06-APPEAL BOND REVOKED
 11/17/03 121     1 JAIL CR       12/15/05
 9/19/03-9/19/03
 11/17/03 121     0 INITIAL       12/16/05
 H15N-CR02-0202638-S




 TRANS:            NUMBER: 00255637                                 PAGE     1
```

Date: 10/2/2006 Time: 3:52:02 PM

**STATE OF CONNECTICUT**
DEPT. OF CORRECTION
HARTFORD DISTRICT
PAROLE & COMMUNITY SERVICE



LAVAN DAWSON
PAROLE OFFICER I

300 Sheldon Street
Hartford, CT 06106

TEL: (860) 566-1104
FAX: (860) 566-3765



ATTACHMENT E

The University of the State of New York
THE STATE EDUCATION DEPARTMENT
Office of Teaching
Albany, New York 12234

America's Job Bank (www.ajb.org) is an easily accessible nationwide job bank that helps job seekers and employers connect. This service provides job seekers a method to post their resumes on the Internet. Employers regularly search this database to find suitable candidates for their job openings. This service is available *free* to job seekers and employers.

It is expected that a certified teacher be knowledgeable of New York State's new learning standards. For information about the learning standards and new State assessment system, please visit the Department's web site at http://www.nysed.gov or write to the Office of Curriculum, Instruction and Assessment, New York State Education Department, Albany, NY 12234.

```
FELIPE MULERO
55 EAST CEDAR STREET
NEWINGTON           CT      06111
```




## University of the State of New York
## State Education Department

### Public School Teacher Certificate

*This certificate, valid for service in the public schools, is granted to the person named below who has satisfied the requirements prescribed by the State Education Department.*

### FELIPE MULERO

Certification area: **SCHOOL BUSINESS ADMINISTRATOR**

*Form: **PERMANENT**
(over)

Effective date: **09/01/02**

Certificate number: **049685923**

Control number: **154959021**

Given under the authority of
the State Education Department

*Charles C. Mackey, Jr.*
Administrator, Teacher Certification

Commissioner of Education

The University of the State of New York
THE STATE EDUCATION DEPARTMENT
Office of Teaching
Albany, New York 12234

America's Job Bank (www.ajb.org) is an easily accessible nationwide job bank that helps job seekers and employers connect. This service provides job seekers a method to post their resumes on the Internet. Employers regularly search this database to find suitable candidates for their job openings. This service is available *free* to job seekers and employers.

It is expected that a certified teacher be knowledgeable of New York State's new learning standards. For information about the learning standards and new State assessment system, please visit the Department's web site at http://www.nysed.gov or write to the Office of Curriculum, Instruction and Assessment, New York State Education Department, Albany, NY 12234.

```
FELIPE MULERO
55 EAST CEDAR STREET
NEWINGTON          CT      06111
```

## University of the State of New York — State Education Department



### Public School Teacher Certificate

*This certificate, valid for service in the public schools, is granted to the person named below who has satisfied the requirements prescribed by the State Education Department.*

### FELIPE MULERO

Certification area: **SCHOOL DISTRICT ADMINISTRATOR**

*Form: **PERMANENT**  (over)

Effective date: **09/01/02**

Certificate number: **049685923**

Control number: **154960021**

Given under the authority of the State Education Department



Administrator, Teacher Certification

Commissioner of Education

Albany, New York 12234

America's Job Bank (www.ajb.org) is an easily accessible nationwide job bank that helps job seekers and employers connect. This service provides job seekers a method to post their resumes on the Internet. Employers regularly search this database to find suitable candidates for their job openings. This service is available *free* to job seekers and employers.

It is expected that a certified teacher be knowledgeable of New York State's new learning standards. For information about the learning standards and new State assessment system, please visit the Department's web site at http://www.nysed.gov or write to the Office of Curriculum, Instruction and Assessment, New York State Education Department, Albany, NY 12234.

```
FELIPE MULERO
55 EAST CEDAR STREET
NEWINGTON           CT      06111
```




## University of the State of New York
## Education Department

### Public School Teacher Certificate

*This certificate, valid for service in the public schools, is granted to the person named below who has satisfied the requirements prescribed by the State Education Department.*

### FELIPE MULERO

Certification area: **SCHOOL ADMINISTRATOR/SUPERVISOR**

*Form: **PROVISIONAL**          Certificate number: 049685923
(over)

Effective date: **09/01/02**                 Control number: 154958021

Given under the authority of
the State Education Department

Charles C. Mackey, Jr.
Administrator, Teacher Certification

Commissioner of Education

Attached you will find a New York State Conditional Provisional teacher certificate. Please note the following important information concerning your certificate:

1. The certificate is valid for two years from the effective date on the certificate.
2. Within this two year period, you must obtain qualifying scores on two tests within the New York State Teacher Certification Examination (NYSTCE) program: the Liberal Arts and Sciences Test (LAST) and the Assessment of Teaching Skills-Written (ATS-W); complete the mandated workshop(s) in Child Abuse Identification and School Violence Prevention & Intervention; and be enrolled in a master's degree program at an accredited institution of higher education.
3. Examination scores are automatically reported to the Office of Teaching. You will need to file a copy of the Certificate of Completion for the Child Abuse Identification workshop and the School Violence Prevention & Intervention workshop. You will also need to file a statement from a duly authorized officer of an accredited institution of higher education verifying you are enrolled in a master's degree program. If you possess a master's degree, send an original transcript showing the degree conferral to the Office of Teaching. If you have previously filed such a transcript it need not be sent again.
4. If you satisfy all of the above requirements within the two year period, you will receive a regular provisional certificate at the end of the validity period of the conditional provisional certificate. The regular provisional certificate will be valid for five years from the effective date of the conditional provisional certificate.
5. You must notify the Office of Teaching of any change of address.
6. A test registration bulletin may be obtained at the following address: **NYSTCE, National Evaluation Systems, Inc., 30 Gatehouse Road, P.O. Box 660, Amherst, MA 01000-9008 or call (413)256-2882 or TTY telephone for the deaf (413)256-8032.**
7. Additional information concerning the NYSTCE tests and the mandated workshops is available on the Office of Teaching's web page: http://www.highered.nysed.gov/tcert/

Felipe Mulero
746 Prospect St.
WETHERSFIELD     CT     06109

---

## University of the State of New York Education Department

### Public School Teacher Certificate

*This certificate, valid for service in the public schools, is granted to the person named below who has satisfied the requirements prescribed by the State Education Department.*

### FELIPE MULERO

Certification Area: Drafting

*Form: CONDITIONAL PROVISIONAL        Certificate Number: 1738294
(over)

Effective Date: 02/01/2004            Control Number: 91083071


Deputy Commissioner
Office of Higher Education and Office of Professions

Given under the authority of the State Education Department

Commissioner of Education

The University of the State of New York
THE STATE EDUCATION DEPARTMENT
Office of Teaching
Albany, New York 12234

America's Job Bank (www.ajb.org) is an easily accessible nationwide job bank that helps job seekers and employers connect. This service provides job seekers a method to post their resumes on the Internet. Employers regularly search this database to find suitable candidates for their job openings. This service is available *free* to job seekers and employers.

It is expected that a certified teacher be knowledgeable of New York State's new learning standards. For information about the learning standards and new State assessment system, please visit the Department's web site at http://www.nysed.gov or write to the Office of Curriculum, Instruction and Assessment, New York State Education Department, Albany, NY 12234.

```
Felipe L. Mulero
746 PROSPECT ST
WETHERSFIELD            CT      06109-3545
```

## Public School Teacher Certificate

*This certificate, valid for service in the public schools, is granted to the person named below who has satisfied the requirements prescribed by the State Education Department.*

### FELIPE L. MULERO

Certification Area: **School Administrator/Supervisor**

*Form: **PROVISIONAL**          Certificate Number: **1738294**
(over)

Effective Date: **09/01/2007**  TO  **08/31/2009**   Control Number: **126671071**

Given under the authority of
the State Education Department

Senior Deputy Commissioner of Education - P-16          Acting Commissioner of Education

ATTACHMENT 

Felipe Mulero
55 East Cedar Street, Newington, CT 06111

Vs.

New Britain School District, One Liberty Square: New Britain, CT 06050-1960

1. I am being discriminated because I am a Hispanic Puerto Rican by the New Britain School District on or about Aug 19, 1999. I applied for a job as a Durational Shortage Application Permit (DSAP) in Technology Education at the New Britain School System which a large population of Hispanic bilingual students: 60%. See A-1

2. On or about August 19, 1999 I was offered a job as a DSAP Bilingual Education Teacher at Pulaski Middle School as a 6th grade instructor because I am Fluent in English & Spanish: An area I was not a certified to teach in at that time. See B-1

3. On or about October 15, 1999 I declined the position in Bilingual Education because I had nearly completed a certificate program in Technology Education with just two courses to complete the program at Central Conn. State University. I wanted to complete the Tech. Ed. program; my area of concentration and expertise. & cross endorse in Bilingual education later. This was explained to the New Britain School administrator Richard Barry who was aware of my strong Tech. Ed. background. See C-1 & 2

4. On or about June 18, 2000 I had reapplied for a DSAP Technology Education & was passed up by Thomas Menditto for a White Male who was also eligible for a DSAP but was not bilingual or had as strong a Technical/ Engineering background as myself.

5. On or about July 5, 2001 Richard Barry informed me that my active application on file was passed up again with no consideration for another White candidate who once again did have a bilingual background or had as strong a background in Technology/ Technical & Engineering background as myself. Thomas Menditto did the hiring again.

6. The New Britain School system Technology Education Department currently is & has been run by white administrators historically who have been hiring all white candidates to teach Technology Education. Mr. Menditto (white) is discriminating and retaliating against me since I am a Puerto Rican Technology Education candidate & holding my bilingual background against me. See D-1

7. The New Britain School district does not hire Puerto Rican Technology Education candidates. See E-1

Felipe Mulero being duly sworn, on oath, states that s/he is the Complainant herein; that s/he has read the foregoing complaint and knows the content thereof; that the same is true of her/his own knowledge, except as to the matter herein stated on information and belief and that as to these matters s/he believes the same to be true.

Dated at <u>Hartford</u>, Connecticut this <u>31</u> day of <u>July</u>, 2001.

_____
(Complainant's signature)

Subscribed and sworn to before me this <u>31</u> day of <u>July, 2001</u>.

_____
Notary Public/Commissioner
Of the Superior Court

My commission expires: 11/30/2003

**RECEIVED**
JUL 31 2001
COMMISSION ON HUMAN RIGHTS
AND OPPORTUNITIES
CAPITOL REGION

F104

2

Issued 4/94
Revised 1/1/96

\#_____ A-1

## CONSOLIDATED SCHOOL DISTRICT
## CITY OF NEW BRITAIN

*Sent 6/27/00*
*- addendum*

8/20/99 on vac. until 8/30/99 Will call when he returns. /7-Fri.

### EMPLOYMENT APPLICATION

Bil Pulaski

FULL NAME   FELIPE MULERO

ADDRESS   55 EAST CEDAR STREET

   NEWINGTON, CT 06111

PHONE [Home] (860) 665-7442         [Work] (860) 951-7112 EXT. 335

SOCIAL SECURITY NUMBER   049 / 68 / 5923

### TEACHER CANDIDATE

| | |
|---|---|
| Elementary School: | Grade Preference   K-12 |
| | Special Subjects   TECHNICAL EDUCATION |
| Middle School: | Subjects   MATH |
| High School: | Subjects   PHYSICS |
| Adult Education: | Subjects   SCIENCE |

### ADMINISTRATIVE CANDIDATE

Position Applied For: _____

*For Office Use Only:*
Addendum Received ____
Certification Received ✓
References Received ✓
Transcript Received ✓
Interview ____
Step Placement  M+30 Sp 6
Initial Base Pay  58650
Starting Date ____





9/3/99
61: 59k
63k
n 25m0 .k
M+60

THE NEW BRITAIN PUBLIC SCHOOL DISTRICT DOES NOT DISCRIMINATE ON THE BASIS OF RACE, COLOR, ANCESTRY, NATIONAL ORIGIN, CITIZENSHIP STATUS, GENDER, MARITAL STATUS, PHYSICAL OR MENTAL DISABILITY, RELIGION, AGE OR SEXUAL ORIENTATION.

ALL APPLICANTS *MUST* INCLUDE:
- PROOF OF *CONNECTICUT* CERTIFICATION
- 3 LETTERS OF RECOMMENDATION
- TRANSCRIPTS (copies accepted)

B-1

*(Each interviewer must complete individual sheet.)*

APPLICANT NAME: Felipe Mulero  DATE: 8/54/99  TIME: 800

POSITION APPLIED FOR: Bilg. - Pulaski

| CATEGORY | NUMERICAL RATING: 1=Unacceptable 2=Below Average 3=Average 4=Above Average 5=Outstanding | COMMENTS Please comment on any area rated 3 or less: |
|---|---|---|
| Background and Experience | 4 | Tech Schools Industry |
| Education | 5 | Tech Ed Mech. Engin |
| Ability to get along with others | 5 | Well Spoken |
| Problem Solving Ability | 4 | Engaging |
| Initiative and Creativity | 4 | / |
| Communication Skills | 4 | |
| Gaps in Employment | 4 | |
| Unique Qualities | 5 | B. Engin |

Additional comments: Background (4)
Not Certy. in Bilg. But Certy - Tech Ed.

Final Recommendation: ☑ Recommended for employment
☐ NOT recommended for employment

Interviewer's Signature: Richard Tushy

065-2323-16 rev. 6/97 appint

# Minority Teacher Recruiting

## Recently Added Candidate

C-1

Date Candidate Was Entered   1/25/1999

| | |
|---|---|
| Salutation | Minority Designation   Hispanic |
| First Name   Felipe | Other Minority Type (if applicable) |
| Middle Initial | |
| Last Name   Mulero | |
| Address   55 East Cedar St. | Home Phone   (860) 665-7442 |
| Address 2 | Work Phone |
| City, State, Zip   Newington, CT  06111 | Email: |

| | |
|---|---|
| CT Certified?   Yes | Certified Field |
| Type Of Certification | Cert. Exp. Date |
| ☐ Passed Praxis I | |
| ☐ Passed Praxis II | |
| Graduation Date | |
| Other State Certified?   No | Other State(s) |
| Certification Type | Cert. Exp. Date |

## Endorsement Area(s)

Bilingual Education Pre-K -12

Technology Education Pre-K -12

Promotion Comments:   Felipe Mulero seeks a position as a technology education teacher or bilingual teacher k-12. He is in the process of fulfilling the requirements for a bilingual educator certificate. Copies of current certificates attached.
CT certified - see attached
MS Central CT State University, Industrial Management Technology
B.S. U of Hartford, Mechanical Engineering
fluent in Spanish and English
10 years experience in industry
4 years experience as adjunct at MCTC and CCTC
References:
*solid from community college mentors
*described as assertive, hard working, very knowledgeable.

Printed on 5/22/2000 11:06:56 AM

Page 5 ED177

Name **FELIPE MULERO**   SS# **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**

## PART X   EVIDENCE OF ENROLLMENT IN PLANNED PROGRAM OF TEACHER PREPARATION

This section must be completed and signed by the certification officer of the preparing institution.

**Mulero**
Applicant's Last Name

**Felipe**
First Name

**L**
MI

**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**
Social Security Number

a. The above-named applicant is currently enrolled in a planned program leading toward this institution's recommendation for certification in:

**Technology Education**
Subject/Field

**NK-12**
Grade Level

**Fall 1998**
Date of Enrollment

b. Number of semester hours of credit required to complete certification program: **22 SH**

c. Number of semester hours applicant has completed: **5 SH** (6 SH enrolled for Fall 2000)

College or University

**Ronald J. Moss, Ph.D.**
Name and Title of Certification Officer

860-832-2125
Telephone Number

MOSS@CCSU.EDU

**9 August 2000**
Date

Signature


RECEIVED AUG 14

# INTERVIEW RATING

*(Each interviewer must complete individual sheet.)*  E-1

APPLICANT NAME: Felipe Mulero  DATE: 8/24/99  TIME: 8:U

POSITION APPLIED FOR: Bilingual / Paloski

| CATEGORY | NUMERICAL RATING:<br>1=Unacceptable<br>2=Below Average<br>3=Average<br>4=Above Average<br>5=Outstanding | COMMENTS<br>Please comment on any area rated 3 or less: |
|---|---|---|
| Background and Experience | 4 | |
| Education | 5 | |
| Ability to get along with others | 5 | |
| Problem Solving Ability | 4 | |
| Initiative and Creativity | 4 | |
| Communication Skills | 4 | |
| Gaps in Employment | 4 | |
| Unique Qualities | 5 | |

Additional comments: _____

Final Recommendation:  ☑ Recommended for employment
                       ☐ NOT recommended for employment

_____
Interviewer's Signature

065-2323-16 rev. 6/97 appint

D-1

(Each interviewer must complete individual sheet.)

APPLICANT NAME: Felipe L. Mulero  DATE: 8/7/00  TIME: 11:20-12:00
POSITION APPLIED FOR: Technology Education - Pulaski

| CATEGORY | NUMERICAL RATING:<br>1=Unacceptable<br>2=Below Average<br>3=Average<br>4=Above Average<br>5=Outstanding | COMMENTS<br><br>Please comment on any area rated 3 or less: |
|---|---|---|
| Background and Experience | 4 | |
| Education | 4 | |
| Ability to get along with others | 5 | |
| Problem Solving Ability | 5 | |
| Initiative and Creativity | 5 | |
| Communication Skills | 4 | |
| Gaps in Employment | 4 | |
| Unique Qualities | 5 | |

Additional comments: Very assertive. Previously applied for but did not accept a bilingual position at Pulaski. DSAP certified.

Final Recommendation:  ☐ Recommended for employment
                       ☑ NOT recommended for employment

_____
Interviewer's Signature

065-2323-16 rev. 6/97 appint

ATTACHMENT E

# THE PRAXIS SERIES
Professional Assessments for Beginning Teachers®   Telephone: (609) 771-7395

## EXAMINEE ADDITIONAL SCORE REPORT

### BACKGROUND INFORMATION
| | |
|---|---|
| Examinee's Name: | MULERO, FELIPE |
| Candidate ID Number: 01882523 | Social Security Number: 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   Sex: M   Date of Birth: 01/03/1966 |

### EDUCATIONAL INFORMATION
| | |
|---|---|
| College Where Relevant Training Was Received: | CENTRAL CONNECTICUT STATE UNIV |
| Undergraduate Major: | ENGINEERING |
| Graduate Major: | ENGINEERING TECHNOLOGIES |
| Educational Level: | EARNED MASTER'S DEGREE PLUS ADDITIONAL CREDITS |
| GPA: | 3.5 - 4.0 |

### SCORE RECIPIENT(S) REQUESTED
| Code # | Recipient Name |
|---|---|
| | |
| | |
| | |
| | |
| | |

FELIPE           MULERO
55 EAST CEDAR ST
NEWINGTON        CT   06111

### HIGHEST SCORE AS OF 02/06/1999 FOR EACH TEST TAKEN AFTER OCTOBER 1, 1989

| Test Date | Test Code | Test Name | Your Highest Score | Possible Score Range | Score Recipient Code(s) | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 08/29/1998 | 0711 | CBT READING | 327 | 300 - 335 | | | | | | |
| 08/29/1998 | 0721 | CBT WRITING | 321 | 300 - 335 | | | | | | |
| 06/19/1998 | 0731 | CBT MATHEMATICS | 325 | 300 - 335 | | | | | | |

Scores will be available for reporting for ten years.
Refer to enclosed interpretive leaflet for additional information.



American Council on the Teaching of Foreign Languages

certifies that

FELIPE MULERO

has successfully completed an ACTFL Oral Proficiency Interview (OPI) and has been rated, using ACTFL Proficiency Guidelines, as

ADVANCED MID - SPANISH



Executive Director

09/29/99
99-4456