Name **FELIPE MULERO**          SS# **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**          Page 5 ED177

## PART X   EVIDENCE OF ENROLLMENT IN PLANNED PROGRAM OF TEACHER PREPARATION

This section must be completed and signed by the certification officer of the preparing institution.

**Mulero**                                    **Felipe**                                    **L**
Applicant's Last Name                         First Name                                    MI

**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**
Social Security Number

a. The above-named applicant is currently enrolled in a planned program leading toward this institution's recommendation for certification in:

**Technology Education**          **NK-12**          **Fall 1998**
Subject/Field                     Grade Level        Date of Enrollment

b. Number of semester hours of credit required to complete certification program: **22 SH**

c. Number of semester hours applicant has completed: **5 SH**
(2SH additional completed SS2000 per student; 6 SH enrolled for Fall 2000)

Central Connecticut State University          Ronald J. Moss, Ph.D.                    860-832-2125
College or University                         Assistant Dean of Education              (     )
                                              Name and Title of Official               Telephone Number
                                              and University Certification Officer
                                                                                       MOSS@CCSU.EDU
Signature                                     9 August 2000
                                              Date

# Employment

IVER- CLASS A

**Superior Northeast**
24 Jeffery Dr., So. Windsor
ll George F. at: **860-282-7688**
ply at /Fax to: **860-378-3965**

Driver-CDLA

## Roll in the Money

Average $1,000+/Week

**Regional Runs/ Home Weekly**
**★ Immediate Benefits ★**
months exp-23 years old
**Call Sunday or Anytime**

## 866-906-9374

ver

**CDL_B**
rt area company needs exp ivers. Clean record min 2yrs xp excellent pay and benifits
**Call Mike @ 203-264-5440**

ver

## EAST COAST

to .41 per mile
l Miles Paid
me Weekends
enefits/Bonuses
Class A CDL 2 yrs Exp
**800-332-0263 Ext 248**

ver

## MMEDIATE OPENING

axle dump trucks. Minimum ears experience. Central CT a. **Call 860 347 5823**

## Driver/Installer

erican Furniture Rentals has een oppty's for Driver/In-llers. Candidates must have an driving record, excellent bal & written communica-skills, & ability to work OT en required. Furniture han-ng exp. is desired but not re-red. Apply in person at 299 dena Road, Rocky Hill, CT ... 10 4 (860)256-4720

Web CT2062046

ver

Make Tracks

## Roadlink USA New England

Class A CDL, 1 Yr TT Exp
Company Drivers with Doubles Endorsement
dicated Fleet in Meriden, CT
4:00 PM Start
Tuesday thru Friday
l & Part Time Drivers Wanted
surance and 401K Pkg Avail

## ll 203-235-5775 ext 455 or 203-466-4160

Driver

## NEW OPPORTUNITY! DRIVERS S. Windsor, CT

Weekends Off
Dedicated Account
Local/Occasional Overnights
Flatbed exp. req'd.
Class A CDL & 1 yr. exp. req'd.
Top Pay- Projected Avg. W-2 - $50K
EXCELLENT Benefits

## CALL 800-793-3754

**www.ryderlife.com**
Calls taken starting Sunday 12pm-5pm

Ryder

EOE. Drug testing is a condition of employment.

ver

## Owner-Operators

Get Home for Supper!
Need 5-6 Owner-Operators ow to Service New Account!
Be Home Every Night with his Local Dedicated Account
reat Rate + Fuel Surcharge
Fuel Card, Plate Program and More!
$500 Sign-On Bonus
CDL A, 1 yr Exp Req
Make Tracks to

## RoadLink USA East

# Employment

## DRIVERS - DRIVE YOUR CAREER PATH AND EARN $$$

Join a team of professionals that distributes to the world's largest restaurant chain for over fifty years. Receive excellent benefits and obtain over-time pay for working beyond 8 hrs/shift.

## PROFESSIONAL DRIVERS

**Full-Time & Part-Time**
Martin-Brower requires 2 years tractor-trailer experience, 2yr clean MVR, and a valid Class A CDL license.
***Drivers must have a flexible work schedule and be available for both nights and weekend shifts. Paperless logging. local and layover runs available, excellent equipment.

Earnings: $1,000 Bonus after 6 months of service. Starting pay at $17.75/hr with .50 increases every six months for 18 months and continuing to $20.50. Make up to $70K annually. Earn time and ½ pay for working over eight hrs in a shift, plus mileage earnings.

Benefits include: Receive 4 ½ weeks paid time off within a two year period. MB offers a comprehensive medical, dental, vision, life Ins., and 401(k) retirement plan. Benefit plans may be elected as of the first day of employment.

****Apply in person 9am-4pm****

**The Martin-Brower Company**
**191 Moody Road**
**Enfield, CT 06082**

**EOE/AAE M/F/H/V/D**
**Drug Free Employer**

Hartford Courant careerbuilder

Web CT2061753

## DRIVERS CLASS A

Master Halco seeking Class A Drivers for 1st shift. Company paid drug test mandatory, copy of DMV driving record required. Competitive benefits offered. Apply in person: 60 Belamose Ave., Rocky Hill, CT

Web CT2061078

Drivers

## CDL-A DRIVERS

**BRING YOUR SKILLS TO A CARRIER THAT APPRECIATES THEM!**
**At Priority, we think professional drivers deserve**

- Respect
- PREMIUM pay
- Weekend home time
- Late model equipment
- Variety of routes

Long Haul Reefer opportunities also avail
Class A CDL, 6 mo. Exp req.
Get Details by calling

PRIORITY TRANSPORTATION
*Safety is our Priority*

**800-828-9640 x217** eoe
www.prioritytrucking.com

CIGNA

## CIGNA is now hiring

## Customer Service Advocates for the Bloomfield Campus Innovation Lab!

**Benefits starting day one:**

- Attractive starting salary ($30-40K)
- Medical, dental, life insurance & more
- *CIGNA 401K and Pension Plan*

# Employment

Drivers

## JOIN OUR TEAM!

**Double A Transportation, a Durham School Services Company, has immediate openings for:**

## DRIVERS

### We offer:

- Competitive pay
- Benefit options
- Part-time - **additional hours available**

### Requirements:

- Good driving record
- Pass physical and drug test
- Clear background check

**647 Cromwell Avenue**
**Rocky Hill, CT 06067**
**(860) 563-3126 x234**

Web CT2053959

Driver

NEWCENTURY TRUCKLOAD SERVICES GROUP

## SOLO & TEAM DRIVERS

If you are 23 years of age or older, have 2 years TRACTOR TRAILER driving experience & CDL-A with Hazmat

WE HAVE THE MILES, RUNS AND HOME TIME TO MEET YOUR NEEDS
Earn up to $1400/Week

## $2000 SIGN-ON BONUS
## 1-866-668-6111

Driver

KNIGHT TRANSPORTATION

**THE FLEXIBILITY YOU NEED...THE $$$ YOU DESERVE**
**Line: 5 on/2 off**
Up to 43cpm & Great Benefits
Call today, start driving THURSDAY
Call 800-559-2307
6mos OTR/CDL-A req'd
**Owner Ops: 800-437-5907**
www.knighttrans.com

Web CT2060837

## DRIVER/WAREHOUSE

**Must have good driving record.** Good benefits. Hrtfd. Call 860-953-4118. No CDL required

## ☆☆ DRY CLEANING ☆☆

## Dry Kleaning By McKlean's

**In Farmington seeks Pressers.** Must be experienced & able to do hi-quality / hi-volume work. Call Bruce at 860-798-0260 or 860-677-7014

## Editor/Analyst

Latin America Pub - Competent person to research, write/edit existing pub. covering L.A. events, trends in political/economic affairs. Fluency in Spanish a must, Portuguese helps. Prefer college grad with good writing/research skills, computer literate. Exc. bene's & 401k. Resume:
**Forecast International**
**22 Commerce Road**
**Newtown, CT 06470**
**Fax: (203) 426-1964**
**sharon.grimm@forecast1.com**

Web CT2057986

# Employment

Editor

## Fact-Checker

**Women's Health Newsletter**
Well-known publisher seeks a professional with 5+ yrs health research experience. Strong fact-checking skills, knowledge of medical terminology and the ability to interview medical experts a must.

We offer excellent compensation and outstanding benefits. Send resume to: W. Frasier, Boardroom Inc., 281 Tresser Blvd, Stamford, CT 06901.
Fax: 203-967-3086
abreynolds@boardroom.com
No calls please. EOE.

## BOARDROOM INC.

Web CT2061817

Education

**Killingly Public Schools**
**Math Teacher – Grade 7**
**CT Certification (029) or (229) required.**
Letter of interest, resume, copies of transcripts, CT Certification and 3 letters of recommendation to:
**William M. Silver, Ed. D.**
**Superintendent of Schools**
**P.O. Box 210**
**Danielson, CT 06239**
**EOE**

Hartford Courant careerbuilder

**Web CT2061642**

Education

**NEW BRITAIN PUBLIC SCHOOLS**

## Teacher Vacancies

### • Bilingual

Elementary (Requires Bilingual certification)

### • Dual Language Spanish

Elementary (Requires bilingual certification)

### Mathematics

Gr. 6-12

### • Speech Pathologist

### • Special Education Dept. Chairperson

High School

Salary Range: $40,997-$85,067

Visit our website to obtain a teacher application at www.csdnb.org or call (860) 827-2249

**EOE/AAE**

Web CT2061784

Education

## MANCHESTER PUBLIC SCHOOLS

## VACANCIES FOR 2007-'08

### World Language Teacher Middle School Level

(job #3369), must hold a valid CT cert. #023(Spanish)in addition. (French #018 a plus)

### Technology Ed. Teacher Middle School Level

(job #2945), must hold a valid CT cert. #047

### School Psychologist Middle/High School Level

(job #3573), must hold a valid CT cert. req'd., (#070)

### Grade 7/8 Teacher Alternative Ed. Program

(job #1622), must hold a valid CT cert. (#001/#006)

# Employment

Education

## Windsor Locks Public Schools Vacancies

- Long-Term Sub Teacher in Spanish
- Long-Term Sub Teacher - Elementary
- Four Building Substitute Teachers

Please view our website for details and to apply through our Online Application at **www.wlps.org**

Hartford Courant careerbuilder

**EOE**

Web CT2062283

Education

## Director, Family Resource Center Branford, CT

The Director of the Family Resource Center is responsible for strengthening the ties between families and schools in Branford and to provide support services and developmental information and strategies to ensure that children reach kindergarten ready to learn.

Additional responsibilities include staff hiring, supervision, grant writing and management, parent education, program development and community outreach. This is a 12 month position.

Qualifications: At least 2 years experience in child care, public administration or early childhood education and a Master's Degree in Child Development, Early Childhood Education or related field required. Compensation $40K - $45K plus benefits depending on qualifications and experience.

Date Available: August 1, 2007

## Music Teacher

**(strings)**
Half time plus benefits.
Start Date August 27, 2007

Closing Date: Until Filled

Application available at **www.branford.k12.ct.us**

Web CT2062052

Education

East Catholic High School in Manchester will have the following positions open for the 2007-2008 School Year:

## Spanish Teacher Part-Time

## Religion Teacher Full-Time

Please send letter of interest and resume to:
Mr. Christian Cashman
Principal
East Catholic High School
115 New State Road
Manchester, CT 06042
goguenm@echs.com
Fax # 860-649-7191

Web CT2056075

Drivers

# Employment

Education

**Lyme-Old Lyme Public Schools**

## Foreign Language Teacher

Grade 5 & 6 Spanish Teacher (dual certification in French preferred but not required)

Interested candidates should send a letter of interest, current resume, one page educational philosophy/vision statement, copy of Connecticut certification, three CURRENT letters of recommendation, and ALL college transcripts to:

**Mr. David J. Klein,**
**Superintendent of Schools**
**Lyme-Old Lyme Public Schools**
**4 Davis Road West**
**Old Lyme, CT 06371**
**(860) 434-7238**

A completed application packet as detailed above is required to be considered for an interview. Please visit www.region18.org for information on the district.

Closing Date for Applying: until filled

Web CT2062102

Education

## • TEACHER

Plan and implement education curriculum for pre-school classroom. Must have an Early Childhood Degree or degree in related field with at least 12 ECE credits plus three years experience in a pre-school classroom.

**Hours:** ... per wk, 52 weeks per year

## • TEACHER ASSISTANTS

Assist teacher with curriculum planning and classroom management for a pre-school class room. Must have CDA plus 12 ECE credits with one year experience in a pre-school classroom.

**Hours:** 25-35 hrs per wk, 43/52 wks per yr

Salary ... commensurate ... experience. Closing ... 7/...07

Applications ... qualified ... aged ... letter, resume, ... three letters of recommendation and reference ...

The Human Resources Agency of New Britain Inc.
Personnel Department,
180 Clinton Street
New Britain, CT 06053.
**Affirmative Action EOE**

Web CT2060300

# Employment

Education

## New London Public Schools

- **School Psychologist** - grades 9-12 (070) Dept. Chair preferred but not necessary.
- **Part-time (.4)** Technology teacher, grades 9-12 (047)
- **Biology teacher**, grades 9-12 (030)

Please apply in writing only to: Mr. Ivan Sadler, Director of Human Resources, New London Board of Education, 134 Williams Street, New London, CT 06320. Application forms may be obtained at 134 Williams Street, Rm. 10 or by downloading it from our website **www.newlondon.org**. Please submit with the application form, three recent letters of reference, a resume, and a copy of the certificate. Praxis test scores, and ALL undergraduate and graduate transcripts. Applications will be accepted until filled.

Web CT2061325

Computer

## Technical Support Specialist

**Vernon Public Schools** ... look for a technical Support Specialist to deploy, administer, maintain ... networks ... computers ... inventory ...

Salary $... 

... consideration. ... completed ... Public Schools ...

**www.vernonschools.com**

... The application closing date is August ..., 2007

Hartford Courant careerbuilder

Web CT2061891

NEW HAVEN PUBLIC SCHOOLS
Kids FIRST

## Middle or Elementary School Literacy Coaches

Under the supervision of the Reading Supervisor, the literacy coach will service middle or elementary schools to facilitate reading/language arts instruction.
Min. of 5 years classroom experience
MS in Reading preferred

Please send letter of intent and professional resume by August 7 to: **Personnel Department, New Haven Public Schools, 54 Meadow Street, New Haven, CT 06519** or email. **Personnel@new-haven.k12.ct.us**.
Direct inquiries to **203 946 8808**

*New Haven Public Schools is an Affirmative Action/Equal Opportunity Employer*

## Education

📄 Please enter all required information.

**Name:** Mulero | Felipe |
▸ (Last) ▸ (First) (Middle Initial)

Other name under which transcripts, certificates, and former applications may be listed:
**Other:**
(Last) (First) (Middle Initial)

📄 The following information is needed for you to continue your application at a later date.

- Your email address will be used to let the district communicate with you. (be sure to use your full internet email address ex: jean@aol.com )
- Your password prevents others from viewing your application. Choose any password you would like. By assigning your application a password you will be able to stop and continue the application process at any step. You can return to complete an application up to 30 days later by clicking 'Continue An Application' and then entering your email address and password.

▸ **Email Address:** fmulero@hotmail.com
▸ **Password:**
▸ **Confirm Password:**

Please list your mailing address. If your present and permanent addresses are the same, just fill in your permanent address.

**Permanent Address**

Number & Street: 746 Prospect Street
City: Wethersfield
State: CT
Zip Code: 06109
Daytime Phone: 860 986-0979
Home/Cell Phone: 869 986-0979

**Present Address**

Number & Street:
City:
State:
Zip Code:
Phone Number:

Until what date?

ATTACHMENT  H

ATTACHMENT H



# CITY OF NEW BRITAIN
Office of Corporation Counsel
City Hall • 27 West Main Street
New Britain, Connecticut 06051

"New Britain:
A City for
All People"

Founded 1754
Incorporated a Town 1850
Incorporated a City 1870

Phone   (860) 826-3420
Fax     (860) 826-3397

Peter C. Mlynarczyk, Corporation Counsel
Joseph E. Skelly, Jr., Assistant Corporation Counsel
Irena J. Urbaniak, City Attorney
Seth Feigenbaum, Associate City Attorney
Mary C. Pokorski, Associate City Attorney

September 22, 2005

Mr. Felipe Mulero
746 Prospect Street
Wethersfield, Connecticut   06109

Re: Felipe Mulero
    v. Consolidated School District of New Britain
    Case No. 3:02-cv-00932 (CFD)

Dear Mr. Mulero:

I have reviewed your five settlement proposals with my client. At this point, we are not making any offer to resolve this matter.

Very truly yours,

Office of Corporation Counsel

Joseph E. Skelly, Jr.
Assistant Corporation Counsel

JES/sb

cc: Robert A. Stacy, Director of Human Resources

September 8, 2005

Felipe Mulero
746 Prospect Street
Wethersfield, CT 06109
(860) 436-2424

Supervisory Office of Corporate Counsel
Attorney: Joseph Skelly
City of New Britain, Conn.
27 West Main Street
New Britain, CT 06051

Re: Amicable Resolution to Case No. 3:02CV932(CFD) Proposals

Dear, Mr. Skelly

I wish to thank you for allowing a meeting to take place on September 7, 2005 and making an effort to bring resolution to Case No. 3:02CV932(CFD). Please feel free to call me or arrange for another meeting to come to an agreement if need be. I also wanted to add another thought that could possibly be a resolution.

Proposal 5. That I be allowed a return to work status as a Success for all Facilitator or a Teacher of the Gifted- Elementary Resource under a teacher contract at step 9 sixth year.

I would be willing to pay the backed dated four years of teacher retirement time since 2001 if the One Consolidated School District would agree to allow the time to be credited toward retirement. Once again I appreciate your time and effort to bringing about an Amicable Resolution to Case No. 3:02CV932(CFD).

Yours Truly,

Felipe Mulero

c: Judge Christopher F. Droney
   United States District Judge

September 7, 2005

Felipe Mulero
746 Prospect Street
Wethersfield, CT 06109
(860) 436-2424

Supervisory Office of Corporate Counsel
Attorney: Joseph Skelly
City of New Britain, Conn.
27 West Main Street
New Britain, CT 06051

Re: Amicable Resolution to Case No. 3:02CV932(CFD) Proposals

Dear, Mr. Skelly

I wish to propose four possible resolutions for discussion in an agreement to an Amicable Resolution to Case No. 3:02CV932(CFD). Please feel free to engage some of your thoughts so we may come to an agreement.

Proposal 1. That I be allowed a return to work status as a Bilingual Central Office Administrator serving the district in a multitudes of tasks such as Human Resource Specialist and Central Office Parent School Administrator Interpreter under a teacher contract at step 9 sixth year with four years credited teacher retirement time since 2001

Proposal 2   That I be allowed a return to work status as a Bilingual Instructor during the evening or day 009) once the DSAP criterion is satisfied serving the district in a multitudes of tasks under a teacher contract at step 9 sixth year with four years credited teacher retirement time since 2001.

Proposal 3   That I be allowed a return to work status as a Facilities Engineer during the evening or day serving the district in a multitudes of tasks in HVAC and Electrical Supervisor under a teacher contract at step 9 sixth year with four years credited teacher retirement time since 2001.

Proposal 4   That I be allowed a return to work status as a Computer Instructor under the (009) once the DSAP criterion is satisfied during the evening or day serving the district in a multitudes of tasks under a teacher contract at step 9 sixth year with four years credited teacher retirement time since 2001.

Yours Truly,

*Felipe Mulero*
Felipe Mulero

C: Judge Christopher F. Droney

Felipe Mulero
746 Prospect Street
Wethersfield, CT 06109
(860) 436-2424

Supervisory Office of Corporate Counsel
City of New Britain, Conn.
27 West Main Street
New Britain, CT 06051

Re: Amicable Resolution to Case No. 3:02CV932(CFD)

Dear, Sir or Madam

I wish to arrange a meeting for September 1, 2005 at your leisure or anytime this week to discuss the prospects of resolving Case No. 3:02CV932(CFD) in an Amicable manner. I believe that the One Consolidated School District of New Britain could utilize my bilingual background in a very positive manner. Attached are my credentials for your review.

I would consider withdrawing the Case No. 3:02CV932(CFD) in return for employment either in the One Consolidated School District of New Britain Central Office as a School Bilingual Administrator, or an evening Adult Educator (107), (009) or even a Building HVAC technician job. I would accept compensation of Step nine on the teacher pay scale at Sixth Year + 30 credits under a teacher contract with credited retirement time since 2001. I would not pursue any back pay or interest, just secured employment & credited retirement time. I have reciprocal Administrative Certification in NY State, I have an evening Adult Educator Certification (107), DSAP Bilingual certification (009), & I have an Engineering Degree with experience in the field of engineering. I am employable.

I truly believe I could be easily employed by the One Consolidated School District of New Britain either as a Bilingual DSAP Educator (009), Adult Evening Educator in the Mandatory subject area (107), or as a Central Office Bilingual Administrator in return for resolving Case No. 3:02CV932(CFD) in a Satisfactory & an agreeable manner that would be most advantageous and beneficial to all involved. I hope this proposal could be made possible & I would be returned to gainful employment in a very positive manner for all.

Yours Truly,

Felipe Mulero

C: Judge Christopher F. Droney
United States District Judge

Case 3:02-cv-00932-CFD    Document 116-4    Filed 08/10/2007    Page 10 of 16

ATTACHMENT I

**Felipe Mulero: *Bilingual Candidate***
746 Prospect Street, Wethersfield, CT. 06109
Home (860) 436-2424 / Fmulero@hotmail.com
**Candidate: School Administrator / Engineer**

**OBJECTIVE:** To administrate a diversified work force that believes in excellence in meeting its administrative goals.
To teach within a diversified School System which is committed to Educational Excellence & teamwork

**EDUCATION:** **Doctorate**: Info Tech./Concentration Public Admin. & Tech. Ed. International Graduate Studies, ST Kitts: Pend.

**Advanced Graduate Degree**: Ed. Leadership, Superintendent Certification, School Business Admin. Certification, School Supervisory Admin. American International College. Springfield, MA. May 04.

**Master of Science:** Industrial Management Technology, May 1998. Past Teaching Certification: (090,091) Central CT. State University. **University of Connecticut**: Ed. Leadership 092 Certificate Prog. **June 01.**

**Bachelor of Science**: Mechanical & MFG. Engineering: December 1990. University of Hartford, CT
**Associates of Science**: Mechanical and Manufacturing Engineering Technology. June 1987.
Capital Community Technical College formerly known as Hartford State Technical College.

**EDUCATION :** 6/04-Present: PhD Information Technology to Re-Structure Traditional Ed. Into Computer Based Ed.
**EXPERIENCE:** 9/01-5/02: Alternate Route Teacher Certification II: Bilingual Education / Computer Ed. Pre-K-12

| | |
|---|---|
| 10/03-6/04 | **Sylvan Educational Solution**: Site Manager. Springfield Mass. Supervise Reading and Math Teachers. **Springfield Public Schools:** Math consultant for 9th grade students preparing them for the MCAS. |
| 11/01-11/02 | **Albertus Magnus College**: New Dimension Program, East Hartford, Conn. <br> -**Adjunct Professor**: Instructed: Math, Science and Technical related subjects in Business Management |
| 9/92-9/02 | **State of Connecticut: Community College System: Hartford, CT**. Adjunct Professor & College Fellowship <br> -**Instructor**: Voc. Tech. School Sys. : College Math & Engineer. Drafting Technology, Auto CAD. Gr. 9-12 <br> -**Superintendent Internship**: Trained as a Superintendent in the State of CT. & Wallingford Schools (Pre-K-12) |

*Engineering Experience*: 01/03-Present: Self Employed as a State of Conn. General Contractor

| | |
|---|---|
| 1/87-2/92 | **United Technology Corp. : Hamilton Standard/ Pratt & Whitney (Windsor Locks/ East Hartford, CT.)** <br> -**Plant Engineer/ Manufacturing Engineer:** Carbon Composite Manufacture Dept.: Scheduled Production. <br> -**Mechanical & Manufacturing Engineer:** Strategic Planning & Capitol Appropriation Dept.: Budget Cost |
| 2/85-1/87 | **Harsco Corporation: Patent Scaffolding Construction Systems, (Hartford, CT Plant) CADKEY** <br> -**Designer Structural Engineer:** Designed layout Drawings of Optimized Rental Construction Systems. |
| 2/87-2/89 | **Berensons' Hartford Jai-Alai: (Hartford, Conn.)** Utilized CADKEY to assist in daily tasks. <br> -**HVAC Technician/Evening Facilities Manager:** Serviced rooftop Air Conditioning Units/Heat |

| | |
|---|---|
| **PROFESSIONAL AFFILIATIONS:** | **NAME:** National Association For Multicultural Education American Educator <br> **CASA:** Connecticut Association of School Administrators. **SME & ASME** |
| SEMINARS: | **Total Quality Education**: "93-96", **John Collins Writing Across the Curriculum**:"99-01" <br> **High Schools That Work**: "99-01", **Schools to Careers**: "99-01" Work Readiness Programs |
| LANGUAGES: COMMUNITY: | **Fluent in Spanish and English.** *Group Facilitator and Conflict Resolution Certified.* <br> 6/92-6/97 Sacred Heart San Juan Tutorial Program, (Htfd, Conn.). Lions Club Member Since"98" |
| CERTIFICATION: | **Professional Teaching Certificate: Connecticut: (009) Bilingual** Spanish **Educator ARC Program. Mandatory Adult Educator: Initial (107),** *New York State*: **School Business Admin., School Admin. /Supervisor, School District Admin. /Superintendent.** *Conn.General Contractors* **License** |
| REFERENCE: | Available Upon Request. |

 

# STATE OF CONNECTICUT
*DEPARTMENT OF EDUCATION*

October 30, 2001

Mr. Felipe Mulero
55 East Cedar Street
Newington, CT  06111

Dear Mr. Mulero:

This letter is in response to your request for information regarding your employment with the Connecticut State Department of Education. You were employed with the Department of Education from May 29, 1992 through June 4, 2001. You were employed as a Vocational Instructor in the Vocational-Technical School System. Your total years of vesting service for retirement purposes is 8 years, 5 months, 23 days. If you have any further questions, please contact me at (860) 713-6693.

Sincerely,

Karen L. Chilone
Assistant Personnel Administrator
Bureau of Human Resources

KLC:kb

Box 2219  •  Hartford, Connecticut 06145

# STATE DEPARTMENT OF EDUCATION
# BUREAU OF HUMAN RESOURCES



# Payroll Operations Office

## Interoffice Communication

**To:** To Whom It May Concern

**From:** Alicia Sailor, FAS Mgr.

**Date:** June 9, 2000

**Subject:** Felipe L. Mulero – Emp # 530303

---

Mr. Felipe L. Mulero is employed by the Dept of Education. As of June 7, 2000, Mr. Mulero's total years of credited service are 7years, 9months, 12 days. If you have any further questions please contact me at 566-4473.

**REV 9/99**      CONNECTICUT STATE DEPARTMENT OF EDUCATION
Bureau of Certification and Professional Development
P.O. Box 150471 - Room 243
Hartford, CT 06115-0471



## STATEMENTS OF PREPARING HIGHER EDUCATION INSTITUTION

This institutional recommendation must be signed by the administrative official authorized to make such recommendation (Dean of School of Education or Certification Officer) and **must include the embossed or colored seal of the college or university.**

| Mulero | Felipe | L | 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 |
|---|---|---|---|
| APPLICANT'S LAST NAME | FIRST NAME | MI | SOCIAL SECURITY NUMBER |

| Department of Higher Education - Alternate Route to Certification | 61 Woodland Street, Hartford, CT 06105 |
|---|---|
| NAME OF HIGHER EDUCATION INSTITUTION | CITY, STATE, ZIP CODE |

*The section below must be completed fully by the college or university.*

1a. The applicant has successfully completed a planned program for certification in:

| 009 | Bilingual | Pre-K-12 |
|---|---|---|
| ENDORSEMENT CODE | (identify endorsement area for which preparation was completed) | GRADE LEVEL |

(Refer to List on page 7)

1b. [Student teaching]/practica/internship was completed at __Pulaski Middle School - New Britain__
       (circle one)                                                              (School/District)

   in grade/subject __Pre-K-12  Bilingual__   from  __3/1/02__  to  __3/30/02__
                        (grade/subject)              (date)           (date)

1c. [ ] Check here if student teaching/practica/internship was waived on the basis of experience. Please attach a written explanation.

2. Subject-area major _____

3. Date applicant completed all course work and testing requirements: (Month, Day, Year) __5/4/02__

4. [ ] Check here if applicant is recommended for certification as a school psychologist with a deficiency for the internship.

5. The applicant is recommended for certification without qualification.   YES [X]    NO [ ]

| James P. McKenna | Academic Director |
|---|---|
| TYPED OR PRINTED NAME OF RECOMMENDING OFFICIAL | TITLE |
| *[signature]* | 5/4/02 |
| OFFICIAL SIGNATURE OF RECOMMENDING OFFICIAL (Please, No Signature stamps) | DATE |
| (860) 947 - 1300 | (860) 947 - 1310 |
| TELEPHONE (Area Code) Number | FAX # |

**FOR OUT-OF-STATE INSTITUTIONS**
Institution accredited by:   [ ] Regional Accrediting Agency
                              [ ] Other (list)

> PLACE COLLEGE
> OR
> UNIVERSITY SEAL HERE

**Information on this form is subject to release pursuant to the Freedom of Information Act.**   PDF 11/2000
www.state.ct.us.sde



Telephone: (609) 771-7395

# EXAMINEE ADDITIONAL SCORE REPORT

## BACKGROUND INFORMATION
| | |
|---|---|
| Examinee's Name: | MULERO, FELIPE |
| Candidate ID Number: 01882523 | Social Security Number: 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   Sex: M   Date of Birth: 01/03/1966 |

## EDUCATIONAL INFORMATION
| | |
|---|---|
| College Where Relevant Training Was Received: | CENTRAL CONNECTICUT STATE UNIV |
| Undergraduate Major: | ENGINEERING |
| Graduate Major: | ENGINEERING TECHNOLOGIES |
| Educational Level: | EARNED MASTER'S DEGREE PLUS ADDITIONAL CREDITS |
| GPA: | 3.5 - 4.0 |

## SCORE RECIPIENT(S) REQUESTED
| Code # | Recipient Name |
|---|---|
| | |
| | |
| | |
| | |
| | |

FELIPE            MULERO
55 EAST CEDAR ST
NEWINGTON         CT  06111

## HIGHEST SCORE AS OF 02/06/1999 FOR EACH TEST TAKEN AFTER OCTOBER 1, 1989

| Test Date | Test Code | Test Name | Your Highest Score | Possible Score Range | Score Recipient Code(s) | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 08/29/1998 | 0711 | CBT READING | 327 | 300 - 335 | | | | | |
| 08/29/1998 | 0721 | CBT WRITING | 321 | 300 - 335 | | | | | |
| 06/19/1998 | 0731 | CBT MATHEMATICS | 325 | 300 - 335 | | | | | |

Scores will be available for reporting for ten years.
Refer to enclosed interpretive leaflet for additional information.



# STATE OF CONNECTICUT
Department of Higher Education

May 3, 2002

Dear Madam or Sir:

Please accept this letter as confirmation that Felipe L. Mulero successfully completed the 2001-02 Connecticut Alternate Route to Certification II Program on May 4, 2002. The successful completion of the program requirements qualifies Felipe for the following certification endorsement(s): Bilingual, Pre-K-12 (#009) pending passing scores for all Praxis II exams are on file with the State Department of Education.

The Alternate Route to Certification is an initiative of the State of Connecticut's Board of Governors and is administered by the Connecticut Department of Higher Education. The Alternate Route was established in state law as a component of the Connecticut Educational Enhancement Act of 1986. The Alternate Route to Certification is approved as a teacher certification program by the Connecticut State Department of Education.

Students who successfully complete the Alternate Route program are eligible for employment as teachers in any Connecticut public school. Alternate Route graduates first receive a 90-Day Temporary Certificate that is issued upon request of the employing superintendent.

Alternate Route graduates employed in Connecticut public schools participate in the State Department of Education's Beginning Educator Support and Training (BEST) program for each of their first two years of teaching. Regulations also require that Alternate Route teachers be provided with a special plan of local supervision that exceeds that given to other novice teachers.

Please do not hesitate to contact me if I may provide you with additional information regarding the Alternate Route to Certification. Thank you for considering Felipe for a position with your school district.

Sincerely yours,

- James McKenna, Academic Director
Alternate Route to Certification

61 Woodland Street · Hartford, CT 06105-2326