*UNITED STATES DISTRICT COURT*
*DISTRICT OF CONNECTICUT*

FELIPE MULERO                                                          :
     PLAINTIFF                                   : Case No. 3:02CV932 (CFD)

     V.                                                        :
                                 :

ONE CONSOLIDATED SCHOOL                               :
DISTRICT OF NEW BRITAIN, CT:
     DEFENDANT                                   November 19, 2007

## MOTION TO DISCLOSE ALL EMPLOYMENT AND MEDICAL DOCTORS IN WRITING TO THE JUDGE TO SHOW FURTHER COOPERATION IN GOOD FAITH AS I HAVE DONE DURING INTOROGATORIES TO THE BEST OF MY ABILITITES BEFORE FALLING MENTALLY ILL. UNDER AFDA I AM ABLE TO MOVE FORWARD WANT MY CASE RE-OPENDED WITH ACCOMMODATIONS.

Now Comes the Plaintiff to DISCLOSE all employment and medical doctors to the best of my knowledge as done so during Interrogatories in the past as Judge Smith even stated it appears I have responded to all the interrogatories to the best of my knowledge before I became ill due to accusations that I have not and was incapacitated to the point of being unable mentally to continue to respond. I ask under AFDA that I be afforded the same right to medical treatment and time to recuperate while sick and unable to respond just as the Defendant has the right to be out sick and have a co-counsel respond in her place. I need the same treatment under AFDA.

1978-COOP SUMMER PROGRAM/ ALLOWANCE FOR SCHOOL CLOTHES

1980- HARTFORD SUMMER LIBRARY

1983- HUBLIEN, HARTFORD

1984- HARTFORD STAGE COMPANY

1985- PATENT SCAFFOLDING, HARTFORD

1986- MACHAUD CONSTRUCTION CO., HARTFORD

1987- 1992 PRATT & WHITNEY, EAST HARTFORD  HAMILTON STANDARD, WINDSOR LOCKS


1992-2001 VOCATIONAL TECHNICAL SCHOOL SYSTEM, MIDDLE TOWN, CT

2002- ONE CONSOLIDATED SCHOOL DISTRICT OF NEW BRITAIN, NEWBRITIAN, CT

2002- CENTRAL HIGH SCHOOL OF BRIDGEPORT, CT

2002- ALBERTUS MAGNUS NEW DIMMENSSION PROGRAM, EAST HARTFORD

2003- SIX FLAGS THEME PARK, AGAWAN MASS.

2004- SPRINGFIELD SCHOOL DISTRICT, SPRINGFIELD MASS.

2005- ACCESS AMERICA REAL ESTATE TRAINEE

2006-NO EMPLOYMENT

2007-NO EMPLOYMENT


As for the Doctors please see all medical documentation in attachment A to prove treatment of mentally illness that is protected federally under AFDA. This is more than enough evidence to supply proof of cooperation and medical documentation for the judge to see that I have both cooperated in the past before becoming ill & to the present.

Plaintiff, Pro Se'

Felipe Mulero

_____

Felipe Mulero, Plaintiff
746 Prospect Street
Wethersfield, CT 06109

## Certification

I certify that a copy of this foregoing motion was sent to the Defendant's Counsel on
*Nov. 19th*
~~JULY 2~~, 2007 to Irena J. Urbaniak Office of Corporate Counsel, City of New Britain,

Conn. 27 West Main Street, New Britain, Conn. 06051.

Plaintiff, Pro Se'

Felipe Mulero

*[signature: Felipe Mulero]*

Felipe Mulero, Plaintiff
746 Prospect Street
Wethersfield, CT 06109

ATTACHMENT A

HR507 REV.3/95
CONNECTICUT DEPARTMENT OF CORRECTION

# INITIAL PSYCHIATRIC EVALUATION

| INMATE NUMBER | DATE OF BIRTH |
|---|---|
| 255637 | 1/3/66 |

INMATE NAME (LAST, FIRST, INITIAL)
_Mateo Felix_

| DATE | EXAMINER/TITLE | SEX | RACE/ETHNIC | FACILITY |
|---|---|---|---|---|
| 3/19/06 | Leah Cressotti, APRN | (M) F | B W (A) O | OCI |

REASON FOR CONSULTATION/REFERRAL: _New adm. due DOC_
_a in 97 — Bdt Henry's notes + IPE_
_done. recently transferred from Webster_

CLINICAL ASSESSMENT: _[illegible handwriting]_
_... anxiety + paranoia ..._
_... smiling, overly happy given context of situa-_
_tion ... Speech WNL ... calm_
_appropriate responses ... thought ... _
_hygiene good. Mood — mostly euthymic ... No SI/_
_... No psychosis. Some paranoid statements only in_
_regard to why in prison + old work place. ..._
_... degree in media engineering from_
_a technical school. 7 siblings, no wife or kids at._

DIAGNOSIS:
AXIS I: _r/o Bipolar II_
AXIS II: _P/O NOS — schizotypal, narcissistic_
AXIS III: _____
AXIS IV: _____
AXIS V: _____

DISPOSITION: _Though states his life goal is to have a farm_
_... retired at 40 he was holding every things_
_... Had a 3½ yr relationship a girl — ..._
_didn't want to ... it ended. Admitted he_
_took mar-Sept off school for "anxiety" that affect_
_his functioning + he was always tired. Mom/Dad in RI._
_..... family H/O M I._

PSYCHOACTIVE MEDICATION:
_No meds. F/U in 1 month — if_
_asymptomatic — MH-3. if sx refer back_
_to me._

CONSENT FOR TREATMENT WITH PSYCHOTROPIC MEDICATION FORM NECESSARY?   YES   (NO)   (Circle One)

ABNORMAL INVOLUNTARY MOVEMENT SCALE (AIMS) NECESSARY?   YES   (NO)   (Circle One)

MENTAL HEALTH OBJECTIVE CLASSIFICATON SCORE:   1   2   3   (4)   5

HR401 REV.09/02
CONNECTICUT DEPARTMENT OF CORRECTION
UNIVERSITY OF CONNECTICUT HEALTH CENTER
CORRECTIONAL MANAGED HEALTH CARE

**CLINICAL RECORD**

| INMATE NUMBER | DATE OF BIRTH |
|---|---|
| 255637 | 1/3/66 |

INMATE NAME (LAST, FIRST, INITIAL)
Mutero, Felipe

| SEX | RACE/ETHNIC | FACILITY |
|---|---|---|
| (M) F | B W (H) O | WEBSTER C |

| DATE / TIME | |
|---|---|
| 9-16-06 12 pm MH | O10: Evaluate IM @ WCI who was being held in A.P. after being moved from one unit last week & then encountering more issues. IM was moved after other IM's C/O that he was excessively masturbating & had poor hygiene. Then last P.M. on new block, he again had words c̄ other inmates, according to F.M., it was because he was cleaning his "cube". Others say he is not bathing & is masturbating. IM has several excuses — "those guys c̄ bodies" "those guys c̄ long hair" "the Cambodian". He denies any wrong doing. He also says he's had highly paid attorneys & he was suing the State because "they (his former employer VOC ED inst) put him "in" "here". He also made comments like the counselor, Ms Robinson didn't think "I need this class", (thinking for change), because he was so well organized & good @ decision making. He says others "like to play games because he's quiet & a religious guy." IM's mood was mildly anxious, affect flat, thinking was paranoid & c̄ narcissistic traits. He was guarded. He denied SI, "I love God — I'd never hurt myself." Prior to writer meeting c̄ IM, he was in bull scrubbing basin & toilet c̄ T.P. — on hand knees — "there's airborn viruses — this is not a sanitary environment — it's dirty." Speech WNL, soft @ times. |

## CONNECTICUT CORRECTIONAL INSTITUTION
## INMATE REQUEST TO STAFF MEMBER

From: Felipe Mulero    Inmate Number: 255637

Work Assignment: _____    Living Quarters: Q-1-53

To: Nurse Leahia    Date: 2/5/07

RECEIVED
FEB 6 2007
MENTAL HEALTH

(State your request clearly and briefly. Failure to clearly state your request will require return for further information. Per A.D. 9.6, responses to inmate requests shall be made within 15 business days from receipt of request)

Subject: My Mental Health (3) has been lowered to a Level 2 and I wish the Hold to Be Removed Please.

Thank You!

Signature: Felipe Mulero

Disposition:

The hold has been removed.

8/7/07

Staff Signature: _____    Date: _____

HR401 REV.5/94
CONNECTICUT DEPARTMENT OF CORRECTION

**CLINICAL RECORD**

| INMATE NUMBER | DATE OF BIRTH |
|---|---|
| 255657 | 1·3·66 |

INMATE NAME(LAST, FIRST, INITIAL)
MYLER

| SEX | RACE/ETHNIC | FACILITY |
|---|---|---|
| M F | B W H O | OCI |

| DATE/TIME | |
|---|---|
| 9·17·06 (SW MHU) | S:O I/M seen at cell, recent transfer. I/M reports from Hartford, has family, was working as a realtor and general contractor. I/M also went on to say that he is licensed in New York as an educator, administrator, principal and school business manager. I/M in fact has documentation indicating that he has applied for variety of positions but was on suspension for ___ lying on application. I/M freely showed these papers to writer, feeling that vindicated him. I/M also discussed cleaning self obsessively, although his cell was not especially tidy. A+O x3 0 S/H 0H/I, good eye contact, good grooming and hygiene, anxious affect. Possible problem on Monday as I/M is very eager to return to Webster and has no understanding of why he was transferred. Defensive or avoidant ___ to thinking. A-bizarre behavior and thought process P-refer for evaluation and case management. — O'Collins, LCSW |
| 9/19/06 | Psych Note — See I P E done by Th____ |
| 9/24/06 MHU 8:40 | S: "I know I have to be evaluated on the block. I don't want to go to GP." I/M is seen for I/M on G Block. O: I/M remains concerned about having to be on MHU, also had paperwork concerning why he was let go from his job. Has grandiose mildly paranoid about why supervisor ____ let him go. Working or control. Seems to have difficulty with the ability to understand why he should tell the truth. Denies SI/HI, denies A/H ... A: Narcissistic, schizotypal P:DNOS Narcissistic, schizotypal. Follow for cm. M.Mora ____ |
| 10/1/06 MHU 9:00 | S: "I am getting comfortable here and I have to go to population." I seen I/M to request and cm. I/M ____ rapid speech not pressured, more realistic in manner, still ____ |

HR401 REV.5/94
CONNECTICUT DEPARTMENT OF CORRECTION

CLINICAL RECORD

| INMATE NUMBER | DATE OF BIRTH |
|---|---|
| 255437 | 1·3·66 |

INMATE NAME(LAST, FIRST, INITIAL)
Mulero, Felipe

| SEX | RACE/ETHNIC | FACILITY |
|---|---|---|
| (M)  F | B  W  (H)  O | OCI |

| DATE/TIME | |
|---|---|
| *illegible* MHU | ...ent. Explained process of reviewing his chart. Explained transfer related to R. Deplant, P. Dinos, narcissistic, schizotypical @ Fallout for con. — M. Morrissey, csw |
| 11·9·06 | Cleared for transfer from OCI to WCCI. — P. Bergeron |
| 11·9·06 | Transfer cancelled due to 6-block housing. I/m will not be able to transfer until 3 months from discharge from 6-block. (Edward, LCSW) |
| 11/30/06 MHU 9:05A | S- "I need help calling 2-11 for energy assistance, & have a house and I need oil." CC |
| | O- I/m good eye contact, trying to manipulate to get a phone call. |
| | A- R/O Psychotic D/O, Narcissistic Narcissistic features |
| | P- I/M given energy assistance book, continued to minimize. P.B./Kim, *signature* |

# Medical Incident Report
## Connecticut Department of Correction

CN 6
REV 8/22

| Facility/Unit: Webster | Report date: 9·16·06 | Time: 11 | ☒ am | ☐ |

Name of patient: Mulero, F.

Inmate number (if applicable): 255637

Medical staff name: Deb Boucher, PSULT

| Incident report submitted: ☒ yes  ☐ no  pg 2 | Report number: | | Date: |

Treatment location: A.P. Room

Injury description:

None

Assessment:  I/M presents c̄ thought d/o – mildly paranoid

Treatment administered:  M.H. evaluation

Required follow-up: Transfer to OCI MH4 ~~Hold at RHU @ CCI c̄ assess D.~~ until further eval. by APRN or psychiatrist

Observations/remarks:  R/O Psychotic d/o

Chemical agent review prior to planned use of force:
The offender's health record was reviewed prior to planned use of force. There were no contraindications noted regarding precluding the use of chemical agents (i.e. history of cardiac or respiratory condition, eye condition under active treatment documented prior severe and unexpected reaction to chemical agents).
Known contraindications based on review of health record?  ☐ yes  ☐ no

Placement after treatment:
☐ Inmate is cleared for General Population Placement
☐ Inmate is not cleared for Restrictive Housing Placement
☒ Inmate is cleared for Restrictive Housing Placement
☐ Other (specify):

Patient signature:

Date:

Medical staff signature: _____ PSULT

Date: 9/16/06

# Incident Report – Supplemental Page
## Connecticut Department of Correction

CN 6601
REV 5/5/0

☑ Facility/Unit: __Webster__     ☐ Parole and Community Services District:

Date: 9·16·06     Time: 11     ☑ am ☐ pm     Report number:

Incident class: ☐ 1 ☐ 2 ☐ 3     Type:     Incident location: A.P

Prepared by: Deb Boucher     Title: PSW A

Additional narrative:

Met c̄ IIM Mulero, # 255637 in A.P. @ Webster CI per Lt. Sousa's request. IIM presented c̄ mild paranoid thinking. IIM denied suicidal ideations, plans, or intent. However, due to the increasing problems c̄ other's over the part week on A & B units, it is recommended he goes to CCIC on A.D. for further psychiatric & MH evaluation

11⁵⁰ am

Addendum: IIM will be transfered to OCI as MH4 & be house on C Block per HSA R. Bush.
OCI MH staff aware of transfer.

Reporting employee signature: _____     Title: PSW A

Report date: 9/16/06     Report time: 9/15 ☑ a.m. ☐ p.m.     Type: ☑ Individual ☐ Summary

HR925 REV. 12/95

CONNECTICUT DEPARTMENT OF CORRECTION

## PHYSICIAN'S ORDERS

| INMATE NUMBER | DATE OF BIRTH |
|---|---|
| 255 637 | 1/3/66 |

| INMATE NAME (LAST, FIRST, INITIAL) | | |
|---|---|---|
| Mulero Felipe | | |

| SEX | | RACE/ETHNIC | | | FACILITY |
|---|---|---|---|---|---|
| M F | | B W H O | | | OCI |

INSTRUCTIONS FOR USE:  Physicians must sign name and title under each order.  Each order must be initialed in the space provided by the licensed nurse who transcribed the order.  Medications will be dispensed according to brands stocked in pharmacy.

## DRUG ALLERGIES / HYPERSENSITIVITY    N K A

| Date | Time | ORDER / RATIONALE | Nurse's Signature and Title |
|---|---|---|---|
| 9/9/06 | 6 pm | D/C Vistaril | |
| | | F/U in 4 weeks - See Note | |
| | | Z. Tan A.P.R.N. Leah Cressotti, APRN | |
| | | noted faxed 9/25/06 | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

HR005 REV.06/05
CONNECTICUT DEPARTMENT OF CORRECTION
UNIVERSITY OF CONNECTICUT HEALTH CENTER
CORRECTIONAL MANAGED HEALTH CARE

## TRANSFER SUMMARY

| INMATE NUMBER | | DATE OF BIRTH |
|---|---|---|
| 255637 | | 1.3.66 |
| INMATE NAME (LAST, FIRST, INITIAL) | | |
| Mutero, Felipe | | |
| SEX | RACE/ETHNIC | FACILITY |
| (M) F | B W (H) O | OCI |

**Current Health Status: To be completed by sending facility**

| Date | Time AM/(PM) | Medical | Mental | Dental | Allergies/Reactions |
|---|---|---|---|---|---|
| 11.9.06 | 2:30 | 1 | 3 | | NKA |

Significant Medical History: _Chronic back pain '97_

Significant Mental Health History: _____

Current Conditions/Problems: _____

| Current Medication Name | Dosage | Route | Frequency | Duration | D/C Date | Last Given |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

Current Tx / Follow-up Care Needed: _S.C. prn_

Chronic Care Clinic: (√) ☐ Cardiovascular ☐ Diabetes ☐ Dialysis
☐ Pulmonary ☐ ID ☐ TB ☐ Other _____

Last PPD Date: _7/1/06_      _Ø_ mm induration

Last Chest X-ray Date: _7/5/06_ Results: _WNL_

Lab Tests Pending: (name(s)) _____
☐ Drawn ☐ Not Drawn

Therapeutic Diet: _____

Physical Disabilities/Limitations: _____

Assistive Devices/Prosthetics: _____
☐ Contacts ☐ Glasses ☐ Dentures

Substance Abuse: ☐ Alcohol ☐ Drugs ☐ Tobacco
Mental Health Issues: ☐ Hx Suicide Attempt Date: ___/___/___

☐ Hx Psych Med's ☐ Hx MH 4 or 5

URC:
Appointments Pending Scheduling Y (N)

Appointment Date (If known): ___/___/___

Pap Smear (Females only): ☐ Date: ___/___/___
Results: _____

Halfway House Release: Health Record Review: ☐ N/A   Medical Cleared ☐ yes ☐ no      Mental Health Cleared ☐ yes ☐ no
If no, reason _____

Signature/Title _P. Bergeron RN_

**Transfer Reception Screening: To be completed by receiving facility:**

Health Record Received: ☐ Complete/Partial ☐ Temporary ☐ None
Medication(s): ☐ MAR ☐ Meds Received

| Receiving Facility | Date | Time AM/PM |
|---|---|---|
| | | |

S: Immediate Health Needs: _____

O: _____

A: _____ Weight ___ T ___ P ___ R ___ B/P ___/___

P: Disposition/Referral:
☐ Health Information Given
    ☐ Oral        ☐ Written
☐ Language Barrier
☐ Nurse
    ☐ Sick Call   ☐ Other
☐ URC Contact Person
☐ HIV Contact Person

☐ Dental
☐ Mental Health
☐ MD
    ☐ Chronic Care Clinics
    ☐ Medication Evaluation
    ☐ Sick Call
    ☐ Therapeutic Diet
    ☐ Work/Program Limitation

☐ Emergency Referral to _____
☐ General Population
☐ Infirmary Placement _____
☐ Medical
☐ Mental Health
☐ Respiratory Isolation
☐ Special Housing /Supplies _____
☐ Other _____

HR005 REV.06/02
CONNECTICUT DEPARTMENT OF CORRECTION
UNIVERSITY OF CONNECTICUT HEALTH CENTER
CORRECTIONAL MANAGED HEALTH CARE
**TRANSFER SUMMARY**

| INMATE NUMBER | 255637 | DATE OF BIRTH | 9/1/06 |
|---|---|---|---|

INMATE NAME (LAST, FIRST, INITIAL): Mulero, Felipe

| SEX | RACE/ETHNIC | FACILITY |
|---|---|---|
| (M) F | B W (H) O | Walker |

Current Health Status: To be completed by sending facility

| Date 9/1/06 | Time 2pm AM (PM) | Medical | Mental 2 | Dental 2 | Allergies/Reactions NKDA |
|---|---|---|---|---|---|

Significant Medical History: ⊖

Significant Mental Health History: ⊖

Current Conditions/Problems:

| Current Medication Name | Dosage | Route | Frequency | Duration | D/C Date | Last Given |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

Current Tx / Follow-up Care Needed: PRN/Sick Call

Chronic Care Clinic: (√) ☐ Cardiovascular ☐ Diabetes ☐ Dialysis
☐ Pulmonary ☐ ID ☐ TB ☐ Other ⊖
Last PPD Date: 7/1/06
Last Chest X-ray Date: 7/3/06 Results: mild (?) ___ mm induration
Lab Tests Pending: (name(s))
☐ Drawn ☐ Not Drawn ⊖
Therapeutic Diet: ⊖
Physical Disabilities/Limitations: ⊖
Assistive Devices/Prosthetics: ⊖
☐ Contacts ☐ Glasses ☐ Dentures ⊖

Signature/Title: John Browne, RN

Substance Abuse: ☐ Alcohol ☐ Drugs ☐ Tobacco
**Mental Health Issues:** ☐ Hx Suicide Attempt Date: ___/___/___
☐ Hx Psych Med's ☐ Hx MH 4 or 5 ⊖
URC:
Appointments Pending Scheduling Y (N): ⊖
Appointment Date (If known): ___/___/___
Pap Smear (Females only): ☐ Date: ___/___/___
Results:

**Transfer Reception Screening: To be completed by receiving facility:**
Health Record Received: ☐ Complete/Partial ☐ Temporary ☐ None
Medication(s): ☐ MAR ☐ Meds Received

| Receiving Facility Webster | Date 7/3/06 | Time 12 AM (PM) |
|---|---|---|

S: Immediate Health Needs: "my neck hurts – I need a pillow" Denies any mental health. Informed to contact custody for a pillow.

O: Vitals stable

A: Health information access information given

Weight 145 T 98³ P 68 R 16 B/P 101/66   99%

P: Disposition/Referral:
☐ Health Information Given
  ☐ Oral  ☐ Written
☐ Language Barrier
☐ Nurse
  ☐ Sick Call  ☐ Other
☐ URC Contact Person

☐ Dental
☐ Mental Health
☐ MD
  ☐ Chronic Care Clinics
  ☐ Medication Evaluation
  ☐ Sick Call
  ☐ Therapeutic Diet

☐ Emergency Referral to ___
☐ General Population
☐ Infirmary Placement
☐ Medical
☐ Mental Health
☐ Respiratory Isolation

HR005 REV.06/02
CONNECTICUT DEPARTMENT OF CORRECTION
UNIVERSITY OF CONNECTICUT HEALTH CENTER
CORRECTIONAL MANAGED HEALTH CARE
TRANSFER SUMMARY

| INMATE NUMBER | DATE OF BIRTH |
|---|---|
| 255637 | 1/3/66 |

INMATE NAME (LAST, FIRST, INITIAL)
Mileus Felepe

| SEX | RACE/ETHNIC | FACILITY |
|---|---|---|
| (M) F | B  W (H)  O | HCC |

Current Health Status: To be completed by sending facility

| Date | Time | AM/PM | Medical | Mental | Dental | Allergies/Reactions |
|---|---|---|---|---|---|---|
| 7/4/06 | 40 | | | | N/A | NKA |

Significant Medical History: _Denies_
Significant Mental Health History: _Denies_
Current Conditions/Problems: _Stable_

| Current Medication Name | Dosage | Route | Frequency | Duration | D/C Date | Last Given |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

Current Tx / Follow-up Care Needed: _____
Chronic Care Clinic (√) □ Cardiovascular □ Diabetes □ Dialysis
□ Pulmonary □ ID □ TB □ Other
Last PPD Date: _6/29/06_  ___mm induration
Last Chest X-ray Date: __/__/__  Results: _N/A_
Lab Tests Pending: (name(s)) _____
□ Drawn □ Not Drawn
Therapeutic Diet: _____
Physical Disabilities/Limitations: _____
Assistive Devices/Prosthetics: _____
□ Contacts □ Glasses □ Dentures
Signature/Title _____

Substance Abuse: □ Alcohol □ Drugs □ Tobacco
Mental Health Issues: □ Hx Suicide Attempt Date: __/__/__
□ Hx Psych Med's □ Hx MH 4 or 5
URC:
Appointments Pending Scheduling Y / N : _____
Appointment Date (If known): __/__/__
Pap Smear (Females only) □ Date: __/__/__
Results: _____

Transfer Reception Screening: To be completed by receiving facility:
Health Record Received: ☑ Complete/Partial □ Temporary □ None
Medication(s): □ MAR □ Meds Received _Not Recd_
S: Immediate Health Needs: _____

| Receiving Facility | Date | Time | AM/PM |
|---|---|---|---|
| Walker | 7/5/06 | 7 | |

O: _____
A: _____ 5'5" Weight _140_ T _97.8_ P _66_ R _16_ B/P _120/77_
_03/06?_

P: Disposition/Referral:
□ Health Information Given
    □ Oral    □ Written
□ Language Barrier
□ Nurse
□ Sick Call    □ Other
□ URC Contact Person
□ HIV Contact Person

□ Dental
□ Mental Health
□ MD
□ Chronic Care Clinics
□ Medication Evaluation
□ Sick Call
□ Therapeutic Diet
□ Work/Program Limitation

□ Emergency Referral to _____
□ General Population
□ Infirmary Placement
□ Medical
□ Mental Health
□ Respiratory Isolation
□ Special Housing /Supplies _____
□ Other

HR401 REV.09/93
CONNECTICUT DEPARTMENT OF CORRECTION
UNIVERSITY OF CONNECTICUT HEALTH CENTER
CORRECTIONAL MANAGED HEALTH CARE

CLINICAL RECORD

| INMATE NUMBER | 255637 | DATE OF BIRTH 1-5-66 |
|---|---|---|
| INMATE NAME (LAST, FIRST, INITIAL) | Mulero, F. | |
| SEX (M) | RACE/ETHNIC  B  W/(H)  O | FACILITY HCC |

| DATE / TIME | |
|---|---|
| 7/05/06 7p | I/M transferred to MWCI-WB from HCC. No MAR. No Meds rec'd. PPD consult. |
| 7/6/06 910AM | PHYSICAL EXAM done. Karl Zile a |
| 7/7/06 | Sent for old records. GXSunbuski MRS I Jen McCrystal PA |
| 7/18/06 | Recieved records, requested. (M)Simkruski MR S II |
| 7/23/06 12 pm | S: Seen for E$C. regarding dizziness. "I get a headache & feel dizzy when the Air conditioning is blowing on me. The only way I feel better is when I put my underwear on my head. I would like a pass to wear something on my head when I leave my cell because they would make fun of me and I would get in trouble if I wore my underwear out there." O: VS 118/78, 76, 18 & 98.7 c/o N/V "I'm not really having dizziness now, but I have a headache. A+P: Instructed inmate to sign up for sick call regarding this matter. Reminded that chances are that he would not get a pass to wear something on his head. ———— C. Deca_ |

HR003 REV.5/94

CONNECTICUT DEPARTMENT OF CORRECTION

# HEALTH HISTORY

| | |
|---|---|
| INMATE NUM | MULERO, FELIPE |
| INMATE NAM | DOB: 1/3/66  # 255637 |
| | MWCI - WB  7/5/06 |

SOCIAL SECURITY NUMBER: 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    EYES: Brown    HAIR: Brown    SEX: M

HOME ADDRESS: 29 Main St.  Hartford, Ct.    STATE    ZIP    PHONE ( )

NEXT OF KIN ADDRESS: Jose Mulero (Brother)  East Hartford, Ct    STATE    ZIP    PHONE 1860 568 58

ALLERGY TO MEDICATIONS (DESCRIBE REACTION): NKA

ALLERGY TO OTHER SUBSTANCES (DESCRIBE REACTION): None

## MEDICAL HISTORY

| | Y | N | | Y | N | | Y | N |
|---|---|---|---|---|---|---|---|---|
| ASTHMA/COPD/HAY FEVER | | ✓ | HIGH BP | | ✓ | PHYSICAL HANDICAP | | |
| SMOKING HISTORY | ✓ | | THYROID DISEASE | | ✓ | PROSTHETIC DEVICES | | |
| TB HISTORY/REACTIVE PPD | | ✓ | SEIZURES | | ✓ | GLASSES/CONTACTS | | |
| EVER LIVED W/ANYONE W/TB | | ✓ | HEPATITIS/JAUNDICE | | ✓ | RECENT INJURY/TRAUMA | | |
| BREAST PAIN/TUMOR | | ✓ | HERNIA | | ✓ | SURGICAL PROCEDURES | | |
| CANCER/TUMOR | | ✓ | STD/SY/GC/CHLAM/HSV/PID | | ✓ | HIV TESTING | ✓ | |
| DIABETES/MEDS | | ✓ | UTI/STONES/DIALYSIS | | ✓ | RESULT    +    (−) | | |
| RECENT WEIGHT CHANGE | | ✓ | BACK TROUBLE | | ✓ | WHERE: Free (Hw-Hart | | |
| HEART DISEASE | | ✓ | BROKEN BONES | | ✓ | DATE: 5/2006 | | |

FAMILY HEALTH HISTORY: father & diabetes

## SUBSTANCE/ALCOHOL USE HISTORY

| TYPE | Y | N | MODE | CURRENT AMOUNT | LAST DOSE | DURATION OF USE |
|---|---|---|---|---|---|---|
| HEROIN | | ✓ | | | | |
| COCAINE | | ✓ | | | | |
| MARIJUANA | | ✓ | | | | |
| BENZODIAZIPINE | | ✓ | | | | |
| BARBITUATES | | ✓ | | | | |
| ALCOHOL | | ✓ | | | | |
| OTHER | | ✓ | | | | |
| METHADONE (DOLOPHINE) | | ✓ | | | | |

METH. PROGRAM (NAME):

| LAST CHEST X RAY:  WHEN | WHERE | RESULTS |
|---|---|---|

CURRENTLY TAKING ANY MEDS:  Y  (N)

| MEDS NAME | FREQUENCY | LAST DOSE | ORDER BY |
|---|---|---|---|
| | | | |
| | | | |

| | | |
|---|---|---|
| HAD A BABY IN THE PAST 2 MONTHS: | Y | N |
| PREGNANT NOW: | Y | N |
| HYSTERECTOMY/T.Lig: | Y | N |
| LMP DATE | | PAP DATE |
| GRAVIDA | | PARA |
| MISCARRIAGES | | ABORTIONS |

HISTORY OF MH TREATMENT:  (Y)  N    COMMENTS:

HISTORY OF ATTEMPED SUICIDE:  Y  (N)

SUICIDAL THOUGHTS/PAST PRESENT: Y  (N)

DISPOSITION (CIRCLE):

GENERAL POPULATION - ROUTINE SICK CALL

REFERRAL TO PHYSICIAN/DENTAL/MENTAL HEALTH

# Medical Incident Report
## Connecticut Department of Correction

CN 6602
REV 06/2006

Facility/Unit _OCF_

Report Date _10/26/06_   Time _1635_  ☐ am  ☒ pm

Name of patient _Mulero, F._

Offender no. (if applicable) _255637_

Medical Staff Name _Holmes, K._

Incident Report submitted  ☒ Yes  ☐ No   Report No.                    Date

Treatment location:
_Hosp. I Tx Rm._

Injury description: _"My cellie, Adam Madejski; hit me in the back of my head @ 2:48 pm five times". IM states that the back of his head hurts but the rest of his body feels fine. IM had ∅ c/o nausea or vomiting, IM states he had ∅ loss of consciousness, + ∅ visual disturbances. IM presents now I grossly intact neuro assessment. Area of head has_

~~Chemical agent review before planned use of force. →NA~~

Use of chemical agent was reviewed before a planned use of force. The health record was consulted and there were **no contraindications noted** regarding the use of chemical agent: no known history of cardiac, respiratory, eye condition under active treatment or documented prior severe and unexpected reaction to chemical agent.

_no edema, no open areas, no redness or discoloration. IM states that the area is tender to the touch but did not wince or guard when this area was palpated._

Treatment administered:
_Physical Assessment._

Required follow-up:
_F/U with Sick call as needed._

Observations/remarks: _IM's physical presentation are not consistent with his account of the alleged assault._

Known contraindications based on review of health        ☐ Yes     ☐ No

Placement after treatment:
☒ Inmate is cleared for General Population Placement          ☐ Inmate is cleared for Restrictive Housing Placement
☐ Inmate is not cleared for Restrictive Housing Placement    ☐ Other (specify):

Patient signature                                             Date

Medical staff signature _K. Ho___                            Date _10/26/06._

Custody supervisor signature

HR507 REV.3/95
CONNECTICUT DEPARTMENT OF CORRECTION

# INITIAL PSYCHIATRIC EVALUATION

| INMATE NUMBER | DATE OF BIRTH |
|---|---|
| 255367 | 1-3-1966 |

INMATE NAME (LAST, FIRST, INITIAL)
MULERO, FELIPE

| DATE | EXAMINER/TITLE | SEX | RACE/ETHNIC | FACILITY |
|---|---|---|---|---|
| 6/17/97 | Psychiatry | (M) F | B W (H) O | WCI |

**REASON FOR CONSULTATION/REFERRAL:** "I have lot of stress & depression" "I am emotionally disturbed --- I am very weak to start of my family -- ... I don't care to know about things."

**CLINICAL ASSESSMENT:** 30 y/o Md hispanic male, single works as a architectural, machine drafting instructor in a technical sch c/o problems of racism at work place. Saw a psychiatrist 4 times prior coming here. He is on sick leave from work. Inmate c/o keep transfer frequently. "I want to learn how to cope with racism."

Alert, oriented x3, coherent fussing on Racism and build up a case for his legal battle. Continues to have interpersonal problems and some problems with authority. e.g. depression, psychosis, suicidal or homicidal ideation etc.

**DIAGNOSIS:**

AXIS I    Alcohol abuse,

AXIS II    R/O Mixed — Narcissistic / paranoid features

AXIS III    none.

AXIS IV    incarceration, stress at work,

AXIS V

**DISPOSITION:**    1. Addiction Services.

2. No Regular psychiatric F/U necessary.

Counseling as necessary — inmate will Request depending on how he is feeling.

**PSYCHOACTIVE MEDICATION:** none.

---

CONSENT FOR TREATMENT WITH PSYCHOTROPIC MEDICATION FORM NECESSARY?  YES  (NO)  (Circle One)

ABNORMAL INVOLUNTARY MOVEMENT SCALE (AIMS) NECESSARY?  YES  (NO)  (Circle One)

MENTAL HEALTH OBJECTIVE CLASSIFICATON SCORE:  1  2  3  4  5  (Circle One)

6/17/97

HR501 REV.5/94
CONNECTICUT DEPARTMENT OF CORRECTION

# REQUEST FOR MENTAL HEALTH SERVICES

| INMATE NUMBER | DATE OF BIRTH |
|---|---|
| 255367 | 1-3-66 |

| INMATE NAME (LAST, FIRST, INITIAL) | | |
|---|---|---|
| Mulero Felipe | | |

| DATE OF REQUEST | INMATE REQUEST | REFERRED BY/TITLE |
|---|---|---|
| 6/3/97 | Y  N | COT Schilz |

| SEX | RACE/ETHNIC/ | FACILITY |
|---|---|---|
| (M) F | B  W  (H)  O | Web. |

DESCRIBE REASON FOR REQUEST/REFERRAL:

Staff referral
"Not fitting in"

---

## MENTAL HEALTH SERVICES RESPONSE

| DATE REQUEST RECEIVED | REFERRED TO | DATE CLIENT SEEN | SERVICE PROVIDER/TITLE |
|---|---|---|---|
| 6/3/97 | B TenEyck | 6/3/97 | |

SERVICE PROVIDED/RESPONSE:

S: Racism is out there... causes me a
Glitch"
O: I/m wanting to talk at lenght regarding
the various injustices he has experienced as
a result of being Puerto Rician.
A: I/m unable to identify specific concern or complain
directly related to [acute] mental health symptoms. I/m is vague
withholding + circumstantial when questioned directly
I/m is alert oriented x3 organized and
without signs main mental illness
will see in 10 ds per I/m request
"I need to talk to some one about this (racis

RESCHEDULE DATE:     YES ☑     NO ☐

6/3/97

 

# STATE OF CONNECTICUT

*DEPARTMENT OF EDUCATION*
September 11, 1997

Mr. Felipe Mulero
55 East Cedar Street
Newington, CT 06111

Dear Mr. Mulero:

This letter is to inform you that you are being placed on leave in accordance with the Federal Family Medical Leave Act (FMLA), and the State Employees Family Medical Leave Act (SFMLA) due to a serious health condition that makes you unable to perform the essential functions of your job. Your Federal FMLA leave is effective today and your State FMLA leave will be effective once you are in an unpaid status (on or about 9/19/97).

Your rights under the FMLA leaves include up to twelve (12) weeks of unpaid leave in a twelve month under Federal FMLA or twenty-four (24) weeks in two years under State FMLA. Federal and State FMLA run concurrently for the reason listed above. This leave will be counted against your annual FMLA leave entitlement. Your annual leave entitlement for federal FMLA will roll forward from the first day of usage (September 5, 1997 ). Your entitlement to leave under the State FMLA also rolls forward from the first day of usage and covers the next twenty-four months. The state will maintain your health benefits during any period of unpaid leave under the same conditions as if you continued to work, and you must be reinstated to the same or an equivalent job with the same pay, benefits, and terms and conditions of employment on your return from leave in accordance with the FMLA acts.

You are required to furnish medical certification of a serious health condition. You must provide us with updated medical documents for any period of absence related to this illness. You will need to provide these documents on a periodic basis. Medical notices, on a monthly basis should be sufficient. The medical notice should contain an expected date of when you will be released to return to work as well as medical facts.

If you normally pay a portion of the premiums for your dependent health insurance, you should continue these payments during the period of your leave. If you are not receiving a pay check, our payroll office would bill you directly for such costs. In addition, our records show that you have twenty one (21) hours of personal leave time available. If you wish to use your personal leave time, you will need to submit your request to your business manager. Finally, Connecticut General Statutes 5-248a (d) requires that the employee submit a signed statement of the intent to return to work upon termination of the leave. Please forward your statement to my attention at Department of Education, Bureau of Human Resources, 25 Industrial Park Road, Middletown, CT 06457.

Please forward your medical documentation to my attention at Department of Education, Bureau of Human Resources, 25 Industrial Park Road, Middletown, CT 06457.

If I can be of any assistance to you, please feel free to call me at 638-4088.

Sincerely,

Deborah Eldredge
Personnel Officer

cc: Thomas Serra
    Thomas Fiorentino
    Edward Pierce
    Robert B. Muchinsky
    Aaron Silvis
    Robert Babcock
    Personnel File



# STATE OF CONNECTICUT

## DEPARTMENT OF EDUCATION

April 10, 2000



Mr. Felipe Mulero
55 East Cedar Street
Newington, CT 06111

Dear Mr. Mulero:

This letter is to inform you that you are being placed on leave in accordance with the federal Family and Medical Leave Act (FMLA).

Under the federal FMLA eligible employees are entitled to 12 weeks of unpaid leave in a 12 month period for a qualifying reason. Under state law, eligible employees may take 24 weeks in a two-year period for qualifying reasons. The leave entitlements (both federal and state) may run concurrently. Your leave under federal FMLA is effective today and is approved through May 4, 2000. Your state leave will begin if you exhaust your accrued sick time.

The state will maintain your health benefits during any period of unpaid leave under the same conditions as if you continued to work, and you must be reinstated to the same or an equivalent job with the same pay, benefits, and terms and conditions of employment on your return from leave in accordance with the Federal FMLA act.

If you normally pay a portion of the premiums for your dependent health insurance, you should continue these payments during the period of your leave. If you are not receiving a pay check, our payroll office would bill you directly for such costs.

If you anticipate the need for a longer medical leave, please forward an updated medical report to my attention at Department of Education, Bureau of Human Resources, 25 Industrial Park Road, Middletown, CT 06457. Please call your director on or about April 26, 2000 to confirm your return to work on May 5, 2000.

If I can be of any assistance to you, please feel free to call me at 860-807-2162.

Sincerely,

Deborah Eldredge
Personnel Officer

Cc: Ceferino Lugo
    Silas Shannon
    Nancy Catricala
    Personnel File

July 25, 2001

Re: Felipe Mulero
    55 East Cedar Street
    Newington, CT 06111

To Whom It May Concern:

Dear, Sir or Madam:

I have consulted with Mr. Mulero on July 25, 2001 in regard to his severe emotional problems that he's been experiencing. These are problems that build up over time and are now just coming to a head because of his stress level.

In my opinion, however, Mr. Mulero was not in the proper state of mind to have made any legal agreements without having had his attorney present. Mr. Mulero has had a history of mental illness and in my opinion he was not emotionally stable enough to have made any conscious decisions regarding any legal agreements without having his attorney present.

My plan is to start him on appropriate medication, medication that will decrease his anxiety and also decrease his depression. I believe this will help his health condition.

G. Montgomery Winship, M.D.
GMW:NET/dah
D: 07/25/01
T: 07/26/01



*Exhibit B-2*

44 Dale Road
Avon, CT 06001

6 Hammerhead Place
Cromwell, CT 06416

73 Cedar Street
New Britain, CT 06052

300 Kensington Avenue
New Britain, CT 06051

33 Lexington Street
New Britain, CT 06052

One Lake Street
New Britain, CT 06052

292 West Main Street
New Britain, CT 06052

18 Cedar Street
Newington, CT 06111

296 Main Street
Newington, CT 06111

184 East Street
Plainville, CT 06062

170B East Street
Plainville, CT 06062

132 Main Street
Southington, CT 06489

55 Meriden Avenue
Southington, CT 06489

360 North Main Street
Southington, CT 06489

March 21, 2000

Mr. Felipe Mulero
55 East Cedar Street
Newington, CT 06111

Re:  MR # 372461

Based upon my medical evaluation today,  you are unable to work until May
5, 2000 due  to an Adjustment Disorder with Anxious Mood.

Sincerely,

Dale James Wallington, MD

DJW/mc

CC:  File

ADMINISTRATION

President
EARLE J  SITTAMBALAM, M.D.

Chief Executive Officer
ROBERT J  FERRINI



# Grove Hill Medical Center

INTERNAL MEDICINE
  Maryanna Gozun, M.D.
  Shahnaz Hussain, M.D.

OBSTETRICS AND GYNECOLOGY
  Jeffrey Mihalek, M.D.
  Pamela Manthous, M.D.

PEDIATRICS

COUNSELING AND
PSYCHIATRIC SERVICES
  Montgomery Winship, M.D.
  Dale James Wallington, M.D.
  Julie Casertano, Phd
  Patricia Cole, Phd
  Cristine McNaney, Psy D
  Jan Nicholson, APRN
  Rose-Ann Wanczyk, LCSW

May 17, 2000

Edward Pierce
25 Industrial Park Road
Middletown, CT 06457

Re: Felipe Mulero, return to work

Dear Mr. Pierce,

I have received your letter of March 5, 2000 addressed to Felipe Mulero concerning his return to work status. Mr. Mulero has no limitation in performing his duties and is able to return to work as I recommend he do so. His inability to operate an automobile has nothing to do with his ability to function as a teacher. As a preventative measure a new start at a new school near his home on the bus line where he has had no past employment history is recommended for this patient. Mr. Mulero poses no threat to himself or to others.

I have advised this patient to return to work as of May 8, 2000 without restriction. I recommend that he seek temporary employment on a per deim basis until his employer will allow for his return to full time work. The patient has fully recovered from his medical condition.

If you have any questions concerning this patient please write me at the address above.

Sincerely,

Dale James Wallington M.D.

Cc: Felipe Mulero
    Attorney Sydney Schulman
    SVFT, Attorney Scheinbergh



**Grove Hill** Medical Center

INTERNAL MEDICINE
  Maryanna Gozun, M.D.
  Shahnaz Hussain, M.D.

OBSTETRICS AND GYNECOLOGY
  Jeffrey Mihalek, M.D.
  Pamela Manthous, M.D.

PEDIATRICS

COUNSELING AND
PSYCHIATRIC SERVICES
  Montgomery Winship, M.D.
  Dale James Wallington, M.D.
  Julie Casertano, Phd
  Patricia Cole, Phd
  Cristine McNaney, Psy.D
  Jan Nicholson, APRN
  Rose-Ann Wanczyk, LCSW

May 10, 2000

Mr. Felipe Mulero,

Dear Mr. Mulero,

I am in receipt of a request by Edward Pierce for medical
information related to your return to duty.   You have given me
a copy of the release of information you signed for Ed. Pierce,
Education Principal Labor Relations specialist at the Department
of Education, State of Connecticut.   It is my policy to review
with you in person your entire medical record to date for those
are the only records I will release to Mr. Pierce.   I will not
discuss your case with him without you present.   Furthermore I
do not believe our treatment relationship will survive another
round of letters so I will not respond to Mr. Pierce in writing.

I look forward to discussing this and other pertinent matters with
you at your next appointment.

Sincerely,

Dale James Wallington M.D.



# NUTMEG MEDICAL
## PAIN AND DIAGNOSTIC CENTER P.C.

April 7, 1997

*Exhibit B-3*

## NEUROLOGY CONSULTATION

PATIENT:    Felipe Mulero
FILE#:      NM970202-00
DOI:        February 22, 1997

## HISTORY

This is a 31-year-old right handed man who while walking into Webster Bank in West Hartford, the hydraulic door mechanism broke off the door and fell on his head and neck. With the impact he was almost knocked to the floor. He felt dizzy, nauseated, confused and was not able to answer questions. He refused immediate medical attention and managed to walk home. He then tried to drive to Saint Francis Hospital Emergency Room. Upon arrival a CT scan of the head was negative, and he was discharged on no medicines.

Since then he has been unable to function. His headaches have been persistent, and have been associated with light headedness for brief minutes, dizziness and nausea. He has also suffered decreased appetite, difficulty sleeping with frequent awakenings and decreased memory.

His headaches are described as bitemporal more on the right side not decreased with Tylenol. They occur two or three times a day on a daily basis, they appear abruptly last for a half hour or so and are associated with occasional nausea.

His decreased memory is described as difficulty remembering appointments, forgetting where he places things and difficulty following directions, etc.

Sleeping difficulties have been a problem, but these have improved since he has been out of work for two weeks.

## PAST MEDICAL HISTORY

No known allergies. He had a previous motor vehicle accident in 1996 during which he suffered a whiplash injury to the cervical and lumbar region.

P.01

**MARVIN ZELMAN, M.D., P.C.**
31 WOODLAND STREET
HARTFORD, CONNECTICUT 06105

TELEPHONE (860) 522-0426
FACSIMILE (860) 522-0709

*Exhibit B-4*

May 6, 1997

Attorney Robert B. Muchinsky
39 Russ Street
Hartford, CT 06106-1568

VIA POST and FAX: 297-0040

RE: Felipe Mulero

Dear Attorney Muchinsky:

Your client, Felipe Mulero, is under my care for the treatment of a severe emotional disorder. As I have indicated to you in previous communications, Mr. Mulero has a psychotic condition. That is to say, that he has a limited ability to deal with reality. He is extremely defensive and disorganized. He complains of head, neck and back injuries. He is suspicious and mistrustful. He also complains of gastrointestinal upset, loss of appetite and weight loss.

Regrettably, Mr. Mulero's specific diagnostic formulation has not yet been made. However, he is sufficiently disturbed so that he cannot work at all nor can he participate in any discussions about his employment. He cannot attend meetings with his employer to resolve any difficulties because of his condition.

Should you have any further questions about his condition, please feel free to contact me.

Yours truly,

Marvin Zelman, M.D.

MARVIN ZELMAN, M.D., P.C.
31 WOODLAND STREET
HARTFORD, CONNECTICUT 06105

TELEPHONE (860) 522-0426
FACSIMILE (860) 522-0709

10-15-97

To: Atty Robt Muchinsky
Re: Felipe Mulero

In response to the inquiry of Mr. Edw. Pie
I have the following information:

① I have made Mr. Mulero's specific diagnostic formulation

② Mr. Mulero has an Adjustment Disorder with mixed emotional features DSM IV 309.28

③ I do not believe that his condition will continue to fluctuate

④ Mr. Mulero continues in regular outpatient psychotherapy, procedure code 90844, on a bimeekly basis. Since Aug 28, 1997 he has attended five sessions.

⑤ Mr. Mulero denies any history of violence to himself or others whatsoever. I have seen no evidence of suicidal or homicidal tendencies. I do not understand the basis for Mr. Pierce's questions about Mr. Mulero posing a threat to himself or others

Yours Truly,
Marvin Zelman

MARVIN ZELMAN, M.D., P.C.
31 WOODLAND STREET
HARTFORD, CONNECTICUT 06105

(203) 522-0426

11-25-97

To: State of Conn
Dept of Education.

This is to confirm that
Felipe Mulero is able
to return to work
full-time and without
restrictions on
Monday Dec 1, 1997

M. Zelman MD

MARVIN ZELMAN, M.D., P.C.
31 WOODLAND STREET
HARTFORD, CONNECTICUT 06105

TELEPHONE (860) 522-0426
FACSIMILE (860) 522-0709

10-9-97

To: Linda A. Jakab
Sick Leave Bank Committee

Felipe Mulero is under my care for the treatment of a nervous condition. He is unable to work because of anxiety, depression and suspicion. He is in outpatient treatment on a biweekly basis and it is anticipated that he will be able to return to work on Dec 1, 1997.

Marvin Zelman MD

MARVIN ZELMAN, M.D., P.C.
31 WOODLAND STREET
HARTFORD, CONNECTICUT 06105

TELEPHONE (860) 522-0426
FACSIMILE (860) 522-0709

May 6, 1997

Attorney Robert B. Muchinsky
39 Russ Street
Hartford, CT 06106-1566

VIA POST and FAX:  297-0040

RE:  Felipe Mulero

Dear Attorney Muchinsky:

Your client, Felipe Mulero, is under my care for the treatment of a severe emotional disorder.  As I have indicated to you in previous communications, Mr. Mulero has a psychotic condition.  That is to say, that he has a limited ability to deal with reality. He is extremely defensive and disorganized.  He complains of head, neck and back injuries.  He is suspicious and mistrustful.  He also complains of gastrointestinal upset, loss of appetite and weight loss.

Regrettably, Mr. Mulero's specific diagnostic formulation has not yet been made. However, he is sufficiently disturbed so that he cannot work at all nor can he participate in any discussions about his employment.  He cannot attend meetings with his employer to resolve any difficulties because of his condition.

Should you have any further questions about his condition, please feel free to contact me.

Yours truly,

Marvin Zelman, M.D.

DIPLOMATE OF THE AMERICAN BOARD OF PSYCHIATRY AND NEUROLOGY



**INSTRUCTIONS**

*This form must be executed by a physician or a practitioner whose method of healing is recognized by the State, except where otherwise indicated.*

| | |
|---|---|
| **AGENCY INSTRUCTIONS** | This medical certificate shall be given the employee or sent directly to his physician or practitioner. The name of the person and the address of the agency to which this certificate is to be returned shall be inserted in the space provided. THE PHYSICIAN OR PRACTITIONER will generally return the filled out certificate to the agency head or authorized representative. Fill in employee's name and position below, also address if necessary. |

| | |
|---|---|
| **AGENCY FILL IN** | **AGENCY HEAD OR REPRESENTATIVE** Edward Pierce — **AGENCY NAME** Vocational-Technical School System |
| | **AGENCY ADDRESS (No. and Street)** 25 Industrial Park Road — **(City or Town)** Middletown — **(State)** CT — **(Zip)** 06457 |
| | **EMPLOYEE'S NAME** Felipe Mulero |
| | **EMPLOYEE'S POSITION** Vocational School Instructor — **DEPARTMENT** Education |
| | **ADDRESS (No. and Street)** 55 East Cedar Street — **(City or Town)** Newington — **(State)** CT — **(Zip)** 06111 |

| | |
|---|---|
| **CONDITIONS GOVERNING ISSUANCE** | NO SICK OR SPECIAL LEAVE WITH PAY IN EXCESS OF FIVE DAYS SHALL BE GRANTED STATE EMPLOYEES UNLESS SUPPORTED BY A MEDICAL CERTIFICATE FILED WITH AND ACCEPTABLE TO THE APPOINTING AUTHORITY. THE PERIOD OF DISABILITY, IN THE CASE OF PREGNANCY BOTH BEFORE AND AFTER BIRTH, MUST BE REPORTED WITH A DESCRIPTION OF THE NATURE OF THE DISABILITY ENTERED UNDER "REMARKS". |

| | |
|---|---|
| **TO BE FILLED IN BY ATTENDING PHYSICIAN OR PRACTITIONER** | After examination on **(Date)** 4-25-97 I certify that the above-named patient is unable to perform the duties of his or her position and has been incapacitated since **(Date)** 3-27-97 |
| | The employee's absence is due to: *(Please be as specific as possible)* A nervous condition including symptoms of insomnia, depression, suspicion, headaches and dizziness. |
| | **("X" one)** The employee will be able to return to — **REGULAR** [X] — **SELECTIVE** [ ] — work on **(DATE)** Sept 1, 199_ |
| | **REMARKS.** |

**NAME OF PHYSICIAN OR PRACTITIONER (Please type or print)** Marvin Zelman MD

**ADDRESS (No. and Street)** 31 Woodland St — **(City or Town)** Hartford — **(State)** CT — **(Zip)** 06105

| **SIGNATURE (Physician or Practitioner)** Marvin Zelman | **DATE** 4-25-97 | **TELEPHONE** 522-0426 |

MARVIN ZELMAN, M.D., P.C.
31 WOODLAND STREET
HARTFORD, CONNECTICUT 06105

(203) 522-0426

3-31-97

To: Vinal Technical High School

This is to confirm that
Felipe Mulero is unable
to work because of
a nervous condition.
I will keep you informed
of his progress if that
is necessary.

Marvin Zelman M.D.

Suite 5000
433 River Street
Troy, NY 12180-2262

**Value Behavioral Health**

A Value Health Company

24 SEP 1998

MARVIN ZELMAN
31 WOODLAND ST
HARTFORD, CT 06105

Case#: 678227*0
Date of Admission: 08-28-97
Level of Treatment: Outpatient
Employee: FELIPE MULERO
ID#: 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
Patient: FELIPE MULERO
DOB: 01-03-66

Dear: MARVIN ZELMAN

Value Behavioral Health, Inc. (VBH) has been selected by Blue Cross Blue Shield of Connecticut to review the proposed treatment referenced above for mental health and/or substance abuse provided to State of Connecticut beneficiaries to determine if the proposed treatment is Medically Necessary.

This letter is to inform you that based on the requirements of the Plan, care has been administratively noncertified from 09-16-98 to 09-20-98 .

[ ] Since the admission was not precertified.

[ ] Since the admission was not precertified (although VBH is the secondary payor, the Plan requirement of precerti-fication is not waived).

[ ] Due to failure to notify VBH of the admission.

[ ] Since we did not receive a timely response to our request to review.

[ ] Due to failure to respond to our request for Peer Advisor review.

[ ] Since the patient was on a therapeutic leave or extended leave pass.

[ ] Due to failure to submit the initial OTR within the required time frame.

[X] Due to failure to submit a concurrent OTR until after the last certified date.

Suite 5000
433 River Street
Troy, NY 12180-2262

# Value Behavioral Health

A Value Health Company

[ ] Due to failure to call VBH to conduct a concurrent
    telephonic review until after the last certified
    date.

[ ] Due to a late call to complete a telephonic review.

[ ] Due to your late submission of an OTR.

[ ] Due to failure to respond to our request for further
    information.

[X] IN-NETWORK PROVIDERS ONLY:  As per our agreement, the
    patient/policyholder may not be billed for costs
    associated with this period of administrative non-
    certification.

An eligible individual, his/her authorized representative or health
care provider may appeal this noncertification. The appeal may be
initiated by calling VBH's Customer Services at 800/269-7341 between
the hours of 8 AM TO 6 PM (ET) or by writing to the VBH address above
within 60 days from the date of this letter. Written requests for
appeal must be accompanied by a copy of this letter.

Based upon all of the information received by VBH, a determination
has been made that the proposed treatment described below has been
certified:

30 visit(s)/unit(s) From 08-28-97 To 06-30-99

The purpose of this VBH review is only to assess whether proposed
treatment can be certified as Medically Necessary in accordance with
the Plan's requirements. Certification should not be considered a
guarantee of payment by the Plan. Payment by the Plan is also subject
to all other Plan requirements and limitations as of the time the
services are rendered. Treatment decisions are always the
responsibility of the patient and the attending provider, not VBH or
the Plan.

FOR OUTPATIENT CARE ONLY, if further treatment is necessary beyond
this certification, the provider must submit a VBH Outpatient
Treatment Report (OTR) to the above VBH address three weeks prior to
the end of the certification period.

FOR OTHER LEVELS OF CARE, continued stay beyond the certified dates
noted above must be reviewed by calling VBH on or before the last
certified day at 800/269-7341 .

Thank you for following the certification procedures required by the

Suite 5000
433 River Street
Troy, NY 12180-2262

# Value Behavioral Health

A Value Health Company

Plan. If you have any questions, call VBH's Customer Services at 800/269-7341 between the hours of 8 AM TO 6 PM (ET) .

Care Management Services
Value Behavioral Health, Inc.

1084        Page 3 of 3:  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 0-TRA3-0
                    Patient:  FELIPE MULERO

cc:  FELIPE MULERO

FELIPE MULERO
55 EAST CEDAR ST
NEWINGTON, CT  061112533

Suite 5000
433 River Street
Troy, NY 12180-2262

**Value Behavioral Health**

A Value Health Company

26 JUL 1999

MARVIN ZELMAN
31 WOODLAND ST
HARTFORD, CT 06105

Case#: 678227*0
Date of Admission: 08-28-97
Level of Treatment: Outpatient
Employee: FELIPE MULERO
ID#: 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
Patient: FELIPE MULERO
DOB: 01-03-1966

Dear: MARVIN ZELMAN

Value Behavioral Health, Inc. (VBH) has been selected by Blue Cross
Blue Shield of Connecticut to review the proposed treatment
referenced above for mental health and/or substance abuse provided to
State of Connecticut beneficiaries to determine if the proposed
treatment is Medically Necessary. This certification procedure is a
requirement of the Plan.

This letter is to inform you that no additional visits have been
certified. As you requested, however, the dates for the number of
visits previously certified have been extended from 07-13-99 to
10-30-99 .

If you have any questions, please call VBH's Customer Services at
800/269-7341 between the hours of 8 AM TO 6 PM (ET) .

Care Management Services
Value Behavioral Health, Inc.

R292          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 0-TR03-0
                    Patient: FELIPE MULERO

cc:  FELIPE MULERO                    FELIPE MULERO
                                      55 EAST CEDAR ST

Suite 5000
433 River Street
Troy, NY 12180-2262

# Value Behavioral Health

A Value Health Company

14 OCT 1997


MARVIN ZELMAN
31 WOODLAND ST
HARTFORD, CT 06105


Case#:  678227*0
Date of Admission:  08-28-97
Level of Treatment:  Outpatient
Employee:  FELIPE MULERO
ID#:  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
Patient:  FELIPE MULERO
DOB:  01-03-66

Dear:  MARVIN ZELMAN

Value Behavioral Health, Inc. (VBH) has been selected by Blue Cross
Blue Shield of Connecticut to review the proposed treatment
referenced above for mental health and/or substance abuse provided to
State of Connecticut beneficiaries to determine if the proposed
treatment is Medically Necessary.

Based upon all of the information received by VBH, a determination
has been made that the proposed treatment has been certified:

20  visit(s)/unit(s)  From 08-28-97 To 06-27-98

This certification is valid for this level of care only.
VBH retains the right to rescind or modify this certification if the
clinical condition changes during the certification period and a
determination is made that another level of care is Medically
Necessary.

If further treatment is necessary beyond this certification, the
provider must submit a VBH Outpatient Treatment Report (OTR) to the
above VBH address three weeks prior to the end of the certification
period.  If the provider does not submit an OTR, we will assume this
course of treatment has terminated.

The purpose of this VBH review is only to assess whether the proposed
treatment can be certified as Medically Necessary in accordance with
the Plan's requirements. Certification should not be considered a
guarantee of payment by the Plan. Payment by the Plan is also subject
to all other Plan requirements and limitations as of the time the
services are rendered.  Treatment decisions are always the
responsibility of the patient and the attending provider, not VBH or
the Plan.

Suite 5000
433 River Street
Troy, NY 12180-2262

# Value Behavioral Health

A Value Health Company

Thank you for following the certification procedures required by the Plan. If you have any questions, call VBH's Customer Services at 800/269-7341 between the hours of 8 AM TO 6 PM (ET).

Care Management Services
Value Behavioral Health, Inc.

1318          Page 2 of 2:  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 0-TRC1-0
                    Patient:  FELIPE MULERO

Encl:  OTR

cc:  FELIPE MULERO

FELIPE MULERO
55 EAST CEDAR ST
NEWINGTON, CT  061112533