UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

FELIPE MULERO          :
    Plaintiff          :
                       :   Case No. 3:02CV932 (CFD)
    v.                 :
                       :
ONE CONSOLIDATED SCHOOL:
DISTRICT OF NEW BRITAIN, CT :
    Defendant          :   December 13, 2007


RESPONSE TO PLAINTIFF'S
MOTION TO DISCLOSE ALL EMPLOYMENT AND MEDICAL DOCTORS

The defendant, One Consolidated School District of New Britain, CT, respectfully submits its response to plaintiff's December 2, 2007, "motion to disclose all employment and medical doctors in writing to the judge to show further cooperation in good faith as I have done during intorogatories to the best of my abilities before falling mentally ill.  Under AFDA I am able to move forward want my case re-opened with accommodations."

Plaintiff's additional request continues to fail to cite the applicable rule under which he alleges the matter should be re-opened.  His request to reopen is untimely and does not demonstrate an excusable neglect or other grounds for relief.

Plaintiff's December 2nd response is an attempt which is too late and too little. Plaintiff has not provided any documentation which validates his claim that he was not capable to produce the requested information at the time it was due.

This lawsuit had been brought by the plaintiff in the year 2003. The defendant propounded on the plaintiff Interrogatories and Requests for Production on September 29, 2004. On April 21, 2005, a Motion for Order Compelling Discovery was granted by Judge Thomas P. Smith. On September 22, 2005, the Honorable Judge Thomas P. Smith ordered the plaintiff to answer the defendant's interrogatories and in addition the court granted an additional defendant's motion to compel.

The medical information supplied with plaintiff's response is very sparse. Plaintiff has included four correspondences from Dr. Zelman from the period of March 31, 1997, to November 25, 1997, two clinical notes from the Department of Corrections from June 1997, two correspondences from Dr. Wallington dated March 21, 2000, and May 17, 2000, Dr. Winship's correspondence dated July 25, 2001, and clinical

notes from plaintiff's incarceration from the period of July 4, 2006, to November 30, 2006.  Basically, plaintiff continues to fail to produce any medical documentation and information for the requested time period in the interrogatories and for the time period that the lawsuit was active.

For all the above reasons and the reasons stated in defendant's July 19, 2007, Memorandum in Opposition to Plaintiff's Request to Re-open Lawsuit and Defendant's Response to Plaintiff's Reply dated August 1, 2007, the defendant, One Consolidated School District of New Britain, CT, respectfully requests that plaintiff's motion to reopen be denied.

```
                              DEFENDANT, ONE CONSOLIDATED SCHOOL
                              DISTRICT OF NEW BRITAIN, CT

                              By Office of Corporation Counsel



                              _____
                              Irena J. Urbaniak
                              Attorney for Defendant
                              Office of Corporation Counsel
                              City of New Britain
                              27 West Main Street
                              New Britain, Connecticut 06051
                              Tel. (860) 826-3420
                              Fax  (860) 826-3397
                              iurbaniak@ch.ci.new-britain.ct.us
                              Federal Bar Number ct01322
```

CERTIFICATION

I hereby certify that on December 13, 2007, a copy of the above was mailed to the pro se plaintiff:

Felipe Mulero
81 Market Square, Suite 1
Newington, Connecticut 06111-2919

                                    _____
                                    Irena J. Urbaniak
                                    Attorney at Law