UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FELIPE MULERO
   PLAINTIFF

Case No. 3:02CV932 (CFD)

V.

ONE CONSOLIDATED SCHOOL
DISTRICT OF NEW BRITAIN, CT:
   DEFENDANT

January 17, 2008

### Reply Response to Defendant's Response To Plaintiff's Motion to Disclose all Employment and Medical Doctors / also Open dismissed Case under ADA Title II

*THE PLAINTIFF HAS CLEARLY PROVIDED DOCUMENTATION IN THE COMPLAINT UNDER ATTACHMENT (A) OF THE PLAINTIFF motion to reopen WHICH PROVIDES EVIDENSE TO THE FEDERAL JUDGE UNDER ADA TITLE II-2.5000 A RECORD OF A MENTAL & EMOTIONAL IMPAIRMENT THAT SUBSTIALLY LIMITED A MAJOR LIFE ACTIVITY.* **IT IS UNDER THAT LAW WHEREBY THE JUDGE HAS EVERY JURISDICTIONAL RIGHT TO ALLOW FOR ACCOMODATIONS FOR AN AMERICAN WITH A MENTAL DISABILITY WHICH I HAVE ENCOUNTERED DUE TO REPEATED RETALIATION FROM THE DEFENDANT WHO IS WELL UNDER THE FEDERAL JURSDICTIONAL POWER BECAUSE THEY RECEIVE FEDERAL FOUNDING.** In addiction Subtitle A of Title II is intended to protect qualified individuals with disabilities in services, programs, courts and or activities of all state and local governments and extends the prohibition of discrimination on the basis of disabilities established by section 504 of the Rehabilitation Act 0f 1973 to all activities of state and local government. By the law the Department of Justice's title II regulation adopts the general prohibition of discrimination establish under section 504 and incorporates specific prohibition of discrimination from the ADA. This allows the Federal Judges jurisdictional powers for accommodations when the Plaintiff is Pro-Se and suffers from a mental disability especially when the defendant under the Federal Jurisdiction blatantly discriminates and breaks the law while taking advantages of the Plaintiff Disability brought on by the defendants bulling tactics.

Now Comes the Plaintiff to Cross Examine the Defendant's Response To Plaintiff's 12/2/07 Motion to Disclose all employment and Medical Doctors …….. Defendant's Response to Plaintiff Reply in order to RE-OPEN MY CASE is CITED Under American for Disability Act right to have accommodations under Federal Law as a Pro-Se Plaintiff with a disability. The Defendant has HERSELF a Co-counsel on file which allows her to be out sick as was exercised when Attorney Irena J. Urbanick did become sick during this very case and was not able to respond to my various motions filed THUS AS A RESULT the defendant's Co-Defendant responded in her place while she was incapacitated. I as a American with a clear mental Disability VIA MY MEDICAL HISTROY AS I HAVE MADE IT KNOWN THROUGH OUT THIS CASE. PER MEDICAL DOCUMENTATION I document I have a need for accommodations to be made UNDER AFDA procedural rules/ LAWS SO when I become sick especially when I made it known to the Courts throughout the case that I AM mentally sick, Depressed, Under Duress, WITH ANXIETY DISORDER and was found under Psychiatric care as documented per A.P.R.N Nurse Leach who's care I was under while and when the case was CLOSED OUT ON 12-20-2006 AGAINST THE ONE CONSOLIDATED SCHOOL DISTRICT WHICH ENGANGES IN UNFAIR LABOR PRACTICE, DISCRIMINATION & RETALIATION, CONTINUING TO DO SO TO THE PRESENT. I have responded as a Pro-SE Plaintiff when I felt I could defend myself as soon as I was able to respond under AFDA accommodation procedural rules I ASK FOR ACCOMMONDATION. Mental Illness is protected Under AFDA and I RESPONDED within a reasonable time period considering I am Mentally Ill and Pro-se. I need appropriate accommodations to be accommodated for my mental illness. The relief for damages is clear. I want my back pay for the all the years my application was on file

and I applied and illegally passed up while the Defendant continues to hire Unqualified and Uncertified Permanent Substitutes while I was and am ready/ willing and able to work as a Full time Certified Bilingual Educator serving/ Educating a Protected Class Bilingual Population Pre-K-12. I want all my back pay-and punitive damages as well as interest since 1999-present as the employer continues to discriminate on to the present for damage relief and my job back with accommodations UNDER AFDA. I have already claimed damages back on February 23, 2005 in a previous motion as follows.

Now Comes the Plaintiff to **ESTABLISH damages** and **relief** caused by the illegal labor practices brought on by the One Consolidated School District of New Britain over the years which I have already motioned the court on February 23, 2005 with the following:

**MOTION TO REINSTATE PLAINTIFF AS A TENURED 9TH STEP BILINGUAL EDUCATOR WITH BACK PAY (INTEREST ACCRUED), PAST RETIREMENT BENEFIT CREDITED, TUITION REIMBURSEMENT & PUNITIVE DAMAGES.**

1. The following are my damages:

Damages:
| | | | |
|---|---|---|---|
| 1999-2000 | Step 7 | $65,781 | per contract |
| 2000-2001 | Step 8 | $70,381 | per contract |
| 2001-2002 | Step 9 | $72,786 | per contract |
| 2002-2003 | Step 9 | $76,288 | per contract |
| 2003-2004 | Step 9 | $79,108 | per contract |
| 2004-2005 | Step 9 | $80, 792 | per contract |
| 2005-2006 | Step 9 | $82,856 | per contract |
| 2006-2007 | Step 9 | $84,956 | per contract |
| 2007-2008 | Step 9 | $85,956 | per contract |
| Interest Accrued at | | $86,124 | |
| 1999-2005 Tuition Reimbursement | | $25,000 | |
| Punitive Suffer in Mental Distress | | $300,000 | |
| 1. | | **Total Loss** | $1,110,028 |

Plaintiff, Pro Se'

Felipe Mulero

*[signature: Felipe Mulero]*

Felipe Mulero, Plaintiff
746 Prospect Street
Wethersfield, CT 06109

Certification

I certify that a copy of this foregoing motion was sent to the Defendant's Counsel on DEC. 26, 2007 to Irena J. Urbaniak Office of Corporate Counsel, City of New Britain, Conn. 27 West Main Street, New Britain, Conn. 06051.

Plaintiff, Pro Se'

Felipe Mulero

*[signature: Felipe Mulero]*

Felipe Mulero, Plaintiff
746 Prospect Street
Wethersfield, CT 06109