# UNITED STATES DISTRICT COURT

# DISTRICT OF CONNECTICUT

Felipe Mulero
_____
Name of Plaintiff/Petitioner

v.                                    Case No. 3:02-CV-00932 CFD

Consolidated School District of New Britain
_____
Name of Defendant/Respondent

## MOTION FOR APPOINTMENT OF COUNSEL

### PERSONAL/FINANCIAL DATA

1. Your full name: Felipe Mulero

   Your present mailing address: 746 Prospect Street
   Wethersfield, CT 06109

   Telephone number: (   ) No Phone

2. Are you presently employed? YES ___ NO ✓

3. If your answer to #2 is YES, please provide the name and address of your employer and the amount of your usual weekly earnings. _____

   Weekly earnings: $0 Unemployed

4. If you are not presently employed, please provide the name and address of your last

Rev. 2/3/05

employer, the date (approximate) that you last worked, and the amount of weekly earnings you were receiving. _Springfield Public Schools of Mass._

_Serving as a Master Teacher_

Date last worked: _April 21, 2004_

Weekly earnings: _$600_

5. Approximately how much money have you received in the past twelve months in the form of:
   a) salary, wages, commissions, or earned income of any kind? _$0_

   b) interest, dividends, rents or investments of any kind? _$0_

   c) gifts or inheritances of any kind? _$0_

6. How much money do you have in any checking or savings account(s)?

   Checking: _$480_

   Savings: _$5,500_

   Prison account: _$20_

7. Do you own any real estate, stocks, bonds, notes, automobiles, boats, or other valuable property (excluding household items and clothing)? YES ___ NO ✓

   If YES, describe the property and state the approximate value: _746 Prospect Street where I Live in Wethersfield, CT 06109 and I do not know the Value. 1985 Auto $200%_
   _1985 ELDARADO CADILAC_

8. How much money do you owe others? _$24,000.00_

For each debt, state the name of the creditor and the amount owed:
CREDITOR                                              AMOUNT OWED
_Small Business Administration_                       _$13,681_

Rev. 2/3/05                          2

Small Business Admin. (SBA)         $13,681
Capitol One                         $1,350
First Federal Equity                $1,000
Capitol Bank                        $800
Town of Wethersfield TAXES          $6,281 per year
ELECTRICITY CL&P                    $250

9. List the persons who depend upon you for support, and state your relationship to them. If any person is a minor child, identify that person by initials only.

Myself. Felipe Mulero

10. Are there any persons regularly residing in your household who are over the age of 18 and who are presently employed? YES ___ NO ✓

If the answer is YES, please provide the following information for each such person:

Name: _____

Relationship: _____

Employer: _____

Weekly Earnings: _____

11. Include any other information which supports your claim that you cannot financially afford to employ an attorney. I recieve food Stamps and I HAVE NO INCOME. I am Unemployed

ALL FILLING FEES WERE WAIVED FOR PRESENT CASES.

Rev. 2/3/05                              3

## NATURE OF YOUR CLAIM

12. Describe in your own words the nature of the claim which you are presenting to the court in your complaint/petition. _Discrimination AGAINST MY EMPLOYERS_

(Additional space on next page)
_ILLEGAL CONVICTION TO ASSIST STATE OF CONNECTICUT DEPT. OF EDUCATION ILLEGAL DISCRIMINATION TERMINATION._

## EFFORTS TO OBTAIN AN ATTORNEY

The Court strongly suggests that you contact a minimum of three attorneys.

13. Have you spoken with any attorney about handling your case?  YES ✓  NO ___

14. If your answer to #13 is YES, please provide the following information about each attorney with whom you spoke:

   a) Attorney's name _Jon Schoeharn_

   Date you contacted this attorney _6/07_

   Method of contact (in person, by telephone, etc.) _In Person_

   Reason why attorney was not employed to handle your case _Needed a Retainer and Would not Work on a Contingency basis._

   b) Attorney's name _Kathleen Elder_

   Date you contacted this attorney _12/07_

   Method of contact (in person, by telephone, etc.) _Phone_

Rev. 2/3/05                                    4

Reason why attorney was not employed to handle your case _Needed a Retainer and does no work on Contingency_

c) Attorney's name _Micheal Crum_

Date you contacted this attorney _8/07_

Method of contact (in person, by telephone, etc.) _Person_

Reason why attorney was not employed to handle your case _Does not do Employment Cases and Needed a Retainer_

15. Explain any other efforts you have made to obtain an attorney to handle your case.

_I called Several Other Attorneys Including Former Attorney John Williams on 11/07 But they all Needed Retainers and Would not work on a Contingency_

16. Please provide any other information which supports your application for the court to appoint counsel. _I HAVE SEVERAL ON GOING CASES AS A PRO-SAY ATTORNEY BECAUSE I CANNOT AFFORD AN Attorney and ALL FEES FOR FILING WERE WAIVED BASED MY UNEMPLOYMENT AND FINANCES._

17. Do you need a lawyer who speaks a language other than English?
    YES ___ NO ✓

Rev. 2/3/05                                5

If you answered YES, what language do you speak? _____

I declare under the penalties of perjury that my answers to the foregoing questions are true to the best of my knowledge.

I understand that if I am assigned a lawyer and my lawyer learns, either from myself, or elsewhere, that I can afford a lawyer, the lawyer may give this in formation to the court.  See Local Rule 83.10(b)(4) and (g).

I understand that if my answers on my application to proceed in forma pauperis and/or on this application for appointment of counsel are false, my case may be dismissed.  See 28 U.S.C. §1915(e).

I hereby waive my privilege of attorney-client confidentiality to the extent necessary for my appointed attorney to make an application to be relieved from appointment as provided in Local Rules 83.10(c) and (d).

I understand that filing this motion does not excuse me from litigating my case, and that it is still my responsibility to have the defendants served with process in accordance with Rule 4 of the Federal Rules of Civil Procedure, if I have not already done so.  I also understand that filing this motion does not stay this case and does not excuse me from responding to any motion filed by the defendants.

3/7/07
Date

*Felipe Mulero*
Original Signature of Movant

746 Prospect Street
Wethersfield, CT 06109
Felipe Mulero
Printed Name and Address of Movant

If this motion is being filed AFTER the complaint has been served, the opposing party needs to be served with a copy of this motion and a certificate of service needs to be completed.

I hereby certify that a copy of the foregoing motion was mailed to:  On 3/7/07

Rev. 2/3/05                                     6

(List all defendants or counsel for defendants with address and date mailed.)

Consolidated School District of New Britain
Office of Corporation Consel City of New Britain
27 WEST MAIN STREET New Britain, CT 06051

_____
Original Signature of Movant